### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **ALLEN COUNTY COMMUNITY COLLEGE,** ) | |
| ) | |
| Plaintiff, ) | 5:24-CV-04123 |
| ) | |
| v. ) | |
| ) | |
| **HUDSON INSURANCE COMPANY,** ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF REMOVAL

To the Honorable Judges of the United States District Court for the District of Kansas:

Defendant Hudson Insurance Company ("Hudson"), as removing party, by and through undersigned counsel of record and pursuant to 28 U.S.C. §§ 1332(a), 1441 and 1446, files this Notice of Removal of the above-captioned matter to the United States District Court for the District of Kansas. Hudson assert the following grounds supporting removal:

1. Plaintiff filed this lawsuit in the District Court of Allen County, Kansas, asserting an alleged claim for insurance benefits and policy proceeds under an insurance policy issued by Hudson, plus attorney's fees and costs under Kansas statute, captioned *Allen County Community College v. Hudson Insurance Company*, Case No. AL-2024-CV-000031. (***Petition, attached as Exhibit A hereto***)

2. The Petition was filed November 19, 2024 and was served on Hudson on December 3, 2024. ***(See summons/service information on Petition, Ex. A)*** Because Hudson's first receipt of the initial pleading in this action occurred fewer than thirty days before the filing of this Notice of Removal, this Notice of Removal is timely under 28 U.S.C. § 1446(b).

3. Removal is proper under 28 U.S.C. §§ 1332(a), 1441 and 1446, and the United States District Court for the District of Kansas maintains jurisdiction over the subject matter of this action because there is complete diversity of citizenship, as follows:

    a. Plaintiff alleges it is a Kansas public educational institution and owner of certain Kansas real property which is the subject of this action. (***See Exhibit A, ¶1***) Thus, upon information and belief, Plaintiff is considered citizen of Kansas.

    b. Defendant Hudson is a foreign insurance company authorized to do business in Kansas—specifically organized under the laws of Delaware with its principal place of business in New York. (See ***Exhibit A***, ***¶2***).

4. The amount in controversy exceeds the sum or value of $75,000, exclusive of interest and costs, in that:

    a. Plaintiff claims damage to the subject property, specifically the replacement cost of certain roofs due to alleged storm damage, of $2,597,423.67. (***Exhibit A, ¶29***) Plaintiff specifically also alleges damage in excess of $75,000. ***(Id., ¶53)***

    b. Plaintiff also seeks unspecified consequential damages for breach of contract and costs and attorneys' fees per K.S.A. 40-256. ***(Id., ¶56)***

5. Said action is one in which the United States District Courts are given original jurisdiction by virtue of to 28 U.S.C. §1332 in that:

    a. Plaintiff and Defendant are citizens of different states; and

    b. The matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs.

6.	The Notice of Filing Removal to Federal Court (without exhibits) which is being filed with the District Court of Allen County, Kansas is attached hereto as ***Exhibit B***.

7.	A file-stamped copy will be filed herein forthwith along with a certificate of service and the underlying State Court docket and all papers filed in the State case.

8.	Defendant Hudson will file answers or other pleadings in compliance with F.R.C.P. 81(c).

WHEREFORE, Defendant Hudson Insurance Company requests that the above-captioned action now pending in the District Court of Allen County, Kansas, captioned *Allen County Community College v. Hudson Insurance Company,* Case No. AL-2024-CV-000031, be removed from the District Court of Allen County, Kansas to the United States District Court for the District of Kansas, and for such other and further relief as this court deems just and proper under the circumstances.

Respectfully Submitted,

**FRANKE SCHULTZ & MULLEN, P.C.**

*/s/ Christopher M. Harper*
CHRISTOPHER M. HARPER        #23273
8900 Ward Parkway
Kansas City, MO 64114
Phone: (816) 421-7100
Fax: (816) 421-7915
charper@fsmlawfirm.com
**Attorney for Defendant**
**Hudson Insurance Company**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was delivered via electronic transmission in .pdf format, by email and by U.S. Mail to those referenced below on this 31st day of December, 2024:

J. DREW HOUGHTON
Merlin Law Group
One Leadership Square
211 N. Robinson Ave, Ste. 210
Oklahoma City, OK 73102
dhoughton@merlinlawgroup.com
**Attorney for Plaintiff**


*/s/ Christopher M. Harper*
**Attorney for Defendant**
**Hudson Ins. Co.**