**Wolters Kluwer**

EXHIBIT A

**CT Corporation**
**Service of Process Notification**
12/03/2024
CT Log Number 547907458

## Service of Process Transmittal Summary

**TO:**  Melissa Mcknight, Senior Corporate Paralegal
Odyssey Reinsurance Company
300 STAMFORD PL STE 700
STAMFORD, CT 06902-6735

**RE:**  **Process Served in Delaware**

**FOR:**  Hudson Insurance Company  (Domestic State: DE)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | ALLEN COUNTY COMMUNITY COLLEGE vs. HUDSON INSURANCE COMPANY |
| **DOCUMENT(S) SERVED:** | Order, Summons, Certificate, Return, Petition and Jury Demand, Exhibit(s) |
| **COURT/AGENCY:** | ALLEN COUNTY THIRTY-FIRST JUDICIAL DISTRICT COURT, KS<br>Case # AL2024CV000031 |
| **NATURE OF ACTION:** | Insurance Litigation |
| **PROCESS SERVED ON:** | The Corporation Trust Company, Wilmington, DE |
| **DATE/METHOD OF SERVICE:** | By Traceable Mail on 12/03/2024 postmarked: "Not Post Marked" |
| **JURISDICTION SERVED:** | Delaware |
| **APPEARANCE OR ANSWER DUE:** | Within 40 days after service of this summons on you (not counting the day you received it |
| **ATTORNEY(S)/SENDER(S):** | J. DREW HOUGHTON<br>MERLIN LAW GROUP, PLLC<br>One Leadership Square<br>211 N. Robinson Ave., Suite 210<br>Oklahoma City, OK 73102<br>405-218-1105 |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 12/04/2024, Expected Purge Date: 12/09/2024<br><br>Image SOP<br><br>Email Notification,  Melissa Mcknight  mmcknight@odysseygroup.com<br><br>Email Notification,  Dina G. Daskalakis  ddaskalakis@hudsoninsgroup.com |
| **REGISTERED AGENT CONTACT:** | The Corporation Trust Company<br>1209 Orange Street<br>Wilmington, DE 19801<br>866-401-8252<br>LargeCorporationTeam@wolterskluwer.com |



**CT Corporation**
**Service of Process Notification**
12/03/2024
CT Log Number 547907458

The information contained in this Transmittal is provided by CT for quick reference only. It does not constitute a legal opinion, and should not otherwise be relied on, as to the nature of action, the amount of damages, the answer date, or any other information contained in the included documents. The recipient(s) of this form is responsible for reviewing and interpreting the included documents and taking appropriate action, including consulting with its legal and other advisors as necessary. CT disclaims all liability for the information contained in this form, including for any omissions or inaccuracies that may be contained therein.

9589 0710 5270 1584 6961 74

quadient
11/25/2024
US POSTAGE $023.59
PRIORITY MAIL
CBP - IMI
ZIP 66606
041M12254637



KANSAS
INSURANCE
DEPARTMENT

Commissioner Vicki Schmidt
Kansas Department of Insurance
1300 SW Arrowhead Road
Topeka, KS 66604

Legal Division

Hudson Insurance Company
Attn: Dina Daskalakis
1209 Orange Street
Wilmington, DE 19801



# P

## COMMERCIAL BASE PRICING

## USPS PRIORITY MAIL®

JASON FOLK
STATE OF KANSAS CENTRAL MAIL
201 NW MACVICAR AVE
TOPEKA KS 66606

SHIP   HUDSON INSURANCE CO
TO:    DINA DASKALAKIS
       1209 ORANGE ST

**WILMINGTON DE 19801**



USPS CERTIFIED MAIL

9202 7901 4161 5400 0001 6508 50

ELECTRONIC RATE APPROVED #901416154

BOX 1 OF 1

ELECTRONICALLY FILED
2024 Nov 19 AM 9:31
CLERK OF THE ALLEN COUNTY DISTRICT COURT
CASE NUMBER: AL-2024-CV-000031
PII COMPLIANT



| | |
|---|---|
| **Court:** | Allen County District Court |
| **Case Number:** | AL-2024-CV-000031 |
| **Case Title:** | Allen County Community College vs. Hudson Insurance Company |
| **Type:** | ORD: Summons - Insurance 2024-11-18 Ins Co Summons & Return of Service to Hudson Ins Co |

SO ORDERED,

/s/ K S Miller, Trial Court Clerk II

Electronically signed on 2024-11-19 09:31:42          page 1 of 5

## IN THE THIRTY-FIRST JUDICIAL DISTRICT
## DISTRICT COURT OF ALLEN COUNTY, KANSAS

ALLEN COUNTY COMMUNITY )
COLLEGE, )
)
        Plaintiff, )
)
v. )      Case No. _____
)
HUDSON INSURANCE COMPANY, )
)
        Defendant. )

Proceeding Pursuant to K.S.A. Chapter 60

### SUMMONS

To:  **HUDSON INSURANCE COMPANY**
     c/o Commissioner of Insurance
     Kansas Insurance Department
     1300 SW Arrowhead
     Topeka, KS 66604

A civil lawsuit has been filed against you.

Within 40 days after service of this summons on you (not counting the day you received it), you must serve on the Plaintiff an answer to the attached petition or a motion under K.S.A. 60-212. Under Kansas Supreme Court Rule 113, you may seek from the clerk of the court an extension of up to 14 additional days to serve and to file an answer or a K.S.A. 60-212 motion.

If you fail within 40 days to serve and to file an answer or a K.S.A. 60-212 motion or obtain a Rule 113 extension, the court may enter default judgment against you for the relief demanded in the petition.

The answer or K.S.A. 60-212 motion must be served on the Plaintiff's attorney, or the Plaintiff if Plaintiff has no attorney, at the following address:

J. DREW HOUGHTON
Kansas Bar No. 27808
**MERLIN LAW GROUP, PLLC**
One Leadership Square
211 N. Robinson Ave., Suite 210
Oklahoma City, Oklahoma 73102
Telephone: (405) 218-1105
Facsimile: (405) 218-1106
Email: dhoughton@merlinlawgroup.com
*Attorney for Plaintiff*

You also must file your answer or K.S.A. 60-212 motion with the court.

When you file an answer, you must state as a counterclaim(s) any related claim(s) that you

may have against the Plaintiff. If you fail to do so, you will thereafter be barred from making such

claim(s) in any other action.

Date: _____          Clerk of the District Court.

*Clerk's Seal*                        By: _____
                                          Clerk or Deputy

## CERTIFICATE OF SERVICE ON THE COMMISSIONER OF INSURANCE

I certify that I served a copy of this Summons and a copy of the Petition and _____

_____

*(Insert name of any other documents served)*

on the Commissioner of Insurance or the Commissioner's designee, in the following manner:

☐    Personal Service – on the _____ day of _____, 20___, by delivering document

to the above-named person.

_____

*(Signature)*

☐    Certified Mail, Return Receipt Requested – by causing to be delivered on the _____ day

of _____, 20___, the documents by certified mail, return receipt requested, to the

Commissioner of Insurance at the following address:

_____

_____

_____

*(Clerk or Deputy)*

## RETURN OF SERVICE OF SUMMONS ON AN INSURANCE COMPANY OR
## FRATERNAL BENEFIT SOCIETY

I certify that:

I received this Summons and two copies of the Summons and the Petition and _____

_____
*(Insert name of any other documents served)*

on _____, 20___ .

I forwarded a copy of the documents on the _____ day of _____, 20___, by certified

mail, return receipt requested, to the following:

_____

_____

_____

*(Name and address of each person to whom copies were forwarded)*

Date: _____              **Commissioner of Insurance**

*Seal of Commissioner of Insurance*

_____

By: _____

Title: _____

Authority K.S.A. 40-218

ELECTRONICALLY FILED
2024 Nov 19 AM 9:09
CLERK OF THE ALLEN COUNTY DISTRICT COURT
CASE NUMBER: AL-2024-CV-000031
PII COMPLIANT·

## IN THE THIRTY-FIRST JUDICIAL DISTRICT
## DISTRICT COURT OF ALLEN COUNTY, KANSAS

| | | |
|---|---|---|
| ALLEN COUNTY COMMUNITY COLLEGE, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) · | Case No. _____ |
| | ) ) | |
| HUDSON INSURANCE COMPANY, | ) ) | |
| Defendant. | ) | |

### PETITION AND JURY DEMAND

COMES NOW Allen County Community College ("Plaintiff" or "ACCC"), and for its causes of action against Defendant, Hudson Insurance Company ("Defendant" or "Hudson"), alleges and states:

### JURISDICTION AND VENUE

1.      ACCC is a public educational institution situated in Allen County, Kansas, and the owner of real property located within Allen County, Kansas.

2.      Defendant is a foreign, for-profit corporation incorporated under the laws of the State of Delaware with its principal place of business in the State of New York. It is registered to engage in the business of insurance in the State of Kansas.

3.      Defendant may be served with process through the Commissioner of Insurance located at the Kansas Insurance Department, 1300 SW Arrowhead, Topeka, KS 66604, pursuant to K.S.A. 40-218.

4.      The facts giving rise to Plaintiff's claims occurred in Allen County, Kansas; therefore, venue is proper in this Court.

**STATEMENT OF FACTS**

5.      ACCC entered into a contract for insurance with Defendant to provide coverage for buildings and property owned by ACCC.

6.      Defendant issued Policy Number PEP0005207-01 (the "Policy") to ACCC with a policy period of July 1, 2019 to July 1, 2020. A copy of the Policy is attached as **Exhibit 1**.

7.      In issuing the Policy, Defendant agreed to provide coverage as follows:

> **A. Coverage**
> We will pay for direct physical loss of or damage to Covered Property at the premises described in the Declarations caused by or resulting from any Covered Cause of Loss.

8.      In exchange for the Policy, ACCC paid a premium of $65,435.00.

9.      On or about May 4, 2020, a wind and hail event damaged ACCC's insured property.

10.     ACCC promptly reported a claim to Defendant upon discovering storm-caused damage to ACCC's property.

11.     Defendant assigned Claim Number EFD-0002220 to ACCC's claim.

12.     Defendant hired Sedgwick to inspect the loss and estimate the cost of covered damages.

13.     Sedgwick first inspected Plaintiff's insured property on November 17, 2022.

14.     Defendant hired EFI Global, a division of Sedgwick, to provide engineering services.

15.     EFI Global first inspected Plaintiff's insured property on December 16, 2022.

16.     ACCC retained the services of NorthPoint Claims to assist ACCC in the claim process.

2

17.    NorthPoint Claims repeatedly requested documents and information from Defendant, including, but not limited to, a complete copy of the Policy and a copy of the report created by EFI Global; however, Defendant largely ignored those requests.

18.    Having received no substantive information from Defendant regarding its coverage position or damages estimate, NorthPoint Claims submitted its estimate of damages to Defendant on or about February 13, 2023.

19.    Upon receipt of NorthPoint Claims' estimate, Defendant assigned the handling of ACCC's claim to third-party claims administrator Specialty Claims Management.

20.    On or about April 27, 2023, Sedgwick completed its estimate of damages caused by the May 4, 2020 storm. A copy of this estimate is attached as **Exhibit 2**.

21.    Sedgwick's April 27, 2023 estimate includes costs for repairing and/or replacing metal roofs and other metal items present at the insured property; however, it fails to account for all damages caused by the May 4, 2020 storm, including, but not limited to, the hail-caused damages to the flat roofs of the main administration building.

22.    Sedgwick's April 27, 2023 estimate fails to allot any funds for general contractor overhead and profit, even though general contractor overhead and profit is warranted and necessary for restoring ACCC's property to pre-loss condition.

23.    On or about April 27, 2023, Sedgwick estimated the total replacement cost value of covered damages to be $576,365.92.

24.    Sedgwick's April 27, 2023 estimate was based upon findings made by EFI Global.

25.    Defendant adopted Sedgwick's estimate and relied upon EFI Global's findings.

26.    On May 1, 2023, Defendant, through Specialty Claims Management, requested a re-inspection of Plaintiff's insured property.

27.    On May 18, 2023, Specialty Claims Management, on behalf of Defendant, provided Plaintiff a copy of Sedgwick's April 27, 2023 estimate and requested Plaintiff execute a Sworn Statement in Proof of Loss in order to receive an Actual Cash Value payment of $510,782.59.

28.    On June 14, 2023, Sedgwick and EFI Global reinspected Plaintiff's insured property.

29.    On or about July 14, 2023, NorthPoint Claims updated its estimate, estimating the total Replacement Cost Value of covered damages to be $2,597,423.67. **Exhibit 3**, NP's Estimate. Plaintiff provided Defendant a copy of this estimate on August 11, 2023.

30.    To date, Defendant has only paid ACCC $510,782.59. This figure represents the Actual Cash Value of covered damages as estimated by Sedgwick with inclusion of ACCC's deductible.

31.    Defendant agrees replacement of ACCC's metal roofs is covered by the Policy; however, Defendant failed or otherwise refused to allot sufficient funds to repair other storm-caused damages present on the insured property.

32.    Defendant failed to issue any payment to ACCC until 9 months after ACCC reported its claim to Defendant. Defendant withheld this payment without just cause or excuse.

33.    During its inspections, Sedgwick failed or otherwise refused to look at or consider all storm-damaged items present on the insured buildings.

34.    During its inspections, EFI Global failed or otherwise refused to look at or consider all storm-damaged items present on the insured buildings.

35.    As a result of Defendant's conduct, ACCC was forced to hire attorneys and institute the instant litigation to recover the unpaid benefits owed under the Policy.

36.    On July 14, 2023, the undersigned counsel submitted a Letter of Representation ("LOR") to Defendant, which notified Defendant of Plaintiff's representation; asked for information regarding Defendant's coverage position following its reinspection of the insured property; and requested, among other things, a copy of EFI Global's report and photographs taken by Defendant's representatives during their investigation of the insurance claim. **Exhibit 4**, Letter of Rep. An executed Sworn Statement in Proof of Loss was included with this letter. *Id.*

37.    Defendant, through Specialty Claims Management, did not acknowledge the LOR until September 21, 2023.

38.    On October 10, 2023, Defendant, through Specialty Claims Management, advised it was continuing to assess a possible supplemental payment to Plaintiff for wind damage to the roof of Plaintiff's Masterson Hall building. Defendant finally completed said assessment on or about January 12, 2024, at which point Defendant advised Plaintiff of its decision to issue a supplemental payment of $5,286.68 for covered damages, and this decision was based on reporting from EFI Global.

39.    On January 12, 2024, Defendant requested an executed Sworn Statement in Proof of Loss from Plaintiff to issue the $5,286.68 supplemental payment.

40.    Plaintiff returned the executed Sworn Statement in Proof of Loss to Defendant on March 5, 2024, in anticipation of receiving a $5,286.68 supplemental payment.

41.    To date, Defendant has failed to pay Plaintiff the undisputed amount of $5,286.68, which Defendant agrees it owes under the terms of the Policy.

42.    Defendant relied on an updated estimate from Sedgwick to determine the supplemental payment amount.

43.    On February 5, 2024; February 20, 2024; March 5, 2024; and April 1, 2024, Plaintiff requested a copy of Sedgwick's updated estimate, the basis of Defendant's decision, and the documents requested through the LOR.

44.    Despite the repeated requests by Plaintiff, to date, Defendant has failed or otherwise refused to provide Plaintiff with a copy of Sedgwick's updated estimate; EFI Global's report(s); photographs taken by Defendant's representatives during their investigation of the insurance claim; and the other documents requested through the LOR, except for a copy of the Policy.

## **DEFENDANT'S BREACH OF CONTRACT**

45.    ACCC realleges and affirms Paragraphs 1 – 44 as if fully set forth herein.

46.    The Policy is a contract into which ACCC and Defendant entered.

47.    ACCC paid $65,435.00 to Defendant as a premium for the Policy, which represents sufficient consideration for the contract.

48.    ACCC made the property available for inspection by Defendant's adjusters and representatives; cooperated in the limited investigation that Defendant performed; and otherwise complied with all conditions precedent to recovery under the Policy.

49.    Defendant has delayed and denied issuance of payment due and owed under the Policy, and such delay and denial continue to the present day.

50.    Defendant has ignored covered damages present on the insured property that resulted from the May 4, 2020 storm.

51.     Defendant has severely underpaid the value of covered damages present on the insured property that resulted from the May 4, 2020 storm.

52.     Defendant committed unfair claim settlement practices in violation of K.S.A. § 40-2404(9).

53.     As a result of Defendant's unwarranted delay, wrongful denial, and severe underpayment of ACCC's claim, ACCC has sustained financial losses and has been damaged in an amount in excess of $75,000.00.

54.     Defendant's conduct is the proximate cause of ACCC's damages.

55.     Defendant has breached the contract of insurance into which it entered with ACCC.

56.     ACCC is entitled to recover attorneys' fees pursuant to K.S.A. §§ 40-908 and/or 40-256.

## DEMAND FOR JURY TRIAL

57.     Plaintiff demands trial by jury with respect to all claims and issues triable to the jury as a matter of right pursuant to K.S.A. § 60-238(b) of the Kansas Rules of Civil Procedure.

## PRAYER FOR RELIEF

**WHEREFORE**, premises considered, ACCC prays for judgment against Defendant for Defendant's breach of contract and for:

a.     Payment of all contractual benefits owed to ACCC under the Policy for damages sustained to ACCC's insured property as a result of the May 4, 2020 storm;

b.     Payment of all consequential damages owed to ACCC as a result of Defendant's breach of contract;

c.     Payment of costs and attorneys' fees relating to the instant action;

d.      Payment of pre- and post-judgment interest; and

e.      All other and further relief this Court deems just and proper.

Respectfully submitted,

J. DREW HOUGHTON
Kansas Bar No. 27808
**MERLIN LAW GROUP, PLLC**
One Leadership Square
211 N. Robinson Ave., Suite 210
Oklahoma City, Oklahoma 73102
Telephone: (405) 218-1105
Facsimile: (405) 218-1106
Email: dhoughton@merlinlawgroup.com
*Attorney for Plaintiff*

**ATTORNEYS' LIEN CLAIMED**
**JURY TRIAL DEMANDED**

8

ELECTRONICALLY FILED
2024 Nov 19 AM 9:09
CLERK OF THE ALLEN COUNTY DISTRICT COURT
CASE NUMBER: AL-2024-CV-000031
PII COMPLIANT



**HUDSON**
**INSURANCE GROUP®**

Underwritten by: Hudson Insurance Company
100 William Street
New York, NY  10038

1-212-978-2800

In Witness Whereof. the Company has caused this policy to be executed and attested.

Dina G. Daskalakis
Secretary

Christopher L. Gallagher
President

The information contained herein replaces any similar information contained elsewhere in the policy.

UTI-COVPG (1-16)

EXHIBIT

1

# Hudson Insurance Company

## CLAIM REPORTING
## INFORMATION

Your insurance policy has been placed with the Hudson Insurance Group,.

Our commitment to you is to provide fast, fair claim service. Promptly reporting an event that could lead to a claim, as required by your policy, helps us fulfill this commitment to you. Please refer to your policy for this and all other terms and conditions.

To report a claim, you may contact the Hudson Insurance Group 24 hours a day, 7 days a week, by calling **1-800-884-1138** or email the Claims general mailbox at HudsonClaims300@hudsoninsgroup.com .

Thank you for your business and as always, we appreciate the opportunity to serve you.

| **HOW TO REPORT A CLAIM** |
|---|
| Call **1-800-884-1138** or visit our Web site at www.hudsoninsgroup.com |
| In order to expedite this process, please be prepared to furnish as much of the following information as possible: <br><br> • Your policy number <br><br> • Date, time and location of the loss/accident <br><br> • Details of the loss/accident <br><br> • Name, address and phone number of any involved parties <br><br> • If applicable, name of law enforcement agency or fire department along with the incident number <br><br>       **Please refer to your policy for specific claim reporting requirements.** |

NOTX0178CW (2-06)

═══ **COMMON POLICY DECLARATIONS** ═══

| PEP0005207-00 | **Hudson Insurance Company** | **PEP0005207-01** |
|---|---|---|
| Renewal of Number | 100 William Street<br>New York, NY 10038<br>Tel.: 212-978-2800   Fax: 212-978-2899 | **Policy Number** |

**Name Insured and Mailing Address**

Allen County Community College
1801 North Cottonwood Street
Iola, KS 66749

**Agent Name and Address**

Euclid Public Sector, LLC
234 Spring Lake Drive
Itasca, IL 60143

| Policy Period | From: 07/01/2019 | To: 07/01/2020 | Term: 365 Days |
|---|---|---|---|

**12:01 A.M., Standard Time at your mailing address shown on the Declarations.**

Business Description: Community College

In return for the payment of the premium, and subject to all the terms of this policy, we agree with you to provide the insurance as stated in this policy. This policy consists of the following coverage parts for which a premium is indicated. Where no premium is shown, there is no coverage.

| Coverage Part(s) | Premium |
|---|---|
| Commercial Property Coverage Part | $ Included |
| Commercial General Liability Coverage Part | $ Included |
| Law Enforcement Liability Coverage Part—Occurrence Coverage | $ Not Included |
| Public Officials Liability Coverage Part—Claims Made Coverage | $ Not Included |
| Employment Practices Liability Coverage Part—Claims Made Coverage | $ Not Included |
| Commercial Inland Marine Coverage Part | $ Not Included |
| Commercial Crime And Fidelity Coverage Part | $ Included |
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |
| **Total Policy Premium** | $ 65,435.00 |

Form(s) and Endorsement(s) made a part of this policy at time of issue:

Refer to Schedule of Forms and Endorsements

THIS COMMON POLICY DECLARATION AND THE SUPPLEMENTAL DECLARATION(S), TOGETHER
WITH THE COMMON POLICY CONDITIONS, COVERAGE FORM(S) AND ENDORSEMENTS, COMPLETE
THE ABOVE-NUMBERED POLICY.

PE-D-4 (6-13)

# Hudson Insurance Company

## SCHEDULE OF FORMS AND ENDORSEMENTS

Policy No.: PEP0005207-01                                    Effective Date: 07/01/2019

12:01 A.M. Standard Time

Named Insured: Allen County Community College

| Form | Edition | Name |
|------|---------|------|
| **Common Forms** | | |
| UTI-COVPG | 01-16 | Cover Page |
| NOTX0178CW | 02-06 | Claim Reporting Information |
| PE-D-4 | 06-13 | Common Policy Declarations |
| UT-SP-2 | 12-95 | Schedule of Forms and Endorsements |
| IL 00 17 | 11-98 | Common Policy Conditions |
| IL 09 85 | 01-15 | Disclosure Pursuant to Terrorism Risk Insurance Act |
| IL 01 60 | 01-16 | Kansas Changes - Concealment, Misrepresentation or Fraud |
| IL 02 61 | 09-07 | Kansas Changes - Cancellation and Nonrenewal |
| | | |
| **Property Forms** | | |
| PE-SD-3 | 02-14 | Property Coverage Part Supplemental Declarations |
| PE-332s | 06-13 | Public Entity Enhanced Property Extension Endorsement |
| PE-334s | 06-13 | Public Entity Equipment Breakdown Coverage |
| CP 00 10 | 10-12 | Building and Personal Property Coverage |
| CP 00 30 | 10-12 | Business Income (and Extra Expense) Coverage Form |
| CP 00 90 | 07-88 | Commercial Property Conditions |
| CP 01 01 | 10-12 | Kansas Changes |
| CP 01 40 | 07-06 | Exclusion of Loss Due to Virus or Bacteria |
| CP 10 30 | 10-12 | Causes of Loss - Special Form |
| CP 10 40 | 10-12 | Earthquake or Volcanic Eruption Endorsement |
| CP 12 18 | 10-12 | Loss Payable Provision |
| IL 09 35 | 07-02 | Exclusion of Certain Computer-Related Losses |
| IL 09 86 | 01-15 | Exclusion of Certified Acts of Terrorism Involving Nuclear, Biological, Chemical or Radiological Terrorism; Cap on Covered Certified Acts Losses |
| UTI-3g | 03-92 | Property Deductibles |
| | | |
| **Crime Forms** | | |
| PE-SD-13 | 06-13 | Crime and Fidelity Coverage Part Supplemental Declarations |
| CR 00 25 | 08-13 | Government Crime Coverage Form |
| CR 25 19 | 08-13 | Add Faithful Performance of Duty Coverage |
| | | |
| **General Liability Forms** | | |
| PE-SD-4 | 06-13 | Commercial General Liability Coverage Part Supplemental Declarations (Occurrence) |
| PE-328s | 06-13 | Exclusion - Dams |
| PE-331s | 06-13 | PE Enhanced General Liability Extension Endorsement |

| PE-335s | 06-13 | Public Entity Employee Benefit Liability |
| CG 01 09 | 11-85 | Kansas and Oklahoma Changes - Transfer of Rights |
| CG 00 01 | 04-13 | Commercial General Liability Coverage Form |
| IL 00 21 | 09-08 | Nuclear Energy Liability Exclusion Endorsement |
| CG 20 26 | 04-13 | Additional Insured - Designated Person or Organization |
| CG 21 06 | 05-14 | Exclusion - Access or Disclosure of Confidential or Personal Information and Data-Related Liability - With Limited Bodily Injury Exception |
| CG 21 47 | 12-07 | Employment - Related Practices Exclusion |
| CG 21 56 | 04-13 | Exclusion - Funeral Services |
| CG 21 67 | 12-04 | Fungi or Bacteria Exclusion |
| CG 21 84 | 01-15 | Exclusion of Certified Nuclear, Biological, Chemical or Radiological Acts of Terrorism; Cap on Losses from Certified Acts of Terrorism |
| CG 22 31 | 07-98 | Exclusion - Riot, Civil Commotion of Mob Action |
| CG 22 43 | 04-13 | Exclusion - Engineers, Architects or Surveyors Professional Liability |
| CG 22 44 | 04-13 | Exclusion - Services Furnished by Health Care Providers |
| CG 22 50 | 04-13 | Exclusion - Failure to Supply |
| CG 22 51 | 07-98 | Exclusion- Law Enforcement Activities |
| CG 22 56 | 07-98 | Exclusion - Injury to Volunteer Firefighters |
| CG 22 96 | 04-13 | Limited Exclusion - Personal and Advertising Injury - Lawyers |
| CL CG 00 06 | 01-04 | Sexual Abuse or Molestation Endorsement |
| GL-341s | 08-12 | Hydraulic Fracturing Exclusion |
| UT-74g | 08-95 | Punitive or Exemplary Damage Exclusion |
| UT-266g | 05-98 | Asbestos Exclusion |
| UT-267g | 05-98 | Lead Contamination Exclusion |

IL 00 17 11 98

# COMMON POLICY CONDITIONS

All Coverage Parts included in this policy are subject to the following conditions.

## A. Cancellation

1. The first Named Insured shown in the Declarations may cancel this policy by mailing or delivering to us advance written notice of cancellation.

2. We may cancel this policy by mailing or delivering to the first Named Insured written notice of cancellation at least:

   a. 10 days before the effective date of cancellation if we cancel for nonpayment of premium; or

   b. 30 days before the effective date of cancellation if we cancel for any other reason.

3. We will mail or deliver our notice to the first Named Insured's last mailing address known to us.

4. Notice of cancellation will state the effective date of cancellation. The policy period will end on that date.

5. If this policy is cancelled, we will send the first Named Insured any premium refund due. If we cancel, the refund will be pro rata. If the first Named Insured cancels, the refund may be less than pro rata. The cancellation will be effective even if we have not made or offered a refund.

6. If notice is mailed, proof of mailing will be sufficient proof of notice.

## B. Changes

This policy contains all the agreements between you and us concerning the insurance afforded. The first Named Insured shown in the Declarations is authorized to make changes in the terms of this policy with our consent. This policy's terms can be amended or waived only by endorsement issued by us and made a part of this policy.

## C. Examination Of Your Books And Records

We may examine and audit your books and records as they relate to this policy at any time during the policy period and up to three years afterward.

## D. Inspections And Surveys

1. We have the right to:

   a. Make inspections and surveys at any time;

   b. Give you reports on the conditions we find; and

   c. Recommend changes.

2. We are not obligated to make any inspections, surveys, reports or recommendations and any such actions we do undertake relate only to insurability and the premiums to be charged. We do not make safety inspections. We do not undertake to perform the duty of any person or organization to provide for the health or safety of workers or the public. And we do not warrant that conditions:

   a. Are safe or healthful; or

   b. Comply with laws, regulations, codes or standards.

3. Paragraphs 1. and 2. of this condition apply not only to us, but also to any rating, advisory, rate service or similar organization which makes insurance inspections, surveys, reports or recommendations.

4. Paragraph 2. of this condition does not apply to any inspections, surveys, reports or recommendations we may make relative to certification, under state or municipal statutes, ordinances or regulations, of boilers, pressure vessels or elevators.

## E. Premiums

The first Named Insured shown in the Declarations:

1. Is responsible for the payment of all premiums; and

2. Will be the payee for any return premiums we pay.

## F. Transfer Of Your Rights And Duties Under This Policy

Your rights and duties under this policy may not be transferred without our written consent except in the case of death of an individual named insured.

If you die, your rights and duties will be transferred to your legal representative but only while acting within the scope of duties as your legal representative. Until your legal representative is appointed, anyone having proper temporary custody of your property will have your rights and duties but only with respect to that property.

 Copyright, Insurance Services Office, Inc., 1998 □

POLICY NUMBER: PEP0005207-01

IL 09 85 01 15

**THIS ENDORSEMENT IS ATTACHED TO AND MADE PART OF YOUR POLICY IN RESPONSE TO THE DISCLOSURE REQUIREMENTS OF THE TERRORISM RISK INSURANCE ACT. THIS ENDORSEMENT DOES NOT GRANT ANY COVERAGE OR CHANGE THE TERMS AND CONDITIONS OF ANY COVERAGE UNDER THE POLICY.**

# DISCLOSURE PURSUANT TO TERRORISM RISK INSURANCE ACT

## SCHEDULE

| SCHEDULE – PART I |
|---|
| **Terrorism Premium (Certified Acts)**     **$855.00** |
| **This premium is the total Certified Acts premium attributable to the following Coverage Part(s), Coverage Form(s) and/or Policy(ies):** |
| **Commercial Property Coverage Part**<br>**Commercial General Liability Coverage Part** |
| **Additional information, if any, concerning the terrorism premium:** |

| SCHEDULE – PART II |
|---|
| **Federal share of terrorism losses     81     % Year: 20  19** |
| (Refer to Paragraph **B.** in this endorsement.) |
| **Federal share of terrorism losses     80     % Year: 20  20** |
| (Refer to Paragraph **B.** in this endorsement.) |

| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. |
|---|

**A. Disclosure Of Premium**

In accordance with the federal Terrorism Risk Insurance Act, we are required to provide you with a notice disclosing the portion of your premium, if any, attributable to coverage for terrorist acts certified under the Terrorism Risk Insurance Act. The portion of your premium attributable to such coverage is shown in the Schedule of this endorsement or in the policy Declarations.

**B. Disclosure Of Federal Participation In Payment Of Terrorism Losses**

The United States Government, Department of the Treasury, will pay a share of terrorism losses insured under the federal program. The federal share equals a percentage (as shown in Part II of the Schedule of this endorsement or in the policy Declarations) of that portion of the amount of such insured losses that exceeds the applicable insurer retention. However, if aggregate insured losses attributable to terrorist acts certified under the Terrorism Risk Insurance Act exceed $100 billion in a calendar year, the Treasury shall not make any payment for any portion of the amount of such losses that exceeds $100 billion.

**C. Cap On Insurer Participation In Payment Of Terrorism Losses**

If aggregate insured losses attributable to terrorist acts certified under the Terrorism Risk Insurance Act exceed $100 billion in a calendar year and we have met our insurer deductible under the Terrorism Risk Insurance Act, we shall not be liable for the payment of any portion of the amount of such losses that exceeds $100 billion, and in such case insured losses up to that amount are subject to pro rata allocation in accordance with procedures established by the Secretary of the Treasury.

IL 01 60 01 16

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# KANSAS CHANGES – CONCEALMENT, MISREPRESENTATION OR FRAUD

This endorsement modifies insurance provided under the following:

    CAPITAL ASSETS PROGRAM (OUTPUT POLICY) COVERAGE PART
    COMMERCIAL INLAND MARINE COVERAGE PART
    COMMERCIAL PROPERTY COVERAGE PART
    CRIME AND FIDELITY COVERAGE PART
    EQUIPMENT BREAKDOWN COVERAGE PART
    FARM COVERAGE PART
    STANDARD PROPERTY POLICY

**A.** When this endorsement is attached to the **Standard Property Policy CP 00 99** the term Coverage Part in this endorsement is replaced by the term Policy.

**B.** The **Concealment, Misrepresentation Or Fraud** Condition is replaced by the following:

**Concealment, Misrepresentation Or Fraud**

We will not pay for any loss or damage under this Coverage Part if you or any other insured in relation to an insurance application, rating, claim or coverage under this policy knowingly and with intent to defraud:

1. Presents, causes to be presented or prepares with the knowledge or belief that it will be presented to or by an insurer, purported insurer, broker or any agent thereof, any written, electronic, electronic impulse, facsimile, magnetic, oral, or telephonic communication or statement which such person knows to contain materially false information concerning any material fact; or

2. Conceals information concerning any material fact for the purpose of misleading.

---

IL 01 60 01 16          © Insurance Services Office, Inc., 2015          **Page 1 of 1**

IL 02 61 09 07

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# KANSAS CHANGES – CANCELLATION AND NONRENEWAL

This endorsement modifies insurance provided under the following:

CAPITAL ASSETS PROGRAM (OUTPUT POLICY) COVERAGE PART
COMMERCIAL GENERAL LIABILITY COVERAGE PART
COMMERCIAL INLAND MARINE COVERAGE PART
COMMERCIAL PROPERTY COVERAGE PART
CRIME AND FIDELITY COVERAGE PART
EMPLOYMENT-RELATED PRACTICES LIABILITY COVERAGE PART
EQUIPMENT BREAKDOWN COVERAGE PART
FARM COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

**A.** Paragraph **2.** of the **Cancellation** Common Policy Condition is replaced by the following:

**2.a.** We may cancel this policy by mailing or delivering to the first Named Insured written notice of cancellation, stating the reasons for cancellation, at least:

(1) 10 days before the effective date of cancellation if we cancel for nonpayment of premium.

(2) 30 days before the effective date of cancellation if we cancel for any other reason.

**b.** If this policy has been in effect for 90 days or more, or if it is a renewal of a policy we issued, we may cancel this policy only for one or more of the following reasons:

(1) Nonpayment of premium;

(2) This policy was issued because of material misrepresentation;

(3) You or any other insured violated any of the material terms and conditions of this policy;

(4) Unfavorable underwriting factors, specific to you, exist that were not present at the inception of this policy;

(5) A determination by the insurance commissioner that continuation of coverage could place us in a hazardous financial condition or in violation of the laws of Kansas; or

(6) A determination by the insurance commissioner that we no longer have adequate reinsurance to meet our needs.

**B.** The following is added and supersedes any condition to the contrary:

**NONRENEWAL**

1. If we decide not to renew this policy, we will mail or deliver written notice of nonrenewal, stating the reasons for nonrenewal, to the first Named Insured at least 60 days prior to the expiration of the policy.

2. Any notice of nonrenewal will be mailed or delivered to the first Named Insured's last mailing address known to us. If notice is mailed, proof of mailing will be sufficient proof of notice.

 © ISO Properties, Inc., 2006

# HUDSON INSURANCE COMPANY

## PROPERTY COVERAGE PART
## SUPPLEMENTAL DECLARATIONS

These Supplemental Declarations form a part of policy number: <u>PEP0005207-01</u> Effective Date: <u>07/01/2019</u>

| COVERAGE | LIMITS OF INSURANCE |
|---|---|
| Building Limit.................................................................. | $<u>Included</u> |
| Business Personal Property Limit................................... | $<u>Included</u> |
| Building and Business Personal Property Blanket Limit | $<u>36,159,143</u> |
| Earthquake and Volcanic Eruption Limit.......................... | $ <u>5,000,000</u> Any One Earthquake—Volcanic Eruption |
| | $ <u>5,000,000</u> Annual Aggregate |
| Flood Limit....................................................................... | $ |

☐ Agreed Value Expires:_____    ☒ Replacement Cost   ☒ Inflation Guard: ____.08____

Location(s) of Covered Property:

All locations provided in the Statement of Values on file with the Company.

Contractors Equipment and Miscellaneous Tools coverage provided per schedule on file with the Company.

Deductible:

$<u>See UTI-3q</u>_____ per Occurrence

  <u>N/A</u>_____ % Wind and Hail

$ <u>25,000</u>_____ Earthquake and Volcanic Eruption

(If no percent is shown then the dollar amount shown applies to all perils including wind and hail)

<u>FORMS AND ENDORSEMENTS</u> (other than applicable forms and endorsements shown elsewhere in the policy).

Forms and endorsements applying to this Coverage Part and made part of this policy at time of issue:

Refer to Schedule of Forms and Endorsements

THIS SUPPLEMENTAL DECLARATION TOGETHER WITH THE COMMON POLICY DECLARATIONS,
COMMON POLICY CONDITIONS, COVERAGE FORM(S) AND ENDORSEMENT(S) COMPLETE
THE ABOVE-NUMBERED POLICY.

PE-SD-3 (2-14)

# Hudson Insurance Company

ENDORSEMENT
NO._____

| ATTACHED TO AND FORMING A PART OF POLICY NUMBER | ENDORSEMENT EFFECTIVE DATE (12:01 A.M. STANDARD TIME) | NAMED INSURED |
|---|---|---|
| PEP0005207-01 | 07/01/2019 | Allen County Community College |

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

## PUBLIC ENTITY
## ENHANCED PROPERTY EXTENSION ENDORSEMENT

This endorsement modifies insurance provided under the following:

**BUILDING AND PERSONAL PROPERTY COVERAGE FORM**
**BUSINESS INCOME (AND EXTRA EXPENSE) COVERAGE FORM**
**CAUSES OF LOSS—SPECIAL FORM**

The Coverage Extensions and Additional coverages listed below are granted by us as additions to your insurance policy.

### SCHEDULE OF LIMITS

| Coverage | Limit of Insurance/Days | Adjusted Limit of Insurance |
|---|---|---|
| Building within 1,000 feet of described premises | Building Limit | $ |
| Your Business Personal Property within 1,000 feet of described premises | Personal Property Limit | $ |
| Personal Property of Others within 1,000 feet of described premises | Personal Property Limit | $ |
| Foundations | Building Limit | $ |
| Underground Sprinkler System and Related Component Parts | $   25,000 | $ |
| Animals | $1,500 per animal $10,000 per occurrence | $ $ |
| Debris Removal | $   25,000 | $ |
| Fire Department Service Charge | $   25,000 | $ |
| Pollutant Clean-up And Removal | $   25,000 | $ |
| Electronic Data | $   25,000 | $ |
| Key Replacement and Lock Repair | $   25,000 | $ |
| Arson Reward | $   25,000 | $ |
| Footbridges or Retaining Walls | $   25,000 | $ |
| Newly Acquired or Constructed Property—Buildings | $1,000,000 Number of Days One Hundred Eighty (180) | $ |

| Coverage | Limit of Insurance/Days | Adjusted Limit of Insurance |
|---|---|---|
| Newly Acquired or Constructed Property—Business Personal Property | $500,000<br>Number of Days<br>One Hundred Eighty (180) | $ |
| Personal Effects and Property of Others | $    25,000 | $ |
| Valuable Papers and Records:<br>    At described premises<br>    Not at described premises | $ 250,000<br>$    50,000 | $<br>$ |
| Property Off-Premises | $ 100,000 | $ |
| Outdoor Property | $    50,000<br>$1,000 per tree, shrub or<br>plant maximum | $<br>$ |
| Accounts Receivable:<br>    At described premises<br>    Not at described premises | $ 250,000<br>$    50,000 | $<br>$ |
| Change in Temperature, Electrical Damage and Off-Premises Service | $    50,000 | $ |
| Commandeered Property | $ 100,000 | $ |
| Contractors' Equipment and Miscellaneous Equipment and Tools (includes $25,000 leased/rented equipment) | $    50,000<br>$5,000 tools | $ 1,541,224<br>$ |
| Electronic Data Processing Data and Media | $    50,000 | $ 680,000 |
| Employee Dishonesty | $    50,000 | $ See PE-SD-13 |
| Faithful Performance of Duty Coverage:<br>Employee Theft—Per Loss Coverage | $    50,000 | $ See CR 25 19 |
| Food Contamination Shutdown—Planned Event | $    10,000 | $ |
| Fine Arts | $ 100,000 | $ |
| Inventory and Appraisals | $    10,000 | $ |
| Money and Securities | $    25,000 | $ See PE-SD-13 |
| Public Relations Crisis Management Services Expense | $    10,000 | $ |
| Unscheduled Miscellaneous Outdoor Property | $ 100,000 | $ |
| Underground Water Seepage | $    25,000 | $ |
| Utility Services—Planned Events | $    25,000 | $ |
| Fungus, Wet Rot, Dry Rot and Bacteria | $    25,000 | $ |
| Property In Transit | $    50,000 | $ |
| Building Ordinance: Coverage A | Building Limit | Building Limit |
| Building Ordinance: Combined Coverage B and C | $ 250,000 | $ |
| Business Income & Extra Expense | $ 250,000 | $ |
| Business Income Other Than Rental Value | Number of Days<br>Sixty (60) | |

The limits shown on this Schedule may be subject to limitations as described in the endorsement. Please refer to the individual coverages. If a limit is shown in the **Adjusted Limit of Insurance** column, that limit will be the actual limit for that coverage. If the **Adjusted Limit of Insurance** column shows Not Covered, then no coverage will be provided for that item regardless of any limit shown under the **Limit of Insurance/Days** column. For coverage on Newly Acquired or Constructed Property—Building, Newly Acquired or Constructed Property—Business Personal Property or Business Income Other Than Rental Value, the number of days is not adjustable.

The Coverage Form to which this Enhanced Property Extension Endorsement applies is extended to insure against direct physical loss or damage for the Coverage Extensions provided on this Enhanced Property Extension Endorsement.

## I. Endorsement Provisions

### A. Limits of Insurance

The Limits of Insurance shown for the coverages provided by this Enhanced Property Extension Endorsement may be increased, decreased or not covered if amended by the **Adjusted Limit of Insurance** column. Any amount shown in the **Adjusted Limit of Insurance** column is the actual limit for that coverage and is not in addition to the limit shown in the **Limit of Insurance/Days** column.

Except where individual coverages provide specific direction for the application of limits:

1. The **Limit of Insurance/Days** or **Adjusted Limit of Insurance** for each coverage extension applies separately for each premises described in the Statement of Values referred to on the Property Coverage Part Supplemental Declarations regardless of the number of buildings;

2. The actual limits shown on this form are per occurrence; and

3. The actual limits shown on this form are in addition to the limits provided in the Statement of Values referred to on the Property Coverage Part Supplemental Declarations unless otherwise specified.

### B. Business Income

For the purposes of this Enhanced Property Extension Endorsement, additional coverages granted by this endorsement do not constitute a Covered Cause of Loss under any business income coverage.

### C. Deductible

For the purposes of this Enhanced Property Extension Endorsement, the deductible per occurrence is $500 per coverage subject to a maximum of $1,000 any one occurrence.

If this deductible, and one or more of the deductibles listed in the policy Property Coverage Part Supplemental Declarations apply on the same occurrence, this deductible will apply separately.

### D. Coinsurance

Coinsurance does not apply to any of the coverages provided under this Enhanced Property Extension Endorsement unless specified in the individual coverage. The limits and coverages included in this Enhanced Property Extension Endorsement will also not be considered when evaluating coinsurance for the other items covered under your policy.

### E. Policy Provisions

Except where noted within this Enhanced Property Extension Endorsement, policy terms and conditions apply to the coverage extensions provided by this endorsement. This includes, but is not limited to, exclusions, limitations, and protective safeguard endorsements. For the purposes

of this Enhanced Property Extension Endorsement, safeguard endorsements apply when the failed safeguard would have reasonably prevented, deterred, or limited the loss.

The following amendments are applicable to the Coverage Forms as stated below and are not additional coverages.

## II. Coverages

**A.** Under the **BUILDING AND PERSONAL PROPERTY COVERAGE FORM,** section **A. Coverage,** subsection **1. Covered Property** is amended as follows:

**1.** Paragraph **a.(5)(b)** is replaced by:

Materials, equipment, supplies and temporary structures, on or within 1,000 feet of the described premises, use for making additions, alterations or repairs to the building or structure.

**2.** The first paragraph of **b. Your Business Personal Property** is replaced by:

**Your Business Personal Property** consists of the following property located in or on the building described in the Statement of Values referred to on the Commercial Property Part Supplemental Declarations or in the open (or in a vehicle) within 1,000 feet of the described premises:

**3.** Paragraph **c. Personal Property of Others,** subparagraph **(2)** is replaced by:

Located in or on the building or structure described in the Statement of Values referred to on the Property Coverage Part Supplemental Declarations or in the open (or in a vehicle) within 1,000 feet of the building or structure or within 1,000 feet of the premises described in the Statement of Values referred to on the Property Coverage Part Supplemental Declarations, whichever distance is greater.

**B.** Under the **BUILDING AND PERSONAL PROPERTY COVERAGE FORM,** the following are added to section **A. Coverage,** subsection **1. Covered Property:**

**1.** Foundations of buildings, structures, machinery or boilers if their foundations are below:

**a.** The lowest basement floor; or

**b.** The surface of the ground, if there is no basement.

This Extension also applies to:

**(1)** Underground pipes, tanks and connections which are within 1,000 feet of the building; and

**(2)** Underground sprinkler system piping and related component parts, underground pipes, flues or drains, up to the limit shown in the Schedule of Limits of this endorsement.

Under the **BUILDING AND PERSONAL PROPERTY COVERAGE FORM,** section **A. Coverage,** subsection **2. Property Not Covered,** paragraphs **g.** (Foundations) and **m.** (Underground pipes, flues or drains) do not apply.

**2.** We will pay up to the limit shown in the Schedule of Limits of this endorsement for animals that are owned by you and which are held at a location shown in the Statement of Values referred to on the Property Coverage Part Supplemental Declarations or while in the care, custody and control of an insured employee, for loss or damage caused by or resulting from:

**a.** Specified causes of loss;

**b.** Building glass breakage;

**c.** "Theft";

    **d.** Electrocution;

    **e.** Attack by dogs, wild animals or persons other than an employee of the insured; or

    **f.** Accidental shooting or drowning which results in death or necessary destruction.

Under the **BUILDING AND PERSONAL PROPERTY COVERAGE FORM,** section **A. Coverage,** subsection **2. Property Not Covered,** paragraph **b.** (Animals) does not apply.

## III. Additional Coverages

A. Section    A. **Coverage** of the **BUILDING AND PERSONAL PROPERTY COVERAGE FORM,** subsection **4. Additional Coverages** is amended as follows:

1. The limit shown under paragraph **a. Debris Removal** subparagraph **(3)(b)** is deleted and replaced with the limit shown in the Schedule of Limits of this endorsement.

2. Paragraph **c. Fire Department Service Charge** is replaced by:

    **c.** When the fire department is called to save or protect Covered Property from a Covered Cause of Loss, we will pay up to the limit shown in the Schedule of Limits of this endorsement for your liability for fire department service charges:

        **(1)** Assumed by contract or agreement prior to loss; or

        **(2)** Required by local ordinance.

    This coverage is extended to include the cost to recharge your fire extinguishers which were discharged as result of a Covered Cause of Loss.

    Fire department service charge coverage does not apply in the states of Arizona and Texas.

    No Deductible applies to this Additional Coverage.

3. Paragraph **d. Pollutant Clean-up And Removal** is replaced by:

    **d. Pollutant Clean-up And Removal**

    We will pay your expense to extract "pollutants" from land or water at the described premises if the discharge, dispersal, seepage, migration, release or escape of the "pollutants" is caused by or results from a Covered Cause of Loss that occurs during the policy period. The expenses will be paid only if they are reported to us in writing within one hundred eighty (180) days of the date on which the Covered Cause of Loss occurs.

    This Additional Coverage does not apply to costs to test for, monitor or assess the existence, concentration or effects of "pollutants." But we will pay for testing which is per- formed in the course of extracting the "pollutants" from the land or water.

    The most we will pay under this Additional Coverage for each described premises is up to the limit shown in the Schedule of Limits of this endorsement for the sum of all covered expenses arising out of Covered Causes of Loss occurring during each separate twelve (12) month period of this policy.

B. Under the **BUILDING AND PERSONAL PROPERTY COVERAGE FORM,** section **A. Coverage** the following are added to subsection **4. Additional Coverages:**

1. **Key Replacement and Lock Repair**

    We will pay for the cost to repair or replace locks at the described premises due to "theft" or other loss of keys up to the limit shown in the Schedule of Limits of this endorsement.

**2. Arson Reward**

If covered property sustains direct physical loss or damage caused by or resulting from a Covered Cause of Loss, and the origin of such loss is determined to be arson committed by an individual or individuals, we will reimburse the insured, up to the limit provided for Arson Reward coverage, for payment of a reward to the person or persons who provides information that leads to the arrest and conviction of the individuals responsible for the loss.

The most we will pay for each occurrence is the limit of insurance shown in the Schedule of Limits of this endorsement. This limit applies once per covered cause of loss regardless of the number of persons providing information that leads to the arrest and conviction of the responsible parties.

No deductible applies to this Additional Coverage. No reward payment will be paid when the insured is the informant.

**3. Footbridges or Retaining Walls**

We will pay for direct physical loss or damage caused by a Covered Cause of Loss to any footbridges or retaining walls that are not part of a building located at the premises described in the Statement of Values referred to on the Property Coverage Part Supplemental Declarations.

The most we will pay is the limit shown in the Schedule of Limits of this endorsement.

Under the **BUILDING AND PERSONAL PROPERTY COVERAGE FORM,** section **A. Coverage,** subsection **2. Property Not Covered,** paragraph **I.** (Retaining walls) does not apply.

**IV. Coverage Extensions**

**A.** Under the **BUILDING AND PERSONAL PROPERTY COVERAGE FORM,** section **A. Coverage,** paragraph **5. Coverage Extensions** is amended as follows:

**1.** Paragraph **a. Newly Acquired Or Constructed Property,** subparagraph **(1)** Buildings is amended by:

The most we will pay for loss or damage under this Extension is the limit shown in the Schedule of Limits of this endorsement at each building.

**2.** Paragraph **a. Newly Acquired Or Constructed Property,** subparagraph **(2) Your Business Personal Property,** item **(a)** is amended by:

The most we will pay for loss or damage under this Extension is the limit shown in the Schedule of Limits of this endorsement at each building.

**3.** Paragraph **a. Newly Acquired Or Constructed Property,** subparagraph **(3) Period Of Coverage,** item **(b)** is replaced by:

The number of days shown in the Schedule of Limits of this endorsement expire after you acquire the property or begin construction of that part of the building that would qualify as covered property; or

**4.** Paragraph **b. Personal Effects And Property of Others** is replaced by:

**b. Personal Effects And Property of Others**

You may extend the insurance that applies to Your Business Personal Property to apply to:

**(1)** Personal effects owned by you, you're officers, your partners or members, your managers, your employees or your volunteers.

**(2)** Personal property of others in your care, custody or control.

The most we will pay for loss or damage under this Extension for property owned by any one person and at each described premises is per the limit shown in the Schedule of Limits of this endorsement. Our payment for loss of or damage to personal property of others will only be for the account of the owner of the property.

5.  Paragraph **c. Valuable Papers And Records (Other Than Electronic Data),** subparagraph **(4)** is replaced by:

    **(4)** Under this Extension, the most we will pay to replace or restore the lost information is the limit shown in the Schedule of Limits of this endorsement at each described premises. We will also pay for the cost of blank material for reproducing the records (whether or not duplicates exist), and (where there is a duplicate) for the cost of labor to transcribe or copy the records. The costs of blank material and labor are subject to the applicable Limit of Insurance on Your Business Personal Property and therefore coverage of such costs is not additional insurance.

    For valuable papers and records not at the described premises, the most we will pay is the limit shown in the Schedule of Limits of this endorsement.

6.  Paragraph **d. Property Off-Premises,** subparagraph **(3)** is replaced by:

    **(3)** The most we will pay for loss or damage under this Extension is the limit shown in the Schedule of Limits of this endorsement.

7.  Paragraph **e. Outdoor Property** is replaced by:

    **e. Outdoor Property**

    You may extend the insurance provided by this Coverage Form to apply to your outdoor fences and netting, outdoor lighting, outdoor pools, court surfaces, radio and television antennas (including satellite dishes), signs (other than signs attached to buildings), sirens, trees, shrubs, plants, lawns, and playground equipment, including debris removal expense, caused by or resulting from artificially generated electrical current or any of the Covered Causes of Loss except wind or hail.

    The most we will pay for loss or damage under this Extension is the limit shown in the Schedule of Limits of this endorsement. These limits apply to any one occurrence, regardless of the types or number of items lost or damaged in that occurrence.

B.  The following are added to the **BUILDING AND PERSONAL PROPERTY COVERAGE FORM,** section **A. Coverage,** paragraph **5. Coverage Extensions:**

    1.  **Accounts Receivable**

        a.  You may extend the insurance that applies to **Your Business Personal Property** to apply to accounts receivable. We will pay:

            **(1)** All amounts due from your customers that you are unable to collect;

            **(2)** Interest charges on the loan required to offset amounts you are unable to collect pending our payment of these amounts;

            **(3)** Collection expenses in excess of your normal collection expenses that are made necessary by loss or damage; and

            **(4)** Other reasonable expenses that you incur to reestablish your records of accounts receivable.

**b.** The most we will pay under this Extension for loss or damage in any one occurrence at the described premises is the limit shown in the Schedule of Limits of this endorsement.

For accounts receivables not at the described premises, the most we will pay is the limit shown in the Schedule of Limits of this endorsement.

**c.** Section **B. Exclusions and Limitations** of the **BUILDING AND PERSONAL PROP-ERTY COVERAGE FORM** does not apply to this Coverage Extension except for:

    **(1)** Paragraph **B.1.c.,** Governmental Action;

    **(2)** Paragraph **B.1.d.,** Nuclear Hazard;

    **(3)** Paragraph **B.1.f.,** War and Military Action;

    **(d)** Paragraph **B.2.h.,** Dishonesty;

    **(4)** Paragraph **B.2.i.,** False Pretense; and

    **(5)** Paragraph **B.3..**

**2. Change in Temperature, Electrical Damage and Off-Premises Services**

We will pay up to the limit shown on the Schedule of Limits of this endorsement at each described premises for direct physical loss of or damage to covered property caused by any combination of the following:

**a.** A change in temperature or humidity resulting from a mechanical breakdown or mal-function of heating, refrigerating, cooling or humidity control equipment at the described premises;

**b.** Electrical damage resulting from artificially generated electric current, other than electrical arcing, that disturbs electrical devices, appliances or wires; or

**c.** The interruption of service resulting from direct physical loss or damage to the following property not on the described premises:

    **(1)** Water supply services;

    **(2)** Communication supply services; or

    **(3)** Gas, steam or electrical power.

The limits provided for this coverage are an extension of Your Business Personal Property coverage limits and do not increase the available limits.

Under Section **B. Exclusions** of the **CAUSES OF LOSS—SPECIAL FORM,** subsection **1.e. Utility Services** and **2.a** and **2.d.7** do not apply to this Coverage Extension.

**3. Commandeered Property**

**a.** You may extend the insurance that applies to Business Personal Property to apply to personal property of others that you commandeer, seize or take over for official use at the location of and during an emergency operation and is used to assist in that emergency operation.

The most we will pay for loss or damage under this Extension is the limit shown on the Schedule of Limits of this endorsement.

Each loss for commandeered property covered by this Extension is subject to the greater of:

    **(1)** $500 deductible; or

      **(2)** The deductible specified on the Property Coverage Part Supplemental Declarations.

  **b.** Emergency operations means actions:

      **(1)** Which are urgent responses for protection of property, human life, health or safety; and

      **(2)** Which result from or arise from the performing or attempts to perform firefighting, rescue or emergency medical services, including the stabilizing or securing of an emergency scene; and

      **(3)** Which are sanctioned by the fire department, first aid or rescue squad insured under this policy, or by the officers of such organizations.

**4. Contractors' Equipment and Miscellaneous Equipment Including Tools**

  **a.** We will pay up to the limit shown on the Schedule of Limits of this endorsement that applies to Business Personal Property while on your premises, in transit or away from your premises that you own, lease, rent or operate consisting of:

      **(1)** Grounds maintenance equipment. This includes but is not limited to lawnmowers, tractors and snow blowers;

      **(2)** Contractors' equipment. This includes mobile machinery, equipment and tools used in your street and road maintenance or construction operations;

      **(3)** Miscellaneous portable equipment. This coverage is limited to walkie-talkies, radios and portable communications equipment, firearms, other law enforcement equipment, voting booths, audiovisual equipment, sports equipment, scientific equipment, musical instruments, band uniforms and theatrical scenery and costumes; or

      **(4)** Emergency Service Portable Equipment which means portable firefighting, ambulance or rescue-related equipment used for emergency rescue and treatment purposes.

  **b.** The value of the equipment will be the least of the following amounts:

      **(1)** The actual cash value of that equipment;

      **(2)** The cost of reasonably restoring that equipment to its condition immediately before loss or damage.

  If the equipment is five years or newer from the date of manufacturing, we will pay the cost of replacing that equipment with substantially similar equipment.

  In the event of loss or damage, the value of the equipment will be determined as of the time of loss or damage.

  Any single item with a value of $10,000 or greater must be scheduled on the Statement of Values referred to on the Property Coverage Part Supplemental Declarations. The most we will pay for that item of equipment is the value shown on the Statement of Values.

**5. Electronic Data, Processing Data, and Media**

You may extend the insurance that applies to Your Business Personal Property and Personal Property of Others:

      **(1)** To apply to your costs to research, replace or restore the lost information on lost or damaged "electronic data processing data and media" for which duplicates do not

exist. The loss or damage to the "electronic data processing data and media" must be caused by a Covered Cause of Loss.

**(2)** The most we will pay in any one occurrence under this Extension for loss or damage to "electronic data processing data and media" is the limit shown on the Schedule of Limits of this endorsement:

    **(a)** At or within 1,000 feet of the described premises;

    **(b)** At any other location where the insurance provided for Your Business Personal Property and Personal Property of Others applies, including while in transit.

**(3)** The following **CAUSES OF LOSS—SPECIAL FORM** Exclusions do not apply to this "Electronic Data Processing Data and Media" Coverage Extension:

    **(a)** Exclusion **1.e.** Utility Services;

    **(b)** Exclusion **2.a.** Artificially generated electric current;

    **(c)** Exclusion **2.d.(6)** Mechanical breakdown; or

    **(d)** Exclusion **2.d.(7)** Dampness or dryness of atmosphere, changes in or extremes of temperature and marring or scratching.

**6.  Employee Dishonesty**

  **a.** · We will pay up to the limit shown on the Schedule of Limits of this endorsement for direct loss of, or damage to your Business Personal Property, including "money" and "securities," resulting from dishonest acts committed by any of your employees acting alone or in collusion with other persons with the intent to:

    **(1)** Cause you to sustain a loss or damage; and

    **(2)** Obtain financial benefit (other than salaries, commissions, fees, bonuses, promotions, awards, profit sharing, pensions or other employee benefits earned in the nor- mal course of employment) for:

      **(a)** Any employees; or

      **(b)** Any other person or organization intended by the employee to receive that benefit.

  **b.** We will not pay for loss or damage:

    **(1)** Resulting from any dishonest or criminal act committed by any elected or appointed public official, treasurer, tax collector, officer or director whether acting alone or in collusion with other persons.

    **(2)** A loss or that part of any loss which can only be proved by:

      **(a)** An inventory computation; or

      **(b)** A profit and loss computation.

    **(3)** A loss caused by any employee required by law to be individually bonded.

    **(4)** A loss caused by a treasurer or tax collector by whichever name known.

    **(5)** Damages for which you are legally liable as a result of:

      **(a)** The deprivation or violation of the civil rights of any person by an employee; or

      **(b)** The tortious conduct of an employee except conversion of property of other par-
ties held by you in any capacity.

    **(6)** All loss or damage is considered one occurrence if it:

      **(a)** Is caused by one or more persons; or

      **(b)** Involves a single act or series of related acts.

  **c.** We will pay only for loss or damage you sustain through acts committed or events occur-
ring during the policy period. Regardless of the number of years this policy remains in
force or the number of premiums paid, no limit of insurance cumulates from year to year
or period to period.

  **d.** This coverage does not apply to any employee immediately upon discovery by any elect-
ed or appointed official, officer or director not in collusion with the employee, of any dis-
honest act committed by that employee before or after being hired by you.

  **e.** We will pay only for covered loss or damage "discovered" no later than one year from the
end of the policy period.

  **f.** If you (or any predecessor in interest) sustain loss or damage during the period of any
prior insurance that you could have recovered under, except that the time within which to
discover loss or damage has expired, we will pay for it under this Additional Coverage
provided:

    **(1)** This coverage became effective at the time of cancellation or termination of the prior
insurance; and

    **(2)** The claim or damage would have been covered by this Additional Coverage had it
been in effect when the acts or events causing the loss or damage were committed
or occurred.

Under Section **B. Exclusions** of the **CAUSES OF LOSS—SPECIAL FORM,** subsection **2.h.**
and **2.i.** do not apply to this Coverage Extension.

The insurance under the preceding paragraphs are part of, not in addition to, the limit of
insurance applying to this Additional Coverage and is limited to the lesser of the amount
recoverable under:

  **(1)** This coverage as of its effective date; or

  **(2)** The prior insurance had it remained in effect.

A deductible of $250 will apply.

**7. Faithful Performance of Duty**

  **a.** We will pay for loss or damage to "money," "securities" and "other property" resulting
directly from the failure of any employee to faithfully perform his or her duties as pre-
scribed by law, when such failure has as its direct and immediate result a loss of your
covered property. The most we will pay for loss arising out of any one occurrence is the
limit shown on the Schedule of Limits of this endorsement. That limit is part of, not in ad-
dition to, the Limits Of Insurance shown in the Property Coverage Part Supplemental
Declarations.

  **b.** The following exclusions are added to paragraph **1.** of Section **B. Exclusions** of the
**CAUSES OF LOSS—SPECIAL FORM:**

(1) Loss resulting from the failure of any entity acting as a depository for your property or property for which you are responsible.

(2) Damages for which you are legally liable as a result of:

    (a) The deprivation or violation of the civil rights of any person by an "employee"; or

    (b) The tortious conduct of an "employee," except the conversion of property of other parties held by you in any capacity.

Under Section **B. Exclusions** of the **CAUSES OF LOSS—SPECIAL FORM,** subsection **2.h.** and **2.i.** do not apply to this Coverage Extension.

8. **Food Contamination Shutdown—Planned Events**

    **a.** We will pay for the actual Loss of Income you sustain from a suspension of your fund raising operation due to a declaration by the Board of Health or other government body because of the discovery of, or suspicion of, "food contamination."

    **b.** We will also pay the following Supplemental Payments:

        (1) Your cost to clean your equipment per local Board of Health Requirements;

        (2) Your costs to replace consumable goods declared contaminated by the local Board of Health;

        (3) Reimbursement to infected patrons for doctor's care, hospitalization and necessary blood work; and

        (4) Necessary medical tests and vaccines for affected employees as required by the Board of Health or other government body. This coverage is primary to any other Insurance coverage.

    **c.** The most we will pay for these Extensions is the limit shown on the Schedule of Limits of this endorsement.

    **d.** We will not pay for loss caused directly or indirectly due to fines or penalties of any kind. Such loss is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss.

    **e.** In the event of a loss you must:

        (1) Give us prompt notice of the suspension declaration;

        (2) Notify any public authority that may have jurisdiction over the incident; and

        (3) As soon as possible, give us a description of how, when and where the "food contamination" was first "discovered."

9. **Fine Arts**

We will pay up to the limit shown on the Schedule of Limits of this endorsement that applies to Business Personal Property:

To "fine arts" that are:

**a.** Your Property; or

**b.** The property of others that is in your care, custody or control.

We will determine the value of "fine arts" at its market value at the time of loss.

10. **Inventory and Appraisals**

    a. You may extend the insurance provided under this coverage form to apply to the following expenses, incurred in the event of a loss, excluding public adjusters and appraisers, you incur for:

       (1) The cost of taking inventories;

       (2) The cost of obtaining appraisals; and

       (3) The cost of preparing a statement of loss and other supporting exhibits.

    b. We will not pay for expenses to prepare claims not covered by this coverage part.

The most we will pay under this extension for any claim is the limit shown on the Schedule of Limits of this endorsement.

No deductible shall apply to this coverage.

11. **Theft of Money and Securities**

    a. We will pay up to the limit shown on the Schedule of Limits of this endorsement for loss of "money" and "securities" inside the premises or banking premises or outside your premises in the care and custody of a messenger:

       (1) Resulting directly from "theft" committed by a person present inside such premises or banking premises; or

       (2) Resulting directly from disappearance or destruction.

    b. We will pay for loss from damage to the premises or its exterior resulting directly from an actual or attempted "theft" of "money" and "securities," if you are the owner of the premises or are liable for damage to it.

    c. We will pay for loss of or damage to a locked safe, vault, cash register, cash box or cash drawer located inside the premises resulting directly from an actual or attempted "theft" of or unlawful entry into those containers.

12. **Public Relations Crisis Management Services Expense**

You may extend the insurance to apply to the reasonable "Public Relations Crisis Management Services Expense" you incur following loss or damage to Covered Property by a Covered Cause of Loss.

The most we will pay for all "Public Relations Crisis Management Services Expense" arising out of any one occurrence under this Extension is the limit shown on the Schedule of Limits of this endorsement

13. **Unscheduled Miscellaneous Outdoor Property**

We will pay up to the limit shown on the Schedule of Limits of this endorsement for unscheduled outdoor property, including, but not limit to, traffic lights and signals, benches, flag poles, fire hydrants, street lights, communication towers or any property used in the function of your operation.

14. **Underground Water Seepage**

We will pay up to the limit shown on the Schedule of Limits of this endorsement for damage caused by or resulting from:

Water under the ground surface pressing on, or flowing or seeping through:

    **a.** Foundations, walls, floors or paved surfaces;

    **b.** Basements, whether paved or not; or

    **c.** Doors, windows or other openings.

Under section **B. Exclusions** of the **CAUSES OF LOSS—SPECIAL FORM,** paragraph **g.(4)** does not apply to this Underground Water Seepage Coverage Extension.

**15. Utility Services—Planned Events**

You may extend the insurance to apply to your Loss of Income from planned events that must be cancelled as a direct result of the interruption of service to described premises due to direct physical loss of or damage by a Covered Cause of Loss to the following property located outside of a covered building described in the Statement of Values referred to on the Property Coverage Part Supplemental Declarations.

    **a.** Water Supply Services, meaning pumping stations and water mains supplying water to the described premises.

    **b.** Communication Supply Services, meaning property supplying communication services, including telephone, radio, microwave or television services to the described premises, such as:

        **(1)** Communication transmission lines, including optic fiber transmission lines;

        **(2)** Coaxial Cables; or

        **(3)** Microwave radio relays except satellites.

    Overhead communication transmission lines are excluded.

    **c.** Power Supply Services, meaning utility generating plants, switching stations, substations, transformers and transmission lines supplying electricity, steam or gas to the described premises.

    Overhead power supply transmission lines are excluded.

The most we will pay for loss or damage under this Extension is the limit shown on the Schedule of Limits of this endorsement, but we will not pay for the actual loss of income you sustain during the first twenty-four (24) normal business hours immediately following the direct physical loss or damage.

**16. Fungus, Wet Rot, Dry Rot and Bacteria**

Under Section **E. Additional Coverage—Limited Coverage For "Fungus," Wet Rot, Dry Rot And Bacteria** of the **CAUSES OF LOSS—SPECIAL FORM,** paragraph **3.** is replaced by:

**3.** The coverage described under **E.2.** of this Limited Coverage is the limit shown on the Schedule of Limits of this endorsement. Regardless of the number of claims, this limit is the most we will pay for the total of all loss or damage arising out of all occurrences of "specified causes of loss" (other than fire or lightning) and Flood which take place in a twelve (12) month period (starting with the beginning of the present annual policy period). With respect to a particular occurrence of loss which results in "fungus," wet or dry rot or bacteria, we will not pay more than a total of the limit shown on the Schedule of Limits of this endorsement even if the "fungus," wet or dry rot or bacteria continue to be present or active, or recur, in a later policy period.

**17.  Property In Transit**

Under Section **F. Additional Coverage Extensions** of the **CAUSES OF LOSS—SPECIAL FORM,** paragraph **1. Property In Transit,** subparagraph **(c)** is replaced by:

> **(a)** The most we will pay for the loss or damage under this Extension is the limit shown on the Schedule of Limits of this endorsement.

**18.  Building Ordinance or Law Coverage**

This Extension of Coverage is not subject to the terms of the **Ordinance Or Law Exclusion** in the **CAUSES OF LOSS—SPECIAL FORM,** to the extent that such Exclusion would conflict with the provisions of this Extension of Coverage.

**a.** If a Covered Cause of Loss occurs to covered Building property and the loss is as a consequence of enforcement of any laws or ordinances that are in force at the time of the covered loss which regulates the demolition, construction, repair of covered building or establishes zoning or land use requirements at the described premises, we will pay for:

**Coverage A—Loss To The Undamaged Portion Of The Building**

The loss in value of the undamaged portion of the building or structure as a consequence of enforcement of an ordinance or law that requires the demolition of undamaged parts of the same building or structure;

**Coverage B—Demolition Cost Coverage**

Your actual cost to demolish and clear the site of the undamaged parts of the same building or structure as a consequence of enforcement of an ordinance or law that requires the demolition of such undamaged property;

**Coverage C—Increased Cost of Construction**

**(1)** Repair or reconstruct the damaged or destroyed portions of the building or structure; and

**(2)** Reconstruct or remodel the undamaged portion of that building or structure with buildings or structures of like materials, height, floor area, and style for like occupancy, whether or not demolition is required on:

> **(a)** The same premises or on another premises if you so elect. However if you rebuild at another premises the most we will pay is the increased cost of construction that we would have paid to rebuild at the same premises; or

> **(b)** Another premises if the relocation is required by the ordinance or law. The most we will pay is the increased cost of construction at the new premises.

**b.** We will not pay for any:

**(1)** Demolition or site clearing until the undamaged portions of the buildings or structures are actually demolished;

**(2)** Increase in loss until the damaged or destroyed buildings or structures are actually rebuilt or replaced and approved by the regulating government agency;

**(3)** Loss due to any ordinance or law that:

> **(a)** You were required to comply with before the loss, even if the building was undamaged; and

> **(b)** You failed to comply with;

      **(4)** Increase in the loss, excess of the amount required to meet the minimum requirement of any ordinance or law enforcement at the time of the covered loss; or

      **(5)** Increase in loss resulting from a substance declared to be hazardous to health or environment by any government agency.

**c.** If:

      **(1)** The building or structure is damaged by a loss covered under this policy;

      **(2)** There is other physical damage that is not covered under this policy; and

      **(3)** The building damage in its entirety results in enforcement of ordinance or law;

then we will not pay the full amount of the loss under this coverage. Instead, we will pay only that proportion of such loss; meaning the proportion that the covered loss bears to the total physical damage.

But if the building or structure sustains direct physical damage that is not covered under this policy and such damage is the subject of the ordinance or law, then there is no Ordinance Or Law coverage under this Coverage Form even if the building has also sustained damage by a covered loss.

**d.** Coverage **A** is included within the Limit of Insurance shown in the Declarations as applicable to the covered building. Coverage **A** does not increase the Limit of Insurance.

The most we will pay under this extension at each described premises for Demolition Cost and Increased Cost of Construction is the combined limit shown for Coverages **B** and **C** on the Schedule of Limits of this endorsement.

Each of these Extensions are additional insurance unless otherwise indicated. The Additional Condition, Coinsurance, does not apply to these Extensions

**D.** Section **A. Coverage** of the **BUSINESS INCOME (AND EXTRA EXPENSE) COVERAGE FORM** is amended as follows:

    **1.** Subsections **1. Business Income** and **2. Extra Expense** are replaced by:

    **Business Income Including Rental Value**

      **a.** Business Income means the:

        **(1)** Net income (Net Profit or Loss before income taxes) that would have been earned or incurred; and

        **(2)** Continuing normal operating expenses incurred, including payroll.

      **b.** "Rental Value"

    We will pay for the actual loss of Business Income you sustain due to the necessary "suspension" of your "operations" during the "period of restoration," up to the limit shown on the Schedule of Limits of this endorsement. The "suspension" must be caused by direct physical loss of or damage to property at premises which are described on the Statement of Values referred to on the Property Coverage Part Supplemental Declaration

    The loss or damage must be caused by or result from a Covered Cause of Loss.

    **Extra Expense**

      **a.** Extra Expense Coverage is provided at the premises described in the Statement of Values referred to on the Property Coverage Part Supplemental Declarations.

    **b.** Extra Expense means necessary expenses you incur during the "period of restoration" that you would not have incurred if there had been no direct physical loss or damage to property caused by or resulting from a Covered Cause of Loss.

    We will pay Extra Expense (other than the expense to repair or replace property) to:

    **(1)** Avoid or minimize the "suspension" of business and to continue "operations" at the described premises or at replacement premises or temporary locations, including re-location expenses and cost to equip and operate the replacement location or temporary location.

    **(2)** Minimize the "suspension" of business if you cannot continue "operations."

    We will also pay Extra Expense to repair or replace property, but only to the extent it reduces the amount of loss that otherwise would have been payable under this coverage Form.

**2.** Subsection **5. Additional Coverages,** paragraph **a. Civil Authority** is replaced by:

    **a.**  **Civil Authority**

    In this Additional Coverage, Civil Authority, the described premises are premises to which this Coverage Form applies as shown in the Statement of Values referred to on the Property Coverage Part Supplemental Declarations.

    When a Covered Cause of Loss causes damage to property other than property at the described premises, we will pay for the actual loss of Business Income you sustain and necessary Extra Expense caused by action of civil authority that prohibits access to the described premises, provided that both of the following apply:

    **(1)** Access to the area immediately surrounding the damaged property is prohibited by civil authority as a result of the damage, and the described premises are within that area but are not more than one mile from the damaged property; and

    **(2)** The action of civil authority is taken in response to dangerous physical conditions resulting from the damage or continuation of the Covered Cause of Loss that caused the damage, or the action is taken to enable a civil authority to have unimpeded access to the damage property.

    Civil Authority coverage for Business Income will begin seventy-two (72) hours after the time of the first action of civil authority that prohibits access to the described premises and will apply for a period of up to four consecutive weeks from the date on which such coverage began.

    Civil Authority Coverage for Extra Expense will begin immediately after the time of the first action of civil authority that prohibits access to the described premises and will end:

    **(a)** Four consecutive weeks after the date of that action; or

    **(b)** When your Civil Authority Coverage for Business Income ends;

    whichever is later.

**3.** Subsection **5. Additional Coverages** paragraph **c. Extended Business Income,** subpara-graph **(1) Business Income Other Than Rental Value** is replaced by:

**(1) Business Income Other Than Rental Value**

If the necessary "suspension" of your "operations" produces a Business Income loss payable under this policy, we will pay for the actual loss of Business Income you incur during that period that:

**(a)** Begins on the date property (except "finished stock") is actually repaired, rebuilt or replaced and "operations" are resumed; and

**(b)** Ends on the earlier of:

**(i)** The date you could restore your "operations" with reasonable speed, to the level which would generate the business income amount that would have existed if no direct physical loss or damage had occurred; or

**(ii)** Sixty (60) consecutive days after the date determined in **(1)(a)** above.

Loss of Business Income must be caused by direct physical loss or damage at the described premises caused by or resulting from any Covered Cause of Loss.

**V. Additional Definitions**

With respect to this endorsement, the following definitions apply:

**1.** "Communicable disease" is defined as a bacterial micro-organism transmitted through human contact with food.

**2.** "Discovered" means the time when you first become aware of facts which would cause a reasonable person to assume that a loss of a type covered by this insurance has been or will be incurred, regardless of when the act or acts causing or contributing to such loss occurred, even though the exact amount or details of loss may not then be known.

**3.** "Discovered" also means the time when you first receive notice of an actual or potential claim in which it is alleged that you are liable to a third party under circumstances which, if true, would constitute a loss under this insurance.

**4.** "Electronic Data Processing Data and Media" means the following:

**a.** "Electronic data processing data and media" means:

**(1)** Data stored on, created or used on, or transmitted to or from computer software (including systems and applications software) on electronic data processing recording or storage media such as hard or floppy disks, CDs, DVDs, flash memory, tapes, drives, cells, data processing devices or any other repositories of computer software which are used with electronically controlled equipment;

**(2)** The electronic media on which the data is stored; and

**(3)** Programming records and instructions used with "electronic data processing equipment."

**b.** "Electronic data processing data and media" does not mean:

**(1)** Prepackaged software;

**(2)** Property that you manufacture or hold for sale; or

**(3)** Property that is licensed, leased, or rented to others.

**5.** "Fine Arts" means paintings, etchings, pictures, tapestries, art glass windows, valuable rugs, statuary, marbles, bronzes, antique furniture, rare books, antique silver, manuscripts, porcelains, rare glass, bric-a-brac and similar property of rarity, historical value, or artistic merit.

6.  "Food contamination" means the occurrence of food poisoning, or suspected food poisoning, of one or more of your patrons resulting from tainted food purchased by you, prepared by you or "communicable disease" transmitted by one or more of your employees.

7.  . "Money" means:

    a.  Currency, coins and bank notes in current use and having a face value; and

    b.  Travelers checks, register checks and money orders held for sale to the public.

8.  "Other property" means any tangible property other than "money" and "securities" that  has intrinsic value. "Other property" does not include computer programs, electronic data or any property specifically excluded under this insurance.

9.  "Public Relations Crisis Management Services Expense" means the actual and necessary expense you incur in:

    a.  Retaining a public relations or crisis management consultant or firm; or

    b.  Planning or executing your public relations campaign; to mitigate, prevent or decrease the possibility of further covered loss.

10.  "Securities" means negotiable and nonnegotiable instruments or contracts representing either "money" or property and includes:

    a.  Tokens, tickets, revenue and other stamps (whether represented by actual stamps or unused value in a meter) in current use; and

    b.  Evidences of debt issued in connection with credit or charge cards, which cards are not issued by you; but does not include "money."

11.  "Theft" means the unlawful taking of property to the deprivation of the Insured.

_____

AUTHORIZED REPRESENTATIVE        DATE

# Hudson Insurance Company

ENDORSEMENT
NO._____

| ATTACHED TO AND FORMING A PART OF POLICY NUMBER | ENDORSEMENT EFFECTIVE DATE (12:01 A.M. STANDARD TIME) | NAMED INSURED |
|---|---|---|
| PEP0005207-01 | 07/01/2019 | Allen County Community College |

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

## PUBLIC ENTITY
## EQUIPMENT BREAKDOWN COVERAGE

This endorsement modifies insurance provided under the following:

**BUILDING AND PERSONAL PROPERTY COVERAGE FORM
CAUSES OF LOSS—SPECIAL FORM**

Equipment Breakdown is subject to the Limits of Insurance shown on the Statement of Values referred to on the Property Coverage Part Declarations except as specifically shown below.

These coverages apply to all locations covered on the policy, unless otherwise specified.

| Equipment Breakdown Schedule | |
|---|---|
| **Coverages** | **Limits** |
| Equipment Breakdown Limit | $ 36,839,413 |
| Business Income | $ |
| Extra Expense | $ |
| Expediting Expenses | $ |
| Hazardous Substances | $ |
| Spoilage | $ |
| Data Restoration | $ |
| Service Interruption | $ |
| | |
| **Deductibles** | |
| Combined, All Coverages | $ |
| Direct Coverages | $ 5,000 |
| Indirect Coverages | $ <br> or_____hrs. <br> or_____times ADV |
| Spoilage | $ |
| | or_____% of loss, $_____minimum |
| **Other Conditions** | |
| | |

A.  The following is added as an Additional Coverage to the Causes of Loss—Special Form.

**Additional Coverage—Equipment Breakdown**

The term Covered Cause of Loss includes the Additional Coverage Equipment Breakdown as described and limited below.

1.  We will pay for direct physical damage to Covered Property that is the direct result of an "accident." As used in this Additional Coverage, "accident" means a fortuitous event that causes direct  physical damage to "covered equipment." The event must be one of the following:

    a.  Mechanical breakdown, including rupture or bursting caused by centrifugal force;

    b.  Artificially generated electrical, magnetic or electromagnetic energy, including electric arcing, that damages, disturbs, disrupts or otherwise interferes with any electrical or electronic wire, device, appliance, system or network;

    c.  Explosion of steam boilers, steam pipes, steam engines or steam turbines owned or leased by you, or operated under your control;

    d.  Loss or damage to steam boilers, steam pipes, steam engines or steam turbines caused by or resulting from any condition or event inside such equipment; or

    e.  Loss or damage to hot water boilers or other water heating equipment caused by or resulting from any condition or event inside such boilers or equipment.

2.  Unless otherwise shown in a "schedule," the following coverages also apply to the direct result of an "accident." These coverages do not provide additional amounts of insurance.

    a.  Expediting Expenses

        With respect to your damaged Covered Property, we will pay the reasonable extra cost to:

        (1)  Make temporary repairs; and

        (2)  Expedite permanent repairs or permanent replacement.

        The most we will pay for loss or expense under this coverage is $100,000 unless otherwise shown in a "schedule."

    b.  Hazardous Substances

        We will pay your additional cost to repair or replace Covered Property because of contamination by a "hazardous substance." This includes the additional expenses to clean up or dispose of such property.

        This does not include contamination of "perishable goods" by refrigerant, including but not limited to ammonia, which is addressed in 2.c.(1)(b) below. As used in this coverage, additional costs mean those beyond what would have been payable under this Equipment Break- down Coverage had no "hazardous substance" been involved.

        The most we will pay for loss, damage or expense under this coverage, including actual loss of Business Income you sustain and necessary Extra Expense you incur, if shown as covered, is $100,000 unless otherwise shown in a "schedule."

    c.  Spoilage

        (1)  We will pay:

            (a)  For physical damage to "perishable goods" due to spoilage;

(b) For physical damage to "perishable goods" due to contamination from the release of refrigerant, including but not limited to ammonia;

(c) Any necessary expenses you incur to reduce the amount of loss under this coverage to the extent that they do not exceed the amount of loss that otherwise would have been payable under this coverage.

(2) If you are unable to replace the "perishable goods" before its anticipated sale, the amount of our payment will be determined on the basis of the sales price of the "perishable goods" at the time of the "accident," less discounts and expenses you otherwise would have had. Otherwise our payment will be determined in accordance with the Valuation condition.

The most we will pay for loss, damage or expense under this coverage is $100,000 unless otherwise shown in a "schedule."

d. DataRestoration

We will pay for your reasonable and necessary cost to research, replace and restore lost "data."

The most we will pay for loss or expense under this coverage, including actual loss of Business Income you sustain and necessary Extra Expense you incur, if shown as covered, is
$100,000 unless otherwise shown in a "schedule."

e. ServiceInterruption

(1) Any insurance provided for Business Income, Extra Expense or Spoilage is extended to apply to your loss, damage or expense caused by the interruption of utility services. The interruption must result from an "accident" to equipment, including overhead transmission lines, that is owned by a utility, landlord, a landlord's utility or other supplier who provides you with any of the following services: electrical power, waste disposal, air conditioning, refrigeration, heating, natural gas, compressed air, water, steam, internet access, tele-communications services, wide area networks or data transmission. The equipment must meet the definition of "covered equipment" except that it is not Covered Property.

(2) Unless otherwise shown in a "schedule," coverage for any loss of Business Income you sustain resulting from the interruption of utility services will not apply unless the failure or disruption of service exceeds twenty-four (24) hours immediately following the "accident." If the interruption exceeds twenty-four (24) hours, coverage will begin at the time of the interruption, and the deductible applicable to Business Income will apply.

(3) The most we will pay in any "one accident" for loss, damage or expense under this coverage is the applicable limit for Business Income, Extra Expense or Spoilage, except that if a limit is shown in a "schedule" for Service Interruption, that limit will apply to Business Income and Extra Expense loss under this coverage.

f. WaterDamage

If Covered Property is damaged by water as a result of an "accident" to refrigerating or air conditioning "covered equipment," the most we will pay for this kind of damage, including salvage expense is $25,000.

g. Business Income and Extra Expense

Any insurance provided under the coverage part for Business Income or Extra Expense is ex-tended to the coverage provided by this endorsement. However, if a deductible is shown in a

"schedule," then as respects Equipment Breakdown coverage, the "period of restoration" will begin immediately after the "accident," and the deductible shown in the "schedule" will apply. The most we will pay for loss or expense under this coverage is the applicable limit for Business Income and Extra Expense, unless otherwise shown in a "schedule."

3. EXCLUSIONS

All exclusions in the Special Causes of Loss form apply except as modified below and to the extent that coverage is specifically provided by this endorsement.

a. The following exclusions are modified:

(1) The following is added to Exclusion B.1.g.:

However, if electrical "covered equipment" requires drying out because of water, we will pay for the direct expenses of such drying out subject to the applicable Limit of Insurance and deductible for Building or Business Personal Property, whichever applies.

(2) As respects this endorsement only, the last paragraph of Exclusion B.2.d. is deleted and replaced with the following:

But if an excluded cause of loss that is listed in 2.d.(1) through (7) results in an "accident," we will pay for the loss, damage or expense caused by that "accident."

b. The following exclusions are added:

(1) We will not pay for loss, damage or expense caused by or resulting from:

(a) A hydrostatic, pneumatic or gas pressure test of any boiler or pressure vessel, or an electrical insulation breakdown test of any type of electrical equipment; or

(b) Any of the following:

(i) Defect, programming error, programming limitation, computer virus, malicious code, loss of "data," loss of access, loss of use, loss of functionality or other condition within or involving "data" or "media" of any kind; or

(ii) Misalignment, miscalibration, tripping off-line, or any condition which can be corrected by resetting, tightening, adjusting or cleaning, or by the performance of maintenance.

However, if an "accident" results, we will pay for the resulting loss, damage or expense caused by that "accident."

(2) With respect to Service Interruption coverage, we will also not pay for an "accident" caused by or resulting from: fire; lightning; windstorm or hail; explosion (except as specifically provided in A.1.c. above); smoke; aircraft or vehicles; riot or civil commotion; vandalism; sprinkler leakage; falling objects; weight of snow, ice or sleet; freezing; collapse; flood or earth movement.

(3) With respect to Business Income, Extra Expense and Service Interruption coverages, we will also not pay for any increase in loss resulting from an agreement between you and your customer or supplier.

(4) We will not pay for loss, damage or expense caused directly or indirectly by the following, whether or not caused by or resulting from an "accident": Any "fungus," wet rot, dry rot or bacteria, including any presence, growth, proliferation, spread or any activity of "fungus," wet rot, dry rot or bacteria. This includes, but is not limited to, costs arising from clean up,

removal, or abatement of such "fungus," wet rot, dry rot or bacteria. However, this exclusion does not apply to spoilage of personal property that is "perishable goods," to the extent that such spoilage is covered under Spoilage coverage.

(5) We will not pay for any loss or damage to animals.

4. DEFINITIONS

The following definitions are added:

a. "Boilers and vessels" means:

(1) Any boiler, including attached steam, condensate and feedwater piping; and

(2) Any fired or unfired pressure vessel subject to vacuum or internal pressure other than the static pressure of its contents.

This term does not appear elsewhere in this endorsement, but may appear in a "schedule."

b. "Covered equipment"

(1) "Covered equipment" means, unless otherwise specified in a "schedule," Covered Property:

(a) That generates, transmits or utilizes energy; or

(b) Which, during normal usage, operates under vacuum or pressure, other than the weight of its contents.

"Covered equipment" may utilize conventional design and technology or new or newly commercialized design and technology.

(2) None of the following is "covered equipment":

(a) Structure, foundation, cabinet or compartment;

(b) Insulating or refractory material;

(c) Sewer piping, buried vessels or piping, or piping forming a part of a sprinkler or fire suppression system;

(d) Water piping other than boiler feedwater piping, boiler condensate return piping or water piping forming a part of a refrigerating or air conditioning system;

(e) "Vehicle" or any equipment mounted on a "vehicle"; .

(f) Satellite, spacecraft or any equipment mounted on a satellite or spacecraft;

(g) Dragline, excavation or construction equipment;

(h) Equipment manufactured by you for sale;

(i) Grounds maintenance equipment, including but not limited to lawnmowers, tractors and snowblowers; or

(j) Contractors' equipment and tools used in your street and road maintenance or construction operations.

c. "Data" means information or instructions stored in digital code capable of being processed by machinery.

d. "Hazardous substance" means any substance that is hazardous to health or has been declared to be hazardous to health by a governmental agency.

e.   "Media" means material on which "data" is recorded, such as magnetic tapes, hard disks, optical disks or floppy disks.

f.   "One accident" means: If an initial "accident" causes other "accidents," all will be considered "one accident." All "accidents" that are the result of the same event will be considered "one accident."

g.   "Perishable goods" means personal property maintained under controlled conditions for its preservation, and susceptible to loss or damage if the controlled conditions change.

h.   "Production machinery" means any machine or apparatus that processes or produces a product intended for eventual sale. This includes all component parts of such machine or apparatus and any other equipment used exclusively with such machine or apparatus. However, "production machinery" does not mean any boiler, or fired or unfired pressure vessel.

This term does not appear elsewhere in this endorsement, but may appear in a "schedule."

i.   "Schedule" means the Equipment Breakdown Coverage Schedule.

j.   "Vehicle" means, as respects this endorsement only, any machine or apparatus that is used for transportation or moves under its own power. "Vehicle" includes, but is not limited to: car, truck, bus, trailer, train, aircraft, watercraft, forklift, bulldozer, tractor or harvester.

However, any property that is stationary, permanently installed at a covered location and that receives electrical power from an external power source will not be considered a "vehicle."

B.   The Building and Personal Property Coverage is modified as follows.

The definitions stated above also apply to section B. of this endorsement.

1.   DEDUCTIBLE

The deductible in the Declarations applies unless a separate Equipment Breakdown deductible is shown in a "schedule." If a separate Equipment Breakdown deductible is shown, the following applies.

Only as regards Equipment Breakdown Coverage, provision D. DEDUCTIBLE is deleted and replaced with the following:

a.   Deductibles for Each Coverage

(1)   Unless the "schedule" indicates that your deductible is combined for all coverages, multiple deductibles may apply to any "one accident."

(2)   We will not pay for loss, damage or expense under any coverage until the amount of the covered loss, damage or expense exceeds the deductible amount indicated for that coverage in the "schedule." We will then pay the amount of loss, damage or expense in excess of the applicable deductible amount, subject to the applicable limit.

(3)   If deductibles vary by type of "covered equipment" and more than one type of "covered equipment" is involved in any "one accident," only the highest deductible for each coverage will apply.

b.   Direct and Indirect Coverages

(1)   Direct Coverages Deductibles and Indirect Coverages Deductibles may be indicated in the "schedule."

(2)   Unless more specifically indicated in the "schedule":



       (a) Indirect Coverages Deductibles apply to Business Income and Extra Expense loss; and

       (b) Direct Coverages Deductibles apply to all remaining loss, damage or expense covered by this endorsement.

  c. Application of Deductibles

    (1) Dollar Deductibles

       We will not pay for loss, damage or expense resulting from any "one accident" until the amount of loss, damage or expense exceeds the applicable Deductible shown in the "schedule." We will then pay the amount of loss, damage or expense in excess of the mm applicable Deductible or Deductibles, up to the applicable Limit of Insurance.

    (2) Time Deductible

       If a time deductible is shown in the "schedule," we will not be liable for any loss occurring during the specified number of hours or days immediately following the "accident." If a time deductible is expressed in days, each day shall mean twenty-four (24) consecutive hours.

    (3) Multiple of Average Daily Value (ADV)

       If a deductible is expressed as a number times ADV, that amount will be calculated as follows:

       The ADV (Average Daily Value) will be the Business Income (as defined in any Business Income coverage that is part of this policy) that would have been earned during the period of interruption of business had no "accident" occurred, divided by the number of working days in that period. No reduction shall be made for the Business Income not being earned, or in the number of working days, because of the "accident" or any other scheduled or unscheduled shutdowns during the period of interruption. The ADV applies to the Business Income value of the entire location, whether or not the loss affects the entire lo- cation. If more than one location is included in the valuation of the loss, the ADV will be the combined value of all affected locations. For purposes of this calculation, the period of interruption may not extend beyond the "period of restoration."

       The number indicated in the "schedule" will be multiplied by the ADV as determined above. The result shall be used as the applicable deductible.

    (4) Percentage of Loss Deductibles

       If a deductible is expressed as a percentage of loss, we will not be liable for the indicated percentage of the gross amount of loss, damage or expense (prior to any applicable deductible or coinsurance) insured under the applicable coverage. If the dollar amount of such percentage is less than the indicated minimum deductible, the minimum deductible will be the applicable deductible.

2. CONDITIONS

  The following conditions are in addition to the Conditions in the Building and Personal Property Coverage Form, the Commercial Property Conditions and the Common Policy Conditions.

  a. Suspension

    Whenever "covered equipment" is found to be in, or exposed to, a dangerous condition, any of our representatives may immediately suspend the insurance against loss from an

"accident" to that "covered equipment." This can be done by mailing or delivering a written notice of suspension to:

(1) Your last known address; or

(2) The address where the "covered equipment" is located.

Once suspended in this way, your insurance can be reinstated only by an endorsement for that "covered equipment." If we suspend your insurance, you will get a pro rata refund of premium for that "covered equipment" for the period of suspension. But the suspension will be effective even if we have not yet made or offered a refund.

b.  Jurisdictional Inspections

If any property that is "covered equipment" under this endorsement requires inspection to comply with state or municipal boiler and pressure vessel regulations, we agree to perform such inspection on your behalf. We do not warrant that conditions are safe or healthful.

c.  Environmental, Safety and Efficiency Improvements

If "covered equipment" requires replacement due to an "accident," we will pay your additional cost to replace with equipment that is better for the environment, safer for people, or more energy or water efficient than the equipment being replaced.

However, we will not pay to increase the size or capacity of the equipment and we will not pay more than one hundred fifty percent (150%) of what the cost would have been to replace with like kind and quality. This condition does not apply to the replacement of component parts or to any property to which Actual Cash Value applies and does not increase any of the applicable limits.

d.  Coinsurance

If a coinsurance percentage is shown in a "schedule" for specified coverages, the following condition applies.

We will not pay for the full amount of your loss if the applicable limit is less than the product of the specified coinsurance percentage times the value of the property subject to the coverage at the time of the loss. Instead, we will determine what percentage this calculated product is compared to the applicable limit and apply that percentage to the gross amount of loss. We will then subtract the applicable deductible. The resulting amount, or the applicable limit, is the most we will pay. We will not pay for the remainder of the loss. Coinsurance applies separately to each insured location.

The most we will pay for loss, damage or expense under this endorsement arising from any "one accident" is the applicable Limit of Insurance in the Declarations unless otherwise shown in a "schedule." Coverage provided under this endorsement does not provide an additional amount of insurance.

_____
AUTHORIZED REPRESENTATIVE                          DATE

COMMERCIAL PROPERTY
CP 00 10 10 12

# BUILDING AND PERSONAL PROPERTY COVERAGE FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy, the words "you" and "your" refer to the Named Insured shown in the Declarations. The words "we", "us" and "our" refer to the company providing this insurance.

Other words and phrases that appear in quotation marks have special meaning. Refer to Section **H.** Definitions.

## A. Coverage

We will pay for direct physical loss of or damage to Covered Property at the premises described in the Declarations caused by or resulting from any Covered Cause of Loss.

### 1. Covered Property

Covered Property, as used in this Coverage Part, means the type of property described in this section, **A.1.**, and limited in **A.2.** Property Not Covered, if a Limit Of Insurance is shown in the Declarations for that type of property.

**a. Building,** meaning the building or structure described in the Declarations, including:

(1) Completed additions;

(2) Fixtures, including outdoor fixtures;

(3) Permanently installed:

(a) Machinery; and

(b) Equipment;

(4) Personal property owned by you that is used to maintain or service the building or structure or its premises, including:

(a) Fire-extinguishing equipment;

(b) Outdoor furniture;

(c) Floor coverings; and

(d) Appliances used for refrigerating, ventilating, cooking, dishwashing or laundering;

(5) If not covered by other insurance:

(a) Additions under construction, alterations and repairs to the building or structure;

(b) Materials, equipment, supplies and temporary structures, on or within 100 feet of the described premises, used for making additions, alterations or repairs to the building or structure.

**b. Your Business Personal Property** consists of the following property located in or on the building or structure described in the Declarations or in the open (or in a vehicle) within 100 feet of the building or structure or within 100 feet of the premises described in the Declarations, whichever distance is greater:

(1) Furniture and fixtures;

(2) Machinery and equipment;

(3) "Stock";

(4) All other personal property owned by you and used in your business;

(5) Labor, materials or services furnished or arranged by you on personal property of others;

(6) Your use interest as tenant in improvements and betterments. Improvements and betterments are fixtures, alterations, installations or additions:

(a) Made a part of the building or structure you occupy but do not own; and

(b) You acquired or made at your expense but cannot legally remove;

(7) Leased personal property for which you have a contractual responsibility to insure, unless otherwise provided for under Personal Property Of Others.

**c. Personal Property Of Others** that is:

(1) In your care, custody or control; and

(2) Located in or on the building or structure described in the Declarations or in the open (or in a vehicle) within 100 feet of the building or structure or within 100 feet of the premises described in the Declarations, whichever distance is greater.

© Insurance Services Office, Inc., 2011

However, our payment for loss of or damage to personal property of others will only be for the account of the owner of the property.

**2. Property Not Covered**

Covered Property does not include:

**a.** Accounts, bills, currency, food stamps or other evidences of debt, money, notes or securities. Lottery tickets held for sale are not securities;

**b.** Animals, unless owned by others and boarded by you, or if owned by you, only as "stock" while inside of buildings;

**c.** Automobiles held for sale;

**d.** Bridges, roadways, walks, patios or other paved surfaces;

**e.** Contraband, or property in the course of illegal transportation or trade;

**f.** The cost of excavations, grading, backfilling or filling;

**g.** Foundations of buildings, structures, machinery or boilers if their foundations are below:

　**(1)** The lowest basement floor; or

　**(2)** The surface of the ground, if there is no basement;

**h.** Land (including land on which the property is located), water, growing crops or lawns (other than lawns which are part of a vegetated roof);

**i.** Personal property while airborne or waterborne;

**j.** Bulkheads, pilings, piers, wharves or docks;

**k.** Property that is covered under another coverage form of this or any other policy in which it is more specifically described, except for the excess of the amount due (whether you can collect on it or not) from that other insurance;

**l.** Retaining walls that are not part of a building;

**m.** Underground pipes, flues or drains;

**n.** Electronic data, except as provided under the Additional Coverage, Electronic Data. Electronic data means information, facts or computer programs stored as or on, created or used on, or transmitted to or from computer software (including systems and applications software), on hard or floppy disks, CD-ROMs, tapes, drives, cells, data processing devices or any other repositories of computer software which are used with electronically controlled equipment. The term computer programs, referred to in the foregoing description of electronic data, means a set of related electronic instructions which direct the operations and functions of a computer or device connected to it, which enable the computer or device to receive, process, store, retrieve or send data. This paragraph, **n.,** does not apply to your "stock" of prepackaged software, or to electronic data which is integrated in and operates or controls the building's elevator, lighting, heating, ventilation, air conditioning or security system;

**o.** The cost to replace or restore the information on valuable papers and records, including those which exist as electronic data. Valuable papers and records include but are not limited to proprietary information, books of account, deeds, manuscripts, abstracts, drawings and card index systems. Refer to the Coverage Extension for Valuable Papers And Records (Other Than Electronic Data) for limited coverage for valuable papers and records other than those which exist as electronic data;

**p.** Vehicles or self-propelled machines (including aircraft or watercraft) that:

　**(1)** Are licensed for use on public roads; or

　**(2)** Are operated principally away from the described premises.

　This paragraph does not apply to:

　　**(a)** Vehicles or self-propelled machines or autos you manufacture, process or warehouse;

(b) Vehicles or self-propelled machines, other than autos, you hold for sale;

(c) Rowboats or canoes out of water at the described premises; or

(d) Trailers, but only to the extent provided for in the Coverage Extension for Non-owned Detached Trailers; or

q. The following property while outside of buildings:

(1) Grain, hay, straw or other crops;

(2) Fences, radio or television antennas (including satellite dishes) and their lead-in wiring, masts or towers, trees, shrubs or plants (other than trees, shrubs or plants which are "stock" or are part of a vegetated roof), all except as provided in the Coverage Extensions.

## 3. Covered Causes Of Loss

See applicable Causes Of Loss form as shown in the Declarations.

## 4. Additional Coverages

### a. Debris Removal

(1) Subject to Paragraphs (2), (3) and (4), we will pay your expense to remove debris of Covered Property and other debris that is on the described premises, when such debris is caused by or results from a Covered Cause of Loss that occurs during the policy period. The expenses will be paid only if they are reported to us in writing within 180 days of the date of direct physical loss or damage.

(2) Debris Removal does not apply to costs to:

(a) Remove debris of property of yours that is not insured under this policy, or property in your possession that is not Covered Property;

(b) Remove debris of property owned by or leased to the landlord of the building where your described premises are located, unless you have a contractual responsibility to insure such property and it is insured under this policy;

(c) Remove any property that is Property Not Covered, including property addressed under the Outdoor Property Coverage Extension;

(d) Remove property of others of a type that would not be Covered Property under this Coverage Form;

(e) Remove deposits of mud or earth from the grounds of the described premises;

(f) Extract "pollutants" from land or water; or

(g) Remove, restore or replace polluted land or water.

(3) Subject to the exceptions in Paragraph (4), the following provisions apply:

(a) The most we will pay for the total of direct physical loss or damage plus debris removal expense is the Limit of Insurance applicable to the Covered Property that has sustained loss or damage.

(b) Subject to (a) above, the amount we will pay for debris removal expense is limited to 25% of the sum of the deductible plus the amount that we pay for direct physical loss or damage to the Covered Property that has sustained loss or damage. However, if no Covered Property has sustained direct physical loss or damage, the most we will pay for removal of debris of other property (if such removal is covered under this Additional Coverage) is $5,000 at each location.

(4) We will pay up to an additional $25,000 for debris removal expense, for each location, in any one occurrence of physical loss or damage to Covered Property, if one or both of the following circumstances apply:

(a) The total of the actual debris removal expense plus the amount we pay for direct physical loss or damage exceeds the Limit of Insurance on the Covered Property that has sustained loss or damage.

(b) The actual debris removal expense exceeds 25% of the sum of the deductible plus the amount that we pay for direct physical loss or damage to the Covered Property that has sustained loss or damage.

Therefore, if **(4)(a)** and/or **(4)(b)** applies, our total payment for direct physical loss or damage and debris removal expense may reach but will never exceed the Limit of Insurance on the Covered Property that has sustained loss or damage, plus $25,000.

**(5) Examples**

The following examples assume that there is no Coinsurance penalty.

**Example 1**

| | | |
|---|---:|---:|
| Limit of Insurance: | $ | 90,000 |
| Amount of Deductible: | $ | 500 |
| Amount of Loss: | $ | 50,000 |
| Amount of Loss Payable: | $ | 49,500 |
| | ($50,000 − $500) | |
| Debris Removal Expense: | $ | 10,000 |
| Debris Removal Expense Payable: | $ | 10,000 |
| ($10,000 is 20% of $50,000.) | | |

The debris removal expense is less than 25% of the sum of the loss payable plus the deductible. The sum of the loss payable and the debris removal expense ($49,500 + $10,000 = $59,500) is less than the Limit of Insurance. Therefore, the full amount of debris removal expense is payable in accordance with the terms of Paragraph **(3)**.

**Example 2**

| | | |
|---|---:|---:|
| Limit of Insurance: | $ | 90,000 |
| Amount of Deductible: | $ | 500 |
| Amount of Loss: | $ | 80,000 |
| Amount of Loss Payable: | $ | 79,500 |
| | ($80,000 − $500) | |
| Debris Removal Expense: | $ | 40,000 |
| Debris Removal Expense Payable | | |
| Basic Amount: | $ | 10,500 |
| Additional Amount: | $ | 25,000 |

The basic amount payable for debris removal expense under the terms of Paragraph **(3)** is calculated as follows: $80,000 ($79,500 + $500) x .25 = $20,000, capped at $10,500. The cap applies because the sum of the loss payable ($79,500) and the basic amount payable for debris removal expense ($10,500) cannot exceed the Limit of Insurance ($90,000).

The additional amount payable for debris removal expense is provided in accordance with the terms of Paragraph **(4)**, because the debris removal expense ($40,000) exceeds 25% of the loss payable plus the deductible ($40,000 is 50% of $80,000), and because the sum of the loss payable and debris removal expense ($79,500 + $40,000 = $119,500) would exceed the Limit of Insurance ($90,000). The additional amount of covered debris removal expense is $25,000, the maximum payable under Paragraph **(4)**. Thus, the total payable for debris removal expense in this example is $35,500; $4,500 of the debris removal expense is not covered.

**b. Preservation Of Property**

If it is necessary to move Covered Property from the described premises to preserve it from loss or damage by a Covered Cause of Loss, we will pay for any direct physical loss or damage to that property:

**(1)** While it is being moved or while temporarily stored at another location; and

**(2)** Only if the loss or damage occurs within 30 days after the property is first moved.

**c. Fire Department Service Charge**

When the fire department is called to save or protect Covered Property from a Covered Cause of Loss, we will pay up to $1,000 for service at each premises described in the Declarations, unless a higher limit is shown in the Declarations. Such limit is the most we will pay regardless of the number of responding fire departments or fire units, and regardless of the number or type of services performed.

This Additional Coverage applies to your liability for fire department service charges:

**(1)** Assumed by contract or agreement prior to loss; or

**(2)** Required by local ordinance.

No Deductible applies to this Additional Coverage.

 © Insurance Services Office, Inc., 2011 CP 00 10 10 12

**d. Pollutant Clean-up And Removal**

We will pay your expense to extract "pollutants" from land or water at the described premises if the discharge, dispersal, seepage, migration, release or escape of the "pollutants" is caused by or results from a Covered Cause of Loss that occurs during the policy period. The expenses will be paid only if they are reported to us in writing within 180 days of the date on which the Covered Cause of Loss occurs.

This Additional Coverage does not apply to costs to test for, monitor or assess the existence, concentration or effects of "pollutants". But we will pay for testing which is performed in the course of extracting the "pollutants" from the land or water.

The most we will pay under this Additional Coverage for each described premises is $10,000 for the sum of all covered expenses arising out of Covered Causes of Loss occurring during each separate 12-month period of this policy.

**e. Increased Cost Of Construction**

(1) This Additional Coverage applies only to buildings to which the Replacement Cost Optional Coverage applies.

(2) In the event of damage by a Covered Cause of Loss to a building that is Covered Property, we will pay the increased costs incurred to comply with the minimum standards of an ordinance or law in the course of repair, rebuilding or replacement of damaged parts of that property, subject to the limitations stated in **e.(3)** through **e.(9)** of this Additional Coverage.

(3) The ordinance or law referred to in **e.(2)** of this Additional Coverage is an ordinance or law that regulates the construction or repair of buildings or establishes zoning or land use requirements at the described premises and is in force at the time of loss.

(4) Under this Additional Coverage, we will not pay any costs due to an ordinance or law that:

(a) You were required to comply with before the loss, even when the building was undamaged; and

(b) You failed to comply with.

(5) Under this Additional Coverage, we will not pay for:

(a) The enforcement of or compliance with any ordinance or law which requires demolition, repair, replacement, reconstruction, remodeling or remediation of property due to contamination by "pollutants" or due to the presence, growth, proliferation, spread or any activity of "fungus", wet or dry rot or bacteria; or

(b) Any costs associated with the enforcement of or compliance with an ordinance or law which requires any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants", "fungus", wet or dry rot or bacteria.

(6) The most we will pay under this Additional Coverage, for each described building insured under this Coverage Form, is $10,000 or 5% of the Limit of Insurance applicable to that building, whichever is less. If a damaged building is covered under a blanket Limit of Insurance which applies to more than one building or item of property, then the most we will pay under this Additional Coverage, for that damaged building, is the lesser of $10,000 or 5% times the value of the damaged building as of the time of loss times the applicable Coinsurance percentage.

The amount payable under this Additional Coverage is additional insurance.

(7) With respect to this Additional Coverage:

(a) We will not pay for the Increased Cost of Construction:

(i) Until the property is actually repaired or replaced at the same or another premises; and

(ii) Unless the repair or replacement is made as soon as reasonably possible after the loss or damage, not to exceed two years. We may extend this period in writing during the two years.

© Insurance Services Office, Inc., 2011

**(b)** If the building is repaired or replaced at the same premises, or if you elect to rebuild at another premises, the most we will pay for the Increased Cost of Construction, subject to the provisions of **e.(6)** of this Additional Coverage, is the increased cost of construction at the same premises.

**(c)** If the ordinance or law requires relocation to another premises, the most we will pay for the Increased Cost of Construction, subject to the provisions of **e.(6)** of this Additional Coverage, is the increased cost of construction at the new premises.

**(8)** This Additional Coverage is not subject to the terms of the Ordinance Or Law Exclusion to the extent that such Exclusion would conflict with the provisions of this Additional Coverage.

**(9)** The costs addressed in the Loss Payment and Valuation Conditions and the Replacement Cost Optional Coverage, in this Coverage Form, do not include the increased cost attributable to enforcement of or compliance with an ordinance or law. The amount payable under this Additional Coverage, as stated in **e.(6)** of this Additional Coverage, is not subject to such limitation.

**f. Electronic Data**

**(1)** Under this Additional Coverage, electronic data has the meaning described under Property Not Covered, Electronic Data. This Additional Coverage does not apply to your "stock" of prepackaged software, or to electronic data which is integrated in and operates or controls the building's elevator, lighting, heating, ventilation, air conditioning or security system.

**(2)** Subject to the provisions of this Additional Coverage, we will pay for the cost to replace or restore electronic data which has been destroyed or corrupted by a Covered Cause of Loss. To the extent that electronic data is not replaced or restored, the loss will be valued at the cost of replacement of the media on which the electronic data was stored, with blank media of substantially identical type.

**(3)** The Covered Causes of Loss applicable to Your Business Personal Property apply to this Additional Coverage, Electronic Data, subject to the following:

**(a)** If the Causes Of Loss – Special Form applies, coverage under this Additional Coverage, Electronic Data, is limited to the "specified causes of loss" as defined in that form and Collapse as set forth in that form.

**(b)** If the Causes Of Loss – Broad Form applies, coverage under this Additional Coverage, Electronic Data, includes Collapse as set forth in that form.

**(c)** If the Causes Of Loss form is endorsed to add a Covered Cause of Loss, the additional Covered Cause of Loss does not apply to the coverage provided under this Additional Coverage, Electronic Data.

**(d)** The Covered Causes of Loss include a virus, harmful code or similar instruction introduced into or enacted on a computer system (including electronic data) or a network to which it is connected, designed to damage or destroy any part of the system or disrupt its normal operation. But there is no coverage for loss or damage caused by or resulting from manipulation of a computer system (including electronic data) by any employee, including a temporary or leased employee, or by an entity retained by you or for you to inspect, design, install, modify, maintain, repair or replace that system.

    © Insurance Services Office, Inc., 2011    CP 00 10 10 12

(4) The most we will pay under this Additional Coverage, Electronic Data, is $2,500 (unless a higher limit is shown in the Declarations) for all loss or damage sustained in any one policy year, regardless of the number of occurrences of loss or damage or the number of premises, locations or computer systems involved. If loss payment on the first occurrence does not exhaust this amount, then the balance is available for subsequent loss or damage sustained in but not after that policy year. With respect to an occurrence which begins in one policy year and continues or results in additional loss or damage in a subsequent policy year(s), all loss or damage is deemed to be sustained in the policy year in which the occurrence began.

**5. Coverage Extensions**

Except as otherwise provided, the following Extensions apply to property located in or on the building described in the Declarations or in the open (or in a vehicle) within 100 feet of the described premises.

If a Coinsurance percentage of 80% or more, or a Value Reporting period symbol, is shown in the Declarations, you may extend the insurance provided by this Coverage Part as follows:

**a. Newly Acquired Or Constructed Property**

**(1) Buildings**

If this policy covers Building, you may extend that insurance to apply to:

**(a)** Your new buildings while being built on the described premises; and

**(b)** Buildings you acquire at locations, other than the described premises, intended for:

**(i)** Similar use as the building described in the Declarations; or

**(ii)** Use as a warehouse.

The most we will pay for loss or damage under this Extension is $250,000 at each building.

**(2) Your Business Personal Property**

**(a)** If this policy covers Your Business Personal Property, you may extend that insurance to apply to:

**(i)** Business personal property, including such property that you newly acquire, at any location you acquire other than at fairs, trade shows or exhibitions; or

**(ii)** Business personal property, including such property that you newly acquire, located at your newly constructed or acquired buildings at the location described in the Declarations.

The most we will pay for loss or damage under this Extension is $100,000 at each building.

**(b)** This Extension does not apply to:

**(i)** Personal property of others that is temporarily in your possession in the course of installing or performing work on such property; or

**(ii)** Personal property of others that is temporarily in your possession in the course of your manufacturing or wholesaling activities.

**(3) Period Of Coverage**

With respect to insurance provided under this Coverage Extension for Newly Acquired Or Constructed Property, coverage will end when any of the following first occurs:

**(a)** This policy expires;

**(b)** 30 days expire after you acquire the property or begin construction of that part of the building that would qualify as covered property; or

**(c)** You report values to us.

We will charge you additional premium for values reported from the date you acquire the property or begin construction of that part of the building that would qualify as covered property.

**b. Personal Effects And Property Of Others**

You may extend the insurance that applies to Your Business Personal Property to apply to:

(1) Personal effects owned by you, your officers, your partners or members, your managers or your employees. This Extension does not apply to loss or damage by theft.

(2) Personal property of others in your care, custody or control.

The most we will pay for loss or damage under this Extension is $2,500 at each described premises. Our payment for loss of or damage to personal property of others will only be for the account of the owner of the property.

**c. Valuable Papers And Records (Other Than Electronic Data)**

(1) You may extend the insurance that applies to Your Business Personal Property to apply to the cost to replace or restore the lost information on valuable papers and records for which duplicates do not exist. But this Extension does not apply to valuable papers and records which exist as electronic data. Electronic data has the meaning described under Property Not Covered, Electronic Data.

(2) If the Causes Of Loss – Special Form applies, coverage under this Extension is limited to the "specified causes of loss" as defined in that form and Collapse as set forth in that form.

(3) If the Causes Of Loss – Broad Form applies, coverage under this Extension includes Collapse as set forth in that form.

(4) Under this Extension, the most we will pay to replace or restore the lost information is $2,500 at each described premises, unless a higher limit is shown in the Declarations. Such amount is additional insurance. We will also pay for the cost of blank material for reproducing the records (whether or not duplicates exist) and (when there is a duplicate) for the cost of labor to transcribe or copy the records. The costs of blank material and labor are subject to the applicable Limit of Insurance on Your Business Personal Property and, therefore, coverage of such costs is not additional insurance.

**d. Property Off-premises**

(1) You may extend the insurance provided by this Coverage Form to apply to your Covered Property while it is away from the described premises, if it is:

(a) Temporarily at a location you do not own, lease or operate;

(b) In storage at a location you lease, provided the lease was executed after the beginning of the current policy term; or

(c) At any fair, trade show or exhibition.

(2) This Extension does not apply to property:

(a) In or on a vehicle; or

(b) In the care, custody or control of your salespersons, unless the property is in such care, custody or control at a fair, trade show or exhibition.

(3) The most we will pay for loss or damage under this Extension is $10,000.

**e. Outdoor Property**

You may extend the insurance provided by this Coverage Form to apply to your outdoor fences, radio and television antennas (including satellite dishes), trees, shrubs and plants (other than trees, shrubs or plants which are "stock" or are part of a vegetated roof), including debris removal expense, caused by or resulting from any of the following causes of loss if they are Covered Causes Of Loss:

(1) Fire;

(2) Lightning;

(3) Explosion;

(4) Riot or Civil Commotion; or

(5) Aircraft.

The most we will pay for loss or damage under this Extension is $1,000, but not more than $250 for any one tree, shrub or plant. These limits apply to any one occurrence, regardless of the types or number of items lost or damaged in that occurrence.

 © Insurance Services Office, Inc., 2011

Subject to all aforementioned terms and limitations of coverage, this Coverage Extension includes the expense of removing from the described premises the debris of trees, shrubs and plants which are the property of others, except in the situation in which you are a tenant and such property is owned by the landlord of the described premises.

**f. Non-owned Detached Trailers**

(1) You may extend the insurance that applies to Your Business Personal Property to apply to loss or damage to trailers that you do not own, provided that:

(a) The trailer is used in your business;

(b) The trailer is in your care, custody or control at the premises described in the Declarations; and

(c) You have a contractual responsibility to pay for loss or damage to the trailer.

(2) We will not pay for any loss or damage that occurs:

(a) While the trailer is attached to any motor vehicle or motorized conveyance, whether or not the motor vehicle or motorized conveyance is in motion;

(b) During hitching or unhitching operations, or when a trailer becomes accidentally unhitched from a motor vehicle or motorized conveyance.

(3) The most we will pay for loss or damage under this Extension is $5,000, unless a higher limit is shown in the Declarations.

(4) This insurance is excess over the amount due (whether you can collect on it or not) from any other insurance covering such property.

**g. Business Personal Property Temporarily In Portable Storage Units**

(1) You may extend the insurance that applies to Your Business Personal Property to apply to such property while temporarily stored in a portable storage unit (including a detached trailer) located within 100 feet of the building or structure described in the Declarations or within 100 feet of the premises described in the Declarations, whichever distance is greater.

(2) If the applicable Covered Causes of Loss form or endorsement contains a limitation or exclusion concerning loss or damage from sand, dust, sleet, snow, ice or rain to property in a structure, such limitation or exclusion also applies to property in a portable storage unit.

(3) Coverage under this Extension:

(a) Will end 90 days after the business personal property has been placed in the storage unit;

(b) Does not apply if the storage unit itself has been in use at the described premises for more than 90 consecutive days, even if the business personal property has been stored there for 90 or fewer days as of the time of loss or damage.

(4) Under this Extension, the most we will pay for the total of all loss or damage to business personal property is $10,000 (unless a higher limit is indicated in the Declarations for such Extension) regardless of the number of storage units. Such limit is part of, not in addition to, the applicable Limit of Insurance on Your Business Personal Property. Therefore, payment under this Extension will not increase the applicable Limit of Insurance on Your Business Personal Property.

(5) This Extension does not apply to loss or damage otherwise covered under this Coverage Form or any endorsement to this Coverage Form or policy, and does not apply to loss or damage to the storage unit itself.

Each of these Extensions is additional insurance unless otherwise indicated. The Additional Condition, Coinsurance, does not apply to these Extensions.

**B. Exclusions And Limitations**

See applicable Causes Of Loss form as shown in the Declarations.

**C. Limits Of Insurance**

The most we will pay for loss or damage in any one occurrence is the applicable Limit Of Insurance shown in the Declarations.

The most we will pay for loss or damage to outdoor signs, whether or not the sign is attached to a building, is $2,500 per sign in any one occurrence.

The amounts of insurance stated in the following Additional Coverages apply in accordance with the terms of such coverages and are separate from the Limit(s) Of Insurance shown in the Declarations for any other coverage:

1. Fire Department Service Charge;

2. Pollutant Clean-up And Removal;

3. Increased Cost Of Construction; and

4. Electronic Data.

Payments under the Preservation Of Property Additional Coverage will not increase the applicable Limit of Insurance.

**D. Deductible**

In any one occurrence of loss or damage (hereinafter referred to as loss), we will first reduce the amount of loss if required by the Coinsurance Condition or the Agreed Value Optional Coverage. If the adjusted amount of loss is less than or equal to the Deductible, we will not pay for that loss. If the adjusted amount of loss exceeds the Deductible, we will then subtract the Deductible from the adjusted amount of loss and will pay the resulting amount or the Limit of Insurance, whichever is less.

When the occurrence involves loss to more than one item of Covered Property and separate Limits of Insurance apply, the losses will not be combined in determining application of the Deductible. But the Deductible will be applied only once per occurrence.

**Example 1**

(This example assumes there is no Coinsurance penalty.)

| Deductible: | $ | 250 |
|---|---|---|
| Limit of Insurance – Building 1: | $ | 60,000 |
| Limit of Insurance – Building 2: | $ | 80,000 |
| Loss to Building 1: | $ | 60,100 |
| Loss to Building 2: | $ | 90,000 |

The amount of loss to Building 1 ($60,100) is less than the sum ($60,250) of the Limit of Insurance applicable to Building 1 plus the Deductible.

The Deductible will be subtracted from the amount of loss in calculating the loss payable for Building 1:

$ 60,100
–     250
$ 59,850 Loss Payable – Building 1

The Deductible applies once per occurrence and therefore is not subtracted in determining the amount of loss payable for Building 2. Loss payable for Building 2 is the Limit of Insurance of $80,000.

Total amount of loss payable:

$59,850 + $80,000 = $139,850

**Example 2**

(This example, too, assumes there is no Coinsurance penalty.)

The Deductible and Limits of Insurance are the same as those in Example 1.

| Loss to Building 1: | $ | 70,000 |
|---|---|---|
| (Exceeds Limit of Insurance plus Deductible) | | |
| Loss to Building 2: | $ | 90,000 |
| (Exceeds Limit of Insurance plus Deductible) | | |
| Loss Payable – Building 1: | $ | 60,000 |
| (Limit of Insurance) | | |
| Loss Payable – Building 2: | $ | 80,000 |
| (Limit of Insurance) | | |
| Total amount of loss payable: | $ | 140,000 |

**E. Loss Conditions**

The following conditions apply in addition to the Common Policy Conditions and the Commercial Property Conditions:

1. **Abandonment**

   There can be no abandonment of any property to us.

2. **Appraisal**

   If we and you disagree on the value of the property or the amount of loss, either may make written demand for an appraisal of the loss. In this event, each party will select a competent and impartial appraiser. The two appraisers will select an umpire. If they cannot agree, either may request that selection be made by a judge of a court having jurisdiction. The appraisers will state separately the value of the property and amount of loss. If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will be binding. Each party will:

   a. Pay its chosen appraiser; and

   b. Bear the other expenses of the appraisal and umpire equally.

   If there is an appraisal, we will still retain our right to deny the claim.

3. **Duties In The Event Of Loss Or Damage**

   a. You must see that the following are done in the event of loss or damage to Covered Property:

      (1) Notify the police if a law may have been broken.

 © Insurance Services Office, Inc., 2011

**(2)** Give us prompt notice of the loss or damage. Include a description of the property involved.

**(3)** As soon as possible, give us a description of how, when and where the loss or damage occurred.

**(4)** Take all reasonable steps to protect the Covered Property from further damage, and keep a record of your expenses necessary to protect the Covered Property, for consideration in the settlement of the claim. This will not increase the Limit of Insurance. However, we will not pay for any subsequent loss or damage resulting from a cause of loss that is not a Covered Cause of Loss. Also, if feasible, set the damaged property aside and in the best possible order for examination.

**(5)** At our request, give us complete inventories of the damaged and undamaged property. Include quantities, costs, values and amount of loss claimed.

**(6)** As often as may be reasonably required, permit us to inspect the property proving the loss or damage and examine your books and records.

Also, permit us to take samples of damaged and undamaged property for inspection, testing and analysis, and permit us to make copies from your books and records.

**(7)** Send us a signed, sworn proof of loss containing the information we request to investigate the claim. You must do this within 60 days after our request. We will supply you with the necessary forms.

**(8)** Cooperate with us in the investigation or settlement of the claim.

**b.** We may examine any insured under oath, while not in the presence of any other insured and at such times as may be reasonably required, about any matter relating to this insurance or the claim, including an insured's books and records. In the event of an examination, an insured's answers must be signed.

**4. Loss Payment**

**a.** In the event of loss or damage covered by this Coverage Form, at our option, we will either:

**(1)** Pay the value of lost or damaged property;

**(2)** Pay the cost of repairing or replacing the lost or damaged property, subject to **b.** below;

**(3)** Take all or any part of the property at an agreed or appraised value; or

**(4)** Repair, rebuild or replace the property with other property of like kind and quality, subject to **b.** below.

We will determine the value of lost or damaged property, or the cost of its repair or replacement, in accordance with the applicable terms of the Valuation Condition in this Coverage Form or any applicable provision which amends or supersedes the Valuation Condition.

**b.** The cost to repair, rebuild or replace does not include the increased cost attributable to enforcement of or compliance with any ordinance or law regulating the construction, use or repair of any property.

**c.** We will give notice of our intentions within 30 days after we receive the sworn proof of loss.

**d.** We will not pay you more than your financial interest in the Covered Property.

**e.** We may adjust losses with the owners of lost or damaged property if other than you. If we pay the owners, such payments will satisfy your claims against us for the owners' property. We will not pay the owners more than their financial interest in the Covered Property.

**f.** We may elect to defend you against suits arising from claims of owners of property. We will do this at our expense.

**g.** We will pay for covered loss or damage within 30 days after we receive the sworn proof of loss, if you have complied with all of the terms of this Coverage Part, and:

**(1)** We have reached agreement with you on the amount of loss; or

**(2)** An appraisal award has been made.

h. A party wall is a wall that separates and is common to adjoining buildings that are owned by different parties. In settling covered losses involving a party wall, we will pay a proportion of the loss to the party wall based on your interest in the wall in proportion to the interest of the owner of the adjoining building. However, if you elect to repair or replace your building and the owner of the adjoining building elects not to repair or replace that building, we will pay you the full value of the loss to the party wall, subject to all applicable policy provisions including Limits of Insurance, the Valuation and Coinsurance Conditions and all other provisions of this Loss Payment Condition. Our payment under the provisions of this paragraph does not alter any right of subrogation we may have against any entity, including the owner or insurer of the adjoining building, and does not alter the terms of the Transfer Of Rights Of Recovery Against Others To Us Condition in this policy.

**5. Recovered Property**

If either you or we recover any property after loss settlement, that party must give the other prompt notice. At your option, the property will be returned to you. You must then return to us the amount we paid to you for the property. We will pay recovery expenses and the expenses to repair the recovered property, subject to the Limit of Insurance.

**6. Vacancy**

**a. Description Of Terms**

(1) As used in this Vacancy Condition, the term building and the term vacant have the meanings set forth in **(1)(a)** and **(1)(b)** below:

(a) When this policy is issued to a tenant, and with respect to that tenant's interest in Covered Property, building means the unit or suite rented or leased to the tenant. Such building is vacant when it does not contain enough business personal property to conduct customary operations.

(b) When this policy is issued to the owner or general lessee of a building, building means the entire building. Such building is vacant unless at least 31% of its total square footage is:

(i) Rented to a lessee or sublessee and used by the lessee or sublessee to conduct its customary operations; and/or

(ii) Used by the building owner to conduct customary operations.

(2) Buildings under construction or renovation are not considered vacant.

**b. Vacancy Provisions**

If the building where loss or damage occurs has been vacant for more than 60 consecutive days before that loss or damage occurs:

(1) We will not pay for any loss or damage caused by any of the following, even if they are Covered Causes of Loss:

(a) Vandalism;

(b) Sprinkler leakage, unless you have protected the system against freezing;

(c) Building glass breakage;

(d) Water damage;

(e) Theft; or

(f) Attempted theft.

(2) With respect to Covered Causes of Loss other than those listed in **b.(1)(a)** through **b.(1)(f)** above, we will reduce the amount we would otherwise pay for the loss or damage by 15%.

**7. Valuation**

We will determine the value of Covered Property in the event of loss or damage as follows:

a. At actual cash value as of the time of loss or damage, except as provided in **b., c., d.** and **e.** below.

b. If the Limit of Insurance for Building satisfies the Additional Condition, Coinsurance, and the cost to repair or replace the damaged building property is $2,500 or less, we will pay the cost of building repairs or replacement.

 © Insurance Services Office, Inc., 2011

The cost of building repairs or replacement does not include the increased cost attributable to enforcement of or compliance with any ordinance or law regulating the construction, use or repair of any property.

However, the following property will be valued at the actual cash value, even when attached to the building:

(1) Awnings or floor coverings;

(2) Appliances for refrigerating, ventilating, cooking, dishwashing or laundering; or

(3) Outdoor equipment or furniture.

c. "Stock" you have sold but not delivered at the selling price less discounts and expenses you otherwise would have had.

d. Glass at the cost of replacement with safety-glazing material if required by law.

e. Tenants' Improvements and Betterments at:

(1) Actual cash value of the lost or damaged property if you make repairs promptly.

(2) A proportion of your original cost if you do not make repairs promptly. We will determine the proportionate value as follows:

(a) Multiply the original cost by the number of days from the loss or damage to the expiration of the lease; and

(b) Divide the amount determined in (a) above by the number of days from the installation of improvements to the expiration of the lease.

If your lease contains a renewal option, the expiration of the renewal option period will replace the expiration of the lease in this procedure.

(3) Nothing if others pay for repairs or replacement.

## F. Additional Conditions

The following conditions apply in addition to the Common Policy Conditions and the Commercial Property Conditions:

### 1. Coinsurance

If a Coinsurance percentage is shown in the Declarations, the following condition applies:

a. We will not pay the full amount of any loss if the value of Covered Property at the time of loss times the Coinsurance percentage shown for it in the Declarations is greater than the Limit of Insurance for the property.

Instead, we will determine the most we will pay using the following steps:

(1) Multiply the value of Covered Property at the time of loss by the Coinsurance percentage;

(2) Divide the Limit of Insurance of the property by the figure determined in Step (1);

(3) Multiply the total amount of loss, before the application of any deductible, by the figure determined in Step (2); and

(4) Subtract the deductible from the figure determined in Step (3).

We will pay the amount determined in Step (4) or the Limit of Insurance, whichever is less. For the remainder, you will either have to rely on other insurance or absorb the loss yourself.

**Example 1 (Underinsurance)**

| When: | The value of the property is: | $ 250,000 |
|---|---|---|
| | The Coinsurance percentage for it is: | 80% |
| | The Limit of Insurance for it is: | $ 100,000 |
| | The Deductible is: | $    250 |
| | The amount of loss is: | $  40,000 |

Step (1): $250,000 x 80% = $200,000
(the minimum amount of insurance to meet your Coinsurance requirements)

Step (2): $100,000 ÷ $200,000 = .50

Step (3): $40,000 x .50 = $20,000

Step (4): $20,000 – $250 = $19,750

We will pay no more than $19,750. The remaining $20,250 is not covered.

**Example 2 (Adequate Insurance)**

| When: | The value of the property is: | $ 250,000 |
|---|---|---|
| | The Coinsurance percentage for it is: | 80% |
| | The Limit of Insurance for it is: | $ 200,000 |
| | The Deductible is: | $    250 |
| | The amount of loss is: | $  40,000 |

The minimum amount of insurance to meet your Coinsurance requirement is $200,000 ($250,000 x 80%). Therefore, the Limit of Insurance in this example is adequate, and no penalty applies. We will pay no more than $39,750 ($40,000 amount of loss minus the deductible of $250).

**b.** If one Limit of Insurance applies to two or more separate items, this condition will apply to the total of all property to which the limit applies.

### Example 3

When: The value of the property is:

| | |
|---|---|
| Building at Location 1: | $ 75,000 |
| Building at Location 2: | $100,000 |
| Personal Property at Location 2: | $ 75,000 |
| | $250,000 |
| The Coinsurance percentage for it is: | 90% |
| The Limit of Insurance for Buildings and Personal Property at Locations 1 and 2 is: | $180,000 |
| The Deductible is: | $    1,000 |
| The amount of loss is: | |
| Building at Location 2: | $  30,000 |
| Personal Property at Location 2: | $  20,000 |
| | $  50,000 |

Step (1): $250,000 x 90% = $225,000

(the minimum amount of insurance to meet your Coinsurance requirements and to avoid the penalty shown below)

Step (2): $180,000 ÷ $225,000 = .80

Step (3): $50,000 x .80 = $40,000

Step (4): $40,000 – $1,000 = $39,000

We will pay no more than $39,000. The remaining $11,000 is not covered.

**2. Mortgageholders**

**a.** The term mortgageholder includes trustee.

**b.** We will pay for covered loss of or damage to buildings or structures to each mortgageholder shown in the Declarations in their order of precedence, as interests may appear.

**c.** The mortgageholder has the right to receive loss payment even if the mortgageholder has started foreclosure or similar action on the building or structure.

**d.** If we deny your claim because of your acts or because you have failed to comply with the terms of this Coverage Part, the mortgageholder will still have the right to receive loss payment if the mortgageholder:

**(1)** Pays any premium due under this Coverage Part at our request if you have failed to do so;

**(2)** Submits a signed, sworn proof of loss within 60 days after receiving notice from us of your failure to do so; and

**(3)** Has notified us of any change in ownership, occupancy or substantial change in risk known to the mortgageholder.

All of the terms of this Coverage Part will then apply directly to the mortgageholder.

**e.** If we pay the mortgageholder for any loss or damage and deny payment to you because of your acts or because you have failed to comply with the terms of this Coverage Part:

**(1)** The mortgageholder's rights under the mortgage will be transferred to us to the extent of the amount we pay; and

**(2)** The mortgageholder's right to recover the full amount of the mortgageholder's claim will not be impaired.

At our option, we may pay to the mortgageholder the whole principal on the mortgage plus any accrued interest. In this event, your mortgage and note will be transferred to us and you will pay your remaining mortgage debt to us.

**f.** If we cancel this policy, we will give written notice to the mortgageholder at least:

**(1)** 10 days before the effective date of cancellation if we cancel for your nonpayment of premium; or

**(2)** 30 days before the effective date of cancellation if we cancel for any other reason.

**g.** If we elect not to renew this policy, we will give written notice to the mortgageholder at least 10 days before the expiration date of this policy.

### G. Optional Coverages

If shown as applicable in the Declarations, the following Optional Coverages apply separately to each item:

**1. Agreed Value**

**a.** The Additional Condition, Coinsurance, does not apply to Covered Property to which this Optional Coverage applies. We will pay no more for loss of or damage to that property than the proportion that the Limit of Insurance under this Coverage Part for the property bears to the Agreed Value shown for it in the Declarations.

 © Insurance Services Office, Inc., 2011

**b.** If the expiration date for this Optional Coverage shown in the Declarations is not extended, the Additional Condition, Coinsurance, is reinstated and this Optional Coverage expires.

**c.** The terms of this Optional Coverage apply only to loss or damage that occurs:

(1) On or after the effective date of this Optional Coverage; and

(2) Before the Agreed Value expiration date shown in the Declarations or the policy expiration date, whichever occurs first.

**2. Inflation Guard**

**a.** The Limit of Insurance for property to which this Optional Coverage applies will automatically increase by the annual percentage shown in the Declarations.

**b.** The amount of increase will be:

(1) The Limit of Insurance that applied on the most recent of the policy inception date, the policy anniversary date, or any other policy change amending the Limit of Insurance, times

(2) The percentage of annual increase shown in the Declarations, expressed as a decimal (example: 8% is .08), times

(3) The number of days since the beginning of the current policy year or the effective date of the most recent policy change amending the Limit of Insurance, divided by 365.

**Example**

| If: | | |
|---|---|---|
| The applicable Limit of Insurance is: | | $ 100,000 |
| The annual percentage increase is: | | 8% |
| The number of days since the beginning of the policy year (or last policy change) is: | | 146 |
| The amount of increase is: $100,000 x .08 x 146 ÷ 365 = | $ | 3,200 |

**3. Replacement Cost**

**a.** Replacement Cost (without deduction for depreciation) replaces Actual Cash Value in the Valuation Loss Condition of this Coverage Form.

**b.** This Optional Coverage does not apply to:

(1) Personal property of others;

(2) Contents of a residence;

(3) Works of art, antiques or rare articles, including etchings, pictures, statuary, marbles, bronzes, porcelains and bric-a-brac; or

(4) "Stock", unless the Including "Stock" option is shown in the Declarations.

Under the terms of this Replacement Cost Optional Coverage, tenants' improvements and betterments are not considered to be the personal property of others.

**c.** You may make a claim for loss or damage covered by this insurance on an actual cash value basis instead of on a replacement cost basis. In the event you elect to have loss or damage settled on an actual cash value basis, you may still make a claim for the additional coverage this Optional Coverage provides if you notify us of your intent to do so within 180 days after the loss or damage.

**d.** We will not pay on a replacement cost basis for any loss or damage:

(1) Until the lost or damaged property is actually repaired or replaced; and

(2) Unless the repair or replacement is made as soon as reasonably possible after the loss or damage.

With respect to tenants' improvements and betterments, the following also apply:

(3) If the conditions in **d.(1)** and **d.(2)** above are not met, the value of tenants' improvements and betterments will be determined as a proportion of your original cost, as set forth in the Valuation Loss Condition of this Coverage Form; and

(4) We will not pay for loss or damage to tenants' improvements and betterments if others pay for repairs or replacement.

**e.** We will not pay more for loss or damage on a replacement cost basis than the least of **(1)**, **(2)** or **(3)**, subject to **f.** below:

(1) The Limit of Insurance applicable to the lost or damaged property;

(2) The cost to replace the lost or damaged property with other property:

(a) Of comparable material and quality; and

(b) Used for the same purpose; or

(3) The amount actually spent that is necessary to repair or replace the lost or damaged property.

If a building is rebuilt at a new premises, the cost described in **e.(2)** above is limited to the cost which would have been incurred if the building had been rebuilt at the original premises.

**f.** The cost of repair or replacement does not include the increased cost attributable to enforcement of or compliance with any ordinance or law regulating the construction, use or repair of any property.

**4. Extension Of Replacement Cost To Personal Property Of Others**

**a.** If the Replacement Cost Optional Coverage is shown as applicable in the Declarations, then this Extension may also be shown as applicable. If the Declarations show this Extension as applicable, then Paragraph **3.b.(1)** of the Replacement Cost Optional Coverage is deleted and all other provisions of the Replacement Cost Optional Coverage apply to replacement cost on personal property of others.

**b.** With respect to replacement cost on the personal property of others, the following limitation applies:

If an item(s) of personal property of others is subject to a written contract which governs your liability for loss or damage to that item(s), then valuation of that item(s) will be based on the amount for which you are liable under such contract, but not to exceed the lesser of the replacement cost of the property or the applicable Limit of Insurance.

**H. Definitions**

**1.** "Fungus" means any type or form of fungus, including mold or mildew, and any mycotoxins, spores, scents or by-products produced or released by fungi.

**2.** "Pollutants" means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

**3.** "Stock" means merchandise held in storage or for sale, raw materials and in-process or finished goods, including supplies used in their packing or shipping.

 © Insurance Services Office, Inc., 2011 CP 00 10 10 12

# BUSINESS INCOME (AND EXTRA EXPENSE) COVERAGE FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy, the words "you" and "your" refer to the Named Insured shown in the Declarations. The words "we", "us" and "our" refer to the company providing this insurance.

Other words and phrases that appear in quotation marks have special meaning. Refer to Section **F.** Definitions.

## A. Coverage

### 1. Business Income

Business Income means the:

**a.** Net Income (Net Profit or Loss before income taxes) that would have been earned or incurred; and

**b.** Continuing normal operating expenses incurred, including payroll.

For manufacturing risks, Net Income includes the net sales value of production.

Coverage is provided as described and limited below for one or more of the following options for which a Limit Of Insurance is shown in the Declarations:

**(1)** Business Income Including "Rental Value".

**(2)** Business Income Other Than "Rental Value".

**(3)** "Rental Value".

If option **(1)** above is selected, the term Business Income will include "Rental Value". If option **(3)** above is selected, the term Business Income will mean "Rental Value" only.

If Limits of Insurance are shown under more than one of the above options, the provisions of this Coverage Part apply separately to each.

We will pay for the actual loss of Business Income you sustain due to the necessary "suspension" of your "operations" during the "period of restoration". The "suspension" must be caused by direct physical loss of or damage to property at premises which are described in the Declarations and for which a Business Income Limit Of Insurance is shown in the Declarations. The loss or damage must be caused by or result from a Covered Cause of Loss. With respect to loss of or damage to personal property in the open or personal property in a vehicle, the described premises include the area within 100 feet of such premises.

With respect to the requirements set forth in the preceding paragraph, if you occupy only part of a building, your premises means:

**(a)** The portion of the building which you rent, lease or occupy;

**(b)** The area within 100 feet of the building or within 100 feet of the premises described in the Declarations, whichever distance is greater (with respect to loss of or damage to personal property in the open or personal property in a vehicle); and

**(c)** Any area within the building or at the described premises, if that area services, or is used to gain access to, the portion of the building which you rent, lease or occupy.

### 2. Extra Expense

**a.** Extra Expense Coverage is provided at the premises described in the Declarations only if the Declarations show that Business Income Coverage applies at that premises.

**b.** Extra Expense means necessary expenses you incur during the "period of restoration" that you would not have incurred if there had been no direct physical loss or damage to property caused by or resulting from a Covered Cause of Loss.

We will pay Extra Expense (other than the expense to repair or replace property) to:

**(1)** Avoid or minimize the "suspension" of business and to continue operations at the described premises or at replacement premises or temporary locations, including relocation expenses and costs to equip and operate the replacement location or temporary location.

© Insurance Services Office, Inc., 2011

**(2)** Minimize the "suspension" of business if you cannot continue "operations".

We will also pay Extra Expense to repair or replace property, but only to the extent it reduces the amount of loss that otherwise would have been payable under this Coverage Form.

**3. Covered Causes Of Loss, Exclusions And Limitations**

See applicable Causes Of Loss form as shown in the Declarations.

**4. Additional Limitation – Interruption Of Computer Operations**

**a.** Coverage for Business Income does not apply when a "suspension" of "operations" is caused by destruction or corruption of electronic data, or any loss or damage to electronic data, except as provided under the Additional Coverage, Interruption Of Computer Operations.

**b.** Coverage for Extra Expense does not apply when action is taken to avoid or minimize a "suspension" of "operations" caused by destruction or corruption of electronic data, or any loss or damage to electronic data, except as provided under the Additional Coverage, Interruption Of Computer Operations.

**c.** Electronic data means information, facts or computer programs stored as or on, created or used on, or transmitted to or from computer software (including systems and applications software), on hard or floppy disks, CD-ROMs, tapes, drives, cells, data processing devices or any other repositories of computer software which are used with electronically controlled equipment. The term computer programs, referred to in the foregoing description of electronic data, means a set of related electronic instructions which direct the operations and functions of a computer or device connected to it, which enable the computer or device to receive, process, store, retrieve or send data.

**d.** This Additional Limitation does not apply when loss or damage to electronic data involves only electronic data which is integrated in and operates or controls a building's elevator, lighting, heating, ventilation, air conditioning or security system.

**5. Additional Coverages**

**a. Civil Authority**

In this Additional Coverage, Civil Authority, the described premises are premises to which this Coverage Form applies, as shown in the Declarations.

When a Covered Cause of Loss causes damage to property other than property at the described premises, we will pay for the actual loss of Business Income you sustain and necessary Extra Expense caused by action of civil authority that prohibits access to the described premises, provided that both of the following apply:

**(1)** Access to the area immediately surrounding the damaged property is prohibited by civil authority as a result of the damage, and the described premises are within that area but are not more than one mile from the damaged property; and

**(2)** The action of civil authority is taken in response to dangerous physical conditions resulting from the damage or continuation of the Covered Cause of Loss that caused the damage, or the action is taken to enable a civil authority to have unimpeded access to the damaged property.

Civil Authority Coverage for Business Income will begin 72 hours after the time of the first action of civil authority that prohibits access to the described premises and will apply for a period of up to four consecutive weeks from the date on which such coverage began.

Civil Authority Coverage for Extra Expense will begin immediately after the time of the first action of civil authority that prohibits access to the described premises and will end:

**(1)** Four consecutive weeks after the date of that action; or

**(2)** When your Civil Authority Coverage for Business Income ends;

whichever is later.

**b. Alterations And New Buildings**

We will pay for the actual loss of Business Income you sustain and necessary Extra Expense you incur due to direct physical loss or damage at the described premises caused by or resulting from any Covered Cause of Loss to:

(1) New buildings or structures, whether complete or under construction;

(2) Alterations or additions to existing buildings or structures; and

(3) Machinery, equipment, supplies or building materials located on or within 100 feet of the described premises and:

  (a) Used in the construction, alterations or additions; or

  (b) Incidental to the occupancy of new buildings.

If such direct physical loss or damage delays the start of "operations", the "period of restoration" for Business Income Coverage will begin on the date "operations" would have begun if the direct physical loss or damage had not occurred.

**c. Extended Business Income**

(1) **Business Income Other Than "Rental Value"**

If the necessary "suspension" of your "operations" produces a Business Income loss payable under this policy, we will pay for the actual loss of Business Income you incur during the period that:

  (a) Begins on the date property (except "finished stock") is actually repaired, rebuilt or replaced and "operations" are resumed; and

  (b) Ends on the earlier of:

    (i) The date you could restore your "operations", with reasonable speed, to the level which would generate the business income amount that would have existed if no direct physical loss or damage had occurred; or

    (ii) 60 consecutive days after the date determined in **(1)(a)** above.

However, Extended Business Income does not apply to loss of Business Income incurred as a result of unfavorable business conditions caused by the impact of the Covered Cause of Loss in the area where the described premises are located.

Loss of Business Income must be caused by direct physical loss or damage at the described premises caused by or resulting from any Covered Cause of Loss.

(2) **"Rental Value"**

If the necessary "suspension" of your "operations" produces a "Rental Value" loss payable under this policy, we will pay for the actual loss of "Rental Value" you incur during the period that:

  (a) Begins on the date property is actually repaired, rebuilt or replaced and tenantability is restored; and

  (b) Ends on the earlier of:

    (i) The date you could restore tenant occupancy, with reasonable speed, to the level which would generate the "Rental Value" that would have existed if no direct physical loss or damage had occurred; or

    (ii) 60 consecutive days after the date determined in **(2)(a)** above.

However, Extended Business Income does not apply to loss of "Rental Value" incurred as a result of unfavorable business conditions caused by the impact of the Covered Cause of Loss in the area where the described premises are located.

Loss of "Rental Value" must be caused by direct physical loss or damage at the described premises caused by or resulting from any Covered Cause of Loss.

**d. Interruption Of Computer Operations**

(1) Under this Additional Coverage, electronic data has the meaning described under Additional Limitation – Interruption Of Computer Operations.

**(2)** Subject to all provisions of this Additional Coverage, you may extend the insurance that applies to Business Income and Extra Expense to apply to a "suspension" of "operations" caused by an interruption in computer operations due to destruction or corruption of electronic data due to a Covered Cause of Loss. However, we will not provide coverage under this Additional Coverage when the Additional Limitation – Interruption Of Computer Operations does not apply based on Paragraph **A.4.d.** therein.

**(3)** With respect to the coverage provided under this Additional Coverage, the Covered Causes of Loss are subject to the following:

**(a)** If the Causes Of Loss – Special Form applies, coverage under this Additional Coverage, Interruption Of Computer Operations, is limited to the "specified causes of loss" as defined in that form and Collapse as set forth in that form.

**(b)** If the Causes Of Loss – Broad Form applies, coverage under this Additional Coverage, Interruption Of Computer Operations, includes Collapse as set forth in that form.

**(c)** If the Causes Of Loss form is endorsed to add a Covered Cause of Loss, the additional Covered Cause of Loss does not apply to the coverage provided under this Additional Coverage, Interruption Of Computer Operations.

**(d)** The Covered Causes of Loss include a virus, harmful code or similar instruction introduced into or enacted on a computer system (including electronic data) or a network to which it is connected, designed to damage or destroy any part of the system or disrupt its normal operation. But there is no coverage for an interruption related to manipulation of a computer system (including electronic data) by any employee, including a temporary or leased employee, or by an entity retained by you or for you to inspect, design, install, maintain, repair or replace that system.

**(4)** The most we will pay under this Additional Coverage, Interruption Of Computer Operations, is $2,500 (unless a higher limit is shown in the Declarations) for all loss sustained and expense incurred in any one policy year, regardless of the number of interruptions or the number of premises, locations or computer systems involved. If loss payment relating to the first interruption does not exhaust this amount, then the balance is available for loss or expense sustained or incurred as a result of subsequent interruptions in that policy year. A balance remaining at the end of a policy year does not increase the amount of insurance in the next policy year. With respect to any interruption which begins in one policy year and continues or results in additional loss or expense in a subsequent policy year(s), all loss and expense is deemed to be sustained or incurred in the policy year in which the interruption began.

**(5)** This Additional Coverage, Interruption Of Computer Operations, does not apply to loss sustained or expense incurred after the end of the "period of restoration", even if the amount of insurance stated in **(4)** above has not been exhausted.

**6. Coverage Extension**

If a Coinsurance percentage of 50% or more is shown in the Declarations, you may extend the insurance provided by this Coverage Part as follows:

**Newly Acquired Locations**

**a.** You may extend your Business Income and Extra Expense Coverages to apply to property at any location you acquire other than fairs or exhibitions.

**b.** The most we will pay under this Extension, for the sum of Business Income loss and Extra Expense incurred, is $100,000 at each location, unless a higher limit is shown in the Declarations.

**c.** Insurance under this Extension for each newly acquired location will end when any of the following first occurs:

**(1)** This policy expires;

© Insurance Services Office, Inc., 2011

**(2)** 30 days expire after you acquire or begin to construct the property; or

**(3)** You report values to us.

We will charge you additional premium for values reported from the date you acquire the property.

The Additional Condition, Coinsurance, does not apply to this Extension.

## B. Limits Of Insurance

The most we will pay for loss in any one occurrence is the applicable Limit Of Insurance shown in the Declarations.

Payments under the following coverages will not increase the applicable Limit of Insurance:

1. Alterations And New Buildings;
2. Civil Authority;
3. Extra Expense; or
4. Extended Business Income.

The amounts of insurance stated in the Interruption Of Computer Operations Additional Coverage and the Newly Acquired Locations Coverage Extension apply in accordance with the terms of those coverages and are separate from the Limit(s) Of Insurance shown in the Declarations for any other coverage.

## C. Loss Conditions

The following conditions apply in addition to the Common Policy Conditions and the Commercial Property Conditions:

### 1. Appraisal

If we and you disagree on the amount of Net Income and operating expense or the amount of loss, either may make written demand for an appraisal of the loss. In this event, each party will select a competent and impartial appraiser.

The two appraisers will select an umpire. If they cannot agree, either may request that selection be made by a judge of a court having jurisdiction. The appraisers will state separately the amount of Net Income and operating expense or amount of loss. If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will be binding. Each party will:

**a.** Pay its chosen appraiser; and

**b.** Bear the other expenses of the appraisal and umpire equally.

If there is an appraisal, we will still retain our right to deny the claim.

### 2. Duties In The Event Of Loss

**a.** You must see that the following are done in the event of loss:

**(1)** Notify the police if a law may have been broken.

**(2)** Give us prompt notice of the direct physical loss or damage. Include a description of the property involved.

**(3)** As soon as possible, give us a description of how, when and where the direct physical loss or damage occurred.

**(4)** Take all reasonable steps to protect the Covered Property from further damage, and keep a record of your expenses necessary to protect the Covered Property, for consideration in the settlement of the claim. This will not increase the Limit of Insurance. However, we will not pay for any subsequent loss or damage resulting from a cause of loss that is not a Covered Cause of Loss. Also, if feasible, set the damaged property aside and in the best possible order for examination.

**(5)** As often as may be reasonably required, permit us to inspect the property proving the loss or damage and examine your books and records.

Also permit us to take samples of damaged and undamaged property for inspection, testing and analysis, and permit us to make copies from your books and records.

**(6)** Send us a signed, sworn proof of loss containing the information we request to investigate the claim. You must do this within 60 days after our request. We will supply you with the necessary forms.

**(7)** Cooperate with us in the investigation or settlement of the claim.

**(8)** If you intend to continue your business, you must resume all or part of your "operations" as quickly as possible.

**b.** We may examine any insured under oath, while not in the presence of any other insured and at such times as may be reasonably required, about any matter relating to this insurance or the claim, including an insured's books and records. In the event of an examination, an insured's answers must be signed.

**3. Loss Determination**

**a.** The amount of Business Income loss will be determined based on:

**(1)** The Net Income of the business before the direct physical loss or damage occurred;

**(2)** The likely Net Income of the business if no physical loss or damage had occurred, but not including any Net Income that would likely have been earned as a result of an increase in the volume of business due to favorable business conditions caused by the impact of the Covered Cause of Loss on customers or on other businesses;

**(3)** The operating expenses, including payroll expenses, necessary to resume "operations" with the same quality of service that existed just before the direct physical loss or damage; and

**(4)** Other relevant sources of information, including:

**(a)** Your financial records and accounting procedures;

**(b)** Bills, invoices and other vouchers; and

**(c)** Deeds, liens or contracts.

**b.** The amount of Extra Expense will be determined based on:

**(1)** All expenses that exceed the normal operating expenses that would have been incurred by "operations" during the "period of restoration" if no direct physical loss or damage had occurred. We will deduct from the total of such expenses:

**(a)** The salvage value that remains of any property bought for temporary use during the "period of restoration", once "operations" are resumed; and

**(b)** Any Extra Expense that is paid for by other insurance, except for insurance that is written subject to the same plan, terms, conditions and provisions as this insurance; and

**(2)** Necessary expenses that reduce the Business Income loss that otherwise would have been incurred.

**c. Resumption Of Operations**

We will reduce the amount of your:

**(1)** Business Income loss, other than Extra Expense, to the extent you can resume your "operations", in whole or in part, by using damaged or undamaged property (including merchandise or stock) at the described premises or elsewhere.

**(2)** Extra Expense loss to the extent you can return "operations" to normal and discontinue such Extra Expense.

**d.** If you do not resume "operations", or do not resume "operations" as quickly as possible, we will pay based on the length of time it would have taken to resume "operations" as quickly as possible.

**4. Loss Payment**

We will pay for covered loss within 30 days after we receive the sworn proof of loss, if you have complied with all of the terms of this Coverage Part, and:

**a.** We have reached agreement with you on the amount of loss; or

**b.** An appraisal award has been made.

**D. Additional Condition**

**COINSURANCE**

If a Coinsurance percentage is shown in the Declarations, the following condition applies in addition to the Common Policy Conditions and the Commercial Property Conditions.

We will not pay the full amount of any Business Income loss if the Limit of Insurance for Business Income is less than:

**1.** The Coinsurance percentage shown for Business Income in the Declarations; times

**2.** The sum of:

**a.** The Net Income (Net Profit or Loss before income taxes), and

**b.** Operating expenses, including payroll expenses,

that would have been earned or incurred (had no loss occurred) by your "operations" at the described premises for the 12 months following the inception, or last previous anniversary date, of this policy (whichever is later).

Instead, we will determine the most we will pay using the following steps:

Step **(1)**: Multiply the Net Income and operating expense for the 12 months following the inception, or last previous anniversary date, of this policy by the Coinsurance percentage;

Step **(2)**: Divide the Limit of Insurance for the described premises by the figure determined in Step **(1)**; and

Step **(3)**: Multiply the total amount of loss by the figure determined in Step **(2)**.

We will pay the amount determined in Step **(3)** or the limit of insurance, whichever is less. For the remainder, you will either have to rely on other insurance or absorb the loss yourself.

In determining operating expenses for the purpose of applying the Coinsurance condition, the following expenses, if applicable, shall be deducted from the total of all operating expenses:

(1) Prepaid freight – outgoing;

(2) Returns and allowances;

(3) Discounts;

(4) Bad debts;

(5) Collection expenses;

(6) Cost of raw stock and factory supplies consumed (including transportation charges);

(7) Cost of merchandise sold (including transportation charges);

(8) Cost of other supplies consumed (including transportation charges);

(9) Cost of services purchased from outsiders (not employees) to resell, that do not continue under contract;

(10) Power, heat and refrigeration expenses that do not continue under contract (if Form **CP 15 11** is attached);

(11) All payroll expenses or the amount of payroll expense excluded (if Form **CP 15 10** is attached); and

(12) Special deductions for mining properties (royalties unless specifically included in coverage; actual depletion commonly known as unit or cost depletion – not percentage depletion; welfare and retirement fund charges based on tonnage; hired trucks).

**Example 1 (Underinsurance)**

| When: | The Net Income and operating expenses for the 12 months following the inception, or last previous anniversary date, of this policy at the described premises would have been: | $ 400,000 |
| | The Coinsurance percentage is: | 50% |
| | The Limit of Insurance is: | $ 150,000 |
| | The amount of loss is: | $ 80,000 |

Step **(1)**: $400,000 x 50% = $200,000

(the minimum amount of insurance to meet your Coinsurance requirements)

Step **(2)**: $150,000 ÷ $200,000 = .75

Step **(3)**: $80,000 x .75 = $60,000

We will pay no more than $60,000. The remaining $20,000 is not covered.

**Example 2 (Adequate Insurance)**

| When: | The Net Income and operating expenses for the 12 months following the inception, or last previous anniversary date, of this policy at the described premises would have been: | $ 400,000 |
| | The Coinsurance percentage is: | 50% |
| | The Limit of Insurance is: | $ 200,000 |
| | The amount of loss is: | $ 80,000 |

The minimum amount of insurance to meet your Coinsurance requirement is $200,000 ($400,000 x 50%). Therefore, the Limit of Insurance in this example is adequate and no penalty applies. We will pay no more than $80,000 (amount of loss).

This condition does not apply to Extra Expense Coverage.

**E. Optional Coverages**

If shown as applicable in the Declarations, the following Optional Coverages apply separately to each item.

**1. Maximum Period Of Indemnity**

**a.** The Additional Condition, Coinsurance, does not apply to this Coverage Form at the described premises to which this Optional Coverage applies.

**b.** The most we will pay for the total of Business Income loss and Extra Expense is the lesser of:

**(1)** The amount of loss sustained and expenses incurred during the 120 days immediately following the beginning of the "period of restoration"; or

**(2)** The Limit Of Insurance shown in the Declarations.

**2. Monthly Limit Of Indemnity**

**a.** The Additional Condition, Coinsurance, does not apply to this Coverage Form at the described premises to which this Optional Coverage applies.

**b.** The most we will pay for loss of Business Income in each period of 30 consecutive days after the beginning of the "period of restoration" is:

**(1)** The Limit of Insurance, multiplied by

**(2)** The fraction shown in the Declarations for this Optional Coverage.

**Example**

| When: | The Limit of Insurance is: | $ 120,000 |
|---|---|---|
| | The fraction shown in the Declarations for this Optional Coverage is: | 1/4 |
| | The most we will pay for loss in each period of 30 consecutive days is: | $ 30,000 |
| | ($120,000 x 1/4 = $30,000) | |
| | If, in this example, the actual amount of loss is: | |
| | Days 1–30: | $ 40,000 |
| | Days 31–60: | $ 20,000 |
| | Days 61–90: | $ 30,000 |
| | | $ 90,000 |
| | We will pay: | |
| | Days 1–30: | $ 30,000 |
| | Days 31–60: | $ 20,000 |
| | Days 61–90: | $ 30,000 |
| | | $ 80,000 |

The remaining $10,000 is not covered.

**3. Business Income Agreed Value**

**a.** To activate this Optional Coverage:

**(1)** A Business Income Report/Work Sheet must be submitted to us and must show financial data for your "operations":

**(a)** During the 12 months prior to the date of the Work Sheet; and

**(b)** Estimated for the 12 months immediately following the inception of this Optional Coverage.

**(2)** The Declarations must indicate that the Business Income Agreed Value Optional Coverage applies, and an Agreed Value must be shown in the Declarations. The Agreed Value should be at least equal to:

**(a)** The Coinsurance percentage shown in the Declarations; multiplied by

**(b)** The amount of Net Income and operating expenses for the following 12 months you report on the Work Sheet.

**b.** The Additional Condition, Coinsurance, is suspended until:

**(1)** 12 months after the effective date of this Optional Coverage; or

**(2)** The expiration date of this policy;

whichever occurs first.

**c.** We will reinstate the Additional Condition, Coinsurance, automatically if you do not submit a new Work Sheet and Agreed Value:

**(1)** Within 12 months of the effective date of this Optional Coverage; or

**(2)** When you request a change in your Business Income Limit of Insurance.

**d.** If the Business Income Limit of Insurance is less than the Agreed Value, we will not pay more of any loss than the amount of loss multiplied by:

**(1)** The Business Income Limit of Insurance; divided by

**(2)** The Agreed Value.

**Example**

| When: | The Limit of Insurance is: | $ 100,000 |
|---|---|---|
| | The Agreed Value is: | $ 200,000 |
| | The amount of loss is: | $ 80,000 |

**Step (1):** $100,000 ÷ $200,000 = .50

**Step (2):** .50 x $80,000 = $40,000

We will pay $40,000. The remaining $40,000 is not covered.

**4. Extended Period Of Indemnity**

Under Paragraph **A.5.c., Extended Business Income,** the number 60 in Subparagraphs **(1)(b)** and **(2)(b)** is replaced by the number shown in the Declarations for this Optional Coverage.

## F. Definitions

1. "Finished stock" means stock you have manufactured.

   "Finished stock" also includes whiskey and alcoholic products being aged, unless there is a Coinsurance percentage shown for Business Income in the Declarations.

   "Finished stock" does not include stock you have manufactured that is held for sale on the premises of any retail outlet insured under this Coverage Part.

2. "Operations" means:

   a. Your business activities occurring at the described premises; and

   b. The tenantability of the described premises, if coverage for Business Income Including "Rental Value" or "Rental Value" applies.

3. "Period of restoration" means the period of time that:

   a. Begins:

      (1) 72 hours after the time of direct physical loss or damage for Business Income Coverage; or

      (2) Immediately after the time of direct physical loss or damage for Extra Expense Coverage;

      caused by or resulting from any Covered Cause of Loss at the described premises; and

   b. Ends on the earlier of:

      (1) The date when the property at the described premises should be repaired, rebuilt or replaced with reasonable speed and similar quality; or

      (2) The date when business is resumed at a new permanent location.

   "Period of restoration" does not include any increased period required due to the enforcement of or compliance with any ordinance or law that:

      (1) Regulates the construction, use or repair, or requires the tearing down, of any property; or

      (2) Requires any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants".

   The expiration date of this policy will not cut short the "period of restoration".

4. "Pollutants" means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

5. "Rental Value" means Business Income that consists of:

   a. Net Income (Net Profit or Loss before income taxes) that would have been earned or incurred as rental income from tenant occupancy of the premises described in the Declarations as furnished and equipped by you, including fair rental value of any portion of the described premises which is occupied by you; and

   b. Continuing normal operating expenses incurred in connection with that premises, including:

      (1) Payroll; and

      (2) The amount of charges which are the legal obligation of the tenant(s) but would otherwise be your obligations.

6. "Suspension" means:

   a. The slowdown or cessation of your business activities; or

   b. That a part or all of the described premises is rendered untenantable, if coverage for Business Income Including "Rental Value" or "Rental Value" applies.

# COMMERCIAL PROPERTY CONDITIONS

This Coverage Part is subject to the following conditions, the Common Policy Conditions and applicable Loss Conditions and Additional Conditions in Commercial Property Coverage Forms.

## A. CONCEALMENT, MISREPRESENTATION OR FRAUD

This Coverage Part is void in any case of fraud by you as it relates to this Coverage Part at any time. It is also void if you or any other insured, at any time, intentionally conceal or misrepresent a material fact concerning:

1. This Coverage Part;
2. The Covered Property;
3. Your interest in the Covered Property; or
4. A claim under this Coverage Part.

## B. CONTROL OF PROPERTY

Any act or neglect of any person other than you beyond your direction or control will not affect this insurance.

The breach of any condition of this Coverage Part at any one or more locations will not affect coverage at any location where, at the time of loss or damage, the breach of condition does not exist.

## C. INSURANCE UNDER TWO OR MORE COVERAGES

If two or more of this policy's coverages apply to the same loss or damage, we will not pay more than the actual amount of the loss or damage.

## D. LEGAL ACTION AGAINST US

No one may bring a legal action against us under this Coverage Part unless:

1. There has been full compliance with all of the terms of this Coverage Part; and
2. The action is brought within 2 years after the date on which the direct physical loss or damage occurred.

## E. LIBERALIZATION

If we adopt any revision that would broaden the coverage under this Coverage Part without additional premium within 45 days prior to or during the policy period, the broadened coverage will immediately apply to this Coverage Part.

## F. NO BENEFIT TO BAILEE

No person or organization, other than you, having custody of Covered Property will benefit from this insurance.

## G. OTHER INSURANCE

1. You may have other insurance subject to the same plan, terms, conditions and provisions as the insurance under this Coverage Part. If you do, we will pay our share of the covered loss or damage. Our share is the proportion that the applicable Limit of Insurance under this Coverage Part bears to the Limits of Insurance of all insurance covering on the same basis.

2. If there is other insurance covering the same loss or damage, other than that described in 1. above, we will pay only for the amount of covered loss or damage in excess of the amount due from that other insurance, whether you can collect on it or not. But we will not pay more than the applicable Limit of Insurance.

## H. POLICY PERIOD, COVERAGE TERRITORY

Under this Coverage Part:

1. We cover loss or damage commencing:
   a. During the policy period shown in the Declarations; and
   b. Within the coverage territory.

2. The coverage territory is:
   a. The United States of America (including its territories and possessions);
   b. Puerto Rico; and
   c. Canada.



**I. TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US**

If any person or organization to or for whom we make payment under this Coverage Part has rights to recover damages from another, those rights are transferred to us to the extent of our payment. That person or organization must do everything necessary to secure our rights and must do nothing after loss to impair them. But you may waive your rights against another party in writing:

1. Prior to a loss to your Covered Property or Covered Income.

2. After a loss to your Covered Property or Covered Income only if, at time of loss, that party is one of the following:

   a. Someone insured by this insurance;

   b. A business firm:

      (1) Owned or controlled by you; or

      (2) That owns or controls you; or

   c. Your tenant.

This will not restrict your insurance.

Copyright, ISO Commercial Risk Services, Inc., 1983, 1987

**CP 00 90 07 88**  ☐

## THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

# KANSAS CHANGES

This endorsement modifies insurance provided under the following:

COMMERCIAL PROPERTY COVERAGE PART

**A.** The **Legal Action Against Us** Commercial Property Condition is replaced by the following:

**Legal Action Against Us**

No one may bring a legal action against us under this Coverage Part unless:

**1.** There has been full compliance with all of the terms of this Coverage Part; and

**2.** The action is brought within five years after the date on which the direct physical loss or damage occurred.

**B.** The following is added:

The term "Actual Cash Value" means the amount it would cost to repair or replace Covered Property with material of like kind and quality, less allowance for deterioration and depreciation, including obsolescence.

**C.** The following applies when coverage is provided for townhouse buildings and structures:

**1.** The following is added:

The Association of Townhouse Owners includes every person or organization who is an owner of a fee simple title to a townhouse unit, for which insurance is provided by this policy.

**2.** The **Control Of Property** Commercial Property Condition is superseded and replaced ·by the following:

The following will not affect this insurance if beyond your direction or control:

**a.** Any act or neglect by any occupants or owners of the buildings; or

**b.** Your failure to comply with any warranty or condition with regard to any portion of your premises.

If you violate a condition of this Coverage Part, we will not pay for loss or damage at the involved location. But your coverage will continue for other locations at which the violation does not apply.

**3.** The following is added to **Property Not Covered** in the Building And Personal Property Coverage Form:

**r.** Household and personal property, unless owned by the Association of Townhouse Owners.

**4.** Paragraph **b.** in the **Mortgageholders** Additional Condition in the Building And Personal Property Coverage Form is replaced by the following:

**b.** We will pay for covered loss of or damage to buildings or structures to:

**(1)** The Insurance Trustee for the benefit of each Townhouse Owner;

**(2)** The holder of each first mortgage; and

**(3)** The Association;

as interests may appear and as shown in the Townhouse Declaration.

**D.** The **Outdoor Property** Coverage Extension is revised to replace "$250" with "$500" with respect to the most we will pay for any one tree, shrub or plant. This change applies to the following forms:

**1.** Building And Personal Property Coverage Form.

**2.** Condominium Association Coverage Form.

**3.** Condominium Commercial Unit-owners Coverage Form.

© Insurance Services Office, Inc., 2011

**E.** The **Appraisal** Loss Condition is replaced by the following:

**Appraisal**

If, after a claim has been made, a dispute arises because you and we disagree on the value of the property or the amount of loss, either may make a written request for an appraisal of the loss. **However, an appraisal will be made only if both you and we agree, voluntarily, to have the loss appraised.** If so agreed, each party will select a competent and impartial appraiser. The two appraisers will select an umpire. If they cannot agree, either may request that selection be made by a judge of a court having jurisdiction. The appraisers will state separately the value of the property and amount of loss. If they fail to agree, they will submit their differences to the umpire. **A decision agreed to by any two will be binding.** Each party will:

**1.** Pay its chosen appraiser; and

**2.** Bear the other expenses of the appraisal and umpire equally.

If there is an appraisal, we will still retain our right to deny the claim.

© Insurance Services Office, Inc., 2011

CP 01 01 10 12

COMMERCIAL PROPERTY
CP 01 40 07 06

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# EXCLUSION OF LOSS DUE TO VIRUS OR BACTERIA

This endorsement modifies insurance provided under the following:

COMMERCIAL PROPERTY COVERAGE PART
STANDARD PROPERTY POLICY

**A.** The exclusion set forth in Paragraph **B.** applies to all coverage under all forms and endorsements that comprise this Coverage Part or Policy, including but not limited to forms or endorsements that cover property damage to buildings or personal property and forms or endorsements that cover business income, extra expense or action of civil authority.

**B.** We will not pay for loss or damage caused by or resulting from any virus, bacterium or other microorganism that induces or is capable of inducing physical distress, illness or disease.

However, this exclusion does not apply to loss or damage caused by or resulting from "fungus", wet rot or dry rot. Such loss or damage is addressed in a separate exclusion in this Coverage Part or Policy.

**C.** With respect to any loss or damage subject to the exclusion in Paragraph **B.,** such exclusion supersedes any exclusion relating to "pollutants".

**D.** The following provisions in this Coverage Part or Policy are hereby amended to remove reference to bacteria:

　**1.** Exclusion of "Fungus", Wet Rot, Dry Rot And Bacteria; and

　**2.** Additional Coverage – Limited Coverage for "Fungus", Wet Rot, Dry Rot And Bacteria, including any endorsement increasing the scope or amount of coverage.

**E.** The terms of the exclusion in Paragraph **B.,** or the inapplicability of this exclusion to a particular loss, do not serve to create coverage for any loss that would otherwise be excluded under this Coverage Part or Policy.

　　　　© ISO Properties, Inc., 2006　　　　　□

# CAUSES OF LOSS – SPECIAL FORM

Words and phrases that appear in quotation marks have special meaning. Refer to Section **G.** Definitions.

## A. Covered Causes Of Loss

When Special is shown in the Declarations, Covered Causes of Loss means direct physical loss unless the loss is excluded or limited in this policy.

## B. Exclusions

1. We will not pay for loss or damage caused directly or indirectly by any of the following. Such loss or damage is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss.

   **a. Ordinance Or Law**

   The enforcement of or compliance with any ordinance or law:

   (1) Regulating the construction, use or repair of any property; or

   (2) Requiring the tearing down of any property, including the cost of removing its debris.

   This exclusion, Ordinance Or Law, applies whether the loss results from:

   (a) An ordinance or law that is enforced even if the property has not been damaged; or

   (b) The increased costs incurred to comply with an ordinance or law in the course of construction, repair, renovation, remodeling or demolition of property, or removal of its debris, following a physical loss to that property.

   **b. Earth Movement**

   (1) Earthquake, including tremors and aftershocks and any earth sinking, rising or shifting related to such event;

   (2) Landslide, including any earth sinking, rising or shifting related to such event;

   (3) Mine subsidence, meaning subsidence of a man-made mine, whether or not mining activity has ceased;

   (4) Earth sinking (other than sinkhole collapse), rising or shifting including soil conditions which cause settling, cracking or other disarrangement of foundations or other parts of realty. Soil conditions include contraction, expansion, freezing, thawing, erosion, improperly compacted soil and the action of water under the ground surface.

   But if Earth Movement, as described in **b.(1)** through **(4)** above, results in fire or explosion, we will pay for the loss or damage caused by that fire or explosion.

   (5) Volcanic eruption, explosion or effusion. But if volcanic eruption, explosion or effusion results in fire, building glass breakage or Volcanic Action, we will pay for the loss or damage caused by that fire, building glass breakage or Volcanic Action.

   Volcanic Action means direct loss or damage resulting from the eruption of a volcano when the loss or damage is caused by:

   (a) Airborne volcanic blast or airborne shock waves;

   (b) Ash, dust or particulate matter; or

   (c) Lava flow.

   With respect to coverage for Volcanic Action as set forth in **(5)(a)**, **(5)(b)** and **(5)(c)**, all volcanic eruptions that occur within any 168-hour period will constitute a single occurrence.

   Volcanic Action does not include the cost to remove ash, dust or particulate matter that does not cause direct physical loss or damage to the described property.

   This exclusion applies regardless of whether any of the above, in Paragraphs **(1)** through **(5)**, is caused by an act of nature or is otherwise caused.

 © Insurance Services Office, Inc., 2011



**c. Governmental Action**

Seizure or destruction of property by order of governmental authority.

But we will pay for loss or damage caused by or resulting from acts of destruction ordered by governmental authority and taken at the time of a fire to prevent its spread, if the fire would be covered under this Coverage Part.

**d. Nuclear Hazard**

Nuclear reaction or radiation, or radioactive contamination, however caused.

But if nuclear reaction or radiation, or radioactive contamination, results in fire, we will pay for the loss or damage caused by that fire.

**e. Utility Services**

The failure of power, communication, water or other utility service supplied to the described premises, however caused, if the failure:

(1) Originates away from the described premises; or

(2) Originates at the described premises, but only if such failure involves equipment used to supply the utility service to the described premises from a source away from the described premises.

Failure of any utility service includes lack of sufficient capacity and reduction in supply.

Loss or damage caused by a surge of power is also excluded, if the surge would not have occurred but for an event causing a failure of power.

But if the failure or surge of power, or the failure of communication, water or other utility service, results in a Covered Cause of Loss, we will pay for the loss or damage caused by that Covered Cause of Loss.

Communication services include but are not limited to service relating to Internet access or access to any electronic, cellular or satellite network.

**f. War And Military Action**

(1) War, including undeclared or civil war;

(2) Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

(3) Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

**g. Water**

(1) Flood, surface water, waves (including tidal wave and tsunami), tides, tidal water, overflow of any body of water, or spray from any of these, all whether or not driven by wind (including storm surge);

(2) Mudslide or mudflow;

(3) Water that backs up or overflows or is otherwise discharged from a sewer, drain, sump, sump pump or related equipment;

(4) Water under the ground surface pressing on, or flowing or seeping through:

(a) Foundations, walls, floors or paved surfaces;

(b) Basements, whether paved or not; or

(c) Doors, windows or other openings; or

(5) Waterborne material carried or otherwise moved by any of the water referred to in Paragraph (1), (3) or (4), or material carried or otherwise moved by mudslide or mudflow.

This exclusion applies regardless of whether any of the above, in Paragraphs (1) through (5), is caused by an act of nature or is otherwise caused. An example of a situation to which this exclusion applies is the situation where a dam, levee, seawall or other boundary or containment system fails in whole or in part, for any reason, to contain the water.

But if any of the above, in Paragraphs (1) through (5), results in fire, explosion or sprinkler leakage, we will pay for the loss or damage caused by that fire, explosion or sprinkler leakage (if sprinkler leakage is a Covered Cause of Loss).

**h. "Fungus", Wet Rot, Dry Rot And Bacteria**

Presence, growth, proliferation, spread or any activity of "fungus", wet or dry rot or bacteria.

But if "fungus", wet or dry rot or bacteria result in a "specified cause of loss", we will pay for the loss or damage caused by that "specified cause of loss".

This exclusion does not apply:

**(1)** When "fungus", wet or dry rot or bacteria result from fire or lightning; or

**(2)** To the extent that coverage is provided in the Additional Coverage, Limited Coverage For "Fungus", Wet Rot, Dry Rot And Bacteria, with respect to loss or damage by a cause of loss other than fire or lightning.

Exclusions **B.1.a.** through **B.1.h.** apply whether or not the loss event results in widespread damage or affects a substantial area.

**2.** We will not pay for loss or damage caused by or resulting from any of the following:

**a.** Artificially generated electrical, magnetic or electromagnetic energy that damages, disturbs, disrupts or otherwise interferes with any:

**(1)** Electrical or electronic wire, device, appliance, system or network; or

**(2)** Device, appliance, system or network utilizing cellular or satellite technology.

For the purpose of this exclusion, electrical, magnetic or electromagnetic energy includes but is not limited to:

**(a)** Electrical current, including arcing;

**(b)** Electrical charge produced or conducted by a magnetic or electromagnetic field;

**(c)** Pulse of electromagnetic energy; or

**(d)** Electromagnetic waves or microwaves.

But if fire results, we will pay for the loss or damage caused by that fire.

**b.** Delay, loss of use or loss of market.

**c.** Smoke, vapor or gas from agricultural smudging or industrial operations.

**d.(1)** Wear and tear;

**(2)** Rust or other corrosion, decay, deterioration, hidden or latent defect or any quality in property that causes it to damage or destroy itself;

**(3)** Smog;

**(4)** Settling, cracking, shrinking or expansion;

**(5)** Nesting or infestation, or discharge or release of waste products or secretions, by insects, birds, rodents or other animals.

**(6)** Mechanical breakdown, including rupture or bursting caused by centrifugal force. But if mechanical breakdown results in elevator collision, we will pay for the loss or damage caused by that elevator collision.

**(7)** The following causes of loss to personal property:

**(a)** Dampness or dryness of atmosphere;

**(b)** Changes in or extremes of temperature; or

**(c)** Marring or scratching.

But if an excluded cause of loss that is listed in **2.d.(1)** through **(7)** results in a "specified cause of loss" or building glass breakage, we will pay for the loss or damage caused by that "specified cause of loss" or building glass breakage.

**e.** Explosion of steam boilers, steam pipes, steam engines or steam turbines owned or leased by you, or operated under your control. But if explosion of steam boilers, steam pipes, steam engines or steam turbines results in fire or combustion explosion, we will pay for the loss or damage caused by that fire or combustion explosion. We will also pay for loss or damage caused by or resulting from the explosion of gases or fuel within the furnace of any fired vessel or within the flues or passages through which the gases of combustion pass.

**f.** Continuous or repeated seepage or leakage of water, or the presence or condensation of humidity, moisture or vapor, that occurs over a period of 14 days or more.

**g.** Water, other liquids, powder or molten material that leaks or flows from plumbing, heating, air conditioning or other equipment (except fire protective systems) caused by or resulting from freezing, unless:

**(1)** You do your best to maintain heat in the building or structure; or

**(2)** You drain the equipment and shut off the supply if the heat is not maintained.

**h.** Dishonest or criminal act (including theft) by you, any of your partners, members, officers, managers, employees (including temporary employees and leased workers), directors, trustees or authorized representatives, whether acting alone or in collusion with each other or with any other party; or theft by any person to whom you entrust the property for any purpose, whether acting alone or in collusion with any other party.

This exclusion:

**(1)** Applies whether or not an act occurs during your normal hours of operation;

**(2)** Does not apply to acts of destruction by your employees (including temporary employees and leased workers) or authorized representatives; but theft by your employees (including temporary employees and leased workers) or authorized representatives is not covered.

**i.** Voluntary parting with any property by you or anyone else to whom you have entrusted the property if induced to do so by any fraudulent scheme, trick, device or false pretense.

**j.** Rain, snow, ice or sleet to personal property in the open.

**k.** Collapse, including any of the following conditions of property or any part of the property:

**(1)** An abrupt falling down or caving in;

**(2)** Loss of structural integrity, including separation of parts of the property or property in danger of falling down or caving in; or

**(3)** Any cracking, bulging, sagging, bending, leaning, settling, shrinkage or expansion as such condition relates to **(1)** or **(2)** above.

But if collapse results in a Covered Cause of Loss at the described premises, we will pay for the loss or damage caused by that Covered Cause of Loss.

This exclusion, **k.,** does not apply:

**(a)** To the extent that coverage is provided under the Additional Coverage, Collapse; or

**(b)** To collapse caused by one or more of the following:

**(i)** The "specified causes of loss";

**(ii)** Breakage of building glass;

**(iii)** Weight of rain that collects on a roof; or

**(iv)** Weight of people or personal property.

**l.** Discharge, dispersal, seepage, migration, release or escape of "pollutants" unless the discharge, dispersal, seepage, migration, release or escape is itself caused by any of the "specified causes of loss". But if the discharge, dispersal, seepage, migration, release or escape of "pollutants" results in a "specified cause of loss", we will pay for the loss or damage caused by that "specified cause of loss".

This exclusion, **l.,** does not apply to damage to glass caused by chemicals applied to the glass.

**m.** Neglect of an insured to use all reasonable means to save and preserve property from further damage at and after the time of loss.

**3.** We will not pay for loss or damage caused by or resulting from any of the following, **3.a.** through **3.c.** But if an excluded cause of loss that is listed in **3.a.** through **3.c.** results in a Covered Cause of Loss, we will pay for the loss or damage caused by that Covered Cause of Loss.

**a.** Weather conditions. But this exclusion only applies if weather conditions contribute in any way with a cause or event excluded in Paragraph **1.** above to produce the loss or damage.

**b.** Acts or decisions, including the failure to act or decide, of any person, group, organization or governmental body.

**c.** Faulty, inadequate or defective:

**(1)** Planning, zoning, development, surveying, siting;

**(2)** Design, specifications, workmanship, repair, construction, renovation, remodeling, grading, compaction;

**(3)** Materials used in repair, construction, renovation or remodeling; or

**(4)** Maintenance;

of part or all of any property on or off the described premises.

**4. Special Exclusions**

The following provisions apply only to the specified Coverage Forms:

**a. Business Income (And Extra Expense) Coverage Form, Business Income (Without Extra Expense) Coverage Form, Or Extra Expense Coverage Form**

We will not pay for:

**(1)** Any loss caused by or resulting from:

**(a)** Damage or destruction of "finished stock"; or

**(b)** The time required to reproduce "finished stock".

This exclusion does not apply to Extra Expense.

**(2)** Any loss caused by or resulting from direct physical loss or damage to radio or television antennas (including satellite dishes) and their lead-in wiring, masts or towers.

**(3)** Any increase of loss caused by or resulting from:

**(a)** Delay in rebuilding, repairing or replacing the property or resuming "operations", due to interference at the location of the rebuilding, repair or replacement by strikers or other persons; or

**(b)** Suspension, lapse or cancellation of any license, lease or contract. But if the suspension, lapse or cancellation is directly caused by the "suspension" of "operations", we will cover such loss that affects your Business Income during the "period of restoration" and any extension of the "period of restoration" in accordance with the terms of the Extended Business Income Additional Coverage and the Extended Period Of Indemnity Optional Coverage or any variation of these.

**(4)** Any Extra Expense caused by or resulting from suspension, lapse or cancellation of any license, lease or contract beyond the "period of restoration".

**(5)** Any other consequential loss.

**b. Leasehold Interest Coverage Form**

**(1)** Paragraph **B.1.a.**, Ordinance Or Law, does not apply to insurance under this Coverage Form.

**(2)** We will not pay for any loss caused by:

**(a)** Your cancelling the lease;

**(b)** The suspension, lapse or cancellation of any license; or

**(c)** Any other consequential loss.

**c. Legal Liability Coverage Form**

**(1)** The following exclusions do not apply to insurance under this Coverage Form:

**(a)** Paragraph **B.1.a.** Ordinance Or Law;

**(b)** Paragraph **B.1.c.** Governmental Action;

**(c)** Paragraph **B.1.d.** Nuclear Hazard;

**(d)** Paragraph **B.1.e.** Utility Services; and

**(e)** Paragraph **B.1.f.** War And Military Action.

**(2)** The following additional exclusions apply to insurance under this Coverage Form:

**(a) Contractual Liability**

We will not defend any claim or "suit", or pay damages that you are legally liable to pay, solely by reason of your assumption of liability in a contract or agreement. But this exclusion does not apply to a written lease agreement in which you have assumed liability for building damage resulting from an actual or attempted burglary or robbery, provided that:

**(i)** Your assumption of liability was executed prior to the accident; and

**(ii)** The building is Covered Property under this Coverage Form.

**(b) Nuclear Hazard**

We will not defend any claim or "suit", or pay any damages, loss, expense or obligation, resulting from nuclear reaction or radiation, or radioactive contamination, however caused.

© Insurance Services Office, Inc., 2011

**5. Additional Exclusion**

The following provisions apply only to the specified property:

**Loss Or Damage To Products**

We will not pay for loss or damage to any merchandise, goods or other product caused by or resulting from error or omission by any person or entity (including those having possession under an arrangement where work or a portion of the work is outsourced) in any stage of the development, production or use of the product, including planning, testing, processing, packaging, installation, maintenance or repair. This exclusion applies to any effect that compromises the form, substance or quality of the product. But if such error or omission results in a Covered Cause of Loss, we will pay for the loss or damage caused by that Covered Cause of Loss.

## C. Limitations

The following limitations apply to all policy forms and endorsements, unless otherwise stated:

1. We will not pay for loss of or damage to property, as described and limited in this section. In addition, we will not pay for any loss that is a consequence of loss or damage as described and limited in this section.

   a. Steam boilers, steam pipes, steam engines or steam turbines caused by or resulting from any condition or event inside such equipment. But we will pay for loss of or damage to such equipment caused by or resulting from an explosion of gases or fuel within the furnace of any fired vessel or within the flues or passages through which the gases of combustion pass.

   b. Hot water boilers or other water heating equipment caused by or resulting from any condition or event inside such boilers or equipment, other than an explosion.

   c. The interior of any building or structure, or to personal property in the building or structure, caused by or resulting from rain, snow, sleet, ice, sand or dust, whether driven by wind or not, unless:

      (1) The building or structure first sustains damage by a Covered Cause of Loss to its roof or walls through which the rain, snow, sleet, ice, sand or dust enters; or

      (2) The loss or damage is caused by or results from thawing of snow, sleet or ice on the building or structure.

   d. Building materials and supplies not attached as part of the building or structure, caused by or resulting from theft.

      However, this limitation does not apply to:

      (1) Building materials and supplies held for sale by you, unless they are insured under the Builders Risk Coverage Form; or

      (2) Business Income Coverage or Extra Expense Coverage.

   e. Property that is missing, where the only evidence of the loss or damage is a shortage disclosed on taking inventory, or other instances where there is no physical evidence to show what happened to the property.

   f. Property that has been transferred to a person or to a place outside the described premises on the basis of unauthorized instructions.

   g. Lawns, trees, shrubs or plants which are part of a vegetated roof, caused by or resulting from:

      (1) Dampness or dryness of atmosphere or of soil supporting the vegetation;

      (2) Changes in or extremes of temperature;

      (3) Disease;

      (4) Frost or hail; or

      (5) Rain, snow, ice or sleet.

2. We will not pay for loss of or damage to the following types of property unless caused by the "specified causes of loss" or building glass breakage:

   a. Animals, and then only if they are killed or their destruction is made necessary.

   b. Fragile articles such as statuary, marbles, chinaware and porcelains, if broken. This restriction does not apply to:

      (1) Glass; or

      (2) Containers of property held for sale.

   c. Builders' machinery, tools and equipment owned by you or entrusted to you, provided such property is Covered Property.

      However, this limitation does not apply:

      (1) If the property is located on or within 100 feet of the described premises, unless the premises is insured under the Builders Risk Coverage Form; or

      (2) To Business Income Coverage or to Extra Expense Coverage.

© Insurance Services Office, Inc., 2011        CP 10 30 10 12

3. The special limit shown for each category, **a.** through **d.,** is the total limit for loss of or damage to all property in that category. The special limit applies to any one occurrence of theft, regardless of the types or number of articles that are lost or damaged in that occurrence. The special limits are (unless a higher limit is shown in the Declarations):

a. $2,500 for furs, fur garments and garments trimmed with fur.

b. $2,500 for jewelry, watches, watch movements, jewels, pearls, precious and semiprecious stones, bullion, gold, silver, platinum and other precious alloys or metals. This limit does not apply to jewelry and watches worth $100 or less per item.

c. $2,500 for patterns, dies, molds and forms.

d. $250 for stamps, tickets, including lottery tickets held for sale, and letters of credit.

These special limits are part of, not in addition to, the Limit of Insurance applicable to the Covered Property.

This limitation, **C.3.,** does not apply to Business Income Coverage or to Extra Expense Coverage.

4. We will not pay the cost to repair any defect to a system or appliance from which water, other liquid, powder or molten material escapes. But we will pay the cost to repair or replace damaged parts of fire-extinguishing equipment if the damage:

a. Results in discharge of any substance from an automatic fire protection system; or

b. Is directly caused by freezing.

However, this limitation does not apply to Business Income Coverage or to Extra Expense Coverage.

## D. Additional Coverage – Collapse

The coverage provided under this Additional Coverage, Collapse, applies only to an abrupt collapse as described and limited in **D.1.** through **D.7.**

1. For the purpose of this Additional Coverage, Collapse, abrupt collapse means an abrupt falling down or caving in of a building or any part of a building with the result that the building or part of the building cannot be occupied for its intended purpose.

2. We will pay for direct physical loss or damage to Covered Property, caused by abrupt collapse of a building or any part of a building that is insured under this Coverage Form or that contains Covered Property insured under this Coverage Form, if such collapse is caused by one or more of the following:

a. Building decay that is hidden from view, unless the presence of such decay is known to an insured prior to collapse;

b. Insect or vermin damage that is hidden from view, unless the presence of such damage is known to an insured prior to collapse;

c. Use of defective material or methods in construction, remodeling or renovation if the abrupt collapse occurs during the course of the construction, remodeling or renovation.

d. Use of defective material or methods in construction, remodeling or renovation if the abrupt collapse occurs after the construction, remodeling or renovation is complete, but only if the collapse is caused in part by:

(1) A cause of loss listed in **2.a.** or **2.b.**;

(2) One or more of the "specified causes of loss";

(3) Breakage of building glass;

(4) Weight of people or personal property; or

(5) Weight of rain that collects on a roof.

3. This **Additional Coverage – Collapse** does not apply to:

a. A building or any part of a building that is in danger of falling down or caving in;

b. A part of a building that is standing, even if it has separated from another part of the building; or

c. A building that is standing or any part of a building that is standing, even if it shows evidence of cracking, bulging, sagging, bending, leaning, settling, shrinkage or expansion.

4. With respect to the following property:

a. Outdoor radio or television antennas (including satellite dishes) and their lead-in wiring, masts or towers;

b. Awnings, gutters and downspouts;

c. Yard fixtures;

d. Outdoor swimming pools;

e. Fences;

f. Piers, wharves and docks;

g. Beach or diving platforms or appurtenances;

h. Retaining walls; and

i. Walks, roadways and other paved surfaces;

if an abrupt collapse is caused by a cause of loss listed in **2.a.** through **2.d.**, we will pay for loss or damage to that property only if:

(1) Such loss or damage is a direct result of the abrupt collapse of a building insured under this Coverage Form.

(2) The property is Covered Property under this Coverage Form.

5. If personal property abruptly falls down or caves in and such collapse is **not** the result of abrupt collapse of a building, we will pay for loss or damage to Covered Property caused by such collapse of personal property only if:

a. The collapse of personal property was caused by a cause of loss listed in **2.a.** through **2.d.**;

b. The personal property which collapses is inside a building; and

c. The property which collapses is not of a kind listed in **4.**, regardless of whether that kind of property is considered to be personal property or real property.

The coverage stated in this Paragraph **5.** does not apply to personal property if marring and/or scratching is the only damage to that personal property caused by the collapse.

6. This Additional Coverage, Collapse, does not apply to personal property that has not abruptly fallen down or caved in, even if the personal property shows evidence of cracking, bulging, sagging, bending, leaning, settling, shrinkage or expansion.

7. This Additional Coverage, Collapse, will not increase the Limits of Insurance provided in this Coverage Part.

8. The term Covered Cause of Loss includes the Additional Coverage, Collapse, as described and limited in **D.1.** through **D.7.**

**E. Additional Coverage – Limited Coverage For "Fungus", Wet Rot, Dry Rot And Bacteria**

1. The coverage described in **E.2.** and **E.6.** only applies when the "fungus", wet or dry rot or bacteria are the result of one or more of the following causes that occur during the policy period and only if all reasonable means were used to save and preserve the property from further damage at the time of and after that occurrence:

a. A "specified cause of loss" other than fire or lightning; or

b. Flood, if the Flood Coverage Endorsement applies to the affected premises.

This Additional Coverage does not apply to lawns, trees, shrubs or plants which are part of a vegetated roof.

2. We will pay for loss or damage by "fungus", wet or dry rot or bacteria. As used in this Limited Coverage, the term loss or damage means:

a. Direct physical loss or damage to Covered Property caused by "fungus", wet or dry rot or bacteria, including the cost of removal of the "fungus", wet or dry rot or bacteria;

b. The cost to tear out and replace any part of the building or other property as needed to gain access to the "fungus", wet or dry rot or bacteria; and

c. The cost of testing performed after removal, repair, replacement or restoration of the damaged property is completed, provided there is a reason to believe that "fungus", wet or dry rot or bacteria are present.

3. The coverage described under **E.2.** of this Limited Coverage is limited to $15,000. Regardless of the number of claims, this limit is the most we will pay for the total of all loss or damage arising out of all occurrences of "specified causes of loss" (other than fire or lightning) and Flood which take place in a 12-month period (starting with the beginning of the present annual policy period). With respect to a particular occurrence of loss which results in "fungus", wet or dry rot or bacteria, we will not pay more than a total of $15,000 even if the "fungus", wet or dry rot or bacteria continue to be present or active, or recur, in a later policy period.

© Insurance Services Office, Inc., 2011

**4.** The coverage provided under this Limited Coverage does not increase the applicable Limit of Insurance on any Covered Property. If a particular occurrence results in loss or damage by "fungus", wet or dry rot or bacteria, and other loss or damage, we will not pay more, for the total of all loss or damage, than the applicable Limit of Insurance on the affected Covered Property.

If there is covered loss or damage to Covered Property, not caused by "fungus", wet or dry rot or bacteria, loss payment will not be limited by the terms of this Limited Coverage, except to the extent that "fungus", wet or dry rot or bacteria cause an increase in the loss. Any such increase in the loss will be subject to the terms of this Limited Coverage.

**5.** The terms of this Limited Coverage do not increase or reduce the coverage provided under Paragraph **F.2.** (Water Damage, Other Liquids, Powder Or Molten Material Damage) of this Causes Of Loss form or under the Additional Coverage, Collapse.

**6.** The following, **6.a.** or **6.b.**, applies only if Business Income and/or Extra Expense Coverage applies to the described premises and only if the "suspension" of "operations" satisfies all terms and conditions of the applicable Business Income and/or Extra Expense Coverage Form:

   **a.** If the loss which resulted in "fungus", wet or dry rot or bacteria does not in itself necessitate a "suspension" of "operations", but such "suspension" is necessary due to loss or damage to property caused by "fungus", wet or dry rot or bacteria, then our payment under Business Income and/or Extra Expense is limited to the amount of loss and/or expense sustained in a period of not more than 30 days. The days need not be consecutive.

   **b.** If a covered "suspension" of "operations" was caused by loss or damage other than "fungus", wet or dry rot or bacteria but remediation of "fungus", wet or dry rot or bacteria prolongs the "period of restoration", we will pay for loss and/or expense sustained during the delay (regardless of when such a delay occurs during the "period of restoration"), but such coverage is limited to 30 days. The days need not be consecutive.

**F. Additional Coverage Extensions**

   **1. Property In Transit**

   This Extension applies only to your personal property to which this form applies.

     **a.** You may extend the insurance provided by this Coverage Part to apply to your personal property (other than property in the care, custody or control of your salespersons) in transit more than 100 feet from the described premises. Property must be in or on a motor vehicle you own, lease or operate while between points in the coverage territory.

     **b.** Loss or damage must be caused by or result from one of the following causes of loss:

       **(1)** Fire, lightning, explosion, windstorm or hail, riot or civil commotion, or vandalism.

       **(2)** Vehicle collision, upset or overturn. Collision means accidental contact of your vehicle with another vehicle or object. It does not mean your vehicle's contact with the roadbed.

       **(3)** Theft of an entire bale, case or package by forced entry into a securely locked body or compartment of the vehicle. There must be visible marks of the forced entry.

     **c.** The most we will pay for loss or damage under this Extension is $5,000.

   This Coverage Extension is additional insurance. The Additional Condition, Coinsurance, does not apply to this Extension.

   **2. Water Damage, Other Liquids, Powder Or Molten Material Damage**

   If loss or damage caused by or resulting from covered water or other liquid, powder or molten material damage loss occurs, we will also pay the cost to tear out and replace any part of the building or structure to repair damage to the system or appliance from which the water or other substance escapes. This Coverage Extension does not increase the Limit of Insurance.

   **3. Glass**

     **a.** We will pay for expenses incurred to put up temporary plates or board up openings if repair or replacement of damaged glass is delayed.

**b.** We will pay for expenses incurred to remove or replace obstructions when repairing or replacing glass that is part of a building. This does not include removing or replacing window displays.

This Coverage Extension **F.3.** does not increase the Limit of Insurance.

## G. Definitions

1. "Fungus" means any type or form of fungus, including mold or mildew, and any mycotoxins, spores, scents or by-products produced or released by fungi.

2. "Specified causes of loss" means the following: fire; lightning; explosion; windstorm or hail; smoke; aircraft or vehicles; riot or civil commotion; vandalism; leakage from fire-extinguishing equipment; sinkhole collapse; volcanic action; falling objects; weight of snow, ice or sleet; water damage.

   **a.** Sinkhole collapse means the sudden sinking or collapse of land into underground empty spaces created by the action of water on limestone or dolomite. This cause of loss does not include:

   **(1)** The cost of filling sinkholes; or

   **(2)** Sinking or collapse of land into man-made underground cavities.

   **b.** Falling objects does not include loss or damage to:

   **(1)** Personal property in the open; or

   **(2)** The interior of a building or structure, or property inside a building or structure, unless the roof or an outside wall of the building or structure is first damaged by a falling object.

**c.** Water damage means:

**(1)** Accidental discharge or leakage of water or steam as the direct result of the breaking apart or cracking of a plumbing, heating, air conditioning or other system or appliance (other than a sump system including its related equipment and parts), that is located on the described premises and contains water or steam; and

**(2)** Accidental discharge or leakage of water or waterborne material as the direct result of the breaking apart or cracking of a water or sewer pipe that is located off the described premises and is part of a municipal potable water supply system or municipal sanitary sewer system, if the breakage or cracking is caused by wear and tear.

But water damage does not include loss or damage otherwise excluded under the terms of the Water Exclusion. Therefore, for example, there is no coverage under this policy in the situation in which discharge or leakage of water results from the breaking apart or cracking of a pipe which was caused by or related to weather-induced flooding, even if wear and tear contributed to the breakage or cracking. As another example, and also in accordance with the terms of the Water Exclusion, there is no coverage for loss or damage caused by or related to weather-induced flooding which follows or is exacerbated by pipe breakage or cracking attributable to wear and tear.

To the extent that accidental discharge or leakage of water falls within the criteria set forth in **c.(1)** or **c.(2)** of this definition of "specified causes of loss," such water is not subject to the provisions of the Water Exclusion which preclude coverage for surface water or water under the surface of the ground.

    © Insurance Services Office, Inc., 2011    CP 10 30 10 12

COMMERCIAL PROPERTY
CP 10 40 10 12

## THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

# EARTHQUAKE AND VOLCANIC ERUPTION ENDORSEMENT

This endorsement modifies insurance provided under the following:

COMMERCIAL PROPERTY COVERAGE PART
STANDARD PROPERTY POLICY

**A.** When this endorsement is attached to the Standard Property Policy, the terms Coverage Part and Coverage Form in this endorsement are replaced by the term Policy.

**B.** This endorsement applies to the Covered Property and Coverages for which an Earthquake – Volcanic Eruption Limit Of Insurance is shown in the Declarations.

**C. Additional Covered Causes Of Loss**

1. The following are added to the Covered Causes Of Loss:

   **a.** Earthquake.

   **b.** Volcanic Eruption, meaning the eruption, explosion or effusion of a volcano.

   All Earthquake shocks or Volcanic Eruptions that occur within any 168-hour period will constitute a single Earthquake or Volcanic Eruption. The expiration of this policy will not reduce the 168-hour period.

2. If the Declarations indicate that this endorsement covers Earthquake – Sprinkler Leakage Only, then the Covered Causes of Loss in Paragraph **C.1.** of this endorsement do not apply, and the following apply instead:

   **a.** Sprinkler Leakage resulting from Earthquake.

   **b.** Sprinkler Leakage resulting from Volcanic Eruption. Volcanic Eruption means the eruption, explosion or effusion of a volcano.

   All Earthquake shocks or Volcanic Eruptions that occur within any 168-hour period will constitute a single Earthquake or Volcanic Eruption. The expiration of this policy will not reduce the 168-hour period.

**D. Exclusions, Limitations And Related Provisions**

1. The Exclusions and Limitation(s) sections of the Causes Of Loss Form (and the Exclusions section of the Mortgageholders Errors And Omissions Coverage Form and the Standard Property Policy) apply to coverage provided under this endorsement, except as provided in **D.2.** and **D.3.** below.

2. To the extent that the Earth Movement Exclusion might conflict with coverage provided under this endorsement, the Earth Movement Exclusion does not apply.

3. The exclusion of collapse, in the Causes Of Loss – Special Form and Mortgageholders Errors And Omissions Coverage Form, does not apply to collapse caused by Earthquake or Volcanic Eruption.

4. The Additional Coverage – Collapse, in the Causes Of Loss – Broad Form, Causes Of Loss – Special Form and Mortgageholders Errors And Omissions Coverage Form, does not apply to the coverage provided under this endorsement. This endorsement includes coverage for collapse caused by Earthquake or Volcanic Eruption.

5. We will not pay for loss or damage caused directly or indirectly by tidal wave or tsunami, even if attributable to an Earthquake or Volcanic Eruption.

6. We will not pay for loss or damage caused by or resulting from any Earthquake or Volcanic Eruption that begins before the inception of this insurance.

7. The Ordinance Or Law Exclusion in this Coverage Part continues to apply with respect to any loss under this Coverage Part including any loss under this endorsement, unless Ordinance Or Law Coverage is added by endorsement.

© Insurance Services Office, Inc., 2011

8. We will not pay for loss of or damage to exterior masonry veneer (except stucco) on wood frame walls caused by or resulting from Earthquake or Volcanic Eruption. The value of such veneer will not be included in the value of Covered Property or the amount of loss when applying the Property Damage Deductible applicable to this endorsement.

This limitation, **D.8.**, does not apply if:

a. The Declarations indicate that the "Including Masonry Veneer" option applies or the premises description in the Declarations specifically states "Including Masonry Veneer"; or

b. Less than 10% of the total outside wall area is faced with masonry veneer (excluding stucco).

9. Under this Coverage Part, as set forth under Property Not Covered in the Coverage Form to which this endorsement is attached, land is not covered property, nor is the cost of excavations, grading, backfilling or filling. Therefore, coverage under this endorsement does not include the cost of restoring or remediating land.

## E. Property Damage Deductible

1. The provisions of Section **E.3.** of this endorsement are applicable to all Coverage Forms except:

a. Business Income (And Extra Expense) Coverage Form;

b. Business Income (Without Extra Expense) Coverage Form;

c. Extra Expense Coverage Form.

2. If the Declarations indicate that this endorsement covers Earthquake – Sprinkler Leakage Only, then the Deductible set forth in Section **E.3.** of this endorsement does not apply to such coverage. The applicable Deductible for such coverage is the same Deductible that applies to Fire.

3. The Deductible, if any, in this Coverage Part is replaced by the following with respect to Earthquake and Volcanic Eruption:

a. **All Policies**

(1) The Deductible provisions apply to each Earthquake or Volcanic Eruption.

(2) Separate Deductibles are calculated for, and apply to, each building, personal property at each building and personal property in the open. Deductibles are separately calculated and applied even if:

(a) Two or more buildings sustain loss or damage;

(b) Personal property at two or more buildings sustains loss or damage; and/or

(c) A building and the personal property in that building sustain loss or damage.

(3) We will not pay for loss or damage until the amount of loss or damage exceeds the applicable Deductible. We will then pay the amount of loss or damage in excess of that Deductible, up to the applicable Limit of Insurance, after any reduction required by any of the following: Coinsurance Condition, Agreed Value Optional Coverage, Additional Condition – Need For Adequate Insurance or Additional Condition – Need For Full Reports.

(4) When property is covered under the Coverage Extension for Newly Acquired or Constructed Property: In determining the amount, if any, that we will pay for loss or damage, we will deduct an amount equal to a percentage of the value of the property at time of loss. The applicable percentage for Newly Acquired or Constructed Property is the highest percentage shown in the Declarations for any described premises.

(5) If there is loss or damage caused by Earthquake or Volcanic Eruption, and loss or damage caused by a Cause of Loss (e.g., fire) that is covered by means of an exception to the Earth Movement Exclusion, then the only applicable Deductible provisions are those stated in this endorsement.

**b. Calculation Of The Deductible – Specific Insurance Other Than Builders Risk**

**(1) Property Not Subject To Value Reporting Forms**

In determining the amount, if any, that we will pay for loss or damage, we will deduct an amount equal to a percentage (as shown in the Declarations, concerning the Earthquake – Volcanic Eruption Deductible) of the Limit of Insurance applicable to the property that has sustained loss or damage.

**(2) Property Subject To Value Reporting Forms**

In determining the amount, if any, that we will pay for loss or damage, we will deduct an amount equal to a percentage (as shown in the Declarations, concerning the Earthquake – Volcanic Eruption Deductible) of the value of the property that has sustained loss or damage. The value to be used is the latest value shown in the most recent Report of Values on file with us.

However:

**(a)** If the most recent Report of Values shows less than the full value of the property on the report dates, we will determine the deductible amount as a percentage of the full value as of the report dates.

**(b)** If the first Report of Values is not filed with us prior to loss or damage, we will determine the deductible amount as a percentage of the applicable Limit of Insurance.

**c. Calculation Of The Deductible – Blanket Insurance Other Than Builders Risk**

**(1) Property Not Subject To Value Reporting Forms**

In determining the amount, if any, that we will pay for loss or damage, we will deduct an amount equal to a percentage (as shown in the Declarations, concerning the Earthquake – Volcanic Eruption Deductible) of the value of the property that has sustained loss or damage. The value to be used is that shown in the most recent Statement of Values on file with us.

**(2) Property Subject To Value Reporting Forms**

In determining the amount, if any, that we will pay for property that has sustained loss or damage, we will deduct an amount equal to a percentage (as shown in the Declarations, concerning the Earthquake – Volcanic Eruption Deductible) of the value of that property as of the time of loss or damage.

**d. Calculation Of The Deductible – Builders Risk Insurance**

**(1) Builders Risk Other Than Reporting Form**

In determining the amount, if any, that we will pay for property that has sustained loss or damage, we will deduct an amount equal to a percentage (as shown in the Declarations, concerning the Earthquake – Volcanic Eruption Deductible) of the actual cash value of that property as of the time of loss or damage.

**(2) Builders Risk Reporting Form**

In determining the amount, if any, that we will pay for loss or damage, we will deduct an amount equal to a percentage (as shown in the Declarations, concerning the Earthquake – Volcanic Eruption Deductible) of the value of the property that has sustained loss or damage. The value to be used is the actual cash value shown in the most recent Report of Values on file with us.

However:

**(a)** If the most recent Report of Values shows less than the actual cash value of the property on the report date, we will determine the deductible amount as a percentage of the actual cash value as of the report date.

**(b)** If the first Report of Values is not filed with us prior to loss or damage, we will determine the deductible amount as a percentage of the actual cash value of the property as of the time of loss or damage.



**F. Examples – Application Of Deductible In E.3.:**

**EXAMPLE 1 – SPECIFIC INSURANCE (E.3.b.(1))**

The amount of loss to the damaged building is $60,000.

The value of the damaged building at time of loss is $100,000. The Coinsurance percentage shown in the Declarations is 80%; the minimum Limit of Insurance needed to meet the Coinsurance requirement is $80,000 (80% of $100,000).

The **actual** Limit of Insurance on the damaged building is $70,000.

The Deductible is 5%.

Step **(1):**    $70,000 ÷ $80,000 = .875

Step **(2):**    $60,000 X .875 = $52,500

Step **(3):**    $70,000 X 5% = $3,500

Step **(4):**    $52,500 – $3,500 = $49,000

The most we will pay is $49,000. The remainder of the loss, $11,000, is not covered due to the Coinsurance penalty for inadequate insurance (steps **(1)** and **(2)**) and the application of the Deductible (steps **(3)** and **(4)**).

**EXAMPLE 2 – SPECIFIC INSURANCE (E.3.b.(1))**

The amounts of loss to the damaged property are $60,000 (building) and $40,000 (business personal property in building).

The value of the damaged building at time of loss is $100,000. The value of the business personal property in that building is $80,000. The Coinsurance percentage shown in the Declarations is 80%; the minimum Limits of Insurance needed to meet the Coinsurance requirement are $80,000 (80% of $100,000) for the building and $64,000 (80% of $80,000) for the business personal property.

The **actual** Limits of Insurance on the damaged property are $80,000 on the building and $64,000 on the business personal property (therefore no Coinsurance penalty).

The Deductible is 10%.

**Building 1**

Step **(1):**    $80,000 X 10% = $8,000

Step **(2):**    $60,000 – $8,000 = $52,000

**Business Personal Property**

Step **(1):**    $64,000 X 10% = $6,400

Step **(2):**    $40,000 – $6,400 = $33,600

The most we will pay is $85,600. That portion of the total loss not covered due to application of the Deductible is $14,400.

**EXAMPLE 3 – BLANKET INSURANCE (E.3.c.(1))**

The sum of the values of Building 1 ($500,000), Building 2 ($500,000) and Building 3 ($1,000,000), as shown in the most recent Statement of Values on file with us, is $2,000,000.

The Coinsurance percentage shown in the Declarations is 90%; the minimum Blanket Limit of Insurance needed to meet the Coinsurance requirement is $1,800,000 (90% of $2,000,000).

The **actual** Blanket Limit of Insurance covering Buildings 1, 2, and 3, shown in the Declarations, is $1,800,000 (therefore no Coinsurance penalty).

Buildings 1 and 2 have sustained damage; the amounts of loss to these buildings are $40,000 (Building 1) and $60,000 (Building 2).

The Deductible is 5%.

**Building 1**

Step **(1):**    $500,000 X 5% = $25,000

Step **(2):**    $40,000 – $25,000 = $15,000

**Building 2**

Step **(1):**    $500,000 X 5% = $25,000

Step **(2):**    $60,000 – $25,000 = $35,000

The most we will pay is $50,000. That portion of the total loss not covered due to application of the Deductible is $50,000.

**EXAMPLE 4 – BLANKET INSURANCE (E.3.c.(1))**

The sum of the values of Building 1 ($500,000), Building 2 ($500,000), Business Personal Property at Building 1 ($250,000) and Business Personal Property at Building 2 ($250,000), as shown in the most recent Statement of Values on file with us, is $1,500,000.

The Coinsurance percentage shown in the Declarations is 90%; the minimum Blanket Limit of Insurance needed to meet the Coinsurance requirement is $1,350,000 (90% of $1,500,000).

The **actual** Blanket Limit of Insurance covering Buildings 1 and 2 and Business Personal Property at Buildings 1 and 2, shown in the Declarations, is $1,350,000. Therefore there is no Coinsurance penalty.

Building 1 and Business Personal Property at Building 1 have sustained damage; the amounts of loss are $95,000 (Building) and $5,000 (Business Personal Property).

The Deductible is 10%.

**Building**

Step **(1):**    $500,000 X 10% = $50,000

Step **(2):**    $95,000 – $50,000 = $45,000

**Business Personal Property**

Step **(1):**    $250,000 X 10% = $25,000

The loss, $5,000, does not exceed the deductible.

The most we will pay is $45,000. The remainder of the building loss, $50,000, is not covered due to application of the Deductible. There is no loss payment for the business personal property.

**G. Business Income And Extra Expense Period Of Restoration**

This Section **G.** is applicable only to the Coverage Forms specified below:

**1.** Business Income (And Extra Expense) Coverage Form;

**2.** Business Income (Without Extra Expense) Coverage Form;

**3.** Extra Expense Coverage Form.

The "period of restoration" definition stated in the Coverage Form, or in any endorsement amending the beginning of the "period of restoration", applies to each Earthquake or Volcanic Eruption. A single Earthquake or Volcanic Eruption is defined in Section **C.** of this endorsement.

# Hudson Insurance Company

**ENDORSEMENT NO.** _____

| ATTACHED TO AND FORMING A PART OF POLICY NUMBER | ENDORSEMENT EFFECTIVE DATE (12:01 A.M. STANDARD TIME) | NAMED INSURED |
|---|---|---|
| PEP0005207-01 | 07/01/2019 | Allen County Community College |

## POLICY CHANGES ENDORSEMENT DESCRIPTION

## PROPERTY DEDUCTIBLES

DEDUCTIBLE ON FORM PE-SD-3, PROPERTY COVERAGE PART SUPPLEMENTAL DECLARATIONS, IS AMENDED AS FOLLOWS:

| | |
|---|---|
| BUILDINGS | $ 5,000 |
| BUSINESS PERSONAL PROPERTY | $ 5,000 |
| CONTRACTORS EQUIPMENT | $ 500 |

IN THE EVENT TWO (2) OR MORE OF THE TYPES OF PROPERTY LISTED ABOVE ARE INVOLVED IN A LOSS, ON-LY ONE (1) DEDUCTIBLE, THE LARGEST, WILL APPLY.

THE DEDUCTIBLE FOR ALL OTHER PERSONAL PROPERTY COVERED IN THE PROPERTY COVERAGE PART REMAIN AS PROVIDED FOR IN THE ADDITIONAL COVERAGES AND COVERAGE EXTENSIONS.

THE ADDITIONAL PREMIUM FOR THIS ENDORSEMENT IS INCLUDED IN THE POLICY PREMIUM.

ALL OTHER TERMS, CONDITIONS, AND EXCLUSIONS SHALL REMAIN UNCHANGED.

_____    _____
AUTHORIZED REPRESENTATIVE               DATE

UTI-3g (3-92)

# Hudson Insurance Company

## PUBLIC ENTITY
## CRIME AND FIDELITY COVERAGE PART
## SUPPLEMENTAL DECLARATIONS

Policy Number: PEP0005207-01          Effective Date: 07/01/2019

(12:01 A.M. Standard Time)

Named Insured: Allen County Community College

---

**BUSINESS DESCRIPTION: Community College**

**COVERAGE IS WRITTEN:** ☒ Primary    ☐ Excess    ☐ Co-Indemnity    o Concurrent

**COVERAGE, LIMITS OF INSURANCE, DEDUCTIBLE AND PREMIUM**
**Coverage Form(s)**

| Insuring Agreements | Limits of Insurance (Per Occurrence) | Deductible Amount (Per Occurrence) | Premium |
|---|---|---|---|
| 1. Employee Theft—Per Loss Coverage | $ 100,000 | $ 500 | $ Included |
| 2. Employee Theft—Per Employee Coverage | $ Not Included | $ Not Included | $ Not Included |
| 3. Forgery or Alteration | $ Not Included | $ Not Included | $ Not Included |
| 4. Inside the Premises—Theft of Money and Securities | $ 50,000 | $ 500 | $ Included |
| 5. Inside the Premises—Robbery or Safe Burglary of other Property | $ 50,000 | $ 500 | $ Included |
| 6. Outside the Premises | $ 50,000 | $ 500 | $ Included |
| 7. Computer And Funds Transfer Fraud | $ Not Included | $ Not Included | $ Not Included |
| 8. Money Order and Counterfeit Money | $ Not Included | $ Not Included | $ Not Included |

Coverage applies only where a Limit of Insurance and Premium is shown. If "Not Covered" is inserted above opposite any specified Insuring Agreement, such Insuring Agreement and any other reference thereto in this policy is deleted.

**FORMS AND ENDORSEMENTS** (Other than applicable Forms and Endorsements shown above)

Form(s) and Endorsement(s) applying to this Coverage Part and made part of this policy when issued: SEE SCHEDULE OF FORMS AND ENDORSEMENTS

**CANCELLATION OF PRIOR INSURANCE ISSUED BY US**

By acceptance of this Coverage Part you give us notice canceling prior policy or bond number(s)          , the cancellation to be effective at the time this Coverage Part becomes effective.

---

THIS SUPPLEMENTAL DECLARATIONS AND THE COMMON POLICY DECLARATIONS, TOGETHER WITH
THE COMMON POLICY CONDITIONS, COVERAGE FORM(S) AND ENDORSEMENT(S), COMPLETE
THE ABOVE-NUMBERED POLICY.

PE-SD-13 (6-13)

# GOVERNMENT CRIME COVERAGE FORM
# (LOSS SUSTAINED FORM)

Various provisions in this Policy restrict coverage. Read the entire Policy carefully to determine rights, duties and what is or is not covered.

Throughout this Policy, the words "you" and "your" refer to the Named Insured shown in the Declarations. The words "we", "ûs" and "our" refer to the company providing this insurance.

Other words and phrases that appear in quotation marks have special meaning. Refer to Section **F.** Definitions.

## A. Insuring Agreements

Coverage is provided under the following Insuring Agreements for which a Limit Of Insurance is shown in the Declarations and applies to loss that you sustain resulting directly from an "occurrence" taking place during the Policy Period shown in the Declarations, except as provided in Condition **E.1.j.** or **E.1.k.,** which is "discovered" by you during the Policy Period shown in the Declarations or during the period of time provided in the Extended Period To Discover Loss Condition **E.1.f.:**

### 1. Employee Theft – Per Loss Coverage

We will pay for loss of or damage to "money", "securities" and "other property" resulting directly from "theft" committed by an "employee", whether identified or not, acting alone or in collusion with other persons.

For the purposes of this Insuring Agreement, "theft" shall also include forgery.

### 2. Employee Theft – Per Employee Coverage

We will pay for loss of or damage to "money", "securities" and "other property" resulting directly from "theft" committed by each "employee", whether identified or not, acting alone or in collusion with other persons.

For the purposes of this Insuring Agreement, "theft" shall also include forgery.

### 3. Forgery Or Alteration

a. We will pay for loss resulting directly from "forgery" or alteration of checks, drafts, promissory notes, or similar written promises, orders or directions to pay a sum certain in "money" that are:

(1) Made or drawn by or drawn upon you; or

(2) Made or drawn by one acting as your agent;

or that are purported to have been so made or drawn.

For the purposes of this Insuring Agreement, a substitute check as defined in the Check Clearing for the 21st Century Act shall be treated the same as the original it replaced.

b. If you are sued for refusing to pay any instrument covered in Paragraph **3.a.,** on the basis that it has been forged or altered, and you have our written consent to defend against the suit, we will pay for any reasonable legal expenses that you incur and pay in that defense. The amount that we will pay for such legal expenses is in addition to the Limit of Insurance applicable to this Insuring Agreement.

### 4. Inside The Premises – Theft Of Money And Securities

We will pay for:

a. Loss of "money" and "securities" inside the "premises" or "financial institution premises":

(1) Resulting directly from "theft" committed by a person present inside such "premises" or "financial institution premises"; or

(2) Resulting directly from disappearance or destruction.

b. Loss from damage to the "premises" or its exterior resulting directly from an actual or attempted "theft" of "money" and "securities", if you are the owner of the "premises" or are liable for damage to it.

c. Loss of or damage to a locked safe, vault, cash register, cash box or cash drawer located inside the "premises" resulting directly from an actual or attempted "theft" of, or unlawful entry into, those containers.

### 5. Inside The Premises – Robbery Or Safe Burglary Of Other Property

We will pay for:

a. Loss of or damage to "other property":

(1) Inside the "premises" resulting directly from an actual or attempted "robbery" of a "custodian"; or

(2) Inside the "premises" in a safe or vault resulting directly from an actual or attempted "safe burglary".

b. Loss from damage to the "premises" or its exterior resulting directly from an actual or attempted "robbery" or "safe burglary" of "other property", if you are the owner of the "premises" or are liable for damage to it.

c. Loss of or damage to a locked safe or vault located inside the "premises" resulting directly from an actual or attempted "robbery" or "safe burglary".

### 6. Outside The Premises

We will pay for:

a. Loss of "money" and "securities" outside the "premises" in the care and custody of a "messenger" or an armored motor vehicle company resulting directly from "theft", disappearance or destruction.

b. Loss of or damage to "other property" outside the "premises" in the care and custody of a "messenger" or an armored motor vehicle company resulting directly from an actual or attempted "robbery".

### 7. Computer And Funds Transfer Fraud

a. We will pay for:

(1) Loss resulting directly from a fraudulent:

(a) Entry of "electronic data" or "computer program" into; or

(b) Change of "electronic data" or "computer program" within;

any "computer system" owned, leased or operated by you, provided the fraudulent entry or fraudulent change causes, with regard to Paragraphs **7.a.(1)(a)** and **7.a.(1)(b):**

(i) "Money", "securities" or "other property" to be transferred, paid or delivered; or

(ii) Your account at a "financial institution" to be debited or deleted.

(2) Loss resulting directly from a "fraudulent instruction" directing a "financial institution" to debit your "transfer account" and transfer, pay or deliver "money" or "securities" from that account.

b. As used in Paragraph **7.a.(1),** fraudulent entry or fraudulent change of "electronic data" or "computer program" shall include such entry or change made by an "employee" acting, in good faith, upon a "fraudulent instruction" received from a computer software contractor who has a written agreement with you to design, implement or service "computer programs" for a "computer system" covered under this Insuring Agreement.

### 8. Money Orders And Counterfeit Money

We will pay for loss resulting directly from your having, in good faith, accepted in exchange for merchandise, "money" or services:

a. Money orders issued by any post office, express company or "financial institution" that are not paid upon presentation; or

b. "Counterfeit money" that is acquired during the regular course of business.

## B. Limit Of Insurance

The most we will pay for all loss resulting directly from an "occurrence" is the applicable Limit Of Insurance shown in the Declarations.

If any loss is covered under more than one Insuring Agreement or coverage, the most we will pay for such loss shall not exceed the largest Limit of Insurance available under any one of those Insuring Agreements or coverages.

## C. Deductible

We will not pay for loss resulting directly from an "occurrence" unless the amount of loss exceeds the Deductible Amount shown in the Declarations. We will then pay the amount of loss in excess of the Deductible Amount, up to the Limit of Insurance.

## D. Exclusions

1. This insurance does not cover:

### a. Acts Committed By You

Loss resulting from "theft" or any other dishonest act committed by you, whether acting alone or in collusion with other persons.

© Insurance Services Office, Inc., 2012

**b. Acts Committed By Your Employees Learned Of By You Prior To The Policy Period**

Loss caused by an "employee" if the "employee" had also committed "theft" or any other dishonest act prior to the effective date of this insurance and you or any of your officials, not in collusion with the "employee", learned of such "theft" or dishonest act prior to the Policy Period shown in the Declarations.

**c. Acts Committed By Your Officials, Employees Or Representatives**

Loss resulting from "theft" or any other dishonest act committed by any of your officials, "employees" or authorized representatives:

(1) Whether acting alone or in collusion with other persons; or

(2) While performing services for you or otherwise;

except when covered under Insuring Agreement **A.1.** or **A.2.**

**d. Confidential Or Personal Information**

Loss resulting from:

(1) The disclosure of your or another person's or organization's confidential or personal information including, but not limited to, patents, trade secrets, processing methods, customer lists, financial information, credit card information, health information or any other type of nonpublic information; or

(2) The use of another person's or organization's confidential or personal information including, but not limited to, patents, trade secrets, processing methods, customer lists, financial information, credit card information, health information or any other type of nonpublic information.

**e. Data Security Breach**

Fees, costs, fines, penalties and other expenses incurred by you which are related to the access to or disclosure of another person's or organization's confidential or personal information including, but not limited to, patents, trade secrets, processing methods, customer lists, financial information, credit card information, health information or any other type of nonpublic information.

**f. Governmental Action**

Loss resulting from seizure or destruction of property by order of governmental authority.

**g. Indirect Loss**

Loss that is an indirect result of an "occurrence" covered by this insurance including, but not limited to, loss resulting from:

(1) Your inability to realize income that you would have realized had there been no loss of or damage to "money", "securities" or "other property";

(2) Payment of damages of any type for which you are legally liable. But, we will pay compensatory damages arising directly from a loss covered under this insurance; or

(3) Payment of costs, fees or other expenses you incur in establishing either the existence or the amount of loss under this insurance.

**h. Legal Fees, Costs And Expenses**

Fees, costs and expenses incurred by you which are related to any legal action, except when covered under Insuring Agreement **A.3.**

**i. Nuclear Hazard**

Loss or damage resulting from nuclear reaction or radiation, or radioactive contamination, however caused.

**j. Pollution**

Loss or damage caused by or resulting from pollution. Pollution means the discharge, dispersal, seepage, migration, release or escape of any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

**k. War And Similar Action**

Loss or damage resulting from:

(1) War, including undeclared or civil war;

(2) Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

(3) Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

2. Insuring Agreements **A.1.** and **A.2.** do not cover:

   a. **Bonded Employees**

      Loss caused by any "employee" required by law to be individually bonded.

   b. **Inventory Shortages**

      Loss, or that part of any loss, the proof of which as to its existence or amount is dependent upon:

      (1) An inventory computation; or

      (2) A profit and loss computation.

      However, where you establish wholly apart from such computations that you have sustained a loss, then you may offer your inventory records and actual physical count of inventory in support of the amount of loss claimed.

   c. **Trading**

      Loss resulting from trading, whether in your name or in a genuine or fictitious account.

   d. **Treasurers Or Tax Collectors**

      Loss caused by any treasurer or tax collector by whatever name known.

3. Insuring Agreements **A.4.**, **A.5.** and **A.6.** do not cover:

   a. **Accounting Or Arithmetical Errors Or Omissions**

      Loss resulting from accounting or arithmetical errors or omissions.

   b. **Exchanges Or Purchases**

      Loss resulting from the giving or surrendering of property in any exchange or purchase.

   c. **Fire**

      Loss or damage resulting from fire, however caused, except:

      (1) Loss of or damage to "money" and "securities"; and

      (2) Loss from damage to a safe or vault.

   d. **Money Operated Devices**

      Loss of property contained in any money operated device unless the amount of "money" deposited in it is recorded by a continuous recording instrument in the device.

   e. **Motor Vehicles Or Equipment And Accessories**

      Loss of or damage to motor vehicles, trailers or semitrailers or equipment and accessories attached to them.

   f. **Transfer Or Surrender Of Property**

      (1) Loss of or damage to property after it has been transferred or surrendered to a person or place outside the "premises" or "financial institution premises":

         (a) On the basis of unauthorized instructions; or

         (b) As a result of a threat including, but not limited to:

            (i) A threat to do bodily harm to any person;

            (ii) A threat to do damage to any property;

            (iii) A threat to introduce a denial of service attack into any "computer system";

            (iv) A threat to introduce a virus or other malicious instruction into any "computer system" which is designed to damage, destroy or corrupt "electronic data" or "computer programs" stored within the "computer system"; or

            (v) A threat to disseminate, divulge or utilize:

               i. Your confidential information;

               ii. Confidential or personal information of another person or organization; or

               iii. Weaknesses in the source code within any "computer system".

      (2) But, this exclusion does not apply under Insuring Agreement **A.6.** to loss of "money", "securities" or "other property" while outside the "premises" in the care and custody of a "messenger" if you:

         (a) Had no knowledge of any threat at the time the conveyance began; or

         (b) Had knowledge of a threat at the time the conveyance began, but the loss was not related to the threat.

   g. **Vandalism**

      Loss from damage to the "premises" or its exterior, or to any safe, vault, cash register, cash box, cash drawer or "other property" by vandalism or malicious mischief.

    © Insurance Services Office, Inc., 2012    CR 00 25 08 13



**h. Voluntary Parting Of Title To Or Possession Of Property**

Loss resulting from your, or anyone else acting on your express or implied authority, being induced by any dishonest act to voluntarily part with title to or possession of any property.

**4.** Insuring Agreement **A.7.** does not cover:

**a. Authorized Access**

Loss resulting from a fraudulent:

**(1)** Entry of "electronic data" or "computer program" into; or

**(2)** Change of "electronic data" or "computer program" within;

any "computer system" owned, leased or operated by you by a person or organization with authorized access to that "computer system", except when covered under Insuring Agreement **A.7.b.**

**b. Credit Card Transactions**

Loss resulting from the use or purported use of credit, debit, charge, access, convenience, identification, stored-value or other cards or the information contained on such cards.

**c. Exchanges Or Purchases**

Loss resulting from the giving or surrendering of property in any exchange or purchase.

**d. Fraudulent Instructions**

Loss resulting from an "employee" or "financial institution" acting upon any instruction to:

**(1)** Transfer, pay or deliver "money", "securities" or "other property"; or

**(2)** Debit or delete your account;

which instruction proves to be fraudulent, except when covered under Insuring Agreement **A.7.a.(2)** or **A.7.b.**

**e. Inventory Shortages**

Loss, or that part of any loss, the proof of which as to its existence or amount is dependent upon:

**(1)** An inventory computation; or

**(2)** A profit and loss computation.

**E. Conditions**

The following conditions apply in addition to the Common Policy Conditions:

**1. Conditions Applicable To All Insuring Agreements**

**a. Additional Premises Or Employees**

If, while this insurance is in force, you establish any additional "premises" or hire additional "employees", such "premises" and "employees" shall automatically be covered under this insurance. Notice to us of an increase in the number of "premises" or "employees" is not required, and no additional premium will be charged for the remainder of the Policy Period shown in the Declarations.

**b. Concealment, Misrepresentation Or Fraud**

This insurance is void in any case of fraud by you as it relates to this insurance at any time. It is also void if you or any other Insured, at any time, intentionally conceals or misrepresents a material fact concerning:

**(1)** This insurance;

**(2)** The property covered under this insurance;

**(3)** Your interest in the property covered under this insurance; or

**(4)** A claim under this insurance.

**c. Cooperation**

You must cooperate with us in all matters pertaining to this insurance as stated in its terms and conditions.

**d. Duties In The Event Of Loss**

After you "discover" a loss or a situation that may result in loss of or damage to "money", "securities" or "other property", you must:

**(1)** Notify us as soon as possible. If you have reason to believe that any loss (except for loss covered under Insuring Agreement **A.1.**, **A.2.** or **A.3.**) involves a violation of law, you must also notify the local law enforcement authorities;

**(2)** Give us a detailed, sworn proof of loss within 120 days;

**(3)** Cooperate with us in the investigation and settlement of any claim;

**(4)** Produce for our examination all pertinent records;

 © Insurance Services Office, Inc., 2012

**(5)** Submit to examination under oath at our request and give us a signed statement of your answers; and

**(6)** Secure all of your rights of recovery against any person or organization responsible for the loss and do nothing to impair those rights.

**e. Employee Benefit Plans**

The employee benefit plans shown in the Declarations (hereafter referred to as Plan) are included as Insureds under Insuring Agreement **A.1.** or **A.2.**, subject to the following:

**(1)** Any payment we make for loss sustained by any Plan will be made to the Plan sustaining the loss.

**(2)** The Deductible Amount applicable to Insuring Agreement **A.1.** or **A.2.** does not apply to loss sustained by any Plan.

**f. Extended Period To Discover Loss**

We will pay for loss that you sustained prior to the effective date of cancellation of this insurance, which is "discovered" by you no later than one year from the date of that cancellation.

However, this extended period to "discover" loss terminates immediately upon the effective date of any other insurance obtained by you, whether from us or another insurer, replacing in whole or in part the coverage afforded under this insurance, whether or not such other insurance provides coverage for loss sustained prior to its effective date.

**g. Joint Insured**

**(1)** If more than one Insured is named in the Declarations, the first Named Insured will act for itself and for every other Insured for all purposes of this insurance. If the first Named Insured ceases to be covered, then the next Named Insured will become the first Named Insured.

**(2)** If any Insured or official of that Insured has knowledge of any information relevant to this insurance, that knowledge is considered knowledge of every Insured.

**(3)** An "employee" of any Insured is considered to be an "employee" of every Insured.

**(4)** If this insurance or any of its coverages are cancelled as to any Insured, loss sustained by that Insured is covered only if it is "discovered" by you no later than one year from the date of that cancellation.

However, this extended period to "discover" loss terminates immediately upon the effective date of any other insurance obtained by that Insured, whether from us or another insurer, replacing in whole or in part the coverage afforded under this insurance, whether or not such other insurance provides coverage for loss sustained prior to its effective date.

**(5)** We will not pay more for loss sustained by more than one Insured than the amount we would pay if all such loss had been sustained by one Insured.

**(6)** Payment by us to the first Named Insured for loss sustained by any Insured, or payment by us to any employee benefit plan for loss sustained by that Plan, shall fully release us on account of such loss.

**h. Legal Action Against Us**

You may not bring any legal action against us involving loss:

**(1)** Unless you have complied with all the terms of this insurance;

**(2)** Until 90 days after you have filed proof of loss with us; and

**(3)** Unless brought within two years from the date you "discovered" the loss.

If any limitation in this condition is prohibited by law, such limitation is amended so as to equal the minimum period of limitation provided by such law.

**i. Liberalization**

If we adopt any revision that would broaden the coverage under this insurance without additional premium within 45 days prior to or during the Policy Period shown in the Declarations, the broadened coverage will immediately apply to this insurance.

© Insurance Services Office, Inc., 2012

**j. Loss Sustained During Prior Insurance Issued By Us Or Any Affiliate**

**(1) Loss Sustained Partly During This Insurance And Partly During Prior Insurance**

If you "discover" loss during the Policy Period shown in the Declarations, resulting directly from an "occurrence" taking place:

**(a)** Partly during the Policy Period shown in the Declarations; and

**(b)** Partly during the policy period(s) of any prior cancelled insurance that we or any affiliate issued to you or any predecessor in interest;

and this insurance became effective at the time of cancellation of the prior insurance, we will first settle the amount of loss that you sustained during this policy period. We will then settle the remaining amount of loss that you sustained during the policy period(s) of the prior insurance.

**(2) Loss Sustained Entirely During Prior Insurance**

If you "discover" loss during the Policy Period shown in the Declarations, resulting directly from an "occurrence" taking place entirely during the policy period(s) of any prior cancelled insurance that we or any affiliate issued to you or any predecessor in interest, we will pay for the loss, provided:

**(a)** This insurance became effective at the time of cancellation of the prior insurance; and

**(b)** The loss would have been covered under this insurance had it been in effect at the time of the "occurrence".

We will first settle the amount of loss that you sustained during the most recent prior insurance. We will then settle any remaining amount of loss that you sustained during the policy period(s) of any other prior insurance.

**(3)** In settling loss under Paragraphs j.(1) and j.(2):

**(a)** The most we will pay for the entire loss is the highest single Limit of Insurance applicable during the period of loss, whether such limit was written under this insurance or was written under the prior insurance issued by us.

**(b)** We will apply the applicable Deductible Amount shown in the Declarations to the amount of loss sustained under this insurance. If no loss was sustained under this insurance, we will apply the Deductible Amount shown in the Declarations to the amount of loss sustained under the most recent prior insurance.

If the Deductible Amount is larger than the amount of loss sustained under this insurance, or the most recent prior insurance, we will apply the remaining Deductible Amount to the remaining amount of loss sustained during the prior insurance.

We will not apply any other Deductible Amount that may have been applicable to the loss.

**(4)** The following examples demonstrate how we will settle losses subject to this condition:

**Example Number 1**

The Insured sustained a covered loss of $10,000 resulting directly from an "occurrence" taking place during the terms of Policy **A** and Policy **B**.

**Policy A**

The current policy. Written at a Limit of Insurance of $50,000 and a Deductible Amount of $5,000.

**Policy B**

Issued prior to Policy **A**. Written at a Limit of Insurance of $50,000 and a Deductible Amount of $5,000.

The amount of loss sustained under Policy **A** is $2,500 and under Policy **B**, $7,500.

The highest single Limit of Insurance applicable to this entire loss is $50,000 written under Policy **A**. The Policy **A** Deductible Amount of $5,000 applies. The loss is settled as follows:

**(a)** The amount of loss sustained under Policy **A** ($2,500) is settled first. The amount we will pay is nil ($0.00) because the amount of loss is less than the Deductible Amount (i.e., $2,500 loss - $5,000 deductible = $0.00).

**(b)** The remaining amount of loss sustained under Policy **B** ($7,500) is settled next. The amount recoverable is $5,000 after the remaining Deductible Amount from Policy **A** of $2,500 is applied to the loss (i.e., $7,500 loss - $2,500 deductible = $5,000).

The most we will pay for this loss is $5,000.

### Example Number 2

The Insured sustained a covered loss of $250,000 resulting directly from an "occurrence" taking place during the terms of Policy **A** and Policy **B**.

#### Policy A

The current policy. Written at a Limit of Insurance of $125,000 and a Deductible Amount of $10,000.

#### Policy B

Issued prior to Policy **A**. Written at a Limit of Insurance of $150,000 and a Deductible Amount of $25,000.

The amount of loss sustained under Policy **A** is $175,000 and under Policy **B**, $75,000.

The highest single Limit of Insurance applicable to this entire loss is $150,000 written under Policy **B**. The Policy **A** Deductible Amount of $10,000 applies. The loss is settled as follows:

**(a)** The amount of loss sustained under Policy **A** ($175,000) is settled first. The amount we will pay is the Policy **A** Limit of $125,000 because $175,000 loss - $10,000 deductible = $165,000, which is greater than the $125,000 policy limit.

**(b)** The remaining amount of loss sustained under Policy **B** ($75,000) is settled next. The amount we will pay is $25,000 (i.e., $150,000 Policy **B** limit - $125,000 paid under Policy **A** = $25,000).

The most we will pay for this loss is $150,000.

### Example Number 3

The Insured sustained a covered loss of $2,000,000 resulting directly from an "occurrence" taking place during the terms of Policies **A, B, C** and **D**.

#### Policy A

The current policy. Written at a Limit of Insurance of $1,000,000 and a Deductible Amount of $100,000.

#### Policy B

Issued prior to Policy **A**. Written at a Limit of Insurance of $750,000 and a Deductible Amount of $75,000.

#### Policy C

Issued prior to Policy **B**. Written at a Limit of Insurance of $500,000 and a Deductible Amount of $50,000.

#### Policy D

Issued prior to Policy **C**. Written at a Limit of Insurance of $500,000 and a Deductible Amount of $50,000.

The amount of loss sustained under Policy **A** is $350,000; under Policy **B**, $250,000; under Policy **C**, $600,000; and under Policy **D**, $800,000.

The highest single Limit of Insurance applicable to this entire loss is $1,000,000 written under Policy **A**. The Policy **A** Deductible Amount of $100,000 applies. The loss is settled as follows:

**(a)** The amount of loss sustained under Policy **A** ($350,000) is settled first. The amount we will pay is $250,000 (i.e., $350,000 loss - $100,000 deductible = $250,000).

**(b)** The amount of loss sustained under Policy **B** ($250,000) is settled next. The amount we will pay is $250,000 (no deductible is applied).

**(c)** The amount of loss sustained under Policy **C** ($600,000) is settled next. The amount we will pay is $500,000, the policy limit (no deductible is applied).

**(d)** We will not make any further payment under Policy **D**, as the maximum amount payable under the highest single Limit of Insurance applying to the loss of $1,000,000 under Policy **A** has been satisfied.

The most we will pay for this loss is $1,000,000.

© Insurance Services Office, Inc., 2012    CR 00 25 08 13

**k. Loss Sustained During Prior Insurance Not Issued By Us Or Any Affiliate**

(1) If you "discover" loss during the Policy Period shown in the Declarations, resulting directly from an "occurrence" taking place during the policy period of any prior cancelled insurance that was issued to you or a predecessor in interest by another company, and the period of time to discover loss under that insurance had expired, we will pay for the loss under this insurance, provided:

(a) This insurance became effective at the time of cancellation of the prior insurance; and

(b) The loss would have been covered under this insurance had it been in effect at the time of the "occurrence".

(2) In settling loss subject to this condition:

(a) The most we will pay for the entire loss is the lesser of the Limits of Insurance applicable during the period of loss, whether such limit was written under this insurance or was written under the prior cancelled insurance.

(b) We will apply the applicable Deductible Amount shown in the Declarations to the amount of loss sustained under the cancelled insurance.

(3) The insurance provided under this condition is subject to the following:

(a) If loss covered under this condition is also partially covered under Condition **E.1.j.**, the amount recoverable under this condition is part of, not in addition to, the amount recoverable under Condition **E.1.j.**

(b) For loss covered under this condition that is not subject to Paragraph **k.(3)(a)**, the amount recoverable under this condition is part of, not in addition to, the Limit of Insurance applicable to the loss covered under this insurance and is limited to the lesser of the amount recoverable under:

(i) This insurance as of its effective date; or

(ii) The prior cancelled insurance had it remained in effect.

**l. Other Insurance**

If other valid and collectible insurance is available to you for loss covered under this insurance, our obligations are limited as follows:

(1) **Primary Insurance**

When this insurance is written as primary insurance, and:

(a) You have other insurance subject to the same terms and conditions as this insurance, we will pay our share of the covered loss. Our share is the proportion that the applicable Limit Of Insurance shown in the Declarations bears to the total limit of all insurance covering the same loss.

(b) You have other insurance covering the same loss other than that described in Paragraph **l.(1)(a)**, we will only pay for the amount of loss that exceeds:

(i) The Limit of Insurance and Deductible Amount of that other insurance, whether you can collect on it or not; or

(ii) The Deductible Amount shown in the Declarations;

whichever is greater. Our payment for loss is subject to the terms and conditions of this insurance.

(2) **Excess Insurance**

(a) When this insurance is written excess over other insurance, we will only pay for the amount of loss that exceeds the Limit of Insurance and Deductible Amount of that other insurance, whether you can collect on it or not. Our payment for loss is subject to the terms and conditions of this insurance.

(b) However, if loss covered under this insurance is subject to a deductible, we will reduce the Deductible Amount shown in the Declarations by the sum total of all such other insurance plus any Deductible Amount applicable to that other insurance.

**m. Ownership Of Property; Interests Covered**

The property covered under this insurance is limited to property:

(1) That you own or lease;

**(2)** That is held by you in any capacity; or

**(3)** For which you are legally liable, provided you were liable for the property prior to the time the loss was sustained.

However, this insurance is for your benefit only. It provides no rights or benefits to any other person or organization. Any claim for loss that is covered under this insurance must be presented by you.

**n. Records**

You must keep records of all property covered under this insurance so we can verify the amount of any loss.

**o. Recoveries**

**(1)** Any recoveries, whether effected before or after any payment under this insurance, whether made by us or by you, shall be applied net of the expense of such recovery:

**(a)** First, to you in satisfaction of your covered loss in excess of the amount paid under this insurance;

**(b)** Second, to us in satisfaction of amounts paid in settlement of your claim;

**(c)** Third, to you in satisfaction of any Deductible Amount; and

**(d)** Fourth, to you in satisfaction of any loss not covered under this insurance.

**(2)** Recoveries do not include any recovery:

**(a)** From insurance, suretyship, reinsurance, security or indemnity taken for our benefit; or

**(b)** Of original "securities" after duplicates of them have been issued.

**p. Territory**

This insurance covers loss that you sustain resulting directly from an "occurrence" taking place within the United States of America (including its territories and possessions) and Puerto Rico.

**q. Transfer Of Your Rights Of Recovery Against Others To Us**

You must transfer to us all your rights of recovery against any person or organization for any loss you sustained and for which we have paid or settled. You must also do everything necessary to secure those rights and do nothing after loss to impair them.

**r. Valuation – Settlement**

The value of any loss for purposes of coverage under this Policy shall be determined as follows:

**(1) Money**

Loss of "money" but only up to and including its face value.

**(2) Securities**

Loss of "securities" but only up to and including their value at the close of business on the day the loss was "discovered". We may, at our option:

**(a)** Pay the market value of such "securities" or replace them in kind, in which event you must assign to us all your rights, title and interest in and to those "securities"; or

**(b)** Pay the cost of any Lost Securities Bond required in connection with issuing duplicates of the "securities". However, we will be liable only for the payment of so much of the cost of the bond as would be charged for a bond having a penalty not exceeding the lesser of the:

**(i)** Market value of the "securities" at the close of business on the day the loss was "discovered"; or

**(ii)** Limit of Insurance applicable to the "securities".

**(3) Property Other Than Money And Securities**

**(a)** Loss of or damage to "other property" or loss from damage to the "premises" or its exterior for the replacement cost of the property without deduction for depreciation. However, we will not pay more than the least of the following:

**(i)** The Limit of Insurance applicable to the lost or damaged property;

**(ii)** The cost to replace the lost or damaged property with property of comparable material and quality and used for the same purpose; or

**(iii)** The amount you actually spend that is necessary to repair or replace the lost or damaged property.

© Insurance Services Office, Inc., 2012

**(b)** We will not pay on a replacement cost basis for any loss or damage to property covered under Paragraph **r.(3)(a):**

**(i)** Until the lost or damaged property is actually repaired or replaced; and

**(ii)** Unless the repair or replacement is made as soon as reasonably possible after the loss or damage.

If the lost or damaged property is not repaired or replaced, we will pay on an actual cash value basis.

**(2)** Any property that we pay for or replace becomes our property.

**2. Conditions Applicable To Insuring Agreements A.1. And A.2.**

**a. Indemnification**

We will indemnify any of your officials who are required by law to give individual bonds for the faithful performance of their duties against loss through "theft" committed by "employees" who serve under them, subject to the applicable Limit of Insurance.

**b. Termination As To Any Employee**

This Insuring Agreement terminates as to any "employee":

**(1)** As soon as:

**(a)** You; or

**(b)** Any of your officials or employees authorized to manage, govern or control your "employees" not in collusion with the "employee";

learn of "theft" or any other dishonest act committed by the "employee" whether before or after becoming employed by you; or

**(2)** On the date specified in a notice mailed to the first Named Insured. That date will be at least 30 days after the date of mailing.

We will mail or deliver our notice to the first Named Insured's last mailing address known to us. If notice is mailed, proof of mailing will be sufficient proof of notice.

**c. Territory**

We will pay for loss caused by any "employee" while temporarily outside the territory specified in Territory Condition **E.1.p.** for a period of not more than 90 consecutive days.

**3. Conditions Applicable To Insuring Agreement A.3.**

**a. Deductible Amount**

The Deductible Amount does not apply to legal expenses paid under Insuring Agreement **A.3.**

**b. Electronic And Mechanical Signatures**

We will treat signatures that are produced or reproduced electronically, mechanically or by other means the same as handwritten signatures.

**c. Proof Of Loss**

You must include with your proof of loss any instrument involved in that loss or, if that is not possible, an affidavit setting forth the amount and cause of loss.

**d. Territory**

We will cover loss that you sustain resulting directly from an "occurrence" taking place anywhere in the world. Territory Condition **E.1.p.** does not apply to Insuring Agreement **A.3.**

**4. Conditions Applicable To Insuring Agreements A.5. And A.6.**

**a. Armored Motor Vehicle Companies**

Under Insuring Agreement **A.6.**, we will only pay for the amount of loss you cannot recover:

**(1)** Under your contract with the armored motor vehicle company; and

**(2)** From any insurance or indemnity carried by, or for the benefit of customers of, the armored motor vehicle company.

**b. Special Limit Of Insurance For Specified Property**

We will only pay up to $5,000 for any one "occurrence" of loss of or damage to manuscripts, drawings, or records of any kind, or the cost of reconstructing them or reproducing any information contained in them.

**5. Conditions Applicable To Insuring Agreement A.7.**

**a. Special Limit Of Insurance For Specified Property**

We will only pay up to $5,000 for any one "occurrence" of loss of or damage to manuscripts, drawings, or records of any kind, or the cost of reconstructing them or reproducing any information contained in them.

**b. Territory**

We will cover loss that you sustain resulting directly from an "occurrence" taking place anywhere in the world. Territory Condition **E.1.p.** does not apply to Insuring Agreement **A.7.**

## F. Definitions

1. "Computer program" means a set of related electronic instructions, which direct the operation and function of a computer or devices connected to it, which enable the computer or devices to receive, process, store or send "electronic data".

2. "Computer system" means:

   a. Computers, including Personal Digital Assistants (PDAs) and other transportable or handheld devices, electronic storage devices and related peripheral components;

   b. Systems and applications software; and

   c. Related communications networks;

   by which "electronic data" is collected, transmitted, processed, stored or retrieved.

3. "Counterfeit money" means an imitation of "money" which is intended to deceive and to be taken as genuine.

4. "Custodian" means you or any "employee" while having care and custody of property inside the "premises", excluding any person while acting as a "watchperson" or janitor.

5. "Discover" or "discovered" means the time when you first become aware of facts which would cause a reasonable person to assume that a loss of a type covered by this insurance has been or will be incurred, regardless of when the act or acts causing or contributing to such loss occurred, even though the exact amount or details of loss may not then be known.

   "Discover" or "discovered" also means the time when you first receive notice of an actual or potential claim in which it is alleged that you are liable to a third party under circumstances which, if true, would constitute a loss under this insurance.

6. "Electronic data" means information, facts, images or sounds stored as or on, created or used on, or transmitted to or from computer software (including systems and applications software) on data storage devices, including hard or floppy disks, CD-ROMs, tapes, drives, cells, data processing devices or any other media which are used with electronically controlled equipment.

7. "Employee":

   a. Means:

      (1) Any natural person:

         (a) While in your service and for the first 30 days immediately after termination of service, unless such termination is due to "theft" or any other dishonest act committed by the "employee";

         (b) Whom you compensate directly by salary, wages or commissions; and

         (c) Whom you have the right to direct and control while performing services for you;

      (2) Any natural person who is furnished temporarily to you:

         (a) To substitute for a permanent "employee", as defined in Paragraph **7.a.(1)**, who is on leave; or

         (b) To meet seasonal or short-term workload conditions;

         while that person is subject to your direction and control and performing services for you;

      (3) Any natural person who is leased to you under a written agreement between you and a labor leasing firm, to perform duties related to the conduct of your business, but does not mean a temporary "employee" as defined in Paragraph **7.a.(2)**;

      (4) Any natural person who is:

         (a) A trustee, officer, employee, administrator or manager, except an administrator or manager who is an independent contractor, of any employee benefit plan(s); or

         (b) Your official while that person is engaged in handling "money", "securities" or "other property" of any employee benefit plan;

      (5) Any natural person who is a former official, "employee" or trustee retained by you as a consultant while performing services for you; and

      (6) Any natural person who is a guest student or intern pursuing studies or duties.

   b. Does not mean:

      Any agent, independent contractor or representative of the same general character not specified in Paragraph **7.a.**

© Insurance Services Office, Inc., 2012

8. "Financial institution" means:

   a. With regard to Insuring Agreement **A.4.**:

     (1) A bank, savings bank, savings and loan association, trust company, credit union or similar depository institution; or

     (2) An insurance company.

   b. With regard to Insuring Agreement **A.7.**:

     (1) A bank, savings bank, savings and loan association, trust company, credit union or similar depository institution;

     (2) An insurance company; or

     (3) A stock brokerage firm or- investment company.

9. "Financial institution premises" means the interior of that portion of any building occupied by a "financial institution".

10. "Forgery" means the signing of the name of another person or organization with intent to deceive; it does not mean a signature which consists in whole or in part of one's own name signed with or without authority, in any capacity, for any purpose.

11. "Fraudulent instruction" means:

   a. With regard to Insuring Agreement **A.7.a.(2)**:

     (1) A computer, telegraphic, cable, teletype, telefacsimile, telephone or other electronic instruction directing a "financial institution" to debit your "transfer account" and to transfer, pay or deliver "money" or "securities" from that "transfer account", which instruction purports to have been issued by you, but which in fact was fraudulently issued by someone else without your knowledge or consent.

     (2) A written instruction (other than those covered under Insuring Agreement **A.3.**) issued to a "financial institution" directing the "financial institution" to debit your "transfer account" and to transfer, pay or deliver "money" or "securities" from that "transfer account", through an electronic funds transfer system at specified times or under specified conditions, which instruction purports to have been issued by you, but which in fact was issued, forged or altered by someone else without your knowledge or consent.

     (3) A computer, telegraphic, cable, teletype, telefacsimile, telephone or other electronic or written instruction initially received by you, which instruction purports to have been issued by an "employee", but which in fact was fraudulently issued by someone else without your or the "employee's" knowledge or consent.

   b. With regard to Insuring Agreement **A.7.b.**:

    A computer, telegraphic, cable, teletype, telefacsimile, telephone or other electronic, written or voice instruction directing an "employee" to enter or change "electronic data" or "computer programs" within a "computer system" covered under the Insuring Agreement, which instruction in fact was fraudulently issued by your computer software contractor.

12. "Messenger" means you or any "employee" while having care and custody of property outside the "premises".

13. "Money" means:

   a. Currency, coins and bank notes in current use and having a face value;

   b. Traveler's checks and money orders held for sale to the public; and

   c. In addition, includes:

     (1) Under Insuring Agreements **A.1.**, **A.2.** and **A.3.**, deposits in your account at any financial institution; and

     (2) Under Insuring Agreement **A.7.**, deposits in your account at a "financial institution" as defined in Paragraph **F.8.b.**

14. "Occurrence" means:

   a. Under Insuring Agreement **A.1.**:

     (1) An individual act;

     (2) The combined total of all separate acts whether or not related; or

     (3) A series of acts whether or not related;

    committed by an "employee" acting alone or in collusion with other persons, during the Policy Period shown in the Declarations, except as provided under Condition **E.1.j.** or **E.1.k.**

   b. Under Insuring Agreement **A.2.**:

     (1) An individual act;

     (2) The combined total of all separate acts whether or not related; or

     (3) A series of acts whether or not related;

 © Insurance Services Office, Inc., 2012

committed by each "employee" acting alone or in collusion with other persons, during the Policy Period shown in the Declarations, except as provided under Condition **E.1.j.** or **E.1.k.**

**c.** Under Insuring Agreement **A.3.:**

**(1)** An individual act;

**(2)** The combined total of all separate acts whether or not related; or

**(3)** A series of acts whether or not related;

committed by a person acting alone or in collusion with other persons, involving one or more instruments, during the Policy Period shown in the Declarations, except as provided under Condition **E.1.j.** or **E.1.k.**

**d.** Under all other Insuring Agreements:

**(1)** An individual act or event;

**(2)** The combined total of all separate acts or events whether or not related; or

**(3)** A series of acts or events whether or not related;

committed by a person acting alone or in collusion with other persons, or not committed by any person, during the Policy Period shown in the Declarations, except as provided under Condition **E.1.j.** or **E.1.k.**

**15.** "Other property" means any tangible property other than "money" and "securities" that has intrinsic value. "Other property" does not include "computer programs", "electronic data" or any property specifically excluded under this insurance.

**16.** "Premises" means the interior of that portion of any building you occupy in conducting your business.

**17.** "Robbery" means the unlawful taking of property from the care and custody of a person by one who has:

**a.** Caused or threatened to cause that person bodily harm; or

**b.** Committed an obviously unlawful act witnessed by that person.

**18.** "Safe burglary" means the unlawful taking of:

**a.** Property from within a locked safe or vault by a person unlawfully entering the safe or vault as evidenced by marks of forcible entry upon its exterior; or

**b.** A safe or vault from inside the "premises".

**19.** "Securities" means negotiable and nonnegotiable instruments or contracts representing either "money" or property and includes:

**a.** Tokens, tickets, revenue and other stamps (whether represented by actual stamps or unused value in a meter) in current use; and

**b.** Evidences of debt issued in connection with credit or charge cards, which cards are not issued by you;

but does not include "money".

**20.** "Theft" means the unlawful taking of property to the deprivation of the Insured.

**21.** "Transfer account" means an account maintained by you at a "financial institution" from which you can initiate the transfer, payment or delivery of "money" or "securities":

**a.** By means of computer, telegraphic, cable, teletype, telefacsimile, telephone or other electronic instructions; or

**b.** By means of written instructions (other than those covered under Insuring Agreement **A.3.**) establishing the conditions under which such transfers are to be initiated by such "financial institutions" through an electronic funds transfer system.

**22.** "Watchperson" means any person you retain specifically to have care and custody of property inside the "premises" and who has no other duties.

    © Insurance Services Office, Inc., 2012

POLICY NUMBER: PEP0005207-01

**CRIME AND FIDELITY**
**CR 25 19 08 13**

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# ADD FAITHFUL PERFORMANCE OF DUTY COVERAGE FOR GOVERNMENT EMPLOYEES

This endorsement modifies insurance provided under the following:

GOVERNMENT CRIME COVERAGE FORM
GOVERNMENT CRIME POLICY
GOVERNMENT EMPLOYEE THEFT AND FORGERY POLICY

and applies to the Insuring Agreements designated below:

### SCHEDULE

| Insuring Agreement | Limit Of Insurance |
|---|---|
| X  Employee Theft – Per Loss Coverage | $  100,000 |
|      Employee Theft – Per Employee Coverage | $ |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. | |

**A.** The following is added to the Employee Theft Insuring Agreement designated above:

We will pay for loss or damage to "money", "securities" and "other property" resulting directly from the failure of any "employee" to faithfully perform his or her duties as prescribed by law, when such failure has as its direct and immediate result a loss of your covered property. The most we will pay for loss arising out of any one "occurrence" is the Limit Of Insurance shown in the Schedule. That Limit is part of, not in addition to, the Limit Of Insurance shown in the Declarations.

**B.** The following exclusions are added to Section **D.2. Exclusions:**

   **a.** Loss resulting from the failure of any entity acting as a depository for your property or property for which you are responsible.

   **b.** Damages for which you are legally liable as a result of:

     **(1)** The deprivation or violation of the civil rights of any person by an "employee"; or

     **(2)** The tortious conduct of an "employee", except the conversion of property of other parties held by you in any capacity.

**C.** The **Indemnification** Condition is replaced by the following:

**Indemnification**

We will indemnify any of your officials who are required by law to give bonds for the faithful performance of their duties against loss through the failure of any "employee" under the supervision of that official to faithfully perform his or her duties as prescribed by law, when such failure has as its direct and immediate result a loss of your covered property.

**D.** Paragraph **(1)** of the **Termination As To Any Employee** Condition is replaced by the following:

     **(1)** As soon as:

       **(a)** You; or

       **(b)** Any official or employee authorized to manage, govern or control your "employees" not in collusion with the "employee";

       learns of any act committed by the "employee" whether before or after becoming employed by you which would constitute a loss covered under the terms of the Employee Theft Insuring Agreement, as amended by this endorsement; or

**E.** The coverage provided by this endorsement does not apply to any employee benefit plan covered under the Employee Theft Insuring Agreement shown in the Schedule.

© Insurance Services Office, Inc., 2012

# Hudson Insurance Company

### COMMERCIAL GENERAL LIABILITY COVERAGE PART
### SUPPLEMENTAL DECLARATIONS
### OCCURRENCE COVERAGE

These supplemental declarations form a part of policy number: <u>PEP0005207-01</u>

| COVERAGE | LIMITS OF LIABILITY | |
|---|---|---|
| Each Occurrence Limit.............................................................................$1,000,000 | | |
| Personal Injury And Advertising Injury Limit .........................................$1,000,000 | any one person or organization | |
| Damage to Premises Rented To You Limit............................................$500,000 | any one premises | |
| Medical Expense Limit.........................................................................$5,000 | any one person | |
| General Aggregate Limit (other than Products/Completed Operations) $2,000,000 | | |
| Products/Completed Operations Aggregate Limit.................................... $2,000,000 | | |

<u>FORMS AND ENDORSEMENTS</u> (other than applicable forms and endorsements shown elsewhere in the policy).
Forms and endorsements applying to this Coverage Part and made part of this policy at time of issue:

Refer to Schedule of Forms and Endorsements

THIS SUPPLEMENTAL DECLARATION TOGETHER WITH THE COMMON POLICY DECLARATIONS,
COMMON POLICY CONDITIONS, COVERAGE FORM(S) AND ENDORSEMENTS COMPLETE
THE ABOVE-NUMBERED POLICY.

PE-SD-4 (6-13)

# Hudson Insurance Company

**ENDORSEMENT
NO. _____**

| ATTACHED TO AND FORMING A PART OF POLICY NUMBER | ENDORSEMENT EFFECTIVE DATE (12:01 A.M. STANDARD TIME) | NAMED INSURED |
|---|---|---|
| PEP0005207-01 | 07/01/2019 | Allen County Community College |

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

## EXCLUSION—DAMS

This endorsement modifies insurance provided under the following:

**COMMERCIAL GENERAL LIABILITY COVERAGE FORM**

### SCHEDULE

| Description And Location Of Premises: |
|---|
|  |

If no entry appears above, information required to complete this endorsement will be shown in the Declarations as applicable to this endorsement.)

[If left blank this exclusion applies in all states to all dams]:

The following exclusion is added to paragraph **2. Exclusions of SECTION I—COVERAGE A—BODILY INJURY AND PROPERTY DAMAGE LIABILITY** and paragraph **2. Exclusions of SECTION I—COVERAGE B—PERSONAL AND ADVERTISING INJURY LIABILITY:**

This insurance does not apply to "bodily injury," "property damage" or "personal and advertising injury" arising out of, or "wrongful act(s)" which result in the rupture, bursting, overtopping, accidental discharge, or structural failure of any dam, levee, or dike that you own, operate, use, maintain, license, permit or inspect, or located on any property you rent or lease including a sublease.

_____    _____
AUTHORIZED REPRESENTATIVE    DATE

PE-328s (6-13)    Page 1 of 1

# Hudson Insurance Company

**ENDORSEMENT NO. _____**

| ATTACHED TO AND FORMING A PART OF POLICY NUMBER | ENDORSEMENT EFFECTIVE DATE (12:01 A.M. STANDARD TIME) | NAMED INSURED |
|---|---|---|
| PEP0005207-01 | 07/01/2019 | Allen County Community College |

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

## PUBLIC ENTITY
## ENHANCED GENERAL LIABILITY EXTENSION ENDORSEMENT

This endorsement modifies insurance provided under the following:

**COMMERCIAL GENERAL LIABILITY COVERAGE FORM**

### A. SCHEDULE OF ADDITIONAL COVERAGES AND LIMITS

This endorsement is subject to the provisions of the policy to which it is attached. The following are added to **SECTION I—COVERAGES:**

| Additional Coverages | Each Occurrence | Coverage Aggregate |
|---|---|---|
| Crisis Management Emergency Response Expenses | $10,000 | $30,000 |
| Identity Theft Expenses | $10,000 | $30,000 |
| Workplace Violence Counseling | $10,000 | $30,000 |

### 1. ADDITIONAL COVERAGES

**a.** Crisis Management Emergency Response Expenses

**(1)** We will reimburse you for "crisis management emergency response expenses" incurred because of a "crisis event" to which this insurance applies. The "crisis event" must take place during the policy period and within the coverage territory. The amount of such reimbursement is limited to $10,000 per occurrence subject to a $30,000 coverage aggregate. No other obligation or liability to pay sums or perform acts or services is covered. No deductible applies to this coverage.

**(2)** We will reimburse only those "crisis management emergency response expenses" which are incurred during the policy period as shown in the Declarations of the policy to which this coverage is attached and reported to us within six months of the date the "crisis event" was initiated.

**b.** Identity Theft Expenses

We will reimburse any elected or appointed officials of the Named Insured for "Identity Theft Expenses" incurred as the direct result of any "Identity Theft" that occurs during the policy period. The limit for this coverage will be $10,000 per occurrence subject to a $30,000 coverage aggregate. No deductible applies to this coverage.

**c.** Workplace Violence Counseling

In the event that "workplace violence" occurs at any of the insured's premises during the policy period, the Company will reimburse the Insured for expenses incurred for the   emotional

counseling of any employee, temporary worker or volunteer worker of the Insured during the policy period. The limit for this coverage will be $10,000 per occurrence subject to a $30,000 coverage aggregate. No deductible applies to this coverage.

**2.  LIMITS OF LIABILITY**

**a.**  When coverage is provided by this endorsement and any other coverage form or endorsement attached to this policy, we will pay only for the amount of covered loss or damage in excess of the amount due from that other insurance, whether you can collect on it or not.  But we will not pay more than the applicable Limit of Liability.

**b.**  If this policy and any other coverage part or policy issued to you by us, or any company affiliated with us, apply to the same occurrence, offense, wrongful act, accident or loss, the maximum Limits of Liability under all such coverage parts or policies combined shall not exceed the highest applicable Limits of Liability or Limit of Insurance under any one coverage part or policy.

**c.**  Limit of Liability or Limits of Insurance identified in the **SCHEDULE OF ADDITIONAL COVERAGES AND LIMITS** of this endorsement are not excess of, but are in addition to the applicable Limits of Insurance stated in the Declarations.

**d.**  The coverage aggregate limits shown in the **SCHEDULE OF ADDITIONAL COVERAGES AND LIMITS** of this endorsement are the most we will pay for the Additional Coverages to which this endorsement applies, regardless of the number of:

**(1)**  Insureds;

**(2)**  "Crisis events"; "Identity Theft" acts; or "Workplace Violence" offenses; or

**(3)**  Persons or organizations making claims or bringing "suits."

**B.**  The **Exclusions** section is amended as follows:

**1.**  The following exclusions are added to **SECTION I—COVERAGES, COVERAGE A—BODILY INJURY AND PROPERTY DAMAGE,** paragraph **2. Exclusions:**

This insurance does not apply to:

**a.  Lawyer's Professional Liability**

Any injury or damage arising out of the rendering or failure to render professional services, by any person acting in the capacity as a lawyer.

**b.  Landfills**

"Bodily injury," "property damage," "personal injury" or "advertising injury" arising out of:

**(1)**  The ownership, maintenance or use of the landfill shown in the schedule or any property located on these premises;

**(2)**  Operations on those premises or elsewhere which are necessary or incidental to the ownership, maintenance or use of those premises; or

**(3)**  Goods or products manufactured at, or distributed from those premises.

However, this exclusion does not apply to:

**(a)**  Your liability for "bodily injury" occurring on these landfills; or

**(b)**  Your liability for "property damage" to non-owned autos on these landfills.

**c.  Airports**

"Bodily injury," "property damage," "personal injury" or "advertising injury" arising out of activities at any airfield, runway, hangar, airport, airpark, heliport, or similar property that you own,

operate, use, maintain, license, permit, or inspect, or located on any property you rent or lease, including a sublease.

**d. Jails**

"Bodily injury," "property damage," "personal injury" or "advertising injury" arising out of the operation, maintenance or use of any jail, jail premises, holding cell or detention cell.

**e. Eminent Domain**

Any injury or damage arising out of or resulting from a taking that involves or is in any way related to the principles of eminent domain, inverse condemnation, adverse possession, right of · prescription or dedication by adverse use or by whatever name used, whether claim(s) is made directly against any insured or by virtue of any agreement entered into by or on behalf of any insured.

2. The following is added to **SECTION I—COVERAGES, COVERAGE A—BODILY INJURY AND PROPERTY DAMAGE**, paragraph **2. Exclusions**, exclusion **c. Liquor Liability:**

However, this exclusion does not apply to "bodily injury" or "property damage" arising out of the selling, serving or furnishing of alcoholic beverages at functions or activities that:

**a.** Do not exceed five consecutive days in duration per activity or function; and

**b.** Are sponsored by you or others on your behalf.

As long as the total number of all activities or functions does not exceed ten (10) calendar days per "policy period."

3. Under **SECTION I—COVERAGES, COVERAGE A—BODILY INJURY AND PROPERTY DAM-AGE**, paragraph **2. Exclusions**, exclusion **e. Employers Liability**, subparagraph **(1)**, item **(b)** is replaced by:

**(b)** Performing duties related to the conduct of the insured's business, except with respect to the rendering or failure to render emergency aid or emergency paramedical services to "employees" of the insured by any nurse, emergency medical technician, or paramedic who is employed by the insured to provide such services; or

4. Under **SECTION I—COVERAGES, COVERAGE A—BODILY INJURY AND PROPERTY DAM-AGE**, paragraph **2. Exclusions**, exclusion **f. Pollution**, the following is added to paragraph **(1)** item **(d):**

However, subparagraph **(d)** does not apply to the storage, application, or use of any pesticide herbicide, fungicide, or fertilizer by you or on your behalf, if such application or use meets all standards of any statute, ordinance, regulation, or license requirement of any federal, state, or local government which apply to those operations. This includes, but is not limited to, the use of such substances in the treatment of sewage facilities, swimming pools, or water utilities.

5. The following are added to **SECTION I—COVERAGES, COVERAGE C—MEDICAL PAY-MENTS**, paragraph **2. Exclusions:**

We will not pay expenses for "bodily injury" to any inmate, patient or prisoner who is being treated, cared for, detained or imprisoned in any of your facilities.

**C.** Under **SECTION I—COVERAGES, SUPPLEMENTARY PAYMENTS—COVERAGES A AND B,** paragraph **1.**, subparagraph **b.** and **d.** are replaced by:

1. Up to $2,000 for the cost of bail bonds required because of accidents or traffic law violations arising out of the use of any vehicle to which this Coverage Form applies. We do not have to furnish these bonds.

2.  All reasonable expenses incurred by the insured at our request to assist us in the investigation or defense of the claim or "suit," including actual loss of earnings up to $1,000 per day because of time off from work.

**D.  SECTION II—WHO IS AN INSURED** is replaced by:

1.  Each of the following is an insured:

   **a.**  You;

   **b.**  Any commission, board, authority, administrative department or other similar unit operated by or under your jurisdiction;

   **c.**  Your "employees" and authorized volunteers, including emergency medical technicians and paramedics; but only for acts within the scope of their employment as authorized by you or as covered under paragraph **2. Who Is An Insured Extension—Good Samaritan Liability** of this section **D.** However, none of these "employees" or authorized volunteers is an insured for:

   **(1)**  "Bodily injury" or "personal injury" to co-"employees" or volunteers while in the course of their employment or while acting on your behalf, except for "bodily injury" arising out of the administration of emergency aid, as authorized by you, by one "employee" or volunteer to another;

   **(2)**  "Bodily injury" or "personal injury" arising out of providing or failing to provide professional health care services, but only if the "employee" or volunteer is licensed as a physician, dentist, psychiatrist or nurse; or

   **(3)**  "Property damage" to property:

   **(a)**  Owned, occupied or used by;

   **(b)**  Rented to, in the care, custody or control of, or over which physical control is being exercised for any purpose by;

   **(i)**  You; or

   **(ii)**  Any of your "employees";

   **d.**  Any duly elected or appointed officials and members of your governing body;

   **e.**  Any person or organization with whom you agreed, pursuant to a written or oral "insured contract," to provide insurance such as is afforded under this Coverage Form, but only with respect to your operations, "your work," or facilities owned or used by you.

   This provision applies only:

   **(1)**  If the injury or damage occurs subsequent to the execution of such "insured contract"; and

   **(2)**  While such "insured contract" is in force, or until the end of the "policy period," whichever is earlier; and

   **(3)**  To any person or organization not insured under any endorsements forming a part of this policy.

   In addition to the foregoing, none of the following are insureds:

   **(a)**  Lessors of equipment with respect to injury or damage arising out of such lessors' sole negligence;

   **(b)**  Owners, managers, or lessors of land or premises, with respect to:

   **(i)**  Any "occurrence" or offense which takes place after you cease to lease such land, or you cease to be a tenant in that premises; or

     (ii)  Structural alterations, new construction or demolition operations performed by or on their behalf.

    **f.**  Any organization you newly acquire or form, other than a joint venture, over which you maintain ownership or majority interest, will qualify as a Named Insured if there is no other similar insurance available to that organization. However:

       **(1)**  Coverage under this provision is afforded only until the one hundred twentieth (120th) day after you acquire or form the organization, or the end of the "policy period," whichever is earlier.

       **(2)**  Coverage does not apply to "bodily injury" or "property damage" that occurred before you acquired or formed the organization.

       **(3)**  Coverage does not apply to "personal injury" or "advertising injury" arising out of an offense committed before you acquired or formed the organization.

       **(4)**  Coverage does not apply to "employee benefits injury" arising out of an offense committed before you acquired or formed the organization.

       **(5)**  We reserve the right within the one hundred twenty (120) day coverage period to endorse your policy to exclude coverage for the new organization; we will provide thirty (30) days' notice before such new organization is excluded.

      We may make an additional premium charge for the new organization for any period covered, including the first one hundred twenty (120) days.

  No person or organization is an insured with respect to the conduct of any current or past joint venture that is not shown as a Named Insured in the Common Policy Declarations.

  **2.  Who Is An Insured Extension—Good Samaritan Liability**

    Your employed and authorized volunteer nurses, volunteer firefighters, emergency medical technicians and paramedics are additional insureds for actions which they render or fail to render at the scene of an accident or medical emergency requiring sudden action for humanitarian reasons.

    The scene of such accident or medical emergency may be outside the scope of their employment with you or outside your jurisdiction.

    However, this insurance will not apply if the nurses, emergency medical technicians, and paramedics are performing those actions on behalf of another medical emergency organization for which they may be either "employees" or volunteers.

**E.**  Under **SECTION IV—COMMERCIAL GENERAL LIABILITY CONDITIONS, paragraph 2. Duties In The Event Of Occurrence, Offense, Claim Or Suit,** subparagraph a. is replaced by:

    **a.**  You must see to it that we are notified as soon as practicable of an "occurrence" or an offense which may result in a claim under this policy. This requirement applies only when such "occurrence" or offense is known to any of the following:

       **(1)**  You;

       **(2)**  Any "executive officer" or insurance manager of an insured; or

       **(3)**  Any elected or appointed official, if an insured is a political subdivision or public entity.

**F.**  **SECTION V—DEFINITIONS** is amended as follows:

  **1.**  The following definitions are added:

    **a.**  "Crisis Event" means an occurrence resulting from a man-made emergency situation, which results in significant adverse regional or national media coverage about you including, but not limited to:

    **(1)** Intentional acts, except those committed by you or your employees, such as arson, a bombing, the taking of hostages, a mass shooting, or terrorism (if coverage under the Terrorism Risk Insurance Act is elected under the policy);

    **(2)** A building, structure or equipment collapse not caused by an act of nature;

    **(3)** An automobile, watercraft or aircraft accident;

    **(4)** Spread of food-borne illness; or

    **(5)** An explosion.

**b.** "Crisis Management Emergency Response Expenses" mean those expenses incurred for services provided by a "crisis management firm." However, "crisis management emergency response expenses" shall not include compensation, fees, benefits, overhead, charges or expenses of any insured or any of your employees, nor shall "crisis management emergency response expenses" include any expenses that are payable on your behalf or reimbursable to you under any other valid and collectible insurance.

**c.** "Crisis Management Firm" means any service provider you hire that is acceptable to us. Our consent will not be unreasonably withheld.

**d.** "Identity Theft," means the act of knowingly transferring or using, without lawful authority, a means of identification of an Officer or Director (or spouse thereof) of the Named Insured with the intent to commit, or to aid or abet another to commit, any unlawful activity that constitutes a violation of federal law or a felony under an applicable state or local law.

**e.** "Identity Theft Expenses," means:

    **(1)** Costs for notarizing affidavits or similar documents attesting to fraud required by financial institutions or similar credit grantors or credit agencies;

    **(2)** Costs for certified mail to law enforcement agencies, credit agencies, financial institutions or similar credit grantors; or

    **(3)** Loan application fees for re-applying for a loan or loans when the original application is rejected solely because the lender received incorrect credit information.

**f.** "Workplace Violence," means any intentional use of or threat to use deadly force by any person, with intent to cause harm and that results in bodily injury, or death of a member of the Insured or any other person while on the insured's premises.

**2.** Definition 3. "Bodily Injury" is replaced by:

**3.** "Bodily injury" means bodily injury, mental anguish, emotional distress, sickness or disease sustained by any person, including death resulting from any of these at any time.

AUTHORIZED REPRESENTATIVE        DATE

# Hudson Insurance Company

**ENDORSEMENT NO.** _____

| ATTACHED TO AND FORMING A PART OF POLICY NUMBER | ENDORSEMENT EFFECTIVE DATE (12:01 A.M. STANDARD TIME) | NAMED INSURED |
|---|---|---|
| PEP0005207-01 | 07/01/2019 | Allen County Community College |

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

## PUBLIC ENTITY EMPLOYEE BENEFIT LIABILITY

This endorsement modifies insurance provided under the following:

**COMMERCIAL GENERAL LIABILITY COVERAGE FORM**

### SCHEDULE

| Coverage | Limits of Liability | |
|---|---|---|
| Employee Benefits Programs | $1,000,000 | Each Employee |
| | $2,000,000 | Aggregate |

**A.** The following is added to the **SECTION I—COVERAGES:**

**COVERAGE—EMPLOYEE BENEFITS LIABILITY**

1. **Insuring Agreement**

    a. We will pay those sums that the insured becomes legally obligated to pay as damages because of any act, error or omission, of the insured, or of any other person for whose acts the insured is legally liable, to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. However, we will have no duty to defend the insured against any "suit" seeking damages to which this insurance does not apply. We may, at our discretion, investigate any report of an act, error or omission and settle any "claim" or "suit" that may result. But:

       **(1)** The amount we will pay for damages is limited as described in Paragraph E. **(SECTION III—LIMITS OF INSURANCE)** of this endorsement; and

       **(2)** Our right and duty to defend ends when we have used up the applicable limit of insurance in the payment of judgments or settlements.

       No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments of the Commercial General Liability Coverage Form.

    b. This insurance applies to damages only if:

       **(1)** The act, error or omission is negligently committed in the "administration" of your "employee benefit program";

       **(2)** The act, error or omission takes place in the "coverage territory," and;

       **(3)** The act, error or omission occurs during the policy period.

Includes copyrighted material of ISO Properties, Inc., with its permission.
Copyright, ISO Properties, Inc., 2001

## 2. Exclusions

This insurance does not apply to:

### a. Dishonest, Fraudulent, Criminal Or Malicious Acts

Damages arising out of any intentional, dishonest, fraudulent, criminal or malicious act, error or omission, committed by any insured, including the willful or reckless violation of any statute.

### b. Bodily Injury, Property Damage, Or Personal And Advertising Injury

"Bodily injury," "property damage" or "personal and advertising injury."

### c. Failure To Perform A Contract

Damages arising out of failure of performance of contract by any insurer.

### d. Insufficiency Of Funds

Damages arising out of an insufficiency of funds to meet any obligations under any plan included in the "employee benefit program."

### e. Inadequacy Of Performance Of Investment/Advice Given With Respect To Participation

Any "claim" based upon:

(1) Failure of any investment to perform;

(2) Errors in providing information on past performance of investment vehicles; or

(3) Advice given to any person with respect to that person's decision to participate or not to participate in any plan included in the "employee benefit program."

### f. Workers' Compensation And Similar Laws

Any "claim" arising out of your failure to comply with the mandatory provisions of any workers' compensation, unemployment compensation insurance, social security or disability benefits law or any similar law.

### g. ERISA

Damages for which any insured is liable because of liability imposed on a fiduciary by the Employee Retirement Income Security Act of 1974, as now or hereafter amended, or by any similar federal, state or local laws.

### h. Available Benefits

Any "claim" for benefits to the extent that such benefits are available, with reasonable effort and cooperation of the insured, from the applicable funds accrued or other collectible insurance.

### i. Taxes, Fines Or Penalties

Taxes, fines or penalties, including but not limited to those imposed under the Internal Revenue Code or any similar state or local law.

### j. Employment-Related Practices

Damages arising out of wrongful termination of employment, discrimination, or other employment-related practices.

Includes copyrighted material of ISO Properties, Inc., with its permission.
Copyright, ISO Properties, Inc., 2001

**B.** For the purposes of the coverage provided by this endorsement the following applies to the **SUP-PLEMENTAL PAYMENTS—COVERAGES A AND B:**

   **1.** All references to **SUPPLEMENTARY PAYMENTS—COVERAGES A AND B** are replaced by **SUPPLEMENTARY PAYMENTS—COVERAGES A, B AND EMPLOYEE BENEFITS LIA-BILITY.**

   **2.** Paragraphs **1.b.** and **2.** of the Supplementary Payments provision do not apply.

**C.** For the purposes of the coverage provided by this endorsement, **SECTION II—WHO IS AN IN-SURED** is replaced by the following:

   **1.** You.

   **2.** Any commission, board, authority, administration department or other similar unit operated by or under your jurisdiction who is or was authorized to administer your "employee benefit program."

   **3.** Each of your "employees" who is or was authorized to administer your "employee benefit program."

   **4.** Any duly elected or appointed officials and members of your governing body who is or was authorized to administer your "employee benefit program.

   **5.** Any organization you newly acquire or form, other than a joint venture or, and over which you maintain ownership or majority interest, will qualify as a Named Insured if no other similar insurance available to that organization. However:

     **a.** Coverage under this provision is afforded only until the one hundred twentieth (120th) day after you acquire or form the organization or the end of the policy period, whichever is earlier.

     **b.** Coverage under this provision does not apply to any act, error or omission that was committed before you acquired or formed the organization.

**D.** For the purposes of the coverage provided by this endorsement, **SECTION III—LIMITS OF INSUR-ANCE** is replaced by the following:

   **1.** **Limits Of Insurance**

     **a.** The Limits of Insurance shown in the Schedule of this endorsement and the rules below fix the most we will pay regardless of the number of:

       **(1)** Insureds;

       **(2)** "Claims" made or "suits" brought;

       **(3)** Persons or organizations making "claims" or bringing "suits";

       **(4)** Acts, errors or omissions; or

       **(5)** Benefits included in your "employee benefit program."

     **b.** The Aggregate Limit is the most we will pay for all damages because of acts, errors or omissions negligently committed in the "administration" of your "employee benefit program."

     **c.** Subject to the Aggregate Limit, the Each Employee Limit is the most we will pay for all damages sustained by any one "employee," including damages sustained by such "employee's" dependents and beneficiaries, as a result of:

       **(1)** An act, error or omission; or

Includes copyrighted material of ISO Properties, Inc., with its permission.
Copyright, ISO Properties, Inc., 2001

**(2)** A series of related acts, errors or omissions;

negligently committed in the "administration" of your "employee benefit program."

However, the amount paid under this endorsement shall not exceed, and will be subject to, the limits and restrictions that apply to the payment of benefits in any plan included in the "employee benefit program."

The Limits of Insurance of this endorsement apply separately to each consecutive annual period and to any remaining period of less than twelve (12) months, starting with the beginning of the policy period shown in the Declarations of the policy to which this endorsement is attached, unless the policy period is extended after issuance for an additional period of less than twelve (12) months. In that case, the additional period will be deemed part of the last preceding period for purposes of determining the Limits of Insurance.

**E.** For the purposes of the coverage provided by this endorsement, Conditions **2.** and **4.** of **SECTION IV—COMMERCIAL GENERAL LIABILITY CONDITIONS** are replaced by the following:

**2. Duties In The Event Of An Act, Error Or Omission, Or "Claim" Or "Suit"**

**a.** You must see to it that we are notified as soon as practicable of an act, error or omission which may result in a "claim." To the extent possible, notice should include:

**(1)** What the act, error or omission was and when it occurred; and

**(2)** The names and addresses of anyone who may suffer damages as a result of the act, error or omission.

**b.** If a "claim" is made or "suit" is brought against any insured, you must:

**(1)** Immediately record the specifics of the "claim" or "suit" and the date received; and

**(2)** Notify us as soon as practicable.

You must see to it that we receive written notice of the "claim" or "suit" as soon as practicable.

**c.** You and any other involved insured must:

**(1)** Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the "claim" or "suit";

**(2)** Authorize us to obtain records and other information;

**(3)** Cooperate with us in the investigation or settlement of the "claim" or defense against the "suit"; and

**(4)** Assist us, upon our request, in the enforcement of any right against any person or organization which may be liable to the insured because of an act, error or omission to which this insurance may also apply.

**d.** No insured will, except at that insured's own cost, voluntarily make a payment, assume any obligation or incur any expense without our consent.

**4. Other Insurance**

If other valid and collectible insurance is available to the insured for a loss we cover under this endorsement, our obligations are limited as follows:

Includes copyrighted material of ISO Properties, Inc., with its permission.
Copyright, ISO Properties, Inc., 2001

a. **Primary Insurance**

This insurance is primary except when **b.** below applies. If this insurance is primary, our obligations are not affected unless any of the other insurance is also primary. Then, we will share with all that other insurance by the method described in **c.** below.

b. **Excess Insurance**

(1) This insurance is excess over any of the other insurance, whether primary, excess, contingent or on any other basis and that applies to an act, error or omission.

(2) When this insurance is excess, we will have no duty to defend the insured against any "suit" if any other insurer has a duty to defend the insured against that "suit." If no other insurer defends, we will undertake to do so, but we will be entitled to the insured's rights against all those other insurers.

(3) When this insurance is excess over other insurance, we will pay only our share of the amount of the loss, if any, that exceeds the sum of the total amount that all such other insurance would pay for the loss in absence of this insurance; and the total of all deductible and self-insured amounts under all that other insurance.

(4) We will share the remaining loss, if any, with any other insurance that is not described in this Excess Insurance provision and was not bought specifically to apply in excess of the Limits of Insurance shown in the Schedule of this endorsement.

c. **Method Of Sharing**

If all of the other insurance permits contribution by equal shares, we will follow this method also. Under this approach each insurer contributes equal amounts until it has paid its applicable limit of insurance or none of the loss remains, whichever comes first.

If any of the other insurance does not permit contribution by equal shares, we will contribute by limits. Under this method, each insurer's share is based on the ratio of its applicable limits of insurance of all insurers.

F. For the purposes of the coverage provided by this endorsement, the following definitions are added to the **SECTION V—DEFINITIONS** Section:

1. "Administration" means:

a. Providing information to "employees," including their dependents and beneficiaries, with respect to eligibility for or scope of "employee benefit programs";

b. Handling records in connection with the "employee benefit program"; or

c. Effecting, continuing or terminating any "employee's" participation in any benefit included in the "employee benefit program."

However, "administration" does not include handling payroll deductions.

2. "Cafeteria plans" means plans authorized by applicable law to allow employees to elect to pay for certain benefits with pre-tax dollars.

3. "Claim" means any demand, or "suit," made by an "employee" or an "employee's" dependents and beneficiaries, for damages as the result of an act, error or omission.

4. "Employee benefit program" means a program providing some or all of the following benefits to "employees," whether provided through a "cafeteria plan" or otherwise:

Includes copyrighted material of ISO Properties, Inc., with its permission.
Copyright, ISO Properties, Inc., 2001

a. Group life insurance; group accident or health insurance; dental, vision and hearing plans; and flexible spending accounts; provided that no one other than an "employee" may subscribe to such benefits and such benefits are made generally available to those "employees" who satisfy the plan's eligibility requirements;

b. Profit sharing plans, employee savings plans, employee stock ownership plans, pension plans and stock subscription plans, provided that no one other than an "employee" may subscribe to such benefits and such benefits are made generally available to all "employees" who are eligible under the plan for such benefits;

c. Unemployment insurance, social security benefits, workers' compensation and disability benefits;

d. Vacation plans, including buy and sell programs; leave of absence programs, including military, maternity, family, and civil leave; tuition assistance plans; transportation and health club subsidies; and

e. Any other similar benefits designated in the Schedule or added thereto by endorsement.

**G.** For the purposes of the coverage provided by this endorsement, Definitions **5.** and **18.** in the **Definitions** section are replaced by the following:

**5.** "Employee" means a person actively employed, formerly employed, on leave of absence or disabled, or retired. "Employee" includes a "leased worker." "Employee" does not include a "temporary worker."

**18.** "Suit" means a civil proceeding in which damages because of an act, error or omission to which this insurance applies are alleged. "Suit" includes:

a. An arbitration proceeding in which such damages are claimed and to which the insured must submit or does submit with our consent; or

b. Any other alternative dispute resolution proceeding in which such damages are claimed and to which the insured submits with our consent.

AUTHORIZED REPRESENTATIVE                    DATE

Includes copyrighted material of ISO Properties, Inc., with its permission.
Copyright, ISO Properties, Inc., 2001

**(4)** Any federal, state or local statute, ordinance or regulation, other than the TCPA, CAN-SPAM Act of 2003 or FCRA and their amendments and additions, that addresses, prohibits, or limits the printing, dissemination, disposal, collecting, recording, sending, transmitting, communicating or distribution of material or information.

Exclusions **c.** through **n.** do not apply to damage by fire to premises while rented to you or temporarily occupied by you with permission of the owner. A separate limit of insurance applies to this coverage as described in Section III – Limits Of Insurance.

## COVERAGE B – PERSONAL AND ADVERTISING INJURY LIABILITY

**1. Insuring Agreement**

**a.** We will pay those sums that the insured becomes legally obligated to pay as damages because of "personal and advertising injury" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. However, we will have no duty to defend the insured against any "suit" seeking damages for "personal and advertising injury" to which this insurance does not apply. We may, at our discretion, investigate any offense and settle any claim or "suit" that may result. But:

**(1)** The amount we will pay for damages is limited as described in Section III – Limits Of Insurance; and

**(2)** Our right and duty to defend end when we have used up the applicable limit of insurance in the payment of judgments or settlements under Coverages **A** or **B** or medical expenses under Coverage **C.**

No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments – Coverages **A** and **B.**

**b.** This insurance applies to "personal and advertising injury" caused by an offense arising out of your business but only if the offense was committed in the "coverage territory" during the policy period.

**2. Exclusions**

This insurance does not apply to:

**a. Knowing Violation Of Rights Of Another**

"Personal and advertising injury" caused by or at the direction of the insured with the knowledge that the act would violate the rights of another and would inflict "personal and advertising injury".

**b. Material Published With Knowledge Of Falsity**

"Personal and advertising injury" arising out of oral or written publication, in any manner, of material, if done by or at the direction of the insured with knowledge of its falsity.

**c. Material Published Prior To Policy Period**

"Personal and advertising injury" arising out of oral or written publication, in any manner, of material whose first publication took place before the beginning of the policy period.

**d. Criminal Acts**

"Personal and advertising injury" arising out of a criminal act committed by or at the direction of the insured.

**e. Contractual Liability**

"Personal and advertising injury" for which the insured has assumed liability in a contract or agreement. This exclusion does not apply to liability for damages that the insured would have in the absence of the contract or agreement.

**f. Breach Of Contract**

"Personal and advertising injury" arising out of a breach of contract, except an implied contract to use another's advertising idea in your "advertisement".

**g. Quality Or Performance Of Goods – Failure To Conform To Statements**

"Personal and advertising injury" arising out of the failure of goods, products or services to conform with any statement of quality or performance made in your "advertisement".

**h. Wrong Description Of Prices**

"Personal and advertising injury" arising out of the wrong description of the price of goods, products or services stated in your "advertisement".

© Insurance Services Office, Inc., 2012
CG 00 01 04 13

**i. Infringement Of Copyright, Patent, Trademark Or Trade Secret**

"Personal and advertising injury" arising out of the infringement of copyright, patent, trademark, trade secret or other intellectual property rights. Under this exclusion, such other intellectual property rights do not include the use of another's advertising idea in your "advertisement". .

However, this exclusion does not apply to infringement, in your "advertisement", of copyright, trade dress or slogan.

**j. Insureds In Media And Internet Type Businesses**

"Personal and advertising injury" committed by an insured whose business is:

**(1)** Advertising, broadcasting, publishing or telecasting;

**(2)** Designing or determining content of web sites for others; or

**(3)** An Internet search, access, content or service provider.

However, this exclusion does not apply to Paragraphs **14.a.**, **b.** and **c.** of "personal and advertising injury" under the Definitions section.

For the purposes of this exclusion, the placing of frames, borders or links, or advertising, for you or others anywhere on the Internet, is not by itself, considered the business of advertising, broadcasting, publishing or telecasting.

**k. Electronic Chatrooms Or Bulletin Boards**

"Personal and advertising injury" arising out of an electronic chatroom or bulletin board the insured hosts, owns, or over which the insured exercises control.

**l. Unauthorized Use Of Another's Name Or Product**

"Personal and advertising injury" arising out of the unauthorized use of another's name or product in your e-mail address, domain name or metatag, or any other similar tactics to mislead another's potential customers.

**m. Pollution**

"Personal and advertising injury" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants" at any time.

**n. Pollution-related**

Any loss, cost or expense arising out of any:

**(1)** Request, demand, order or statutory or regulatory requirement that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants"; or

**(2)** Claim or suit by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of, "pollutants".

**o. War**

"Personal and advertising injury", however caused, arising, directly or indirectly, out of:

**(1)** War, including undeclared or civil war;

**(2)** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

**(3)** Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

**p. Recording And Distribution Of Material Or Information In Violation Of Law**

"Personal and advertising injury" arising directly or indirectly out of any action or omission that violates or is alleged to violate:

**(1)** The Telephone Consumer Protection Act (TCPA), including any amendment of or addition to such law;

**(2)** The CAN-SPAM Act of 2003, including any amendment of or addition to such law;

**(3)** The Fair Credit Reporting Act (FCRA), and any amendment of or addition to such law, including the Fair and Accurate Credit Transactions Act (FACTA); or

**(4)** Any federal, state or local statute, ordinance or regulation, other than the TCPA, CAN-SPAM Act of 2003 or FCRA and their amendments and additions, that addresses, prohibits, or limits the printing, dissemination, disposal, collecting, recording, sending, transmitting, communicating or distribution of material or information.

## COVERAGE C – MEDICAL PAYMENTS

### 1. Insuring Agreement

a. We will pay medical expenses as described below for "bodily injury" caused by an accident:

(1) On premises you own or rent;

(2) On ways next to premises you own or rent; or

(3) Because of your operations;

provided that:

(a) The accident takes place in the "coverage territory" and during the policy period;

(b) The expenses are incurred and reported to us within one year of the date of the accident; and

(c) The injured person submits to examination, at our expense, by physicians of our choice as often as we reasonably require.

b. We will make these payments regardless of fault. These payments will not exceed the applicable limit of insurance. We will pay reasonable expenses for:

(1) First aid administered at the time of an accident;

(2) Necessary medical, surgical, X-ray and dental services, including prosthetic devices; and

(3) Necessary ambulance, hospital, professional nursing and funeral services.

### 2. Exclusions

We will not pay expenses for "bodily injury":

a. **Any Insured**

To any insured, except "volunteer workers".

b. **Hired Person**

To a person hired to do work for or on behalf of any insured or a tenant of any insured.

c. **Injury On Normally Occupied Premises**

To a person injured on that part of premises you own or rent that the person normally occupies.

d. **Workers' Compensation And Similar Laws**

To a person, whether or not an "employee" of any insured, if benefits for the "bodily injury" are payable or must be provided under a workers' compensation or disability benefits law or a similar law.

e. **Athletics Activities**

To a person injured while practicing, instructing or participating in any physical exercises or games, sports, or athletic contests.

f. **Products-Completed Operations Hazard**

Included within the "products-completed operations hazard".

g. **Coverage A Exclusions**

Excluded under Coverage **A**.

## SUPPLEMENTARY PAYMENTS – COVERAGES A AND B

1. We will pay, with respect to any claim we investigate or settle, or any "suit" against an insured we defend:

a. All expenses we incur.

b. Up to $250 for cost of bail bonds required because of accidents or traffic law violations arising out of the use of any vehicle to which the Bodily Injury Liability Coverage applies. We do not have to furnish these bonds.

c. The cost of bonds to release attachments, but only for bond amounts within the applicable limit of insurance. We do not have to furnish these bonds.

d. All reasonable expenses incurred by the insured at our request to assist us in the investigation or defense of the claim or "suit", including actual loss of earnings up to $250 a day because of time off from work.

e. All court costs taxed against the insured in the "suit". However, these payments do not include attorneys' fees or attorneys' expenses taxed against the insured.

f. Prejudgment interest awarded against the insured on that part of the judgment we pay. If we make an offer to pay the applicable limit of insurance, we will not pay any prejudgment interest based on that period of time after the offer.

© Insurance Services Office, Inc., 2012

g. All interest on the full amount of any judgment that accrues after entry of the judgment and before we have paid, offered to pay, or deposited in court the part of the judgment that is within the applicable limit of insurance.

These payments will not reduce the limits of insurance.

2. If we defend an insured against a "suit" and an indemnitee of the insured is also named as a party to the "suit", we will defend that indemnitee if all of the following conditions are met:

a. The "suit" against the indemnitee seeks damages for which the insured has assumed the liability of the indemnitee in a contract or agreement that is an "insured contract";

b. This insurance applies to such liability assumed by the insured;

c. The obligation to defend, or the cost of the defense of, that indemnitee, has also been assumed by the insured in the same "insured contract";

d. The allegations in the "suit" and the information we know about the "occurrence" are such that no conflict appears to exist between the interests of the insured and the interests of the indemnitee;

e. The indemnitee and the insured ask us to conduct and control the defense of that indemnitee against such "suit" and agree that we can assign the same counsel to defend the insured and the indemnitee; and

f. The indemnitee:

(1) Agrees in writing to:

(a) Cooperate with us in the investigation, settlement or defense of the "suit";

(b) Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the "suit";

(c) Notify any other insurer whose coverage is available to the indemnitee; and

(d) Cooperate with us with respect to coordinating other applicable insurance available to the indemnitee; and

(2) Provides us with written authorization to:

(a) Obtain records and other information related to the "suit"; and

(b) Conduct and control the defense of the indemnitee in such "suit".

So long as the above conditions are met, attorneys' fees incurred by us in the defense of that indemnitee, necessary litigation expenses incurred by us and necessary litigation expenses incurred by the indemnitee at our request will be paid as Supplementary Payments. Notwithstanding the provisions of Paragraph **2.b.(2)** of Section I – Coverage **A** – Bodily Injury And Property Damage Liability, such payments will not be deemed to be damages for "bodily injury" and "property damage" and will not reduce the limits of insurance.

Our obligation to defend an insured's indemnitee and to pay for attorneys' fees and necessary litigation expenses as Supplementary Payments ends when we have used up the applicable limit of insurance in the payment of judgments or settlements or the conditions set forth above, or the terms of the agreement described in Paragraph **f.** above, are no longer met.

## SECTION II – WHO IS AN INSURED

1. If you are designated in the Declarations as:

a. An individual, you and your spouse are insureds, but only with respect to the conduct of a business of which you are the sole owner.

b. A partnership or joint venture, you are an insured. Your members, your partners, and their spouses are also insureds, but only with respect to the conduct of your business.

c. A limited liability company, you are an insured. Your members are also insureds, but only with respect to the conduct of your business. Your managers are insureds, but only with respect to their duties as your managers.

d. An organization other than a partnership, joint venture or limited liability company, you are an insured. Your "executive officers" and directors are insureds, but only with respect to their duties as your officers or directors. Your stockholders are also insureds, but only with respect to their liability as stockholders.

e. A trust, you are an insured. Your trustees are also insureds, but only with respect to their duties as trustees.

2. Each of the following is also an insured:

    a. Your "volunteer workers" only while performing duties related to the conduct of your business, or your "employees", other than either your "executive officers" (if you are an organization other than a partnership, joint venture or limited liability company) or your managers (if you are a limited liability company), but only for acts within the scope of their employment by you or while performing duties related to the conduct of your business. However, none of these "employees" or "volunteer workers" are insureds for:

        (1) "Bodily injury" or "personal and advertising injury":

            (a) To you, to your partners or members (if you are a partnership or joint venture), to your members (if you are a limited liability company), to a co-"employee" while in the course of his or her employment or performing duties related to the conduct of your business, or to your other "volunteer workers" while performing duties related to the conduct of your business;

            (b) To the spouse, child, parent, brother or sister of that co-"employee" or "volunteer worker" as a consequence of Paragraph (1)(a) above;

            (c) For which there is any obligation to share damages with or repay someone else who must pay damages because of the injury described in Paragraph (1)(a) or (b) above; or

            (d) Arising out of his or her providing or failing to provide professional health care services.

        (2) "Property damage" to property:

            (a) Owned, occupied or used by;

            (b) Rented to, in the care, custody or control of, or over which physical control is being exercised for any purpose by;

            you, any of your "employees", "volunteer workers", any partner or member (if you are a partnership or joint venture), or any member (if you are a limited liability company).

    b. Any person (other than your "employee" or "volunteer worker"), or any organization while acting as your real estate manager.

    c. Any person or organization having proper temporary custody of your property if you die, but only:

        (1) With respect to liability arising out of the maintenance or use of that property; and

        (2) Until your legal representative has been appointed.

    d. Your legal representative if you die, but only with respect to duties as such. That representative will have all your rights and duties under this Coverage Part.

3. Any organization you newly acquire or form, other than a partnership, joint venture or limited liability company, and over which you maintain ownership or majority interest, will qualify as a Named Insured if there is no other similar insurance available to that organization. However:

    a. Coverage under this provision is afforded only until the 90th day after you acquire or form the organization or the end of the policy period, whichever is earlier;

    b. Coverage **A** does not apply to "bodily injury" or "property damage" that occurred before you acquired or formed the organization; and

    c. Coverage **B** does not apply to "personal and advertising injury" arising out of an offense committed before you acquired or formed the organization.

No person or organization is an insured with respect to the conduct of any current or past partnership, joint venture or limited liability company that is not shown as a Named Insured in the Declarations.

### SECTION III – LIMITS OF INSURANCE

1. The Limits of Insurance shown in the Declarations and the rules below fix the most we will pay regardless of the number of:

    a. Insureds;

    b. Claims made or "suits" brought; or

    c. Persons or organizations making claims or bringing "suits".

2. The General Aggregate Limit is the most we will pay for the sum of:

    a. Medical expenses under Coverage **C**;

    b. Damages under Coverage **A**, except damages because of "bodily injury" or "property damage" included in the "products-completed operations hazard"; and

    c. Damages under Coverage **B**.

3. The Products-Completed Operations Aggregate Limit is the most we will pay under Coverage **A** for damages because of "bodily injury" and "property damage" included in the "products-completed operations hazard".

4. Subject to Paragraph **2.** above, the Personal And Advertising Injury Limit is the most we will pay under Coverage **B** for the sum of all damages because of all "personal and advertising injury" sustained by any one person or organization.

5. Subject to Paragraph **2.** or **3.** above, whichever applies, the Each Occurrence Limit is the most we will pay for the sum of:

   a. Damages under Coverage **A**; and

   b. Medical expenses under Coverage **C**

   because of all "bodily injury" and "property damage" arising out of any one "occurrence".

6. Subject to Paragraph **5.** above, the Damage To Premises Rented To You Limit is the most we will pay under Coverage **A** for damages because of "property damage" to any one premises, while rented to you, or in the case of damage by fire, while rented to you or temporarily occupied by you with permission of the owner.

7. Subject to Paragraph **5.** above, the Medical Expense Limit is the most we will pay under Coverage **C** for all medical expenses because of "bodily injury" sustained by any one person.

The Limits of Insurance of this Coverage Part apply separately to each consecutive annual period and to any remaining period of less than 12 months, starting with the beginning of the policy period shown in the Declarations, unless the policy period is extended after issuance for an additional period of less than 12 months. In that case, the additional period will be deemed part of the last preceding period for purposes of determining the Limits of Insurance.

**SECTION IV – COMMERCIAL GENERAL LIABILITY CONDITIONS**

1. **Bankruptcy**

   Bankruptcy or insolvency of the insured or of the insured's estate will not relieve us of our obligations under this Coverage Part.

2. **Duties In The Event Of Occurrence, Offense, Claim Or Suit**

   a. You must see to it that we are notified as soon as practicable of an "occurrence" or an offense which may result in a claim. To the extent possible, notice should include:

      (1) How, when and where the "occurrence" or offense took place;

      (2) The names and addresses of any injured persons and witnesses; and

(3) The nature and location of any injury or damage arising out of the "occurrence" or offense.

   b. If a claim is made or "suit" is brought against any insured, you must:

      (1) Immediately record the specifics of the claim or "suit" and the date received; and

      (2) Notify us as soon as practicable.

      You must see to it that we receive written notice of the claim or "suit" as soon as practicable.

   c. You and any other involved insured must:

      (1) Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the claim or "suit";

      (2) Authorize us to obtain records and other information;

      (3) Cooperate with us in the investigation or settlement of the claim or defense against the "suit"; and

      (4) Assist us, upon our request, in the enforcement of any right against any person or organization which may be liable to the insured because of injury or damage to which this insurance may also apply.

   d. No insured will, except at that insured's own cost, voluntarily make a payment, assume any obligation, or incur any expense, other than for first aid, without our consent.

3. **Legal Action Against Us**

   No person or organization has a right under this Coverage Part:

   a. To join us as a party or otherwise bring us into a "suit" asking for damages from an insured; or

   b. To sue us on this Coverage Part unless all of its terms have been fully complied with.

   A person or organization may sue us to recover on an agreed settlement or on a final judgment against an insured; but we will not be liable for damages that are not payable under the terms of this Coverage Part or that are in excess of the applicable limit of insurance. An agreed settlement means a settlement and release of liability signed by us, the insured and the claimant or the claimant's legal representative.

 © Insurance Services Office, Inc., 2012

### 4. Other Insurance

If other valid and collectible insurance is available to the insured for a loss we cover under Coverages **A** or **B** of this Coverage Part, our obligations are limited as follows:

#### a. Primary Insurance

This insurance is primary except when Paragraph **b.** below applies. If this insurance is primary, our obligations are not affected unless any of the other insurance is also primary. Then, we will share with all that other insurance by the method described in Paragraph **c.** below.

#### b. Excess Insurance

(1) This insurance is excess over:

    (a) Any of the other insurance, whether primary, excess, contingent or on any other basis:

        (i) That is Fire, Extended Coverage, Builder's Risk, Installation Risk or similar coverage for "your work";

        (ii) That is Fire insurance for premises rented to you or temporarily occupied by you with permission of the owner;

        (iii) That is insurance purchased by you to cover your liability as a tenant for "property damage" to premises rented to you or temporarily occupied by you with permission of the owner; or

        (iv) If the loss arises out of the maintenance or use of aircraft, "autos" or watercraft to the extent not subject to Exclusion **g.** of Section **I** – Coverage **A** – Bodily Injury And Property Damage Liability.

    (b) Any other primary insurance available to you covering liability for damages arising out of the premises or operations, or the products and completed operations, for which you have been added as an additional insured.

(2) When this insurance is excess, we will have no duty under Coverages **A** or **B** to defend the insured against any "suit" if any other insurer has a duty to defend the insured against that "suit". If no other insurer defends, we will undertake to do so, but we will be entitled to the insured's rights against all those other insurers.

(3) When this insurance is excess over other insurance, we will pay only our share of the amount of the loss, if any, that exceeds the sum of:

    (a) The total amount that all such other insurance would pay for the loss in the absence of this insurance; and

    (b) The total of all deductible and self-insured amounts under all that other insurance.

(4) We will share the remaining loss, if any, with any other insurance that is not described in this Excess Insurance provision and was not bought specifically to apply in excess of the Limits of Insurance shown in the Declarations of this Coverage Part.

#### c. Method Of Sharing

If all of the other insurance permits contribution by equal shares, we will follow this method also. Under this approach each insurer contributes equal amounts until it has paid its applicable limit of insurance or none of the loss remains, whichever comes first.

If any of the other insurance does not permit contribution by equal shares, we will contribute by limits. Under this method, each insurer's share is based on the ratio of its applicable limit of insurance to the total applicable limits of insurance of all insurers.

### 5. Premium Audit

a. We will compute all premiums for this Coverage Part in accordance with our rules and rates.

b. Premium shown in this Coverage Part as advance premium is a deposit premium only. At the close of each audit period we will compute the earned premium for that period and send notice to the first Named Insured. The due date for audit and retrospective premiums is the date shown as the due date on the bill. If the sum of the advance and audit premiums paid for the policy period is greater than the earned premium, we will return the excess to the first Named Insured.

c. The first Named Insured must keep records of the information we need for premium computation, and send us copies at such times as we may request.

### 6. Representations

By accepting this policy, you agree:

a. The statements in the Declarations are accurate and complete;

© Insurance Services Office, Inc., 2012

**b.** Those statements are based upon representations you made to us; and

**c.** We have issued this policy in reliance upon your representations.

**7. Separation Of Insureds**

Except with respect to the Limits of Insurance, and any rights or duties specifically assigned in this Coverage Part to the first Named Insured, this insurance applies:

**a.** As if each Named Insured were the only Named Insured; and

**b.** Separately to each insured against whom claim is made or "suit" is brought.

**8. Transfer Of Rights Of Recovery Against Others To Us**

If the insured has rights to recover all or part of any payment we have made under this Coverage Part, those rights are transferred to us. The insured must do nothing after loss to impair them. At our request, the insured will bring "suit" or transfer those rights to us and help us enforce them.

**9. When We Do Not Renew**

If we decide not to renew this Coverage Part, we will mail or deliver to the first Named Insured shown in the Declarations written notice of the nonrenewal not less than 30 days before the expiration date.

If notice is mailed, proof of mailing will be sufficient proof of notice.

**SECTION V – DEFINITIONS**

1. "Advertisement" means a notice that is broadcast or published to the general public or specific market segments about your goods, products or services for the purpose of attracting customers or supporters. For the purposes of this definition:

   **a.** Notices that are published include material placed on the Internet or on similar electronic means of communication; and

   **b.** Regarding web sites, only that part of a web site that is about your goods, products or services for the purposes of attracting customers or supporters is considered an advertisement.

2. "Auto" means:

   **a.** A land motor vehicle, trailer or semitrailer designed for travel on public roads, including any attached machinery or equipment; or

   **b.** Any other land vehicle that is subject to a compulsory or financial responsibility law or other motor vehicle insurance law where it is licensed or principally garaged.

However, "auto" does not include "mobile equipment".

3. "Bodily injury" means bodily injury, sickness or disease sustained by a person, including death resulting from any of these at any time.

4. "Coverage territory" means:

   **a.** The United States of America (including its territories and possessions), Puerto Rico and Canada;

   **b.** International waters or airspace, but only if the injury or damage occurs in the course of travel or transportation between any places included in Paragraph **a.** above; or

   **c.** All other parts of the world if the injury or damage arises out of:

      **(1)** Goods or products made or sold by you in the territory described in Paragraph **a.** above;

      **(2)** The activities of a person whose home is in the territory described in Paragraph **a.** above, but is away for a short time on your business; or

      **(3)** "Personal and advertising injury" offenses that take place through the Internet or similar electronic means of communication;

   provided the insured's responsibility to pay damages is determined in a "suit" on the merits, in the territory described in Paragraph **a.** above or in a settlement we agree to.

5. "Employee" includes a "leased worker". "Employee" does not include a "temporary worker".

6. "Executive officer" means a person holding any of the officer positions created by your charter, constitution, bylaws or any other similar governing document.

7. "Hostile fire" means one which becomes uncontrollable or breaks out from where it was intended to be.

8. "Impaired property" means tangible property, other than "your product" or "your work", that cannot be used or is less useful because:

   **a.** It incorporates "your product" or "your work" that is known or thought to be defective, deficient, inadequate or dangerous; or

   **b.** You have failed to fulfill the terms of a contract or agreement;

   if such property can be restored to use by the repair, replacement, adjustment or removal of "your product" or "your work" or your fulfilling the terms of the contract or agreement.

9. "Insured contract" means:

   a. A contract for a lease of premises. However, that portion of the contract for a lease of premises that indemnifies any person or organization for damage by fire to premises while rented to you or temporarily occupied by you with permission of the owner is not an "insured contract";

   b. A sidetrack agreement;

   c. Any easement or license agreement, except in connection with construction or demolition operations on or within 50 feet of a railroad;

   d. An obligation, as required by ordinance, to indemnify a municipality, except in connection with work for a municipality;

   e. An elevator maintenance agreement;

   f. That part of any other contract or agreement pertaining to your business (including an indemnification of a municipality in connection with work performed for a municipality) under which you assume the tort liability of another party to pay for "bodily injury" or "property damage" to a third person or organization. Tort liability means a liability that would be imposed by law in the absence of any contract or agreement.

   Paragraph f. does not include that part of any contract or agreement:

   (1) That indemnifies a railroad for "bodily injury" or "property damage" arising out of construction or demolition operations, within 50 feet of any railroad property and affecting any railroad bridge or trestle, tracks, road-beds, tunnel, underpass or crossing;

   (2) That indemnifies an architect, engineer or surveyor for injury or damage arising out of:

       (a) Preparing, approving, or failing to prepare or approve, maps, shop drawings, opinions, reports, surveys, field orders, change orders or drawings and specifications; or

       (b) Giving directions or instructions, or failing to give them, if that is the primary cause of the injury or damage; or

   (3) Under which the insured, if an architect, engineer or surveyor, assumes liability for an injury or damage arising out of the insured's rendering or failure to render professional services, including those listed in (2) above and supervisory, inspection, architectural or engineering activities.

10. "Leased worker" means a person leased to you by a labor leasing firm under an agreement between you and the labor leasing firm, to perform duties related to the conduct of your business. "Leased worker" does not include a "temporary worker".

11. "Loading or unloading" means the handling of property:

   a. After it is moved from the place where it is accepted for movement into or onto an aircraft, watercraft or "auto";

   b. While it is in or on an aircraft, watercraft or "auto"; or

   c. While it is being moved from an aircraft, watercraft or "auto" to the place where it is finally delivered;

   but "loading or unloading" does not include the movement of property by means of a mechanical device, other than a hand truck, that is not attached to the aircraft, watercraft or "auto".

12. "Mobile equipment" means any of the following types of land vehicles, including any attached machinery or equipment:

   a. Bulldozers, farm machinery, forklifts and other vehicles designed for use principally off public roads;

   b. Vehicles maintained for use solely on or next to premises you own or rent;

   c. Vehicles that travel on crawler treads;

   d. Vehicles, whether self-propelled or not, maintained primarily to provide mobility to permanently mounted:

       (1) Power cranes, shovels, loaders, diggers or drills; or

       (2) Road construction or resurfacing equipment such as graders, scrapers or rollers;

   e. Vehicles not described in Paragraph a., b., c. or d. above that are not self-propelled and are maintained primarily to provide mobility to permanently attached equipment of the following types:

       (1) Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment; or

       (2) Cherry pickers and similar devices used to raise or lower workers;

   f. Vehicles not described in Paragraph a., b., c. or d. above maintained primarily for purposes other than the transportation of persons or cargo.

     © Insurance Services Office, Inc., 2012     CG 00 01 04 13

However, self-propelled vehicles with the following types of permanently attached equipment are not "mobile equipment" but will be considered "autos":

(1) Equipment designed primarily for:

(a) Snow removal;

(b) Road maintenance, but not construction or resurfacing; or

(c) Street cleaning;

(2) Cherry pickers and similar devices mounted on automobile or truck chassis and used to raise or lower workers; and

(3) Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment.

However, "mobile equipment" does not include any land vehicles that are subject to a compulsory or financial responsibility law or other motor vehicle insurance law where it is licensed or principally garaged. Land vehicles subject to a compulsory or financial responsibility law or other motor vehicle insurance law are considered "autos".

**13.** "Occurrence" means an accident, including continuous or repeated exposure to substantially the same general harmful conditions.

**14.** "Personal and advertising injury" means injury, including consequential "bodily injury", arising out of one or more of the following offenses:

**a.** False arrest, detention or imprisonment;

**b.** Malicious prosecution;

**c.** The wrongful eviction from, wrongful entry into, or invasion of the right of private occupancy of a room, dwelling or premises that a person occupies, committed by or on behalf of its owner, landlord or lessor;

**d.** Oral or written publication, in any manner, of material that slanders or libels a person or organization or disparages a person's or organization's goods, products or services;

**e.** Oral or written publication, in any manner, of material that violates a person's right of privacy;

**f.** The use of another's advertising idea in your "advertisement"; or

**g.** Infringing upon another's copyright, trade dress or slogan in your "advertisement".

**15.** "Pollutants" mean any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

**16.** "Products-completed operations hazard":

**a.** Includes all "bodily injury" and "property damage" occurring away from premises you own or rent and arising out of "your product" or "your work" except:

(1) Products that are still in your physical possession; or

(2) Work that has not yet been completed or abandoned. However, "your work" will be deemed completed at the earliest of the following times:

(a) When all of the work called for in your contract has been completed.

(b) When all of the work to be done at the job site has been completed if your contract calls for work at more than one job site.

(c) When that part of the work done at a job site has been put to its intended use by any person or organization other than another contractor or subcontractor working on the same project.

Work that may need service, maintenance, correction, repair or replacement, but which is otherwise complete, will be treated as completed.

**b.** Does not include "bodily injury" or "property damage" arising out of:

(1) The transportation of property, unless the injury or damage arises out of a condition in or on a vehicle not owned or operated by you, and that condition was created by the "loading or unloading" of that vehicle by any insured;

(2) The existence of tools, uninstalled equipment or abandoned or unused materials; or

(3) Products or operations for which the classification, listed in the Declarations or in a policy Schedule, states that products-completed operations are subject to the General Aggregate Limit.

**17.** "Property damage" means:

**a.** Physical injury to tangible property, including all resulting loss of use of that property. All such loss of use shall be deemed to occur at the time of the physical injury that caused it; or

**b.** Loss of use of tangible property that is not physically injured. All such loss of use shall be deemed to occur at the time of the "occurrence" that caused it.

For the purposes of this insurance, electronic data is not tangible property.

© Insurance Services Office, Inc., 2012

As used in this definition, electronic data means information, facts or programs stored as or on, created or used on, or transmitted to or from computer software, including systems and applications software, hard or floppy disks, CD-ROMs, tapes, drives, cells, data processing devices or any other media which are used with electronically controlled equipment.

**18.** "Suit" means a civil proceeding in which damages because of "bodily injury", "property damage" or "personal and advertising injury" to which this insurance applies are alleged. "Suit" includes:

   **a.** An arbitration proceeding in which such damages are claimed and to which the insured must submit or does submit with our consent; or

   **b.** Any other alternative dispute resolution proceeding in which such damages are claimed and to which the insured submits with our consent.

**19.** "Temporary worker" means a person who is furnished to you to substitute for a permanent "employee" on leave or to meet seasonal or short-term workload conditions.

**20.** "Volunteer worker" means a person who is not your "employee", and who donates his or her work and acts at the direction of and within the scope of duties determined by you, and is not paid a fee, salary or other compensation by you or anyone else for their work performed for you.

**21.** "Your product":

   **a.** Means:

      **(1)** Any goods or products, other than real property, manufactured, sold, handled, distributed or disposed of by:

         **(a)** You;

         **(b)** Others trading under your name; or

         **(c)** A person or organization whose business or assets you have acquired; and

      **(2)** Containers (other than vehicles), materials, parts or equipment furnished in connection with such goods or products.

   **b.** Includes:

      **(1)** Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of "your product"; and

      **(2)** The providing of or failure to provide warnings or instructions.

   **c.** Does not include vending machines or other property rented to or located for the use of others but not sold.

**22.** "Your work":

   **a.** Means:

      **(1)** Work or operations performed by you or on your behalf; and

      **(2)** Materials, parts or equipment furnished in connection with such work or operations.

   **b.** Includes:

      **(1)** Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of "your work"; and

      **(2)** The providing of or failure to provide warnings or instructions.

© Insurance Services Office, Inc., 2012

IL 00 21 09 08

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# NUCLEAR ENERGY LIABILITY EXCLUSION ENDORSEMENT
### (Broad Form)

This endorsement modifies insurance provided under the following:

**COMMERCIAL AUTOMOBILE COVERAGE PART**
**COMMERCIAL GENERAL LIABILITY COVERAGE PART**
**FARM COVERAGE PART**
**LIQUOR LIABILITY COVERAGE PART**
**MEDICAL PROFESSIONAL LIABILITY COVERAGE PART**
**OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART**
**POLLUTION LIABILITY COVERAGE PART**
**PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART**
**RAILROAD PROTECTIVE LIABILITY COVERAGE PART**
**UNDERGROUND STORAGE TANK POLICY**

1. The insurance does not apply:

   A. Under any Liability Coverage, to "bodily injury" or "property damage":

   (1) With respect to which an "insured" under the policy is also an insured under a nuclear energy liability policy issued by Nuclear Energy Liability Insurance Association, Mutual Atomic Energy Liability Underwriters, Nuclear Insurance Association of Canada or any of their successors, or would be an insured under any such policy but for its termination upon exhaustion of its limit of liability; or

   (2) Resulting from the "hazardous properties" of "nuclear material" and with respect to which **(a)** any person or organization is required to maintain financial protection pursuant to the Atomic Energy Act of 1954, or any law amendatory thereof, or **(b)** the "insured" is, or had this policy not been issued would be, entitled to indemnity from the United States of America, or any agency thereof, under any agreement entered into by the United States of America, or any agency thereof, with any person or organization.

   B. Under any Medical Payments coverage, to expenses incurred with respect to "bodily injury" resulting from the "hazardous properties" of "nuclear material" and arising out of the operation of a "nuclear facility" by any person or organization.

   C. Under any Liability Coverage, to "bodily injury" or "property damage" resulting from "hazardous properties" of "nuclear material", if:

   (1) The "nuclear material" **(a)** is at any "nuclear facility" owned by, or operated by or on behalf of, an "insured" or **(b)** has been discharged or dispersed therefrom;

   (2) The "nuclear material" is contained in "spent fuel" or "waste" at any time possessed, handled, used, processed, stored, transported or disposed of, by or on behalf of an "insured"; or

   (3) The "bodily injury" or "property damage" arises out of the furnishing by an "insured" of services, materials, parts or equipment in connection with the planning, construction, maintenance, operation or use of any "nuclear facility", but if such facility is located within the United States of America, its territories or possessions or Canada, this exclusion **(3)** applies only to "property damage" to such "nuclear facility" and any property thereat.

2. As used in this endorsement:

   "Hazardous properties" includes radioactive, toxic or explosive properties.

   "Nuclear material" means "source material", "special nuclear material" or "by-product material".

© ISO Properties, Inc., 2007

❑

"Source material", "special nuclear material", and "by-product material" have the meanings given them in the Atomic Energy Act of 1954 or in any law amendatory thereof.

"Spent fuel" means any fuel element or fuel component, solid or liquid, which has been used or exposed to radiation in a "nuclear reactor".

"Waste" means any waste material **(a)** containing "by-product material" other than the tailings or wastes produced by the extraction or concentration of uranium or thorium from any ore processed primarily for its "source material" content, and **(b)** resulting from the operation by any person or organization of any "nuclear facility" included under the first two paragraphs of the definition of "nuclear facility".

"Nuclear facility" means:

(a) Any "nuclear reactor";

(b) Any equipment or device designed or used for **(1)** separating the isotopes of uranium or plutonium, **(2)** processing or utilizing "spent fuel", or **(3)** handling, processing or packaging "waste";

(c) Any equipment or device used for the processing, fabricating or alloying of "special nuclear material" if at any time the total amount of such material in the custody of the "insured" at the premises where such equipment or device is located consists of or contains more than 25 grams of plutonium or uranium 233 or any combination thereof, or more than 250 grams of uranium 235;

(d) Any structure, basin, excavation, premises or place prepared or used for the storage or disposal of "waste";

and includes the site on which any of the foregoing is located, all operations conducted on such site and all premises used for such operations.

"Nuclear reactor" means any apparatus designed or used to sustain nuclear fission in a self-supporting chain reaction or to contain a critical mass of fissionable material.

"Property damage" includes all forms of radioactive contamination of property.

     © ISO Properties, Inc., 2007       □

POLICY NUMBER:  PEP0005207-01

**COMMERCIAL GENERAL LIABILITY**
**CG 20 26 04 13**

## THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

# ADDITIONAL INSURED – DESIGNATED PERSON OR ORGANIZATION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

### SCHEDULE

| Name Of Additional Insured Person(s) Or Organization(s): |
|---|
| **Where Required By Written Contract** |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

**A. Section II – Who Is An Insured** is amended to include as an additional insured the person(s) or organization(s) shown in the Schedule, but only with respect to liability for "bodily injury", "property damage" or "personal and advertising injury" caused, in whole or in part, by your acts or omissions or the acts or omissions of those acting on your behalf:

1. In the performance of your ongoing operations; or

2. In connection with your premises owned by or rented to you.

However:

1. The insurance afforded to such additional insured only applies to the extent permitted by law; and

2. If coverage provided to the additional insured is required by a contract or agreement, the insurance afforded to such additional insured will not be broader than that which you are required by the contract or agreement to provide for such additional insured.

**B.** With respect to the insurance afforded to these additional insureds, the following is added to **Section III – Limits Of Insurance:**

If coverage provided to the additional insured is required by a contract or agreement, the most we will pay on behalf of the additional insured is the amount of insurance:

1. Required by the contract or agreement; or

2. Available under the applicable Limits of Insurance shown in the Declarations;

whichever is less.

This endorsement shall not increase the applicable Limits of Insurance shown in the Declarations.

CG 20 26 04 13

© Insurance Services Office, Inc., 2012

Page 1 of 1

POLICY NUMBER: PEP0005207-01

**COMMERCIAL GENERAL LIABILITY**
CG 20 26 04 13

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# ADDITIONAL INSURED – DESIGNATED PERSON OR ORGANIZATION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**SCHEDULE**
**Name Of Additional Insured Person(s) Or Organization(s):**

> The Bowlus Fine Arts Center
> 205 E Madison
> Iola, KS 66749

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

**A. Section II – Who Is An Insured** is amended to include as an additional insured the person(s) or organization(s) shown in the Schedule, but only with respect to liability for "bodily injury", "property damage" or "personal and advertising injury" caused, in whole or in part, by your acts or omissions or the acts or omissions of those acting on your behalf:

1. In the performance of your ongoing operations; or

2. In connection with your premises owned by or rented to you.

However:

1. The insurance afforded to such additional insured only applies to the extent permitted by law; and

2. If coverage provided to the additional insured is required by a contract or agreement, the insurance afforded to such additional insured will not be broader than that which you are required by the contract or agreement to provide for such additional insured.

**B.** With respect to the insurance afforded to these additional insureds, the following is added to **Section III – Limits Of Insurance:**

If coverage provided to the additional insured is required by a contract or agreement, the most we will pay on behalf of the additional insured is the amount of insurance:

1. Required by the contract or agreement; or

2. Available under the applicable Limits of Insurance shown in the Declarations;

whichever is less.

This endorsement shall not increase the applicable Limits of Insurance shown in the Declarations.

CG 20 26 04 13 © Insurance Services Office, Inc., 2012 Page 1 of 1

COMMERCIAL GENERAL LIABILITY
CG 21 06 05 14

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION – ACCESS OR DISCLOSURE OF CONFIDENTIAL OR PERSONAL INFORMATION AND DATA-RELATED LIABILITY – WITH LIMITED BODILY INJURY EXCEPTION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.** Exclusion **2.p.** of **Section I – Coverage A – Bodily Injury And Property Damage Liability** is replaced by the following:

**2. Exclusions**

This insurance does not apply to:

**p. Access Or Disclosure Of Confidential Or Personal Information And Data-related Liability**

Damages arising out of:

**(1)** Any access to or disclosure of any person's or organization's confidential or personal information, including patents, trade secrets, processing methods, customer lists, financial information, credit card information, health information or any other type of nonpublic information; or

**(2)** The loss of, loss of use of, damage to, corruption of, inability to access, or inability to manipulate electronic data.

This exclusion applies even if damages are claimed for notification costs, credit monitoring expenses, forensic expenses, public relations expenses or any other loss, cost or expense incurred by you or others arising out of that which is described in Paragraph **(1)** or **(2)** above.

However, unless Paragraph **(1)** above applies, this exclusion does not apply to damages because of "bodily injury".

As used in this exclusion, electronic data means information, facts or programs stored as or on, created or used on, or transmitted to or from computer software, including systems and applications software, hard or floppy disks, CD-ROMs, tapes, drives, cells, data processing devices or any other media which are used with electronically controlled equipment.

**B.** The following is added to Paragraph **2. Exclusions of Section I – Coverage B – Personal And Advertising Injury Liability:**

**2. Exclusions**

This insurance does not apply to:

**Access Or Disclosure Of Confidential Or Personal Information**

"Personal and advertising injury" arising out of any access to or disclosure of any person's or organization's confidential or personal information, including patents, trade secrets, processing methods, customer lists, financial information, credit card information, health information or any other type of nonpublic information.

This exclusion applies even if damages are claimed for notification costs, credit monitoring expenses, forensic expenses, public relations expenses or any other loss, cost or expense incurred by you or others arising out of any access to or disclosure of any person's or organization's confidential or personal information.

COMMERCIAL GENERAL LIABILITY
CG 21 47 12 07

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# EMPLOYMENT-RELATED PRACTICES EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.** The following exclusion is added to Paragraph **2., Exclusions** of Section I – Coverage A – Bodily Injury And Property Damage Liability:

This insurance does not apply to:

"Bodily injury" to:

**(1)** A person arising out of any:

   **(a)** Refusal to employ that person;

   **(b)** Termination of that person's employment; or

   **(c)** Employment-related practices, policies, acts or omissions, such as coercion, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation, discrimination or malicious prosecution directed at that person; or

**(2)** The spouse, child, parent, brother or sister of that person as a consequence of "bodily injury" to that person at whom any of the employment-related practices described in Paragraphs **(a)**, **(b)**, or **(c)** above is directed.

This exclusion applies:

**(1)** Whether the injury-causing event described in Paragraphs **(a)**, **(b)** or **(c)** above occurs before employment, during employment or after employment of that person;

**(2)** Whether the insured may be liable as an employer or in any other capacity; and

**(3)** To any obligation to share damages with or repay someone else who must pay damages because of the injury.

**B.** The following exclusion is added to Paragraph **2., Exclusions** of Section I – Coverage B – Personal And Advertising Injury Liability:

This insurance does not apply to:

"Personal and advertising injury" to:

**(1)** A person arising out of any:

   **(a)** Refusal to employ that person;

   **(b)** Termination of that person's employment; or

   **(c)** Employment-related practices, policies, acts or omissions, such as coercion, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation, discrimination or malicious prosecution directed at that person; or

**(2)** The spouse, child, parent, brother or sister of that person as a consequence of "personal and advertising injury" to that person at whom any of the employment-related practices described in Paragraphs **(a)**, **(b)**, or **(c)** above is directed.

This exclusion applies:

**(1)** Whether the injury-causing event described in Paragraphs **(a)**, **(b)** or **(c)** above occurs before employment, during employment or after employment of that person;

**(2)** Whether the insured may be liable as an employer or in any other capacity; and

**(3)** To any obligation to share damages with or repay someone else who must pay damages because of the injury.

© ISO Properties, Inc., 2006

COMMERCIAL GENERAL LIABILITY
CG 21 56 04 13

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION – FUNERAL SERVICES

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

The following exclusion is added to Paragraph **2. Exclusions** of Section I **– Coverage A – Bodily Injury And Property Damage Liability** and Paragraph **2. Exclusions** of Section I **– Coverage B – Personal And Advertising Injury Liability:**

This insurance does not apply to "bodily injury", "property damage" or "personal and advertising injury" arising out of errors or omissions in the handling, embalming, disposal, burial, cremation or disinterment of dead bodies.

This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by that insured if the "occurrence" which caused the "bodily injury" or "property damage", or the offense which caused the "personal and advertising injury", involved errors or omissions in the handling, embalming, disposal, burial, cremation or disinterment of dead bodies.

 © Insurance Services Office, Inc., 2012

COMMERCIAL GENERAL LIABILITY
CG 21 67 12 04

## THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

# FUNGI OR BACTERIA EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.** The following exclusion is added to Paragraph **2. Exclusions** of Section I – Coverage A – Bodily Injury And Property Damage Liability:

**2. Exclusions**

This insurance does not apply to:

**Fungi Or Bacteria**

**a.** "Bodily injury" or "property damage" which would not have occurred, in whole or in part, but for the actual, alleged or threatened inhalation of, ingestion of, contact with, exposure to, existence of, or presence of, any "fungi" or bacteria on or within a building or structure, including its contents, regardless of whether any other cause, event, material or product contributed concurrently or in any sequence to such injury or damage.

**b.** Any loss, cost or expenses arising out of the abating, testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating or disposing of, or in any way responding to, or assessing the effects of, "fungi" or bacteria, by any insured or by any other person or entity.

This exclusion does not apply to any "fungi" or bacteria that are, are on, or are contained in, a good or product intended for bodily consumption.

**B.** The following exclusion is added to Paragraph **2. Exclusions** of Section I – Coverage B – Personal And Advertising Injury Liability:

**2. Exclusions**

This insurance does not apply to:

**Fungi Or Bacteria**

**a.** "Personal and advertising injury" which would not have taken place, in whole or in part, but for the actual, alleged or threatened inhalation of, ingestion of, contact with, exposure to, existence of, or presence of any "fungi" or bacteria on or within a building or structure, including its contents, regardless of whether any other cause, event, material or product contributed concurrently or in any sequence to such injury.

**b.** Any loss, cost or expense arising out of the abating, testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating or disposing of, or in any way responding to, or assessing the effects of, "fungi" or bacteria, by any insured or by any other person or entity.

**C.** The following definition is added to the **Definitions** Section:

"Fungi" means any type or form of fungus, including mold or mildew and any mycotoxins, spores, scents or byproducts produced or released by fungi.

 © ISO Properties, Inc.,  2003

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION OF CERTIFIED NUCLEAR, BIOLOGICAL, CHEMICAL OR RADIOLOGICAL ACTS OF TERRORISM; CAP ON LOSSES FROM CERTIFIED ACTS OF TERRORISM

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
RAILROAD PROTECTIVE LIABILITY COVERAGE PART
UNDERGROUND STORAGE TANK POLICY

**A.** The following exclusion is added:

This insurance does not apply to:

**TERRORISM**

"Any injury or damage" arising, directly or indirectly, out of a "certified act of terrorism". However, this exclusion applies only when one or more of the following are attributed to such act:

**1.** The terrorism involves the use, release or escape of nuclear materials, or directly or indirectly results in nuclear reaction or radiation or radioactive contamination; or

**2.** The terrorism is carried out by means of the dispersal or application of pathogenic or poisonous biological or chemical materials; or

**3.** Pathogenic or poisonous biological or chemical materials are released, and it appears that one purpose of the terrorism was to release such materials.

**B.** The following definitions are added:

**1.** For the purposes of this endorsement, "any injury or damage" means any injury or damage covered under any Coverage Part to which this endorsement is applicable, and includes but is not limited to "bodily injury", "property damage", "personal and advertising injury", "injury" or "environmental damage" as may be defined in any applicable Coverage Part.

**2.** "Certified act of terrorism" means an act that is certified by the Secretary of the Treasury, in accordance with the provisions of the federal Terrorism Risk Insurance Act, to be an act of terrorism pursuant to such Act. The criteria contained in the Terrorism Risk Insurance Act for a "certified act of terrorism" include the following:

**a.** The act resulted in insured losses in excess of $5 million in the aggregate, attributable to all types of insurance subject to the Terrorism Risk Insurance Act; and

**b.** The act is a violent act or an act that is dangerous to human life, property or infrastructure and is committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

**C.** The terms and limitations of any terrorism exclusion, or the inapplicability or omission of a terrorism exclusion, do not serve to create coverage for injury or damage that is otherwise excluded under this Coverage Part.

    © Insurance Services Office, Inc., 2015

**D.** If aggregate insured losses attributable to terrorist acts certified under the federal Terrorism Risk Insurance Act exceed $100 billion in a calendar year and we have met our insurer deductible under the Terrorism Risk Insurance Act, we shall not be liable for the payment of any portion of the amount of such losses that exceeds $100 billion, and in such case insured losses up to that amount are subject to pro rata allocation in accordance with procedures established by the Secretary of the Treasury.

© Insurance Services Office, Inc., 2015

**CG 21 84 01 15**

COMMERCIAL GENERAL LIABILITY
CG 22 31 07 98

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION – RIOT, CIVIL COMMOTION OR MOB ACTION – GOVERNMENTAL SUBDIVISIONS

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

The following exclusion is added to Paragraph **2., Exclusions** of **Section I – Coverage A – Bodily Injury And Property Damage Liability** and Paragraph **2., Exclusions** of **Section I – Coverage B – Personal And Advertising Injury Liability:**

This insurance does not apply to "bodily injury", "property damage" or "personal and advertising injury" arising out of:

1. Riot, civil commotion or mob action; or
2. Any act or omission in connection with the prevention or suppression of a riot, civil commotion or mob action.

 Copyright, Insurance Services Office, Inc., 1997



COMMERCIAL GENERAL LIABILITY
CG 22 43 04 13

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# EXCLUSION – ENGINEERS, ARCHITECTS OR SURVEYORS PROFESSIONAL LIABILITY

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

The following exclusion is added to Paragraph **2. Exclusions** of **Section I – Coverage A – Bodily Injury And Property Damage Liability** and Paragraph **2. Exclusions** of **Section I – Coverage B – Personal And Advertising Injury Liability:**

This insurance does not apply to "bodily injury", "property damage" or "personal and advertising injury" arising out of the rendering of or failure to render any professional services by you or any engineer, architect or surveyor who is either employed by you or performing work on your behalf in such capacity.

Professional services include:

**1.** The preparing, approving, or failing to prepare or approve, maps, shop drawings, opinions, reports, surveys, field orders, change orders or drawings and specifications; and

**2.** Supervisory, inspection, architectural or engineering activities.

This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by that insured, if the "occurrence" which caused the "bodily injury" or "property damage", or the offense which caused the "personal and advertising injury", involved the rendering of or failure to render any professional services by you or any engineer, architect or surveyor who is either employed by you or performing work on your behalf in such capacity.

© Insurance Services Office, Inc., 2012

POLICY NUMBER: PEP0005207-01

**COMMERCIAL GENERAL LIABILITY**
**CG 22 44 04 13**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# EXCLUSION – SERVICES FURNISHED BY HEALTH CARE PROVIDERS

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

### SCHEDULE

| |
|---|
| **Description Of Operations:** |
| **Any activities at a hospital, clinic, medical center, trauma center, nursing home, convalescent home, home for the aged, home for the physically handicapped or orphaned, mental-psychopathic institution, sanitarium, dispensary, infirmary, institution for the restrained and/or treatment of alcohol, drug, narcotic and/or mental cases and any other healthcare facility that you own, operate, use, maintain, license, permit, or inspect, or located on any property you rent or lease, including a sublease,** |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. |

The following exclusion is added to Paragraph **2. Exclusions** of Section **I – Coverage A – Bodily Injury And Property Damage Liability** and Paragraph **2. Exclusions** of Section **I – Coverage B – Personal And Advertising Injury Liability:**

With respect to any operation shown in the Schedule, this insurance does not apply to "bodily injury", "property damage" or "personal and advertising injury" arising out of:

1. The rendering of or failure to render:

   **a.** Medical, surgical, dental, X-ray or nursing service, treatment, advice or instruction, or the related furnishing of food or beverages;

   **b.** Any health or therapeutic service, treatment, advice or instruction; or

   **c.** Any service, treatment, advice or instruction for the purpose of appearance or skin enhancement, hair removal or replacement or personal grooming;

2. The furnishing or dispensing of drugs or medical, dental or surgical supplies or appliances; or

3. The handling or treatment of dead bodies, including autopsies, organ donation or other procedures.

This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by that insured, if the "occurrence" which caused the "bodily injury" or "property damage", or the offense which caused the "personal and advertising injury", involved that which is described in Paragraph **1., 2.** or **3.**

CG 22 44 04 13

© Insurance Services Office, Inc., 2012

Page 1 of 1

**COMMERCIAL GENERAL LIABILITY**
**CG 22 50 04 13**

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# EXCLUSION – FAILURE TO SUPPLY

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

This insurance does not apply to "bodily injury" or "property damage" arising out of the failure of any insured to adequately supply gas, oil, water, electricity, steam or biofuel.

This exclusion does not apply if the failure to supply results from the sudden and accidental injury to tangible property owned or used by any insured to procure, produce, process or transmit the gas, oil, water, electricity, steam or biofuel.

COMMERCIAL GENERAL LIABILITY
CG 22 51 07 98

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# EXCLUSION – LAW ENFORCEMENT ACTIVITIES

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

The following exclusion is added to Paragraph **2., Exclusions** of **Section I – Coverage A – Bodily Injury And Property Damage Liability** and Paragraph **2., Exclusions** of **Section I – Coverage B – Personal And Advertising Injury Liability:**

This insurance does not apply to "bodily injury", "property damage" or "personal and advertising injury" arising out of any act or omission resulting from law enforcement activities of your police department or any of your other law enforcement agencies, including their agents or "employees".

 Copyright, Insurance Services Office, Inc., 1997

COMMERCIAL GENERAL LIABILITY
CG 22 56 07 98

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# EXCLUSION – INJURY TO VOLUNTEER FIREFIGHTERS

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

The following exclusion is added to Paragraph **2., Exclusions** of **Section I – Coverage A – Bodily Injury And Property Damage Liability** and Paragraph **2., Exclusions** of **Section I – Coverage B – Personal And Advertising Injury Liability:**

This insurance does not apply to "bodily injury" or "personal and advertising injury" to any volunteer firefighters whether or not they are members of your organization, while in the course of their duties as such.

          Copyright, Insurance Services Office, Inc.,  1997             □

COMMERCIAL GENERAL LIABILITY
CG 22 96 04 13

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# LIMITED EXCLUSION – PERSONAL AND ADVERTISING INJURY – LAWYERS

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

The following exclusion is added to Paragraph **2. Exclusions** of **Section I – Coverage B – Personal And Advertising Injury:**

**2. Exclusions**

This insurance does not apply to "personal and advertising injury" arising out of the rendering of or failure to render professional services as a lawyer.

This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by that insured, if the offense which caused the "personal and advertising injury" involved the rendering of or failure to render any professional services as a lawyer.

© Insurance Services Office, Inc., 2012

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

## SEXUAL ABUSE OR MOLESTATION ENDORSEMENT

This endorsement modifies insurance provided under the following:

    COMMERCIAL GENERAL LIABILITY COVERAGE FORM

Notwithstanding any other provision of this policy, the sole coverage applicable to liability arising from "sexual abuse" is provided by the addition of **COVERAGE D** to **SECTION I - COVERAGES** as follows:

### LIMITS OF INSURANCE

| | |
|---|---|
| **Each Occurrence Limit** | **$1,000,000** |
| **Annual Aggregate Limit** | **$1,000,000** |

**D. SEXUAL ABUSE**

1.  **Insuring Agreement**

    We will pay on behalf of the "insured" all sums that the "insured" becomes legally obligated to pay as damages because of "bodily injury" or emotional harm arising from "sexual abuse" by an "insured", or from "breach of duty" of an "insured" to prevent "sexual abuse". We will have the right and duty to defend any "suit" seeking such damages. We may, at our discretion, investigate and settle any claim or "suit" that may result. But:

    (1)  The amount we will pay is limited as described in paragraph **5. , Limits of Insurance** of this endosement; and

    (2)  Our right and duty to defend ends when we have used up the applicable limit of insurance in the payment of judgments or settlements under this coverage part.

    As to each claimant, multiple acts of "sexual abuse" by the same actor(s), or any "breach of duty" allowing or contributing to such act(s), shall be deemed one "event."

    Regardless of the number of claimants, all acts of abuse by one person, or two or more persons acting together, or any "breach of duty" allowing or contributing to such acts will be considered one "event" in determining our liability under this coverage.

The date of the "event" shall be deemed to be the date of the first act of "sexual abuse". If the date of the "event" precedes the effective date of this policy, then any liability to that claimant arising from the "event" is not covered by this policy.

2.  **Exclusions**

    This insurance does not apply to:

    a.  Liability of any person who allegedly or actually participates in any act of "sexual abuse". We have the right, but not the duty, to defend that person against any claim or "suit" in which "sexual abuse" is alleged.

    b.  The cost of defense of, or the cost of paying any fines for any person resulting from actual or alleged violation of a criminal or penal statute.

    c.  Any person who has been found guilty of, or pled guilty or no contest to, any criminal act involved in any "sexual abuse".

    d.  Any obligation which the "insured" or any carrier as his insurer may be held liable under any workers' compensation, unemployment compensation or disability benefits or under any similar law.

    e.  Liability for/Injury to:

**(1)** Any employee of the "insured" arising out of and in the course of employment by the "insured"; or

**(2)** The spouse, child, parent, brother or sister of that employee as a consequence of **(1)** above.

This exclusion applies:

**(3)** Whether the "insured" may be liable as an employer or in other capacity; and

**(4)** To any obligation to share damages with or repay someone else who must pay damages because of the injury.

**3.  Supplementary Payments**

**SECTION    I    -    COVERAGES, SUPPLEMENTARY PAYMENTS** shall apply to this insurance.

**4.  Who is an "Insured"**

**a.** The named insured;

**b.** Any employee of the named insured, but only while acting solely within the scope of his or her employment with the named insured;

**c.** Any partner, officer or director of the named insured, but only while acting within the scope of his or her duties as such;

**d.** Your trustees, board members or commissioners but only with respect to their duties as your trustees, board members or commissioners;

**5.  Limits of Insurance**

**a.** The Limits of Insurance shown in this endorsement and the rules below fix the most we will pay under **Coverage D** regardless of the number of:
**(1)** Insureds;

**(2)** Claims made or "suits" brought; or·

**(3)** Persons or organizations making claims or bringing "suits".

**b.** The Annual Aggregate Limit shown in this endorsement is the most we will pay for the sum of damages under **Coverage D**.

**c.** Subject to **b.** above, the **Each Occurrence Limit** shown in this endorsement is the most we will pay for damages under **Coverage D** because of "bodily injury" or emotional harm arising out of any one "event".

The **Limits of Insurance** of this endorsement apply separately to each consecutive annual period and to any remaining period of less than 12 months, starting with the beginning of the policy period shown in the **Declarations** of the policy to which this endorsement is attached, unless the policy period is extended after issuance for an additional period of less than 12 months. In that case, the additional period will be deemed part of the last preceding period for purposes of determining the **Limits of Insurance**.

**6.  Definitions**

The following are added to **SECTION V - DEFINITIONS**:

"Breach of duty" shall mean the failure to provide level of care due persons under the care or supervision of the named insured.

"Event" shall mean either an act of "sexual abuse" or the "breach of duty" allowing "sexual abuse" to occur.

"Sexual abuse" means either sexual molestation, which includes but is not limited to illicit physical contact, and/or sexual exploitation, which includes but is not limited to illicit conduct not involving physical contact; to a person under the age of 18.

The following is added to definition **18.** under **SECTION V - DEFINITIONS**:

**c.** A civil proceeding in which damages because of bodily injury or emotional harm arising out of "sexual abuse" and/or "breach of duty" are alleged.

# Hudson Insurance Company

**ENDORSEMENT
NO. _____**

| ATTACHED TO AND FORMING A PART OF POLICY NUMBER | ENDORSEMENT EFFECTIVE DATE (12:01 A.M. STANDARD TIME) | NAMED INSURED |
|---|---|---|
| PEP0005207-01 | 07/01/2019 | Allen County Community College |

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

## HYDRAULIC FRACTURING EXCLUSION

This endorsement modifies insurance provided under the following:

**COMMERCIAL GENERAL LIABILITY COVERAGE PART
ERRORS AND OMISSIONS COVERAGE PART**

**A.** The following is added to Paragraph **2. Exclusions** of **Section I—Coverage A. Bodily Injury And Property Damage Liability** of the Commercial General Liability Coverage Part and Paragraph **2. Exclusions** of **SECTION I—COVERAGE** of the Errors And Omissions Coverage Part:

This insurance does not apply to:

**Hydraulic Fracturing**

1. "Bodily injury," "property damage" or "error or omission":

   **a.** Arising, in whole or in part, out of any operation involving substances under pressure being pumped underground with the objective of creating fractures in geologic formations to facilitate the release and extraction of hydrocarbons, including, but not limited to, oil or natural gas. Such operations include, but are not limited to, "hydraulic fracturing," "gas fracking" and/or the actual, alleged, threatened or suspected contact with, exposure to, existence of or presence of any "flowback" or the handling, transporting, storage, release or disposal of any "flowback" by any insured or by any other person or entity; or

   **b.** Caused, directly or indirectly or in whole or in part, by the movement, in any direction, of earth or land arising, in whole or in part, out of any operation involving substances under pressure being pumped underground with the objective of creating fractures in underground

geologic formations to facilitate the release and extraction of hydrocarbons, including, but not limited to, oil or natural gas. Such operations include, but are not limited to, "hydraulic fracturing" or "gas fracking."

2. Any loss, cost or expense arising, in whole or in part, out of the abating, testing for, monitoring, cleaning up, removing, containing, treating, remediating or disposing of, or in any way responding to or assessing the effects of "hydraulic fracturing," "gas fracking" or "flowback," by any insured or by any other person or entity.

We will have no duty to settle any claim or defend any "suit" against the insured arising out of or in any way related to items **1.** or **2.** above.

**B.** The following is added to Paragraph **2. Exclusions** of **Section I—Coverage B. Personal And Advertising Injury** Liability of the Commercial General Liability Coverage Part:

This insurance does not apply to:

**Hydraulic Fracturing**

1. "Personal and advertising injury":

   **a.** Arising, in whole or in part, out of any operation involving substances under pressure being pumped underground with the objective of creating fractures in underground geologic formations to facilitate the release and extraction of hydrocarbons, including, but not limited to, oil or natural gas. Such operations include,

but are not limited to, "hydraulic fracturing," "gas fracking" and/or the actual, alleged, threatened or suspected contact with, exposure to, existence of or presence of any "flowback" or the handling, transporting, storage, release or disposal of any "flowback" by any "insured" or by any other person or entity; or

**b.** Caused, directly or indirectly or in whole or in part, by the movement, in any direction, of earth or land arising, in whole or in part, out of any operation involving substances under pressure being pumped underground with the objective of creating fractures in underground geologic formations to facilitate the release and extraction of hydrocarbons, including, but not limited to, oil or natural gas. Such operations include, but are not limited to, "hydraulic fracturing" or "gasfracking."

**2.** Any loss, cost or expense arising, in whole or in part, out of the abating, testing for, monitoring, cleaning up, removing, containing, treating, remediating or disposing of, or in any way responding to or assessing the effects of "hydraulic fracturing," "gas fracking" or "flowback," by any insured or by any other person or entity.

We will have no duty to settle any claim or defend any "suit" against the insured arising out of or in any way related to items **1.** or **2.** above.

For purposes of this endorsement, the following definitions apply:

**1.** "Hydraulic fracturing," or hydrofracking means the process by which water, "proppants," chemicals and/or other fluid additives are injected at high pressure into underground geologic formations to create fractures, to facilitate the extraction of any hydrocarbons including but not limited to natural gas and/or oil.

**2.** "Flowback" means any substance containing returned "hydraulic fracturing" fluid, including but not limited to water, "proppants," "hydraulic fracturing" fluid additives; and, any hydrocarbon compounds, salts, conventional pollutants, organics, metals, and naturally occurring radioactive material brought to the surface with the water.

**3.** "Gas fracking" or liquefied propane/butane gas fracturing means the waterless process by which propane gel and "proppants" are injected at high pressure into underground geologic formations to create fractures, to facilitate the release and extraction of natural gas.

**4.** "Proppant" means particles that are used to keep fractures open after a hydraulic fracturing treatment.

AUTHORIZED REPRESENTATIVE                    DATE

# Hudson Insurance Company

**ENDORSEMENT NO.** _____

| ATTACHED TO AND FORMING A PART OF POLICY NUMBER | ENDORSEMENT EFFECTIVE DATE (12:01 A.M. STANDARD TIME) | NAMED INSURED |
|---|---|---|
| PEP0005207-01 | 07/01/2019 | Allen County Community College |

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

## PUNITIVE OR EXEMPLARY DAMAGE EXCLUSION

In consideration of the premium charged, it is agreed that this policy does not apply to a claim of or indemnification for punitive or exemplary damages.

Punitive or exemplary damages also include any damages awarded pursuant to statute in the form of double, treble or other multiple damages in excess of compensatory damages.

If suit is brought against any insured for a claim falling within coverage provided under the policy, seeking both compensatory and punitive or exemplary damages, then the Company will afford a defense to such action; however, the Company will have no obligation to pay for any costs, interest or damages attributable to punitive or exemplary damages.

_____  /
AUTHORIZED REPRESENTATIVE          DATE

UT-74g (8-95)

# Hudson Insurance Company

**ENDORSEMENT NO. _____**

| ATTACHED TO AND FORMING A PART OF POLICY NUMBER | ENDORSEMENT EFFECTIVE DATE (12:01 A.M. STANDARD TIME) | NAMED INSURED |
|---|---|---|
| PEP0005207-01 | 07/01/2019 | Allen County Community College |

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

## ASBESTOS EXCLUSION

This policy does not apply to:

(1) Damages in any way or to any extent arising out of or involving asbestos, asbestos fibers, or any product containing asbestos or asbestos fibers.

(2) Any economic loss, diminution of property value, abatement costs, or any other loss, cost or expense including equitable relief, in any way or to any extent arising out of or involving asbestos, asbestos fibers

or any product containing asbestos or asbestos fibers.

(3) Any fees, fines, costs, or expenses of any nature whatsoever in the investigation or defense of any claim or suit arising out of or involving asbestos, asbestos fibers, or any product containing asbestos or asbestos fibers.

_____
AUTHORIZED REPRESENTATIVE                DATE

UT-266g (5-98)                    Page 1 of 1

## Hudson Insurance Company

**ENDORSEMENT NO.** _____

| ATTACHED TO AND FORMING A PART OF POLICY NUMBER | ENDORSEMENT EFFECTIVE DATE (12:01 A.M. STANDARD TIME) | NAMED INSURED |
|---|---|---|
| PEP0005207-01 | 07/01/2019 | Allen County Community College |

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

### LEAD CONTAMINATION EXCLUSION

This policy does not apply to:

1. Any damages arising out of the ingestion, inhalation or absorption of lead in any form.

2. Any loss, cost or expense arising out of any:

   (a) Request, demand or order that any "insured" or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of lead; or

   (b) Claim or suit by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of lead.

_____
AUTHORIZED REPRESENTATIVE          DATE

UT-267g (5-98)                    Page 1 of 1

ELECTRONICALLY FILED
2024 Nov 19 AM 9:09
CLERK OF THE ALLEN COUNTY DISTRICT COURT
CASE NUMBER: AL-2024-CV-000031
PII COMPLIANT

⊚ sedgwick。 **Sedgwick**

1833 Centre Point Circle, Suite 139
Naperville, IL 60563

| | | | | |
|---|---|---|---|---|
| Insured: | ALLEN COUNTY COMMUNITY COLLEGE | | Home: | (620) 901-6214 |
| Property: | 1801 North Cottonwood St. | | E-mail: | nickell@allencc.edu |
| | Iola, KS 66749 | | | |
| Home: | 1801 North Cottonwood St. | | | |
| | Iola, KS 66749 | | | |

Claim Rep.: Lisa McCoy

Estimator: Jamie Morrison

**Claim Number:** NOT PROVIDED          **Policy Number:** PEP0005207-01          **Type of Loss:** Hail

| | | | |
|---|---|---|---|
| Date Contacted: | 11/2/2022 8:56 PM | | |
| Date of Loss: | 5/4/2020 12:00 AM | Date Received: | 11/1/2022 3:40 PM |
| Date Inspected: | 11/17/2022 8:56 PM | Date Entered: | 11/1/2022 4:11 PM |

| | |
|---|---|
| Price List: | KSKS8X_NOV22 |
| | Restoration/Service/Remodel |
| Estimate: | ALLEN_COUNTY_ |
| | COMMUN1 |

**NOTICE:** This estimated scope of damages and prices contained in this document are based upon the actual damages viewed by the Sedgwick adjuster at the time of the inspection of this loss. This document does not contain any repair cost for hidden damages that may later be discovered during repairs. This document does not constitute a settlement of any insurance claim and all estimates contained herein are subject to insurance company review and approval. This document is not an authorization to make any repairs to property. Authorization for repairs can only be given by the property owner. Any guarantee of payment must come from the property owner. No insurance adjuster has authority to authorize any work or guarantee any payments for repairs made to an insured risk. Neither Sedgwick nor the insurance company assumes responsibility for the sufficiency or quality of repairs made.

```
EXHIBIT
   2
```



**Sedgwick**

1833 Centre Point Circle, Suite 139
Naperville, IL 60563

### ALLEN_COUNTY_COMMUN1

ALLEN_COUNTY_COMMUN1

| | QUANTITY | UNIT | TAX | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|---|
| 1. Commercial Supervision / Project Management - per hour | | | | | | | | | |
| | 200.00 HR | 69.27 | 0.00 | 13,854.00 | 8/NA | Avg. | 0% | (0.00) | 13,854.00 |
| 2. Dumpster load - Approx. 40 yards, 7-8 tons of debris | | | | | | | | | |
| | 12.00 EA | 848.10 | 0.00 | 10,177.20 | 8/NA | Avg. | NA | (0.00) | 10,177.20 |
| 3. Telehandler/forklift and operator | | | | | | | | | |
| | 120.00 HR | 112.11 | 0.00 | 13,453.20 | 8/NA | Avg. | 0% | (0.00) | 13,453.20 |
| 4. Temporary fencing - 1-4 months (per month) | | | | | | | | | |
| | 1,000.00 LF | 1.67 | 0.00 | 1,670.00 | 8/NA | Avg. | 0% | (0.00) | 1,670.00 |
| 5. Temporary toilet (per month) | | | | | | | | | |
| | 6.00 MO | 144.00 | 0.00 | 864.00 | 8/NA | Avg. | 0% | (0.00) | 864.00 |

| | | | TAX | RCV | | | | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|---|
| **Total: ALLEN_COUNTY_COMMUN1** | | | 0.00 | 40,018.40 | | | | 0.00 | 40,018.40 |

**Technology Bldg**

**Main Level**



**Technology**

16355.87 Surface Area          163.56 Number of Squares
839.70 Total Perimeter Length      191.58 Total Ridge Length

| | QUANTITY | UNIT | TAX | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|---|
| 6. R&R Metal roofing - High grade | | | | | | | | | |
| | 16,355. SF 87 | 9.87 | 4,593.95 | 166,026.39 | 8/75 yrs | Avg. | 10.67% | (16,837.17) | 149,189.22 |
| 7. R&R Drape roll insulation - vinyl faced - R11 | | | | | | | | | |
| | 16,356. SF 00 | 0.97 | 658.33 | 16,523.65 | 8/150 yrs | Avg. | 5.33% | (663.18) | 15,860.47 |
| 8. R&R Hip / Ridge cap - metal roofing | | | | | | | | | |
| | 191.58 LF | 7.99 | 37.38 | 1,568.10 | 8/75 yrs | Avg. | 10.67% | (110.05) | 1,458.05 |
| 9. R&R Exhaust cap - through roof - 6" to 8" | | | | | | | | | |
| | 4.00 EA | 98.12 | 15.63 | 408.11 | 8/35 yrs | Avg. | 22.86% | (84.94) | 323.17 |
| 10. R&R Neoprene pipe jack flashing for metal roofing | | | | | | | | | |
| | 15.00 EA | 61.62 | 33.53 | 957.83 | 8/75 yrs | Avg. | 10.67% | (89.32) | 868.51 |
| 11. R&R Endwall flashing for metal roofing - 26 gauge | | | | | | | | | |
| | 128.00 LF | 5.80 | 30.91 | 773.31 | 8/75 yrs | Avg. | 10.67% | (69.52) | 703.79 |
| 12. R&R Closure strips for metal roofing - inside and/or outside | | | | | | | | | |
| | 525.00 LF | 2.64 | 23.43 | 1,409.43 | 8/75 yrs | Avg. | 10.67% | (103.30) | 1,306.13 |
| 13. R&R Gable trim for metal roofing - 26 gauge | | | | | | | | | |
| | 208.00 LF | 5.24 | 46.05 | 1,135.97 | 8/75 yrs | Avg. | 10.67% | (102.53) | 1,033.44 |


**Sedgwick**

1833 Centre Point Circle, Suite 139
Naperville, IL 60563

**CONTINUED - Technology**

| | QUANTITY | UNIT | TAX | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|---|
| 14. R&R Eave trim for metal roofing - 26 gauge | | | | | | | | | |
| | 484.00 LF | 4.87 | 91.48 | 2,448.56 | 8/75 yrs | Avg. | 10.67% | (217.82) | 2,230.74 |
| **Totals: Technology** | | | 5,530.69 | 191,251.35 | | | | 18,277.83 | 172,973.52 |
| **Total: Main Level** | | | 5,530.69 | 191,251.35 | | | | 18,277.83 | 172,973.52 |
| **Total: Technology Bldg** | | | 5,530.69 | 191,251.35 | | | | 18,277.83 | 172,973.52 |

**Multipurpose Bldg**

**Main Level**

**Multipurpose Bldg**

21389.65 Surface Area          213.90 Number of Squares
614.13 Total Perimeter Length  200.25 Total Ridge Length

| | QUANTITY | UNIT | TAX | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|---|
| 15. R&R Metal roofing - High grade | | | | | | | | | |
| | 21,389. SF 65 | 9.87 | 6,007.82 | 217,123.67 | 8/75 yrs | Avg. | 10.67% | (22,019.07) | 195,104.60 |
| 16. R&R Drape roll insulation - vinyl faced - R11 | | | | | | | | | |
| | 16,356. SF 00 | 0.97 | 658.33 | 16,523.65 | 8/150 yrs | Avg. | 5.33% | (663.18) | 15,860.47 |
| 17. R&R Hip / Ridge cap - metal roofing | | | | | | | | | |
| | 200.25 LF | 7.99 | 39.07 | 1,639.07 | 8/75 yrs | Avg. | 10.67% | (115.03) | 1,524.04 |
| 18. R&R Exhaust cap - through roof - 6" to 8" | | | | | | | | | |
| | 4.00 EA | 98.12 | 15.63 | 408.11 | 8/35 yrs | Avg. | 22.86% | (84.94) | 323.17 |
| 19. R&R Neoprene pipe jack flashing for metal roofing | | | | | | | | | |
| | 15.00 EA | 61.62 | 33.53 | 957.83 | 8/75 yrs | Avg. | 10.67% | (89.32) | 868.51 |
| 20. R&R Endwall flashing for metal roofing - 26 gauge | | | | | | | | | |
| | 128.00 LF | 5.80 | 30.91 | 773.31 | 8/75 yrs | Avg. | 10.67% | (69.52) | 703.79 |
| 21. R&R Closure strips for metal roofing - inside and/or outside | | | | | | | | | |
| | 525.00 LF | 2.64 | 23.43 | 1,409.43 | 8/75 yrs | Avg. | 10.67% | (103.30) | 1,306.13 |
| 22. R&R Gable trim for metal roofing - 26 gauge | | | | | | | | | |
| | 208.00 LF | 5.24 | 46.05 | 1,135.97 | 8/75 yrs | Avg. | 10.67% | (102.53) | 1,033.44 |



**Sedgwick**

1833 Centre Point Circle, Suite 139
Naperville, IL 60563

### CONTINUED - Multipurpose Bldg

| | QUANTITY | UNIT | TAX | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|---|
| 23. R&R Eave trim for metal roofing - 26 gauge | | | | | | | | | |
| | 484.00 LF | 4.87 | 91.48 | 2,448.56 | 8/75 yrs | Avg. | 10.67% | (217.82) | 2,230.74 |
| **Totals: Multipurpose Bldg** | | | 6,946.25 | 242,419.60 | | | | 23,464.71 | 218,954.89 |
| **Total: Main Level** | | | 6,946.25 | 242,419.60 | | | | 23,464.71 | 218,954.89 |
| **Total: Multipurpose Bldg** | | | 6,946.25 | 242,419.60 | | | | 23,464.71 | 218,954.89 |

### Baseball Dug Outs
### Main Level

#### Roof1



538.52 Surface Area      5.39 Number of Squares
121.54 Total Perimeter Length

| | QUANTITY | UNIT | TAX | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|---|
| 24. R&R Metal roofing - High grade | | | | | | | | | |
| | 538.52 SF | 9.87 | 151.26 | 5,466.45 | 8/75 yrs | Avg. | 10.67% | (554.36) | 4,912.09 |
| 25. R&R Endwall flashing for metal roofing - 26 gauge | | | | | | | | | |
| | 121.54 LF | 5.80 | 29.35 | 734.28 | 8/75 yrs | Avg. | 10.67% | (66.01) | 668.27 |
| **Totals: Roof1** | | | 180.61 | 6,200.73 | | | | 620.37 | 5,580.36 |

#### Roof2



538.52 Surface Area      5.39 Number of Squares
121.54 Total Perimeter Length

| | QUANTITY | UNIT | TAX | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|---|

 **Sedgwick**

**Sedgwick**

1833 Centre Point Circle, Suite 139
Naperville, IL 60563

**CONTINUED - Roof2**

| | QUANTITY | UNIT | TAX | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|---|
| 26. R&R Metal roofing - High grade | | | | | | | | | |
| | 538.52 SF | 9.87 | 151.26 | 5,466.45 | 8/75 yrs | Avg. | 10.67% | (554.36) | 4,912.09 |
| 27. R&R Endwall flashing for metal roofing - 26 gauge | | | | | | | | | |
| | 121.54 LF | 5.80 | 29.35 | 734.28 | 8/75 yrs | Avg. | 10.67% | (66.01) | 668.27 |
| **Totals: Roof2** | | | **180.61** | **6,200.73** | | | | **620.37** | **5,580.36** |
| **Total: Main Level** | | | **361.22** | **12,401.46** | | | | **1,240.74** | **11,160.72** |
| **Total: Baseball Dug Outs** | | | **361.22** | **12,401.46** | | | | **1,240.74** | **11,160.72** |

**Softball Dug Outs**

**Main Level**

**Roof5**

203.96 Surface Area                    2.04 Number of Squares
60.79 Total Perimeter Length

| | QUANTITY | UNIT | TAX | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|---|
| 28. R&R Metal roofing - High grade | | | | | | | | | |
| | 203.96 SF | 9.87 | 57.29 | 2,070.38 | 8/75 yrs | Avg. | 10.67% | (209.96) | 1,860.42 |
| 29. R&R Endwall flashing for metal roofing - 26 gauge | | | | | | | | | |
| | 60.79 LF | 5.80 | 14.68 | 367.26 | 8/75 yrs | Avg. | 10.67% | (33.02) | 334.24 |
| **Totals: Roof5** | | | **71.97** | **2,437.64** | | | | **242.98** | **2,194.66** |


## Sedgwick

1833 Centre Point Circle, Suite 139
Naperville, IL 60563

### Roof3



|  | 215.41 Surface Area | 2.15 Number of Squares |
|--|--|--|
|  | 61.54 Total Perimeter Length | |

| | QUANTITY | UNIT | TAX | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|--|--|--|--|--|--|--|--|--|--|
| 30. R&R Metal roofing - High grade | | | | | | | | | |
| | 215.41 SF | 9.87 | 60.50 | 2,186.60 | 8/75 yrs | Avg. | 10.67% | (221.74) | 1,964.86 |
| 31. R&R Endwall flashing for metal roofing - 26 gauge | | | | | | | | | |
| | 61.54 LF | 5.80 | 14.86 | 371.79 | 8/75 yrs | Avg. | 10.67% | (33.43) | 338.36 |

| Totals: Roof3 | | | 75.36 | 2,558.39 | | | | 255.17 | 2,303.22 |
|--|--|--|--|--|--|--|--|--|--|

### Roof4



|  | 269.26 Surface Area | 2.69 Number of Squares |
|--|--|--|
|  | 71.54 Total Perimeter Length | |

| | QUANTITY | UNIT | TAX | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|--|--|--|--|--|--|--|--|--|--|
| 32. R&R Metal roofing - High grade | | | | | | | | | |
| | 269.26 SF | 9.87 | 75.63 | 2,733.23 | 8/75 yrs | Avg. | 10.67% | (277.19) | 2,456.04 |
| 33. R&R Endwall flashing for metal roofing - 26 gauge | | | | | | | | | |
| | 71.54 LF | 5.80 | 17.28 | 432.21 | 8/75 yrs | Avg. | 10.67% | (38.85) | 393.36 |

| Totals: Roof4 | | | 92.91 | 3,165.44 | | | | 316.04 | 2,849.40 |
|--|--|--|--|--|--|--|--|--|--|
| Total: Main Level | | | 240.24 | 8,161.47 | | | | 814.19 | 7,347.28 |
| Total: Softball Dug Outs | | | 240.24 | 8,161.47 | | | | 814.19 | 7,347.28 |

**Baseball Locker**

**Main Level**

 **Sedgwick**

**Sedgwick**

1833 Centre Point Circle, Suite 139
Naperville, IL 60563

### Baseball Locker



3436.34 Surface Area
245.91 Total Perimeter Length

34.36 Number of Squares
80.00 Total Ridge Length

| | QUANTITY | UNIT | TAX | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|---|
| 34. R&R Metal roofing - High grade | | | | | | | | | |
| | 3,436.34 SF | 9.87 | 965.18 | 34,881.86 | 8/75 yrs | Avg. | 10.67% | (3,537.46) | 31,344.40 |
| 35. R&R Endwall flashing for metal roofing - 26 gauge | | | | | | | | | |
| | 245.91 LF | 5.80 | 59.39 | 1,485.66 | 8/75 yrs | Avg. | 10.67% | (133.56) | 1,352.10 |
| **Totals: Baseball Locker** | | | 1,024.57 | 36,367.52 | | | | 3,671.02 | 32,696.50 |
| **Total: Main Level** | | | 1,024.57 | 36,367.52 | | | | 3,671.02 | 32,696.50 |
| **Total: Baseball Locker** | | | 1,024.57 | 36,367.52 | | | | 3,671.02 | 32,696.50 |

**Storage**

**Main Level**

### Storage

3436.34 Surface Area... 1308.99 Surface Area
145.51 Total Perimeter Length

13.09 Number of Squares
40.17 Total Ridge Length

| | QUANTITY | UNIT | TAX | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|---|
| 36. R&R Metal roofing - High grade | | | | | | | | | |
| | 1,308.99 SF | 9.87 | 367.66 | 13,287.40 | 8/75 yrs | Avg. | 10.67% | (1,347.51) | 11,939.89 |
| 37. R&R Endwall flashing for metal roofing - 26 gauge | | | | | | | | | |
| | 145.51 LF | 5.80 | 35.14 | 879.09 | 8/75 yrs | Avg. | 10.67% | (79.03) | 800.06 |
| **Totals: Storage** | | | 402.80 | 14,166.49 | | | | 1,426.54 | 12,739.95 |
| **Total: Main Level** | | | 402.80 | 14,166.49 | | | | 1,426.54 | 12,739.95 |
| **Total: Storage** | | | 402.80 | 14,166.49 | | | | 1,426.54 | 12,739.95 |

 sedgwick. **Sedgwick**

1833 Centre Point Circle, Suite 139
Naperville, IL 60563

### Heat, Vent, & Cool

| | QUANTITY | UNIT | TAX | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|---|
| 38. Packaged air conditioning unit - Detach & reset | | | | | | | | | |
| | 2.00 EA | 964.18 | 0.00 | 1,928.36 | 8/NA | Avg. | 0% | (0.00) | 1,928.36 |
| 39. Central air cond. system - recharge - 10lb refrigerant | | | | | | | | | |
| | 4.00 EA | 259.97 | 57.75 | 1,097.63 | 8/15 yrs | Avg. | 53.33% | (585.40) | 512.23 |
| 40. Telehandler/forklift and operator | | | | | | | | | |
| | 40.00 HR | 112.11 | 0.00 | 4,484.40 | 8/NA | Avg. | 0% | (0.00) | 4,484.40 |
| 41. Crane and operator - 14 ton capacity - 65' extension boom | | | | | | | | | |
| | 8.00 HR | 160.00 | 0.00 | 1,280.00 | 8/NA | Avg. | 0% | (0.00) | 1,280.00 |
| 42. R&R Air conditioning unit, 5 ton - Commercial grade | | | | | | | | | |
| | 3.00 EA | 6,846.23 | 1,040.29 | 21,578.98 | 8/15 yrs | Avg. | 53.33% | (11,102.90) | 10,476.08 |
| 43. Central air - condenser unit - Detach & reset | | | | | | | | | |
| | 2.00 EA | 605.13 | 0.00 | 1,210.26 | 8/NA | Avg. | 0% | (0.00) | 1,210.26 |
| **Totals: Heat, Vent, & Cool** | | | **1,098.04** | **31,579.63** | | | | **11,688.30** | **19,891.33** |
| **Line Item Totals: ALLEN_COUNTY_ COMMUN1** | | | **15,603.81** | **576,365.92** | | | | **60,583.33** | **515,782.59** |

[%] - Indicates that depreciate by percent was used for this item

[M] - Indicates that the depreciation percentage was limited by the maximum allowable depreciation for this item

## Grand Total Areas:

| | | | | | |
|---|---|---|---|---|---|
| 0.00 | SF Walls | 0.00 | SF Ceiling | 0.00 | SF Walls and Ceiling |
| 0.00 | SF Floor | 0.00 | SY Flooring | 0.00 | LF Floor Perimeter |
| 0.00 | SF Long Wall | 0.00 | SF Short Wall | 0.00 | LF Ceil. Perimeter |
| 0.00 | Floor Area | 0.00 | Total Area | 0.00 | Interior Wall Area |
| 3,829.39 | Exterior Wall Area | 0.00 | Exterior Perimeter of Walls | | |
| 44,256.51 | Surface Area | 442.57 | Number of Squares | 2,282.21 | Total Perimeter Length |
| 512.00 | Total Ridge Length | 0.00 | Total Hip Length | | |

 **Sedgwick**

1833 Centre Point Circle, Suite 139
Naperville, IL 60563

| Coverage | Item Total | % | ACV Total | % |
|---|---|---|---|---|
| Multipurpose Bldg | 282,438.00 | 49.00% | 258,973.29 | 50.21% |
| Academic Bldg | 31,579.63 | 5.48% | 19,891.33 | 3.86% |
| Dormitory 1 | 0.00 | 0.00% | 0.00 | 0.00% |
| Baseball Dugouts | 12,401.46 | 2.15% | 11,160.72 | 2.16% |
| Storage | 14,166.49 | 2.46% | 12,739.95 | 2.47% |
| Softball Dugout | 2,437.64 | 0.42% | 2,194.66 | 0.43% |
| Softball Dugout2 | 5,723.83 | 0.99% | 5,152.62 | 1.00% |
| Technology Bldg | 191,251.35 | 33.18% | 172,973.52 | 33.54% |
| Baseball Locker | 36,367.52 | 6.31% | 32,696.50 | 6.34% |
| Total | 576,365.92 | 100.00% | 515,782.59 | 100.00% |

 **Sedgwick**

1833 Centre Point Circle, Suite 139
Naperville, IL 60563

## Summary for Multipurpose Bldg

| | |
|---|---:|
| Line Item Total | 275,491.75 |
| Material Sales Tax | 6,946.25 |
| **Replacement Cost Value** | **$282,438.00** |
| Less Depreciation | (23,464.71) |
| **Actual Cash Value** | **$258,973.29** |
| **Net Claim** | **$258,973.29** |
| Total Recoverable Depreciation | 23,464.71 |
| **Net Claim if Depreciation is Recovered** | **$282,438.00** |

Jamie Morrison

 **Sedgwick**

1833 Centre Point Circle, Suite 139
Naperville, IL 60563

### Summary for Academic Bldg

| | |
|---|---:|
| Line Item Total | 30,481.59 |
| Material Sales Tax | 1,098.04 |
| **Replacement Cost Value** | **$31,579.63** |
| Less Depreciation | (11,688.30) |
| **Actual Cash Value** | **$19,891.33** |
| **Net Claim** | **$19,891.33** |
| Total Recoverable Depreciation | 11,688.30 |
| **Net Claim if Depreciation is Recovered** | **$31,579.63** |

Jamie Morrison

 sedgwick. **Sedgwick**

1833 Centre Point Circle, Suite 139
Naperville, IL 60563

## Summary for Softball Dugout

| | |
|---|---:|
| Line Item Total | 2,365.67 |
| Material Sales Tax | 71.97 |
| **Replacement Cost Value** | **$2,437.64** |
| Less Depreciation | (242.98) |
| **Actual Cash Value** | **$2,194.66** |
| **Net Claim** | **$2,194.66** |
| Total Recoverable Depreciation | 242.98 |
| **Net Claim if Depreciation is Recovered** | **$2,437.64** |

Jamie Morrison

 **Sedgwick**

1833 Centre Point Circle, Suite 139
Naperville, IL 60563

### Summary for Softball Dugout2

| | |
|---|---:|
| Line Item Total | 5,555.56 |
| Material Sales Tax | 168.27 |
| **Replacement Cost Value** | **$5,723.83** |
| Less Depreciation | (571.21) |
| **Actual Cash Value** | **$5,152.62** |
| **Net Claim** | **$5,152.62** |
| Total Depreciation | 571.21 |
| Less Residual Amount Over Limit(s) | (126.83) |
| Total Recoverable Depreciation | 444.38 |
| **Net Claim if Depreciation is Recovered** | **$5,597.00** |

Jamie Morrison

 sedgwick。 **Sedgwick**

1833 Centre Point Circle, Suite 139
Naperville, IL 60563

## Summary for Technology Bldg

| | |
|---|---|
| Line Item Total | 185,720.66 |
| Material Sales Tax | 5,530.69 |
| **Replacement Cost Value** | **$191,251.35** |
| Less Depreciation | (18,277.83) |
| **Actual Cash Value** | **$172,973.52** |
| **Net Claim** | **$172,973.52** |
| Total Recoverable Depreciation | 18,277.83 |
| **Net Claim if Depreciation is Recovered** | **$191,251.35** |

_____
Jamie Morrison

..

 sedgwick. **Sedgwick**

1833 Centre Point Circle, Suite 139
Naperville, IL 60563

## Summary for Baseball Locker

| | |
|---|---:|
| Line Item Total | 35,342.95 |
| Material Sales Tax | 1,024.57 |
| **Replacement Cost Value** | **$36,367.52** |
| Less Depreciation | (3,671.02) |
| **Actual Cash Value** | **$32,696.50** |
| Less Deductible | (5,000.00) |
| Less Amount Over Limit(s) | (212.50) |
| **Net Claim** | **$27,484.00** |
| Total Depreciation | 3,671.02 |
| Less Residual Amount Over Limit(s) | (3,671.02) |
| Total Recoverable Depreciation | 0.00 |
| **Net Claim if Depreciation is Recovered** | **$27,484.00** |

Jamie Morrison

 **Sedgwick**

1833 Centre Point Circle, Suite 139
Naperville, IL 60563

## Recap of Taxes

|  | Material Sales Tax (8.75%) | Manuf. Home Tax (8.75%) | Garment Cleaning (8.75%) | Storage Tax (8.75%) |
|---|---|---|---|---|
| Line Items | 15,603.81 | 0.00 | 0.00 | 0.00 |
| **Total** | **15,603.81** | **0.00** | **0.00** | **0.00** |

 **Sedgwick**

1833 Centre Point Circle, Suite 139
Naperville, IL 60563

## Recap by Room

| | | | |
|---|---|---|---|
| **Estimate: ALLEN_COUNTY_COMMUN1** | | **40,018.40** | **7.14%** |
| Coverage: Multipurpose Bldg | 100.00% = | 40,018.40 | |
| | | | |
| **Area: Technology Bldg** | | | |
| | | | |
| **Area: Main Level** | | | |
| **Technology** | | **185,720.66** | **33.12%** |
| Coverage: Technology Bldg | 100.00% = | 185,720.66 | |
| | | | |
| **Area Subtotal:  Main Level** | | **185,720.66** | **33.12%** |
| Coverage: Technology Bldg | 100.00% = | 185,720.66 | |
| | | | |
| **Area Subtotal:  Technology Bldg** | | **185,720.66** | **33.12%** |
| Coverage: Technology Bldg | 100.00% = | 185,720.66 | |
| | | | |
| **Area: Multipurpose Bldg** | | | |
| | | | |
| **Area: Main Level** | | | |
| **Multipurpose Bldg** | | **235,473.35** | **41.99%** |
| Coverage: Multipurpose Bldg | 100.00% = | 235,473.35 | |
| | | | |
| **Area Subtotal:  Main Level** | | **235,473.35** | **41.99%** |
| Coverage: Multipurpose Bldg | 100.00% = | 235,473.35 | |
| | | | |
| **Area Subtotal:  Multipurpose Bldg** | | **235,473.35** | **41.99%** |
| Coverage: Multipurpose Bldg | 100.00% = | 235,473.35 | |
| | | | |
| **Area: Baseball Dug Outs** | | | |
| | | | |
| **Area: Main Level** | | | |
| **Roof1** | | **6,020.12** | **1.07%** |
| Coverage: Baseball Dugouts | 100.00% = | 6,020.12 | |
| **Roof2** | | **6,020.12** | **1.07%** |
| Coverage: Baseball Dugouts | 100.00% = | 6,020.12 | |
| | | | |
| **Area Subtotal:  Main Level** | | **12,040.24** | **2.15%** |
| Coverage: Baseball Dugouts | 100.00% = | 12,040.24 | |
| | | | |
| **Area Subtotal:  Baseball Dug Outs** | | **12,040.24** | **2.15%** |
| Coverage: Baseball Dugouts | 100.00% = | 12,040.24 | |

**Area: Softball Dug Outs**

 **Sedgwick**

1833 Centre Point Circle, Suite 139
Naperville, IL 60563

**Area: Main Level**

| | | | |
|---|---|---|---|
| **Roof5** | | **2,365.67** | **0.42%** |
| Coverage: Softball Dugout | 100.00% = | 2,365.67 | |
| **Roof3** | | **2,483.03** | **0.44%** |
| Coverage: Softball Dugout2 | 100.00% = | 2,483.03 | |
| **Roof4** | | **3,072.53** | **0.55%** |
| Coverage: Softball Dugout2 | 100.00% = | 3,072.53 | |
| | | | |
| **Area Subtotal: Main Level** | | **7,921.23** | **1.41%** |
| Coverage: Softball Dugout | 29.86% = | 2,365.67 | |
| Coverage: Softball Dugout2 | 70.14% = | 5,555.56 | |
| | | | |
| **Area Subtotal: Softball Dug Outs** | | **7,921.23** | **1.41%** |
| Coverage: Softball Dugout | 29.86% = | 2,365.67 | |
| Coverage: Softball Dugout2 | 70.14% = | 5,555.56 | |

**Area: Baseball Locker**

**Area: Main Level**

| | | | |
|---|---|---|---|
| **Baseball Locker** | | **35,342.95** | **6.30%** |
| Coverage: Baseball Locker | 100.00% = | 35,342.95 | |
| | | | |
| **Area Subtotal: Main Level** | | **35,342.95** | **6.30%** |
| Coverage: Baseball Locker | 100.00% = | 35,342.95 | |
| | | | |
| **Area Subtotal: Baseball Locker** | | **35,342.95** | **6.30%** |
| Coverage: Baseball Locker | 100.00% = | 35,342.95 | |

**Area: Storage**

**Area: Main Level**

| | | | |
|---|---|---|---|
| **Storage** | | **13,763.69** | **2.45%** |
| Coverage: Storage | 100.00% = | 13,763.69 | |
| | | | |
| **Area Subtotal: Main Level** | | **13,763.69** | **2.45%** |
| Coverage: Storage | 100.00% = | 13,763.69 | |
| | | | |
| **Area Subtotal: Storage** | | **13,763.69** | **2.45%** |
| Coverage: Storage | 100.00% = | 13,763.69 | |
| **Heat, Vent, & Cool** | | **30,481.59** | **5.44%** |
| Coverage: Academic Bldg | 100.00% = | 30,481.59 | |

| | | | |
|---|---|---|---|
| **Subtotal of Areas** | | **560,762.11** | **100.00%** |
| Coverage: Multipurpose Bldg | 49.13% = | 275,491.75 | |
| Coverage: Academic Bldg | 5.44% = | 30,481.59 | |
| Coverage: Baseball Dugouts | 2.15% = | 12,040.24 | |

ALLEN_COUNTY_COMMUN1

 **Sedgwick**

1833 Centre Point Circle, Suite 139
Naperville, IL 60563

| Coverage | % | | Amount |
|---|---|---|---|
| Coverage: Storage | 2.45% | = | 13,763.69 |
| Coverage: Softball Dugout | 0.42% | = | 2,365.67 |
| Coverage: Softball Dugout2 | 0.99% | = | 5,555.56 |
| Coverage: Technology Bldg | 33.12% | = | 185,720.66 |
| Coverage: Baseball Locker | 6.30% | = | 35,342.95 |
| **Total** | | | **560,762.11** | **100.00%** |

 **Sedgwick**

1833 Centre Point Circle, Suite 139
Naperville, IL 60563

## Recap by Category with Depreciation

| Items | | | | RCV | Deprec. | ACV |
|---|---|---|---|---|---|---|
| **GENERAL DEMOLITION** | | | | 45,730.19 | | 45,730.19 |
| Coverage: Multipurpose Bldg | @ | 58.65% | = | 26,822.54 | | |
| Coverage: Academic Bldg | @ | 1.66% | = | 761.04 | | |
| Coverage: Baseball Dugouts | @ | 1.68% | = | 769.44 | | |
| Coverage: Storage | @ | 1.73% | = | 792.73 | | |
| Coverage: Softball Dugout | @ | 0.35% | = | 159.73 | | |
| Coverage: Softball Dugout2 | @ | 0.81% | = | 368.76 | | |
| Coverage: Technology Bldg | @ | 30.84% | = | 14,104.17 | | |
| Coverage: Baseball Locker | @ | 4.27% | = | 1,951.78 | | |
| **HEAVY EQUIPMENT** | | | | 19,217.60 | | 19,217.60 |
| Coverage: Multipurpose Bldg | @ | 70.00% | = | 13,453.20 | | |
| Coverage: Academic Bldg | @ | 30.00% | = | 5,764.40 | | |
| **HEAT, VENT & AIR CONDITIONING** | | | | 23,956.15 | 11,102.68 | 12,853.47 |
| Coverage: Academic Bldg | @ | 100.00% | = | 23,956.15 | | |
| **INSULATION** | | | | 23,552.64 | 1,256.14 | 22,296.50 |
| Coverage: Multipurpose Bldg | @ | 50.00% | = | 11,776.32 | | |
| Coverage: Technology Bldg | @ | 50.00% | = | 11,776.32 | | |
| **LABOR ONLY** | | | | 13,854.00 | | 13,854.00 |
| Coverage: Multipurpose Bldg | @ | 100.00% | = | 13,854.00 | | |
| **METAL STRUCTURES & COMPONENTS** | | | | 10,990.63 | 1,172.36 | 9,818.27 |
| Coverage: Multipurpose Bldg | @ | 31.72% | = | 3,486.52 | | |
| Coverage: Baseball Dugouts | @ | 10.73% | = | 1,178.94 | | |
| Coverage: Storage | @ | 6.42% | = | 705.72 | | |
| Coverage: Softball Dugout | @ | 2.68% | = | 294.83 | | |
| Coverage: Softball Dugout2 | @ | 5.87% | = | 645.44 | | |
| Coverage: Technology Bldg | @ | 31.72% | = | 3,486.52 | | |
| Coverage: Baseball Locker | @ | 10.85% | = | 1,192.66 | | |
| **ROOFING** | | | | 420,926.90 | 44,985.65 | 375,941.25 |
| Coverage: Multipurpose Bldg | @ | 48.36% | = | 203,565.17 | | |
| Coverage: Baseball Dugouts | @ | 2.40% | = | 10,091.86 | | |
| Coverage: Storage | @ | 2.91% | = | 12,265.24 | | |
| Coverage: Softball Dugout | @ | 0.45% | = | 1,911.11 | | |
| Coverage: Softball Dugout2 | @ | 1.08% | = | 4,541.36 | | |
| Coverage: Technology Bldg | @ | 37.15% | = | 156,353.65 | | |
| Coverage: Baseball Locker | @ | 7.65% | = | 32,198.51 | | |
| **TEMPORARY REPAIRS** | | | | 2,534.00 | | 2,534.00 |
| Coverage: Multipurpose Bldg | @ | 100.00% | = | 2,534.00 | | |
| **Subtotal** | | | | 560,762.11 | 58,516.83 | 502,245.28 |
| **Material Sales Tax** | | | | 15,603.81 | 2,066.50 | 13,537.31 |
| Coverage: Multipurpose Bldg | @ | 44.52% | = | 6,946.25 | | |
| Coverage: Academic Bldg | @ | 7.04% | = | 1,098.04 | | |
| Coverage: Baseball Dugouts | @ | 2.31% | = | 361.22 | | |

ALLEN_COUNTY_COMMUNI

 **Sedgwick**

1833 Centre Point Circle, Suite 139
Naperville, IL 60563

| Coverage | | | | |
|---|---|---|---|---|
| Coverage: Storage | @ | 2.58% = | 402.80 | |
| Coverage: Softball Dugout | @ | 0.46% = | 71.97 | |
| Coverage: Softball Dugout2 | @ | 1.08% = | 168.27 | |
| Coverage: Technology Bldg | @ | 35.44% = | 5,530.69 | |
| Coverage: Baseball Locker | @ | 6.57% = | 1,024.57 | |
| **Total** | | | **576,365.92** | **60,583.33** | **515,782.59** |

ELECTRONICALLY FILED
2024 Nov 19 AM 9:09
CLERK OF THE ALLEN COUNTY DISTRICT COURT
CASE NUMBER: AL-2024-CV-000031
PII COMPLIANT

**NORTHPOINT** **NorthPoint Claims**

4760 Preston Road, Ste 244-142
Frisco, Texas 75034
adam@northpointclaims.com

| | | | |
|---|---|---|---|
| Insured: | Allen County Community College | E-mail: | moses@allencc.edu |
| Property: | 1801 N Cottonwood | | |
| | Iola, KS 66749 | | |

| | | | |
|---|---|---|---|
| Claim Rep.: | Adam Brenner | Business: | (770) 596-5193 |
| Position: | President | E-mail: | adam@northpointclaims.com |
| Business: | 4760 Preston Road, Ste 244-142 | | |
| | Frisco, TX 75034 | | |

| | | | |
|---|---|---|---|
| Estimator: | Adam Brenner | Business: | (770) 596-5193 |
| Position: | President | E-mail: | adam@northpointclaims.com |
| Business: | 4760 Preston Road, Ste 244-142 | | |
| | Frisco, TX 75034 | | |

**Claim Number:** EFD-0002220     **Policy Number:** PEP-000520701PROP     **Type of Loss:** Hail

| | | | |
|---|---|---|---|
| Date Contacted: | 11/17/2022 8:34 AM | | |
| Date of Loss: | 5/4/2020 12:00 AM | Date Received: | 11/17/2022 8:34 AM |
| Date Inspected: | 12/16/2022 8:34 AM | Date Entered: | 12/16/2022 8:27 AM |

| | |
|---|---|
| Price List: | KSKS8X_DEC22 |
| | Restoration/Service/Remodel |
| Estimate: | ALLEN_COMMUNITY |

This estimate is based on current market conditions. Changes in supply and/or demand for labor, material, equipment and/or energy that cause relatively short term cost and or schedule variations existing as of the date of this estimate should be considered before settlement. Due to ever-changing market conditions, unless extended in writing, the prices set forth in this estimate are only valid for a period of 30 days from the date of this estimate. NorthPoint Claims Services LLC and the insured, hereby reserves the right to amend this Estimate as necessary throughout the adjustment and/or appraisal process.

**EXHIBIT**

**3**



**NorthPoint Claims**

4760 Preston Road, Ste 244-142
Frisco, Texas 75034
adam@northpointclaims.com

## ALLEN_COMMUNITY

### Academic Units ABC (Main Building)

#### Roof

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 1. R&R Single ply membrane - Mechanically attached - 60 mil | 901.71 SQ | 408.66 | 0.00 | 73,698.56 | 442,191.37 | (144,685.81) | 297,505.56 |
| 2. Glass mat gypsum - 1/2" - primed | 901.71 SQ | 175.64 | 0.00 | 31,675.26 | 190,051.60 | (79,188.17) | 110,863.43 |
| 3. R&R Insulation - ISO board, 2 1/2"* | 901.71 SQ | 352.15 | 0.00 | 63,507.44 | 381,044.62 | (17,981.30) | 363,063.32 |
| 4. R&R Flash parapet wall only - PVC/TPO - up to 3' | 4,787.31 LF | 14.26 | 0.00 | 13,653.42 | 81,920.47 | (27,834.79) | 54,085.68 |
| 5. R&R Aluminum termination bar / flashing for membrane roofs | 4,787.31 LF | 2.81 | 0.00 | 2,690.48 | 16,142.83 | (3,022.85) | 13,119.98 |
| 6. R&R Counterflashing - Apron flashing | 754.00 LF | 9.54 | 0.00 | 1,438.64 | 8,631.80 | (1,925.93) | 6,705.87 |
| 7. R&R Cap flashing | 3,615.00 LF | 19.41 | 0.00 | 14,033.44 | 84,200.59 | (19,428.04) | 64,772.55 |
| 8. R&R Drip edge - PVC/TPO clad metal with cleat | 346.00 LF | 13.32 | 0.00 | 921.74 | 5,530.46 | (1,260.43) | 4,270.03 |
| 9. R&R Gravel stop | 316.00 LF | 2.17 | 0.00 | 137.14 | 822.86 | (166.13) | 656.73 |
| 10. R&R Curb flashing - PVC/TPO | 607.00 LF | 18.12 | 0.00 | 2,199.76 | 13,198.60 | (4,682.57) | 8,516.03 |
| 11. R&R Aluminum termination bar / flashing for membrane roofs | 607.00 LF | 2.81 | 0.00 | 341.14 | 2,046.81 | (383.28) | 1,663.53 |
| *Allowance for curbs* | | | | | | | |
| 12. R&R Roof drain - PVC/ABS - 2" to 6" outlet | 35.00 EA | 393.41 | 0.00 | 2,753.88 | 16,523.23 | (1,359.87) | 15,163.36 |
| 13. R&R Roof scupper - PVC/TPO clad aluminum | 16.00 EA | 189.58 | 0.00 | 606.66 | 3,639.94 | (808.32) | 2,831.62 |
| 14. R&R Fire / Smoke roof vent - automatic - 48"x48" | 4.00 EA | 1,054.71 | 0.00 | 843.76 | 5,062.60 | (1,142.93) | 3,919.67 |
| 15. R&R Roof vent - active ventilation | 25.00 EA | 118.71 | 0.00 | 593.56 | 3,561.31 | (782.43) | 2,778.88 |
| 16. R&R Pipe jack flashing - PVC/TPO | 48.00 EA | 69.57 | 0.00 | 667.88 | 4,007.24 | (1,405.71) | 2,601.53 |
| 17. R&R Gravity roof ventilator - 18" | 19.00 EA | 305.74 | 0.00 | 1,161.80 | 6,970.86 | (1,609.95) | 5,360.91 |
| 18. R&R Flat roof exhaust vent / cap - gooseneck 8" | 2.00 EA | 80.91 | 0.00 | 32.36 | 194.18 | (40.99) | 153.19 |
| 19. R&R Flat roof exhaust vent / cap - gooseneck 12" | 5.00 EA | 91.91 | 0.00 | 91.92 | 551.47 | (118.20) | 433.27 |
| 20. R&R Exhaust cap - through flat roof - PVC/TPO | 4.00 EA | 128.25 | 0.00 | 102.60 | 615.60 | (136.09) | 479.51 |
| 21. R&R Roof mount power attic vent | 2.00 EA | 236.51 | 0.00 | 94.60 | 567.62 | (140.67) | 426.95 |
| 22. R&R Pitch pan / pocket - up to 6" x 6" x 4" - PVC/TPO | 73.00 EA | 121.25 | 0.00 | 1,770.24 | 10,621.49 | (1,996.86) | 8,624.63 |
| 23. Remove Ladder - steel fabricated - wall mounted | 5.00 LF | 2.55 | 0.00 | 2.56 | 15.31 | (0.00) | 15.31 |
| 24. Install Ladder - steel fabricated - wall mounted | 5.00 LF | 7.58 | 0.00 | 7.58 | 45.48 | (3.79) | 41.69 |
| 25. Roofer - per hour | 18.00 HR | 110.22 | 0.00 | 396.80 | 2,380.76 | (0.00) | 2,380.76 |
| *Allowance to detach and reset wind/screen walls surrounding HVAC units* | | | | | | | |
| **ORDINANCE & LAW** | | | | | | | |
| 26. Insulation - ISO board, 3" | ~~793.57 SQ~~ | ~~304.06~~ | ~~0.00~~ | ~~48,258.58~~ | ~~289,551.47~~ | ~~(0.00)~~ | ~~289,551.47~~ |



## NorthPoint Claims

4760 Preston Road, Ste 244-142
Frisco, Texas 75034
adam@northpointclaims.com

**CONTINUED - Roof**

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| This item did not previously exist or expands the scope of repairs, but is required by current building codes. The code upgrade cost is payable when incurred, subject to limits. | | | | | | | |
| *Allowance to bring the roof up to code, R-30* | | | | | | | |
| **Totals: Roof** | | | 0.00 | 213,423.22 | 1,280,539.10 | 310,105.11 | 970,433.99 |

### HVAC

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 27. Packaged air conditioning unit - Detach & reset | 2.00 EA | 968.93 | 0.00 | 387.58 | 2,325.44 | (0.00) | 2,325.44 |
| 28. Central air cond. system - recharge - 10lb refrigerant | 2.00 EA | 260.43 | 0.00 | 104.18 | 625.04 | (0.00) | 625.04 |
| 29. Central air - condenser unit - Detach & reset | 2.00 EA | 608.11 | 0.00 | 243.24 | 1,459.46 | (0.00) | 1,459.46 |
| 30. Central air cond. system - recharge - 5lb refrigerant | 2.00 EA | 161.10 | 0.00 | 64.44 | 386.64 | (0.00) | 386.64 |
| 31. Remove Air conditioning unit, 20 ton - Commercial grade | 3.00 EA | 612.15 | 0.00 | 367.30 | 2,203.75 | (0.00) | 2,203.75 |
| 32. Install Air conditioning unit, 20 ton - Commercial grade | 3.00 EA | 5,011.66 | 0.00 | 3,007.00 | 18,041.98 | (0.00) | 18,041.98 |
| 33. Central air cond. system - recharge - 17lb refrigerant | 3.00 EA | 398.48 | 0.00 | 239.08 | 1,434.52 | (0.00) | 1,434.52 |
| **Totals: HVAC** | | | 0.00 | 4,412.82 | 26,476.83 | 0.00 | 26,476.83 |

### General Conditions

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 34. Commercial Supervision / Project Management - per hour | 450.00 HR | 62.04 | 0.00 | 5,583.60 | 33,501.60 | (0.00) | 33,501.60 |
| *Period of restoration estimated to 45 days* | | | | | | | |
| 35. Dumpster load - Approx. 30 yards, 5-7 tons of debris | 15.00 EA | 532.98 | 0.00 | 1,598.94 | 9,593.64 | (0.00) | 9,593.64 |
| 36. Telehandler/forklift and operator | 450.00 HR | 105.18 | 0.00 | 9,466.20 | 56,797.20 | (0.00) | 56,797.20 |
| 37. Crane and operator - 14 ton capacity - 65' extension boom | 28.00 HR | 137.00 | 0.00 | 767.20 | 4,603.20 | (0.00) | 4,603.20 |
| *Allowance to detach and reset 7 HVAC units. Allows for four hours per unit* | | | | | | | |



**NorthPoint Claims**

4760 Preston Road, Ste 244-142
Frisco, Texas 75034
adam@northpointclaims.com

CONTINUED - Roof

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| *Allowance for curbs* | | | | | | | |
| 96.  R&R Roof scupper - PVC/TPO clad aluminum | 18.00 EA | 189.58 | 0.00 | 682.50 | 4,094.94 | (909.36) | 3,185.58 |
| 97.  R&R Gravity roof ventilator - 18" | 8.00 EA | 305.74 | 0.00 | 489.20 | 2,935.12 | (677.87) | 2,257.25 |
| 98.  R&R Pipe jack flashing - PVC/TPO | 14.00 EA | 69.57 | 0.00 | 194.80 | 1,168.78 | (410.00) | 758.78 |
| 99.  R&R Pitch pan / pocket - up to 6" x 6" x 4" - PVC/TPO | 2.00 EA | 121.25 | 0.00 | 48.50 | 291.00 | (54.71) | 236.29 |
| 100.  Remove Additional charge for high roof (2 stories or greater) | 86.00 SQ | 5.39 | 0.00 | 92.70 | 556.24 | (0.00) | 556.24 |
| 101.  Additional charge for high roof (2 stories or greater) | 86.00 SQ | 17.29 | 0.00 | 297.38 | 1,784.32 | (0.00) | 1,784.32 |
| **ORDINANCE & LAW** | | | | | | | |
| ~~102.  Insulation - ISO board, 3"~~ | ~~79.71 SQ~~ | ~~304.06~~ | ~~0.00~~ | ~~4,847.32~~ | ~~29,083.94~~ | ~~(0.00)~~ | ~~29,083.94~~ |

This item did not previously exist or expands the scope of repairs, but is required by current building codes. The code upgrade cost is payable when incurred, subject to limits.

*Allowance to bring the roof up to code, R-30*

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Totals:  Roof** | | | 0.00 | 23,439.76 | 140,638.36 | 34,214.77 | 106,423.59 |

HVAC

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 103.  Packaged air conditioning unit - Detach & reset | 1.00 EA | 968.93 | 0.00 | 193.78 | 1,162.71 | (0.00) | 1,162.71 |
| 104.  Central air cond. system - recharge - 10lb refrigerant | 1.00 EA | 260.43 | 0.00 | 52.08 | 312.51 | (0.00) | 312.51 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Totals:  HVAC** | | | 0.00 | 245.86 | 1,475.22 | 0.00 | 1,475.22 |

General Conditions

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 105.  Commercial Supervision / Project Management - per hour | 40.00 HR | 62.04 | 0.00 | 496.32 | 2,977.92 | (0.00) | 2,977.92 |
| *Period of restoration estimated to 4 days* | | | | | | | |
| 106.  Dumpster load - Approx. 30 yards, 5-7 tons of debris | 1.00 EA | 532.98 | 0.00 | 106.60 | 639.58 | (0.00) | 639.58 |
| 107.  Telehandler/forklift and operator | 40.00 HR | 105.18 | 0.00 | 841.44 | 5,048.64 | (0.00) | 5,048.64 |



**NorthPoint Claims**

4760 Preston Road, Ste 244-142
Frisco, Texas 75034
adam@northpointclaims.com

## CONTINUED - General Conditions

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 108. Crane and operator - 14 ton capacity - 65' extension boom | 4.00 HR | 137.00 | 0.00 | 109.60 | 657.60 | (0.00) | 657.60 |
| *Allowance to detach and reset 1 HVAC unit. Allows for four hours per unit* | | | | | | | |
| 109. Temporary fencing - 1-4 months (per month) | 500.00 LF | 1.76 | 0.00 | 176.00 | 1,056.00 | (0.00) | 1,056.00 |
| *Reroof of the risk would occur during the school year. Egress and ingress must be controlled as per OSHA requirements to avoid fall hazards from the roof. Additionally, roofing materials and job site must be defined and secure.* | | | | | | | |
| 110. Barricade/warning sign/traffic cone - Min. equip. charge | 12.00 EA | 52.50 | 0.00 | 126.00 | 756.00 | (0.00) | 756.00 |
| 111. Temporary toilet - Minimum rental charge | 1.00 EA | 120.00 | 0.00 | 24.00 | 144.00 | (0.00) | 144.00 |
| 112. Rental equipment delivery / mobilization (Bid item) | 1.00 EA | 250.00 | 0.00 | 50.00 | 300.00 | (0.00) | 300.00 |
| 113. Fuel surcharge | 4.00 EA | 150.00 | 0.00 | 120.00 | 720.00 | (0.00) | 720.00 |
| *Allows for fuel charges on all equipment (telehandler, crane and generators)* | | | | | | | |
| 114. Generator - 6,000 watt - portable (per day) | 12.00 DA | 80.06 | 0.00 | 192.14 | 1,152.86 | (0.00) | 1,152.86 |
| *Allows for 4 generators for 45 days. Roofing will have to take place at night.* | | | | | | | |
| 115. Light Tower Rental* | 12.00 EA | 175.00 | 0.00 | 420.00 | 2,520.00 | (0.00) | 2,520.00 |
| *Allowance for 4 light towers for 45 day. Roofing will be completed at night* | | | | | | | |
| **Totals: General Conditions** | | | **0.00** | **2,662.10** | **15,972.60** | **0.00** | **15,972.60** |
| **Total: Dormitory 1 - Horton** | | | **0.00** | **26,347.72** | **158,086.18** | **34,214.77** | **123,871.41** |

## Dormitory 2 - Winter Hall

### Roof

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 116. Remove Laminated - comp. shingle rfg. - w/out felt | 57.33 SQ | 54.11 | 0.00 | 620.42 | 3,722.55 | (0.00) | 3,722.55 |
| 117. Laminated - comp. shingle rfg. - w/out felt | 63.33 SQ | 227.63 | 0.00 | 2,883.16 | 17,298.97 | (1,922.11) | 15,376.86 |
| 118. R&R Hip / Ridge cap - composition shingles | 174.00 LF | 6.45 | 0.00 | 224.46 | 1,346.76 | (113.03) | 1,233.73 |
| 119. Roofing felt - 15 lb. | 57.33 SQ | 29.53 | 0.00 | 338.60 | 2,031.55 | (338.59) | 1,692.96 |
| 120. Asphalt starter - universal starter course | 347.00 LF | 1.79 | 0.00 | 124.22 | 745.35 | (124.23) | 621.12 |
| 121. R&R Drip edge | 435.00 LF | 2.87 | 0.00 | 249.70 | 1,498.15 | (126.27) | 1,371.88 |
| 122. R&R Roof vent - turtle type - Metal | 15.00 EA | 69.47 | 0.00 | 208.42 | 1,250.47 | (103.37) | 1,147.10 |
| 123. R&R Flashing - pipe jack | 8.00 EA | 49.77 | 0.00 | 79.62 | 477.78 | (38.93) | 438.85 |



**NorthPoint Claims**

4760 Preston Road, Ste 244-142
Frisco, Texas 75034
adam@northpointclaims.com

**CONTINUED - Roof**

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 124. R&R Exhaust cap - through flat roof | 8.00 EA | 112.92 | 0.00 | 180.68 | 1,084.04 | (94.86) | 989.18 |
| 125. Remove Additional charge for high roof (2 stories or greater) | 57.33 SQ | 5.39 | 0.00 | 61.80 | 370.81 | (0.00) | 370.81 |
| 126. Additional charge for high roof (2 stories or greater) | 57.33 SQ | 17.29 | 0.00 | 198.24 | 1,189.48 | (0.00) | 1,189.48 |
| **Totals: Roof** | | | **0.00** | **5,169.32** | **31,015.91** | **2,861.39** | **28,154.52** |

**General Conditions**

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 127. Commercial Supervision / Project Management - per hour | 20.00 HR | 62.04 | 0.00 | 248.16 | 1,488.96 | (0.00) | 1,488.96 |
| *Period of restoration estimated to 2 days* | | | | | | | |
| 128. Dumpster load - Approx. 30 yards, 5-7 tons of debris | 1.00 EA | 532.98 | 0.00 | 106.60 | 639.58 | (0.00) | 639.58 |
| 129. Telehandler/forklift and operator | 20.00 HR | 105.18 | 0.00 | 420.72 | 2,524.32 | (0.00) | 2,524.32 |
| 130. Temporary fencing - 1-4 months (per month) | 500.00 LF | 1.76 | 0.00 | 176.00 | 1,056.00 | (0.00) | 1,056.00 |
| *Reroof of the risk would occur during the school year. Egress and ingress must be controlled as per OSHA requirements to avoid fall hazards from the roof. Additionally, roofing materials and job site must be defined and secure.* | | | | | | | |
| 131. Barricade/warning sign/traffic cone - Min. equip. charge | 12.00 EA | 52.50 | 0.00 | 126.00 | 756.00 | (0.00) | 756.00 |
| 132. Temporary toilet (per month) | 2.00 MO | 151.00 | 0.00 | 60.40 | 362.40 | (0.00) | 362.40 |
| 133. Rental equipment delivery / mobilization (Bid item) | 1.00 EA | 250.00 | 0.00 | 50.00 | 300.00 | (0.00) | 300.00 |
| 134. Fuel surcharge | 2.00 EA | 150.00 | 0.00 | 60.00 | 360.00 | (0.00) | 360.00 |
| **Totals: General Conditions** | | | **0.00** | **1,247.88** | **7,487.26** | **0.00** | **7,487.26** |
| **Total: Dormitory 2 - Winter Hall** | | | **0.00** | **6,417.20** | **38,503.17** | **2,861.39** | **35,641.78** |

**Dormitory 3 - Masterson**

**Roof**

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 135. Remove Laminated - comp. shingle rfg. - w/out felt | 123.32 SQ | 54.11 | 0.00 | 1,334.58 | 8,007.43 | (0.00) | 8,007.43 |



**NorthPoint Claims**

4760 Preston Road, Ste 244-142
Frisco, Texas 75034
adam@northpointclaims.com

**CONTINUED - Roof**

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 136. Laminated - comp. shingle rfg. - w/out felt | 142.00 SQ | 227.63 | 0.00 | 6,464.70 | 38,788.16 | (14,006.83) | 24,781.33 |
| 137. R&R Hip / Ridge cap - composition shingles | 396.00 LF | 6.45 | 0.00 | 510.84 | 3,065.04 | (836.04) | 2,229.00 |
| 138. Roofing felt - 15 lb. | 123.32 SQ | 29.53 | 0.00 | 728.32 | 4,369.96 | (2,367.07) | 2,002.89 |
| 139. Valley Liner* | 84.00 SF | 1.49 | 0.00 | 25.04 | 150.20 | (54.24) | 95.96 |
| 140. Asphalt starter - universal starter course | 498.00 LF | 1.79 | 0.00 | 178.28 | 1,069.70 | (579.42) | 490.28 |
| 141. R&R Drip edge | 498.00 LF | 2.87 | 0.00 | 285.84 | 1,715.10 | (469.83) | 1,245.27 |
| 142. R&R Roof vent - turtle type - Metal | 14.00 EA | 69.47 | 0.00 | 194.52 | 1,167.10 | (313.56) | 853.54 |
| 143. R&R Flashing - pipe jack | 7.00 EA | 49.77 | 0.00 | 69.68 | 418.07 | (110.71) | 307.36 |
| 144. R&R Exhaust cap - through flat roof | 1.00 EA | 112.92 | 0.00 | 22.60 | 135.52 | (38.54) | 96.98 |
| 145. R&R Gutter / downspout - aluminum - up to 5" | 818.00 LF | 8.73 | 0.00 | 1,428.24 | 8,569.38 | (3,496.46) | 5,072.92 |
| 146. Remove Additional charge for high roof (2 stories or greater) | 123.32 SQ | 5.39 | 0.00 | 132.94 | 797.63 | (0.00) | 797.63 |
| 147. Additional charge for high roof (2 stories or greater) | 123.32 SQ | 17.29 | 0.00 | 426.44 | 2,558.64 | (0.00) | 2,558.64 |
| **Totals: Roof** | | | **0.00** | **11,802.02** | **70,811.93** | **22,272.70** | **48,539.23** |

**Exterior**

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 148. R&R Soffit - vinyl | 228.00 SF | 5.32 | 0.00 | 242.60 | 1,455.56 | (297.59) | 1,157.97 |
| *Allowance to replace missing or displaced soffit* | | | | | | | |
| **Totals: Exterior** | | | **0.00** | **242.60** | **1,455.56** | **297.59** | **1,157.97** |

**General Conditions**

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 149. Commercial Supervision / Project Management - per hour | 30.00 HR | 62.04 | 0.00 | 372.24 | 2,233.44 | (0.00) | 2,233.44 |
| *Period of restoration estimated to 3 days* | | | | | | | |
| 150. Dumpster load - Approx. 30 yards, 5-7 tons of debris | 2.00 EA | 532.98 | 0.00 | 213.20 | 1,279.16 | (0.00) | 1,279.16 |
| 151. Telehandler/forklift and operator | 30.00 HR | 105.18 | 0.00 | 631.08 | 3,786.48 | (0.00) | 3,786.48 |



**NorthPoint Claims**

4760 Preston Road, Ste 244-142
Frisco, Texas 75034
adam@northpointclaims.com

### General Conditions

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 186. Commercial Supervision / Project Management - per hour | 10.00 HR | 62.04 | 0.00 | 124.08 | 744.48 | (0.00) | 744.48 |
| *Period of restoration estimated to 1 day* | | | | | | | |
| 187. Dumpster load - Approx. 12 yards, 1-3 tons of debris | 1.00 EA | 410.00 | 0.00 | 82.00 | 492.00 | (0.00) | 492.00 |
| **Totals: General Conditions** | | | 0.00 | 206.08 | 1,236.48 | 0.00 | 1,236.48 |
| **Total: 214 White Blvd - Duplex** | | | 0.00 | 2,888.86 | 17,333.15 | 1,497.29 | 15,835.86 |

### 301 White Blvd - Duplex

#### Roof

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 188. Remove Laminated - comp. shingle rfg. - w/out felt | 31.78 SQ | 54.11 | 0.00 | 343.92 | 2,063.54 | (0.00) | 2,063.54 |
| 189. Laminated - comp. shingle rfg. - w/out felt | 35.00 SQ | 227.63 | 0.00 | 1,593.42 | 9,560.47 | (1,062.27) | 8,498.20 |
| 190. R&R Hip / Ridge cap - composition shingles | 114.00 LF | 6.45 | 0.00 | 147.06 | 882.36 | (74.05) | 808.31 |
| 191. R&R Continuous ridge vent - shingle-over style | 89.00 LF | 9.51 | 0.00 | 169.28 | 1,015.67 | (87.98) | 927.69 |
| 192. Roofing felt - 15 lb. | 31.87 SQ | 29.53 | 0.00 | 188.22 | 1,129.34 | (188.22) | 941.12 |
| 193. Asphalt starter - universal starter course | 141.00 LF | 1.79 | 0.00 | 50.48 | 302.87 | (50.48) | 252.39 |
| 194. R&R Drip edge | 266.00 LF | 2.87 | 0.00 | 152.68 | 916.10 | (77.22) | 838.88 |
| 195. R&R Roof vent - turtle type - Metal | 6.00 EA | 69.47 | 0.00 | 83.36 | 500.18 | (41.35) | 458.83 |
| 196. R&R Flashing - pipe jack | 5.00 EA | 49.77 | 0.00 | 49.78 | 298.63 | (24.33) | 274.30 |
| 197. R&R Exhaust cap - through roof - 6" to 8" | 2.00 EA | 98.56 | 0.00 | 39.42 | 236.54 | (20.43) | 216.11 |
| 198. Meter mast for overhead power - Detach & reset | 2.00 EA | 500.48 | 0.00 | 200.20 | 1,201.16 | (0.00) | 1,201.16 |
| 199. R&R Gutter / downspout - aluminum - up to 5" | 258.00 LF | 8.73 | 0.00 | 450.48 | 2,702.82 | (339.32) | 2,363.50 |
| **Totals: Roof** | | | 0.00 | 3,468.30 | 20,809.68 | 1,965.65 | 18,844.03 |

#### General Conditions

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 200. Commercial Supervision / Project Management - per hour | 10.00 HR | 62.04 | 0.00 | 124.08 | 744.48 | (0.00) | 744.48 |



**NorthPoint Claims**

4760 Preston Road, Ste 244-142
Frisco, Texas 75034
adam@northpointclaims.com

**CONTINUED - General Conditions**

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| *Period of restoration estimated to 1 day* | | | | | | | |
| 201. Dumpster load - Approx. 12 yards, 1-3 tons of debris | 1.00 EA | 410.00 | 0.00 | 82.00 | 492.00 | (0.00) | 492.00 |
| **Totals: General Conditions** | | | 0.00 | 206.08 | 1,236.48 | 0.00 | 1,236.48 |
| **Total: 301 White Blvd - Duplex** | | | 0.00 | 3,674.38 | 22,046.16 | 1,965.65 | 20,080.51 |

### 302 White Blvd - Duplex

#### Roof

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 202. Remove Laminated - comp. shingle rfg. - w/out felt | 31.78 SQ | 54.11 | 0.00 | 343.92 | 2,063.54 | (0.00) | 2,063.54 |
| 203. Laminated - comp. shingle rfg. - w/out felt | 35.00 SQ | 227.63 | 0.00 | 1,593.42 | 9,560.47 | (1,062.27) | 8,498.20 |
| 204. R&R Hip / Ridge cap - composition shingles | 114.00 LF | 6.45 | 0.00 | 147.06 | 882.36 | (74.05) | 808.31 |
| 205. R&R Continuous ridge vent - shingle-over style | 89.00 LF | 9.51 | 0.00 | 169.28 | 1,015.67 | (87.98) | 927.69 |
| 206. Roofing felt - 15 lb. | 31.87 SQ | 29.53 | 0.00 | 188.22 | 1,129.34 | (188.22) | 941.12 |
| 207. Asphalt starter - universal starter course | 141.00 LF | 1.79 | 0.00 | 50.48 | 302.87 | (50.48) | 252.39 |
| 208. R&R Drip edge | 266.00 LF | 2.87 | 0.00 | 152.68 | 916.10 | (77.22) | 838.88 |
| 209. R&R Roof vent - turtle type - Metal | 6.00 EA | 69.47 | 0.00 | 83.36 | 500.18 | (41.35) | 458.83 |
| 210. R&R Flashing - pipe jack | 5.00 EA | 49.77 | 0.00 | 49.78 | 298.63 | (24.33) | 274.30 |
| 211. R&R Exhaust cap - through roof - 6" to 8" | 2.00 EA | 98.56 | 0.00 | 39.42 | 236.54 | (20.43) | 216.11 |
| 212. Meter mast for overhead power - Detach & reset | 2.00 EA | 500.48 | 0.00 | 200.20 | 1,201.16 | (0.00) | 1,201.16 |
| 213. R&R Gutter / downspout - aluminum - up to 5" | 258.00 LF | 8.73 | 0.00 | 450.48 | 2,702.82 | (339.32) | 2,363.50 |
| **Totals: Roof** | | | 0.00 | 3,468.30 | 20,809.68 | 1,965.65 | 18,844.03 |

#### General Conditions

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|



**NorthPoint Claims**

4760 Preston Road, Ste 244-142
Frisco, Texas 75034
adam@northpointclaims.com

## CONTINUED - General Conditions

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 214. Commercial Supervision / Project Management - per hour | 10.00 HR | 62.04 | 0.00 | 124.08 | 744.48 | (0.00) | 744.48 |
| *Period of restoration estimated to 1 day* | | | | | | | |
| 215. Dumpster load - Approx. 12 yards, 1-3 tons of debris | 1.00 EA | 410.00 | 0.00 | 82.00 | 492.00 | (0.00) | 492.00 |
| **Totals: General Conditions** | | | 0.00 | 206.08 | 1,236.48 | 0.00 | 1,236.48 |
| **Total: 302 White Blvd - Duplex** | | | 0.00 | 3,674.38 | 22,046.16 | 1,965.65 | 20,080.51 |

## 309 White Blvd - Duplex

### Roof

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 216. Remove Laminated - comp. shingle rfg. - w/out felt | 28.92 SQ | 54.11 | 0.00 | 312.98 | 1,877.84 | (0.00) | 1,877.84 |
| 217. Laminated - comp. shingle rfg. - w/out felt | 32.00 SQ | 227.63 | 0.00 | 1,456.84 | 8,741.00 | (971.22) | 7,769.78 |
| 218. R&R Hip / Ridge cap - composition shingles | 79.00 LF | 6.45 | 0.00 | 101.90 | 611.45 | (51.32) | 560.13 |
| 219. R&R Continuous ridge vent - shingle-over style | 79.00 LF | 9.51 | 0.00 | 150.26 | 901.55 | (78.10) | 823.45 |
| 220. Roofing felt - 15 lb. | 28.92 SQ | 29.53 | 0.00 | 170.80 | 1,024.81 | (170.80) | 854.01 |
| 221. Asphalt starter - universal starter course | 158.00 LF | 1.79 | 0.00 | 56.56 | 339.38 | (56.56) | 282.82 |
| 222. R&R Drip edge | 232.00 LF | 2.87 | 0.00 | 133.18 | 799.02 | (67.35) | 731.67 |
| 223. R&R Roof vent - turtle type - Metal | 2.00 EA | 69.47 | 0.00 | 27.78 | 166.72 | (13.78) | 152.94 |
| 224. R&R Flashing - pipe jack | 3.00 EA | 49.77 | 0.00 | 29.86 | 179.17 | (14.60) | 164.57 |
| 225. R&R Exhaust cap - through roof - 6" to 8" | 2.00 EA | 98.56 | 0.00 | 39.42 | 236.54 | (20.43) | 216.11 |
| 226. Meter mast for overhead power - Detach & reset | 2.00 EA | 500.48 | 0.00 | 200.20 | 1,201.16 | (0.00) | 1,201.16 |
| 227. R&R Gutter / downspout - aluminum - up to 5" | 198.00 LF | 8.73 | 0.00 | 345.72 | 2,074.26 | (260.41) | 1,813.85 |
| **Totals: Roof** | | | 0.00 | 3,025.50 | 18,152.90 | 1,704.57 | 16,448.33 |

### General Conditions



## NorthPoint Claims

4760 Preston Road, Ste 244-142
Frisco, Texas 75034
adam@northpointclaims.com

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 228. Commercial Supervision / Project Management - per hour | 10.00 HR | 62.04 | 0.00 | 124.08 | 744.48 | (0.00) | 744.48 |
| *Period of restoration estimated to 1 day* | | | | | | | |
| 229. Dumpster load - Approx. 12 yards, 1- 3 tons of debris | 1.00 EA | 410.00 | 0.00 | 82.00 | 492.00 | (0.00) | 492.00 |
| **Totals: General Conditions** | | | 0.00 | 206.08 | 1,236.48 | 0.00 | 1,236.48 |
| **Total: 309 White Blvd - Duplex** | | | 0.00 | 3,231.58 | 19,389.38 | 1,704.57 | 17,684.81 |

### 310 White Blvd - Duplex

#### Roof

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 230. Remove Laminated - comp. shingle rfg. - w/out felt | 28.92 SQ | 54.11 | 0.00 | 312.98 | 1,877.84 | (0.00) | 1,877.84 |
| 231. Laminated - comp. shingle rfg. - w/out felt | 32.00 SQ | 227.63 | 0.00 | 1,456.84 | 8,741.00 | (971.22) | 7,769.78 |
| 232. R&R Hip / Ridge cap - composition shingles | 79.00 LF | 6.45 | 0.00 | 101.90 | 611.45 | (51.32) | 560.13 |
| 233. R&R Continuous ridge vent - shingle-over style | 79.00 LF | 9.51 | 0.00 | 150.26 | 901.55 | (78.10) | 823.45 |
| 234. Roofing felt - 15 lb. | 28.92 SQ | 29.53 | 0.00 | 170.80 | 1,024.81 | (170.80) | 854.01 |
| 235. Asphalt starter - universal starter course | 158.00 LF | 1.79 | 0.00 | 56.56 | 339.38 | (56.56) | 282.82 |
| 236. R&R Drip edge | 232.00 LF | 2.87 | 0.00 | 133.18 | 799.02 | (67.35) | 731.67 |
| 237. R&R Roof vent - turtle type - Metal | 2.00 EA | 69.47 | 0.00 | 27.78 | 166.72 | (13.78) | 152.94 |
| 238. R&R Flashing - pipe jack | 3.00 EA | 49.77 | 0.00 | 29.86 | 179.17 | (14.60) | 164.57 |
| 239. R&R Exhaust cap - through roof - 6" to 8" | 2.00 EA | 98.56 | 0.00 | 39.42 | 236.54 | (20.43) | 216.11 |
| 240. Meter mast for overhead power - Detach & reset | 2.00 EA | 500.48 | 0.00 | 200.20 | 1,201.16 | (0.00) | 1,201.16 |
| 241. R&R Gutter / downspout - aluminum - up to 5" | 198.00 LF | 8.73 | 0.00 | 345.72 | 2,074.26 | (260.41) | 1,813.85 |
| **Totals: Roof** | | | 0.00 | 3,025.50 | 18,152.90 | 1,704.57 | 16,448.33 |

#### General Conditions

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 242. Commercial Supervision / Project Management - per hour | 10.00 HR | 62.04 | 0.00 | 124.08 | 744.48 | (0.00) | 744.48 |
| *Period of restoration estimated to 1 day* | | | | | | | |
| 243. Dumpster load - Approx. 12 yards, 1- 3 tons of debris | 1.00 EA | 410.00 | 0.00 | 82.00 | 492.00 | (0.00) | 492.00 |



**NorthPoint Claims**

4760 Preston Road, Ste 244-142
Frisco, Texas 75034
adam@northpointclaims.com

## CONTINUED - General Conditions

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| **Totals: General Conditions** | | | 0.00 | 206.08 | 1,236.48 | 0.00 | 1,236.48 |
| **Total: 310 White Blvd - Duplex** | | | 0.00 | 3,231.58 | 19,389.38 | 1,704.57 | 17,684.81 |

### Baseball Dugouts

#### Roof

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| **DUGOUT 1** | | | | | | | |
| 244. R&R Metal roofing - High grade | 538.52 SF | 9.93 | 0.00 | 1,069.52 | 6,417.03 | (541.11) | 5,875.92 |
| 245. R&R Endwall flashing for metal roofing - 26 gauge | 121.54 LF | 7.01 | 0.00 | 170.40 | 1,022.39 | (0.00) | 1,022.39 |
| **DUGOUT 2** | | | | | | | |
| 246. R&R Metal roofing - High grade | 538.52 SF | 9.93 | 0.00 | 1,069.52 | 6,417.03 | (541.11) | 5,875.92 |
| 247. R&R Endwall flashing for metal roofing - 26 gauge | 121.54 LF | 7.01 | 0.00 | 170.40 | 1,022.39 | (0.00) | 1,022.39 |
| **Totals: Roof** | | | 0.00 | 2,479.84 | 14,878.84 | 1,082.22 | 13,796.62 |

#### General Conditions

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 248. Commercial Supervision / Project Management - per hour | 8.00 HR | 62.04 | 0.00 | 99.26 | 595.58 | (0.00) | 595.58 |
| *Period of restoration estimated to 1 day* | | | | | | | |
| 249. Dumpster load - Approx. 12 yards, 1-3 tons of debris | 1.00 EA | 410.00 | 0.00 | 82.00 | 492.00 | (0.00) | 492.00 |
| **Totals: General Conditions** | | | 0.00 | 181.26 | 1,087.58 | 0.00 | 1,087.58 |
| **Total: Baseball Dugouts** | | | 0.00 | 2,661.10 | 15,966.42 | 1,082.22 | 14,884.20 |

### Softball Dugouts 1

#### Roof



**NorthPoint Claims**

4760 Preston Road, Ste 244-142
Frisco, Texas 75034
adam@northpointclaims.com

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 250.  R&R Metal roofing - High grade | 203.96 SF | 9.93 | 0.00 | 405.06 | 2,430.38 | (204.94) | 2,225.44 |
| 251.  R&R Endwall flashing for metal roofing - 26 gauge | 60.79 LF | 7.01 | 0.00 | 85.24 | 511.38 | (0.00) | 511.38 |
| **Totals:  Roof** | | | **0.00** | **490.30** | **2,941.76** | **204.94** | **2,736.82** |

### General Conditions

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 252.  Commercial Supervision / Project Management - per hour | 8.00 HR | 62.04 | 0.00 | 99.26 | 595.58 | (0.00) | 595.58 |
| *Period of restoration estimated to 1 day* | | | | | | | |
| 253.  Dumpster load - Approx. 12 yards, 1-3 tons of debris | 1.00 EA | 410.00 | 0.00 | 82.00 | 492.00 | (0.00) | 492.00 |
| **Totals:  General Conditions** | | | **0.00** | **181.26** | **1,087.58** | **0.00** | **1,087.58** |
| **Total:  Softball Dugouts 1** | | | **0.00** | **671.56** | **4,029.34** | **204.94** | **3,824.40** |

### Softball Dugout 2

#### Roof

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 254.  R&R Metal roofing - High grade | 484.67 SF | 9.93 | 0.00 | 962.56 | 5,775.33 | (487.00) | 5,288.33 |
| 255.  R&R Endwall flashing for metal roofing - 26 gauge | 133.08 LF | 7.01 | 0.00 | 186.58 | 1,119.47 | (0.00) | 1,119.47 |
| **Totals:  Roof** | | | **0.00** | **1,149.14** | **6,894.80** | **487.00** | **6,407.80** |

### General Conditions

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 256.  Commercial Supervision / Project Management - per hour | 8.00 HR | 62.04 | 0.00 | 99.26 | 595.58 | (0.00) | 595.58 |
| *Period of restoration estimated to 1 day* | | | | | | | |
| 257.  Dumpster load - Approx. 12 yards, 1-3 tons of debris | 1.00 EA | 410.00 | 0.00 | 82.00 | 492.00 | (0.00) | 492.00 |
| **Totals:  General Conditions** | | | **0.00** | **181.26** | **1,087.58** | **0.00** | **1,087.58** |
| **Total:  Softball Dugout 2** | | | **0.00** | **1,330.40** | **7,982.38** | **487.00** | **7,495.38** |



**NorthPoint Claims**

4760 Preston Road, Ste 244-142
Frisco, Texas 75034
adam@northpointclaims.com

### Baseball Batting Cage

#### Roof

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 258. R&R Metal roofing - High grade | 3,436.34 SF | 9.93 | 0.00 | 6,824.56 | 40,947.41 | (3,452.83) | 37,494.58 |
| 259. R&R Endwall flashing for metal roofing - 26 gauge | 245.91 LF | 7.01 | 0.00 | 344.76 | 2,068.58 | (0.00) | 2,068.58 |
| **Totals: Roof** | | | **0.00** | **7,169.32** | **43,015.99** | **3,452.83** | **39,563.16** |

#### General Conditions

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 260. Commercial Supervision / Project Management - per hour | 8.00 HR | 62.04 | 0.00 | 99.26 | 595.58 | (0.00) | 595.58 |
| *Period of restoration estimated to 1 day* | | | | | | | |
| 261. Dumpster load - Approx. 12 yards, 1-3 tons of debris | 1.00 EA | 410.00 | 0.00 | 82.00 | 492.00 | (0.00) | 492.00 |
| **Totals: General Conditions** | | | **0.00** | **181.26** | **1,087.58** | **0.00** | **1,087.58** |
| **Total: Baseball Batting Cage** | | | **0.00** | **7,350.58** | **44,103.57** | **3,452.83** | **40,650.74** |

### Storage

#### Roof

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 262. R&R Metal roofing - High grade | 1,308.99 SF | 9.93 | 0.00 | 2,599.66 | 15,597.93 | (1,315.27) | 14,282.66 |
| 263. R&R Endwall flashing for metal roofing - 26 gauge | 145.51 LF | 7.01 | 0.00 | 204.00 | 1,224.02 | (0.00) | 1,224.02 |
| **Totals: Roof** | | | **0.00** | **2,803.66** | **16,821.95** | **1,315.27** | **15,506.68** |

#### General Conditions

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 264. Commercial Supervision / Project Management - per hour | 8.00 HR | 62.04 | 0.00 | 99.26 | 595.58 | (0.00) | 595.58 |
| *Period of restoration estimated to 1 day* | | | | | | | |
| 265. Dumpster load - Approx. 12 yards, 1-3 tons of debris | 1.00 EA | 410.00 | 0.00 | 82.00 | 492.00 | (0.00) | 492.00 |



**NorthPoint Claims**

4760 Preston Road, Ste 244-142
Frisco, Texas 75034
adam@northpointclaims.com

### CONTINUED - General Conditions

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| Totals: General Conditions | | | 0.00 | 181.26 | 1,087.58 | 0.00 | 1,087.58 |
| Total: Storage | | | 0.00 | 2,984.92 | 17,909.53 | 1,315.27 | 16,594.26 |
| Line Item Totals: ALLEN_COMMUNITY | | | 0.00 | 432,904.26 | 2,597,423.67 | 437,724.54 | 2,159,699.13 |

| Coverage | Item Total | % | ACV Total | % |
|---|---|---|---|---|
| Academeic Units ABC/ Tel Bleachers | 1,514,372.41 | 58.30% | 1,204,267.30 | 55.76% |
| Technology Building | 270,288.12 | 10.41% | 245,251.68 | 11.36% |
| Multi Purpose Building | 316,819.90 | 12.20% | 293,843.77 | 13.61% |
| Dormitory 1 - Horton | 158,086.18 | 6.09% | 123,871.41 | 5.74% |
| Dormitory 2 - Winter Hall | 38,503.17 | 1.48% | 35,641.78 | 1.65% |
| Dormitory 3 - Masterson | 82,580.97 | 3.18% | 60,010.68 | 2.78% |
| Red Devil Dorm | 26,577.45 | 1.02% | 21,997.03 | 1.02% |
| Ordinance and Law | 0.00 | 0.00% | 0.00 | 0.00% |
| Ordinance and Law - Code Upgrade | 0.00 | 0.00% | 0.00 | 0.00% |
| 214 White Blvd - Duplex | 17,333.15 | 0.67% | 15,835.86 | 0.73% |
| 301 White Blvd - Duplex | 22,046.16 | 0.85% | 20,080.51 | 0.93% |
| 302 White Blvd - Duplex | 22,046.16 | 0.85% | 20,080.51 | 0.93% |
| 309 White Blvd - Duplex | 19,389.38 | 0.75% | 17,684.81 | 0.82% |
| 310 White Blvd - Duplex | 19,389.38 | 0.75% | 17,684.81 | 0.82% |
| Baseball Batting Cage | 44,103.57 | 1.70% | 40,650.74 | 1.88% |
| Baseball Dugout | 15,966.42 | 0.61% | 14,884.20 | 0.69% |
| Softball Dugout 1 | 4,029.34 | 0.16% | 3,824.40 | 0.18% |
| Storage | 17,909.53 | 0.69% | 16,594.26 | 0.77% |
| Softball Dugout 2 | 7,982.38 | 0.31% | 7,495.38 | 0.35% |
| Total | 2,597,423.67 | 100.00% | 2,159,699.13 | 100.00% |



**NorthPoint Claims**

4760 Preston Road, Ste 244-142
Frisco, Texas 75034
adam@northpointclaims.com

## Summary for Academeic Units ABC/ Tel Bleachers

| | |
|---|---|
| Line Item Total | 1,261,976.95 |
| Overhead | 126,197.73 |
| Profit | 126,197.73 |
| **Replacement Cost Value** | **$1,514,372.41** |
| Less Depreciation | (310,105.11) |
| **Actual Cash Value** | **$1,204,267.30** |
| **Net Claim** | **$1,204,267.30** |
| Total Recoverable Depreciation | 310,105.11 |
| **Net Claim if Depreciation is Recovered** | **$1,514,372.41** |

Adam Brenner
President



**NorthPoint Claims**

4760 Preston Road, Ste 244-142
Frisco, Texas 75034
adam@northpointclaims.com

## Summary for Technology Building

| | |
|---|---:|
| Line Item Total | 225,240.04 |
| Overhead | 22,524.04 |
| Profit | 22,524.04 |
| **Replacement Cost Value** | **$270,288.12** |
| Less Depreciation | (25,036.44) |
| **Actual Cash Value** | **$245,251.68** |
| **Net Claim** | **$245,251.68** |
| Total Recoverable Depreciation | 25,036.44 |
| **Net Claim if Depreciation is Recovered** | **$270,288.12** |

Adam Brenner
President



**NorthPoint Claims**

4760 Preston Road, Ste 244-142
Frisco, Texas 75034
adam@northpointclaims.com

## Summary for Multi Purpose Building

| | |
|---|---:|
| Line Item Total | 264,016.54 |
| Overhead | 26,401.68 |
| Profit | 26,401.68 |
| **Replacement Cost Value** | **$316,819.90** |
| Less Depreciation | (22,976.13) |
| **Actual Cash Value** | **$293,843.77** |
| **Net Claim** | **$293,843.77** |
| Total Recoverable Depreciation | 22,976.13 |
| **Net Claim if Depreciation is Recovered** | **$316,819.90** |

Adam Brenner
President



**NorthPoint Claims**

4760 Preston Road, Ste 244-142
Frisco, Texas 75034
adam@northpointclaims.com

## Summary for Dormitory 1 - Horton

| | |
|---|---:|
| Line Item Total | 131,738.46 |
| Overhead | 13,173.86 |
| Profit | 13,173.86 |
| **Replacement Cost Value** | **$158,086.18** |
| Less Depreciation | (34,214.77) |
| **Actual Cash Value** | **$123,871.41** |
| **Net Claim** | **$123,871.41** |
| Total Recoverable Depreciation | 34,214.77 |
| **Net Claim if Depreciation is Recovered** | **$158,086.18** |

Adam Brenner
President



**NorthPoint Claims**

4760 Preston Road, Ste 244-142
Frisco, Texas 75034
adam@northpointclaims.com

## Summary for Dormitory 2 - Winter Hall

| | |
|---|---:|
| Line Item Total | 32,085.97 |
| Overhead | 3,208.60 |
| Profit | 3,208.60 |
| **Replacement Cost Value** | **$38,503.17** |
| Less Depreciation | (2,861.39) |
| **Actual Cash Value** | **$35,641.78** |
| **Net Claim** | **$35,641.78** |
| Total Recoverable Depreciation | 2,861.39 |
| **Net Claim if Depreciation is Recovered** | **$38,503.17** |

Adam Brenner
President



**NorthPoint Claims**

4760 Preston Road, Ste 244-142
Frisco, Texas 75034
adam@northpointclaims.com

## Summary for Dormitory 3 - Masterson

| | |
|---|---:|
| Line Item Total | 68,817.43 |
| Overhead | 6,881.77 |
| Profit | 6,881.77 |
| **Replacement Cost Value** | **$82,580.97** |
| Less Depreciation | (22,570.29) |
| **Actual Cash Value** | **$60,010.68** |
| **Net Claim** | **$60,010.68** |
| Total Recoverable Depreciation | 22,570.29 |
| **Net Claim if Depreciation is Recovered** | **$82,580.97** |

Adam Brenner
President



**NorthPoint Claims**

4760 Preston Road, Ste 244-142
Frisco, Texas 75034
adam@northpointclaims.com

## Summary for Red Devil Dorm

| | |
|---|---:|
| Line Item Total | 22,147.89 |
| Overhead | 2,214.78 |
| Profit | 2,214.78 |
| **Replacement Cost Value** | **$26,577.45** |
| Less Depreciation | (4,580.42) |
| **Actual Cash Value** | **$21,997.03** |
| **Net Claim** | **$21,997.03** |
| Total Recoverable Depreciation | 4,580.42 |
| **Net Claim if Depreciation is Recovered** | **$26,577.45** |

Adam Brenner
President



**NorthPoint Claims**

4760 Preston Road, Ste 244-142
Frisco, Texas 75034
adam@northpointclaims.com

## Summary for Ordinance and Law - Code Upgrade

| | |
|---|---|
| Line Item Total | 0.00 |
| **Replacement Cost Value** | **$0.00** |
| **Net Claim** | **$0.00** |

## Ordinance and Law - Code Upgrade Paid When Incurred

| | |
|---|---|
| Line Item Total | 277,305.83 |
| Overhead | 27,730.58 |
| Profit | 27,730.58 |
| **Replacement Cost Value** | **$332,766.99** |
| **Total Paid When Incurred** | **$332,766.99** |
| **Net Claim** | **$0.00** |
| **Net Claim if Additional Amounts are Recovered** | **$332,766.99** |

Adam Brenner
President



**NorthPoint Claims**

4760 Preston Road, Ste 244-142
Frisco, Texas 75034
adam@northpointclaims.com

## Summary for 214 White Blvd - Duplex

| | |
|---|---:|
| Line Item Total | 14,444.29 |
| Overhead | 1,444.43 |
| Profit | 1,444.43 |
| **Replacement Cost Value** | **$17,333.15** |
| Less Depreciation | (1,497.29) |
| **Actual Cash Value** | **$15,835.86** |
| **Net Claim** | **$15,835.86** |
| Total Recoverable Depreciation | 1,497.29 |
| **Net Claim if Depreciation is Recovered** | **$17,333.15** |

Adam Brenner
President



**NorthPoint Claims**

4760 Preston Road, Ste 244-142
Frisco, Texas 75034
adam@northpointclaims.com

## Summary for 301 White Blvd - Duplex

| | |
|---|---:|
| Line Item Total | 18,371.78 |
| Overhead | 1,837.19 |
| Profit | 1,837.19 |
| **Replacement Cost Value** | **$22,046.16** |
| Less Depreciation | (1,965.65) |
| **Actual Cash Value** | **$20,080.51** |
| **Net Claim** | **$20,080.51** |
| Total Recoverable Depreciation | 1,965.65 |
| **Net Claim if Depreciation is Recovered** | **$22,046.16** |

Adam Brenner
President



**NorthPoint Claims**

4760 Preston Road, Ste 244-142
Frisco, Texas 75034
adam@northpointclaims.com

## Summary for 302 White Blvd - Duplex

| | |
|---|---:|
| Line Item Total | 18,371.78 |
| Overhead | 1,837.19 |
| Profit | 1,837.19 |
| **Replacement Cost Value** | **$22,046.16** |
| Less Depreciation | (1,965.65) |
| **Actual Cash Value** | **$20,080.51** |
| **Net Claim** | **$20,080.51** |
| Total Recoverable Depreciation | 1,965.65 |
| **Net Claim if Depreciation is Recovered** | **$22,046.16** |

Adam Brenner
President



**NorthPoint Claims**

4760 Preston Road, Ste 244-142
Frisco, Texas 75034
adam@northpointclaims.com

## Summary for 309 White Blvd - Duplex

| | |
|---|---:|
| Line Item Total | 16,157.80 |
| Overhead | 1,615.79 |
| Profit | 1,615.79 |
| **Replacement Cost Value** | **$19,389.38** |
| Less Depreciation | (1,704.57) |
| **Actual Cash Value** | **$17,684.81** |
| **Net Claim** | **$17,684.81** |
| Total Recoverable Depreciation | 1,704.57 |
| **Net Claim if Depreciation is Recovered** | **$19,389.38** |

Adam Brenner
President



**NorthPoint Claims**

4760 Preston Road, Ste 244-142
Frisco, Texas 75034
adam@northpointclaims.com

## Summary for 310 White Blvd - Duplex

| | |
|---|---:|
| Line Item Total | 16,157.80 |
| Overhead | 1,615.79 |
| Profit | 1,615.79 |
| **Replacement Cost Value** | **$19,389.38** |
| Less Depreciation | (1,704.57) |
| **Actual Cash Value** | **$17,684.81** |
| **Net Claim** | **$17,684.81** |
| Total Recoverable Depreciation | 1,704.57 |
| **Net Claim if Depreciation is Recovered** | **$19,389.38** |

Adam Brenner
President



**NorthPoint Claims**

4760 Preston Road, Ste 244-142
Frisco, Texas 75034
adam@northpointclaims.com

### Summary for Baseball Batting Cage

| | |
|---|---:|
| Line Item Total | 36,752.99 |
| Overhead | 3,675.29 |
| Profit | 3,675.29 |
| **Replacement Cost Value** | **$44,103.57** |
| Less Depreciation | (3,452.83) |
| **Actual Cash Value** | **$40,650.74** |
| Less Deductible | (5,000.00) |
| Less Amount Over Limit(s) | (32,150.74) |
| **Net Claim** | **$3,500.00** |
| Total Depreciation | 3,452.83 |
| Less Residual Amount Over Limit(s) | (3,452.83) |
| Total Recoverable Depreciation | 0.00 |
| **Net Claim if Depreciation is Recovered** | **$3,500.00** |

Adam Brenner
President



**NorthPoint Claims**

4760 Preston Road, Ste 244-142
Frisco, Texas 75034
adam@northpointclaims.com

## Summary for Baseball Dugout

| | |
|---|---|
| Line Item Total | 13,305.32 |
| Overhead | 1,330.55 |
| Profit | 1,330.55 |
| **Replacement Cost Value** | **$15,966.42** |
| Less Depreciation | (1,082.22) |
| **Actual Cash Value** | **$14,884.20** |
| **Net Claim** | **$14,884.20** |
| Total Recoverable Depreciation | 1,082.22 |
| **Net Claim if Depreciation is Recovered** | **$15,966.42** |

Adam Brenner
President



**NorthPoint Claims**

4760 Preston Road, Ste 244-142
Frisco, Texas 75034
adam@northpointclaims.com

## Summary for Softball Dugout 1

| | |
|---|---:|
| Line Item Total | 3,357.78 |
| Overhead | 335.78 |
| Profit | 335.78 |
| **Replacement Cost Value** | **$4,029.34** |
| Less Depreciation | (204.94) |
| **Actual Cash Value** | **$3,824.40** |
| **Net Claim** | **$3,824.40** |
| Total Recoverable Depreciation | 204.94 |
| **Net Claim if Depreciation is Recovered** | **$4,029.34** |

Adam Brenner
President



**NorthPoint Claims**

4760 Preston Road, Ste 244-142
Frisco, Texas 75034
adam@northpointclaims.com

## Summary for Storage

| | |
|---|---:|
| Line Item Total | 14,924.61 |
| Overhead | 1,492.46 |
| Profit | 1,492.46 |
| **Replacement Cost Value** | **$17,909.53** |
| Less Depreciation | (1,315.27) |
| **Actual Cash Value** | **$16,594.26** |
| **Net Claim** | **$16,594.26** |
| Total Recoverable Depreciation | 1,315.27 |
| **Net Claim if Depreciation is Recovered** | **$17,909.53** |

Adam Brenner
President



**NorthPoint Claims**

4760 Preston Road, Ste 244-142
Frisco, Texas 75034
adam@northpointclaims.com

## Summary for Softball Dugout 2

| | |
|---|---:|
| Line Item Total | 6,651.98 |
| Overhead | 665.20 |
| Profit | 665.20 |
| **Replacement Cost Value** | **$7,982.38** |
| Less Depreciation | (487.00) |
| **Actual Cash Value** | **$7,495.38** |
| Less Amount Over Limit(s) | (1,898.38) |
| **Net Claim** | **$5,597.00** |
| Total Depreciation | 487.00 |
| Less Residual Amount Over Limit(s) | (487.00) |
| Total Recoverable Depreciation | 0.00 |
| **Net Claim if Depreciation is Recovered** | **$5,597.00** |

Adam Brenner
President



**NorthPoint Claims**

4760 Preston Road, Ste 244-142
Frisco, Texas 75034
adam@northpointclaims.com

## Recap of Taxes, Overhead and Profit

|  | Overhead (10%) | Profit (10%) |
|---|---|---|
| Line Items | 216,452.13 | 216,452.13 |
| **Total** | **216,452.13** | **216,452.13** |

ALLEN_COMMUNITY



**NorthPoint Claims**

4760 Preston Road, Ste 244-142
Frisco, Texas 75034
adam@northpointclaims.com

## Recap by Room

Estimate: ALLEN_COMMUNITY

**Area: Academic Units ABC (Main Building)**

| | | | |
|---|---|---|---|
| Roof | | **1,067,115.88** | **49.30%** |
| Coverage: Academeic Units ABC/ Tel Bleachers | 100.00% = | 1,067,115.88 | |
| HVAC | | **22,064.01** | **1.02%** |
| Coverage: Academeic Units ABC/ Tel Bleachers | 100.00% = | 22,064.01 | |
| General Conditions | | **172,797.06** | **7.98%** |
| Coverage: Academeic Units ABC/ Tel Bleachers | 100.00% = | 172,797.06 | |
| | | | |
| **Area Subtotal:  Academic Units ABC (Main Building)** | | **1,261,976.95** | **58.30%** |
| Coverage: Academeic Units ABC/ Tel Bleachers | 100.00% = | 1,261,976.95 | |

**Area: Technology Building**

| | | | |
|---|---|---|---|
| Roof | | **207,406.78** | **9.58%** |
| Coverage: Technology Building | 100.00% = | 207,406.78 | |
| General Conditions | | **17,833.26** | **0.82%** |
| Coverage: Technology Building | 100.00% = | 17,833.26 | |
| | | | |
| **Area Subtotal:  Technology Building** | | **225,240.04** | **10.41%** |
| Coverage: Technology Building | 100.00% = | 225,240.04 | |

**Area: Multi Purpose Building**

| | | | |
|---|---|---|---|
| Roof | | **237,758.56** | **10.98%** |
| Coverage: Multi Purpose Building | 100.00% = | 237,758.56 | |
| General Conditions | | **26,257.98** | **1.21%** |
| Coverage: Multi Purpose Building | 100.00% = | 26,257.98 | |
| | | | |
| **Area Subtotal:  Multi Purpose Building** | | **264,016.54** | **12.20%** |
| Coverage: Multi Purpose Building | 100.00% = | 264,016.54 | |

**Area: Dormitory 1 - Horton**

| | | | |
|---|---|---|---|
| Roof | | **117,198.60** | **5.41%** |
| Coverage: Dormitory 1 - Horton | 100.00% = | 117,198.60 | |
| HVAC | | **1,229.36** | **0.06%** |
| Coverage: Dormitory 1 - Horton | 100.00% = | 1,229.36 | |
| General Conditions | | **13,310.50** | **0.61%** |
| Coverage: Dormitory 1 - Horton | 100.00% = | 13,310.50 | |
| | | | |
| **Area Subtotal:  Dormitory 1 - Horton** | | **131,738.46** | **6.09%** |
| Coverage: Dormitory 1 - Horton | 100.00% = | 131,738.46 | |



**NorthPoint Claims**

4760 Preston Road, Ste 244-142
Frisco, Texas 75034
adam@northpointclaims.com

| | | | |
|---|---|---|---|
| **Area: Dormitory 2 - Winter Hall** | | | |
| **Roof** | | **25,846.59** | **1.19%** |
| Coverage: Dormitory 2 - Winter Hall | 100.00% = | 25,846.59 | |
| **General Conditions** | | **6,239.38** | **0.29%** |
| Coverage: Dormitory 2 - Winter Hall | 100.00% = | 6,239.38 | |
| **Area Subtotal:  Dormitory 2 - Winter Hall** | | **32,085.97** | **1.48%** |
| Coverage: Dormitory 2 - Winter Hall | 100.00% = | 32,085.97 | |
| **Area: Dormitory 3 - Masterson** | | | |
| **Roof** | | **59,009.91** | **2.73%** |
| Coverage: Dormitory 3 - Masterson | 100.00% = | 59,009.91 | |
| **Exterior** | | **1,212.96** | **0.06%** |
| Coverage: Dormitory 3 - Masterson | 100.00% = | 1,212.96 | |
| **General Conditions** | | **8,594.56** | **0.40%** |
| Coverage: Dormitory 3 - Masterson | 100.00% = | 8,594.56 | |
| **Area Subtotal:  Dormitory 3 - Masterson** | | **68,817.43** | **3.18%** |
| Coverage: Dormitory 3 - Masterson | 100.00% = | 68,817.43 | |
| **Area: Red Devil Dorm** | | | |
| **Roof** | | **19,460.89** | **0.90%** |
| Coverage: Red Devil Dorm | 100.00% = | 19,460.89 | |
| **General Conditions** | | **2,687.00** | **0.12%** |
| Coverage: Red Devil Dorm | 100.00% = | 2,687.00 | |
| **Area Subtotal:  Red Devil Dorm** | | **22,147.89** | **1.02%** |
| Coverage: Red Devil Dorm | 100.00% = | 22,147.89 | |
| **Area: 214 White Blvd - Duplex** | | | |
| **Roof** | | **13,413.89** | **0.62%** |
| Coverage: 214 White Blvd - Duplex | 100.00% = | 13,413.89 | |
| **General Conditions** | | **1,030.40** | **0.05%** |
| Coverage: 214 White Blvd - Duplex | 100.00% = | 1,030.40 | |
| **Area Subtotal:  214 White Blvd - Duplex** | | **14,444.29** | **0.67%** |
| Coverage: 214 White Blvd - Duplex | 100.00% = | 14,444.29 | |
| **Area: 301 White Blvd - Duplex** | | | |
| **Roof** | | **17,341.38** | **0.80%** |
| Coverage: 301 White Blvd - Duplex | 100.00% = | 17,341.38 | |
| **General Conditions** | | **1,030.40** | **0.05%** |
| Coverage: 301 White Blvd - Duplex | 100.00% = | 1,030.40 | |
| **Area Subtotal:  301 White Blvd - Duplex** | | **18,371.78** | **0.85%** |



**NorthPoint Claims**

4760 Preston Road, Ste 244-142
Frisco, Texas 75034
adam@northpointclaims.com

| | | | |
|---|---|---|---|
| Coverage: 301 White Blvd - Duplex | 100.00% = | 18,371.78 | |
| | | | |
| **Area: 302 White Blvd - Duplex** | | | |
| Roof | | **17,341.38** | **0.80%** |
| Coverage: 302 White Blvd - Duplex | 100.00% = | 17,341.38 | |
| **General Conditions** | | **1,030.40** | **0.05%** |
| Coverage: 302 White Blvd - Duplex | 100.00% = | 1,030.40 | |
| | | | |
| **Area Subtotal: 302 White Blvd - Duplex** | | **18,371.78** | **0.85%** |
| Coverage: 302 White Blvd - Duplex | 100.00% = | 18,371.78 | |
| | | | |
| **Area: 309 White Blvd - Duplex** | | | |
| Roof | | **15,127.40** | **0.70%** |
| Coverage: 309 White Blvd - Duplex | 100.00% = | 15,127.40 | |
| **General Conditions** | | **1,030.40** | **0.05%** |
| Coverage: 309 White Blvd - Duplex | 100.00% = | 1,030.40 | |
| | | | |
| **Area Subtotal: 309 White Blvd - Duplex** | | **16,157.80** | **0.75%** |
| Coverage: 309 White Blvd - Duplex | 100.00% = | 16,157.80 | |
| | | | |
| **Area: 310 White Blvd - Duplex** | | | |
| Roof | | **15,127.40** | **0.70%** |
| Coverage: 310 White Blvd - Duplex | 100.00% = | 15,127.40 | |
| **General Conditions** | | **1,030.40** | **0.05%** |
| Coverage: 310 White Blvd - Duplex | 100.00% = | 1,030.40 | |
| | | | |
| **Area Subtotal: 310 White Blvd - Duplex** | | **16,157.80** | **0.75%** |
| Coverage: 310 White Blvd - Duplex | 100.00% = | 16,157.80 | |
| | | | |
| **Area: Baseball Dugouts** | | | |
| Roof | | **12,399.00** | **0.57%** |
| Coverage: Baseball Dugout | 100.00% = | 12,399.00 | |
| **General Conditions** | | **906.32** | **0.04%** |
| Coverage: Baseball Dugout | 100.00% = | 906.32 | |
| | | | |
| **Area Subtotal: Baseball Dugouts** | | **13,305.32** | **0.61%** |
| Coverage: Baseball Dugout | 100.00% = | 13,305.32 | |
| | | | |
| **Area: Softball Dugouts 1** | | | |
| Roof | | **2,451.46** | **0.11%** |
| Coverage: Softball Dugout 1 | 100.00% = | 2,451.46 | |
| **General Conditions** | | **906.32** | **0.04%** |
| Coverage: Softball Dugout 1 | 100.00% = | 906.32 | |
| | | | |
| **Area Subtotal: Softball Dugouts 1** | | **3,357.78** | **0.16%** |

ALLEN_COMMUNITY





**NorthPoint Claims**

4760 Preston Road, Ste 244-142
Frisco, Texas 75034
adam@northpointclaims.com

| | | | |
|---|---|---|---|
| Coverage: Softball Dugout 1 | 100.00% = | 3,357.78 | |
| **Area: Softball Dugout 2** | | | |
| **Roof** | | **5,745.66** | **0.27%** |
| Coverage: Softball Dugout 2 | 100.00% = | 5,745.66 | |
| **General Conditions** | | **906.32** | **0.04%** |
| Coverage: Softball Dugout 2 | 100.00% = | 906.32 | |
| **Area Subtotal: Softball Dugout 2** | | **6,651.98** | **0.31%** |
| Coverage: Softball Dugout 2 | 100.00% = | 6,651.98 | |
| **Area: Baseball Batting Cage** | | | |
| **Roof** | | **35,846.67** | **1.66%** |
| Coverage: Baseball Batting Cage | 100.00% = | 35,846.67 | |
| **General Conditions** | | **906.32** | **0.04%** |
| Coverage: Baseball Batting Cage | 100.00% = | 906.32 | |
| **Area Subtotal: Baseball Batting Cage** | | **36,752.99** | **1.70%** |
| Coverage: Baseball Batting Cage | 100.00% = | 36,752.99 | |
| **Area: Storage** | | | |
| **Roof** | | **14,018.29** | **0.65%** |
| Coverage: Storage | 100.00% = | 14,018.29 | |
| **General Conditions** | | **906.32** | **0.04%** |
| Coverage: Storage | 100.00% = | 906.32 | |
| **Area Subtotal: Storage** | | **14,924.61** | **0.69%** |
| Coverage: Storage | 100.00% = | 14,924.61 | |
| **Subtotal of Areas** | | **2,164,519.41** | **100.00%** |
| Coverage: Academeic Units ABC/ Tel Bleachers | 58.30% = | 1,261,976.95 | |
| Coverage: Technology Building | 10.41% = | 225,240.04 | |
| Coverage: Multi Purpose Building | 12.20% = | 264,016.54 | |
| Coverage: Dormitory 1 - Horton | 6.09% = | 131,738.46 | |
| Coverage: Dormitory 2 - Winter Hall | 1.48% = | 32,085.97 | |
| Coverage: Dormitory 3 - Masterson | 3.18% = | 68,817.43 | |
| Coverage: Red Devil Dorm | 1.02% = | 22,147.89 | |
| Coverage: 214 White Blvd - Duplex | 0.67% = | 14,444.29 | |
| Coverage: 301 White Blvd - Duplex | 0.85% = | 18,371.78 | |
| Coverage: 302 White Blvd - Duplex | 0.85% = | 18,371.78 | |
| Coverage: 309 White Blvd - Duplex | 0.75% = | 16,157.80 | |
| Coverage: 310 White Blvd - Duplex | 0.75% = | 16,157.80 | |
| Coverage: Baseball Batting Cage | 1.70% = | 36,752.99 | |
| Coverage: Baseball Dugout | 0.61% = | 13,305.32 | |
| Coverage: Softball Dugout 1 | 0.16% = | 3,357.78 | |
| Coverage: Storage | 0.69% = | 14,924.61 | |



**NorthPoint Claims**

4760 Preston Road, Ste 244-142
Frisco, Texas 75034
adam@northpointclaims.com

| | | | |
|---|---|---|---|
| Coverage: Softball Dugout 2 | 0.31% = | 6,651.98 | |
| **Total** | | **2,164,519.41** | **100.00%** |



**NorthPoint Claims**

4760 Preston Road, Ste 244-142
Frisco, Texas 75034
adam@northpointclaims.com

## Recap by Category with Depreciation

| O&P Items | | | RCV | Deprec. | ACV |
|---|---|---|---:|---|---:|
| **CONTENT MANIPULATION** | | | **400.00** | | **400.00** |
| Coverage: Academeic Units ABC/ Tel Bleachers | @ | 100.00% = | 400.00 | | |
| **GENERAL DEMOLITION** | | | **230,238.57** | | **230,238.57** |
| Coverage: Academeic Units ABC/ Tel Bleachers | @ | 62.64% = | 144,211.38 | | |
| Coverage: Technology Building | @ | 6.71% = | 15,451.64 | | |
| Coverage: Multi Purpose Building | @ | 8.03% = | 18,476.82 | | |
| Coverage: Dormitory 1 - Horton | @ | 6.39% = | 14,711.64 | | |
| Coverage: Dormitory 2 - Winter Hall | @ | 2.07% = | 4,771.96 | | |
| Coverage: Dormitory 3 - Masterson | @ | 4.42% = | 10,187.74 | | |
| Coverage: Red Devil Dorm | @ | 1.53% = | 3,524.16 | | |
| Coverage: 214 White Blvd - Duplex | @ | 0.95% = | 2,196.30 | | |
| Coverage: 301 White Blvd - Duplex | @ | 1.22% = | 2,807.29 | | |
| Coverage: 302 White Blvd - Duplex | @ | 1.22% = | 2,807.29 | | |
| Coverage: 309 White Blvd - Duplex | @ | 1.07% = | 2,467.40 | | |
| Coverage: 310 White Blvd - Duplex | @ | 1.07% = | 2,467.40 | | |
| Coverage: Baseball Batting Cage | @ | 1.04% = | 2,396.14 | | |
| Coverage: Baseball Dugout | @ | 0.52% = | 1,190.22 | | |
| Coverage: Softball Dugout 1 | @ | 0.25% = | 571.77 | | |
| Coverage: Storage | @ | 0.53% = | 1,215.81 | | |
| Coverage: Softball Dugout 2 | @ | 0.34% = | 783.61 | | |
| **ELECTRICAL** | | | **5,004.80** | | **5,004.80** |
| Coverage: 214 White Blvd - Duplex | @ | 20.00% = | 1,000.96 | | |
| Coverage: 301 White Blvd - Duplex | @ | 20.00% = | 1,000.96 | | |
| Coverage: 302 White Blvd - Duplex | @ | 20.00% = | 1,000.96 | | |
| Coverage: 309 White Blvd - Duplex | @ | 20.00% = | 1,000.96 | | |
| Coverage: 310 White Blvd - Duplex | @ | 20.00% = | 1,000.96 | | |
| **HEAVY EQUIPMENT** | | | **118,581.40** | | **118,581.40** |
| Coverage: Academeic Units ABC/ Tel Bleachers | @ | 70.35% = | 83,417.00 | | |
| Coverage: Technology Building | @ | 6.86% = | 8,134.00 | | |
| Coverage: Multi Purpose Building | @ | 10.85% = | 12,864.40 | | |
| Coverage: Dormitory 1 - Horton | @ | 5.99% = | 7,105.20 | | |
| Coverage: Dormitory 2 - Winter Hall | @ | 1.98% = | 2,353.60 | | |
| Coverage: Dormitory 3 - Masterson | @ | 2.87% = | 3,405.40 | | |
| Coverage: Red Devil Dorm | @ | 1.10% = | 1,301.80 | | |
| **PERMITS AND FEES** | | | **42,600.00** | | **42,600.00** |
| Coverage: Academeic Units ABC/ Tel Bleachers | @ | 79.23% = | 33,750.00 | | |
| Coverage: Technology Building | @ | 7.39% = | 3,150.00 | | |
| Coverage: Multi Purpose Building | @ | 10.21% = | 4,350.00 | | |
| Coverage: Dormitory 1 - Horton | @ | 1.41% = | 600.00 | | |
| Coverage: Dormitory 2 - Winter Hall | @ | 0.70% = | 300.00 | | |
| Coverage: Dormitory 3 - Masterson | @ | 1.06% = | 450.00 | | |

ALLEN_COMMUNITY



**NorthPoint Claims**

4760 Preston Road, Ste 244-142
Frisco, Texas 75034
adam@northpointclaims.com

| O&P Items | | | RCV | Deprec. | ACV |
|---|---|---|---|---|---|
| **HEAT, VENT & AIR CONDITIONING** | | | **21,777.12** | **128.08** | **21,649.04** |
| Coverage: Academeic Units ABC/ Tel Bleachers | @ | 92.88% = | 20,227.56 | | |
| Coverage: Technology Building | @ | 1.47% = | 320.20 | | |
| Coverage: Dormitory 1 - Horton | @ | 5.65% = | 1,229.36 | | |
| **INSULATION** | | | **23,552.64** | **1,413.16** | **22,139.48** |
| Coverage: Technology Building | @ | 50.00% = | 11,776.32 | | |
| Coverage: Multi Purpose Building | @ | 50.00% = | 11,776.32 | | |
| **LABOR ONLY** | | | **48,391.20** | | **48,391.20** |
| Coverage: Academeic Units ABC/ Tel Bleachers | @ | 57.69% = | 27,918.00 | | |
| Coverage: Technology Building | @ | 7.69% = | 3,722.40 | | |
| Coverage: Multi Purpose Building | @ | 10.26% = | 4,963.20 | | |
| Coverage: Dormitory 1 - Horton | @ | 5.13% = | 2,481.60 | | |
| Coverage: Dormitory 2 - Winter Hall | @ | 2.56% = | 1,240.80 | | |
| Coverage: Dormitory 3 - Masterson | @ | 3.85% = | 1,861.20 | | |
| Coverage: Red Devil Dorm | @ | 1.28% = | 620.40 | | |
| Coverage: 214 White Blvd - Duplex | @ | 1.28% = | 620.40 | | |
| Coverage: 301 White Blvd - Duplex | @ | 1.28% = | 620.40 | | |
| Coverage: 302 White Blvd - Duplex | @ | 1.28% = | 620.40 | | |
| Coverage: 309 White Blvd - Duplex | @ | 1.28% = | 620.40 | | |
| Coverage: 310 White Blvd - Duplex | @ | 1.28% = | 620.40 | | |
| Coverage: Baseball Batting Cage | @ | 1.03% = | 496.32 | | |
| Coverage: Baseball Dugout | @ | 1.03% = | 496.32 | | |
| Coverage: Softball Dugout 1 | @ | 1.03% = | 496.32 | | |
| Coverage: Storage | @ | 1.03% = | 496.32 | | |
| Coverage: Softball Dugout 2 | @ | 1.03% = | 496.32 | | |
| **METAL STRUCTURES & COMPONENTS** | | | **1,218.06** | **161.14** | **1,056.92** |
| Coverage: Academeic Units ABC/ Tel Bleachers | @ | 3.11% = | 37.90 | | |
| Coverage: Technology Building | @ | 96.89% = | 1,180.16 | | |
| **PLUMBING** | | | **12,238.80** | **1,359.87** | **10,878.93** |
| Coverage: Academeic Units ABC/ Tel Bleachers | @ | 100.00% = | 12,238.80 | | |



**NorthPoint Claims**

4760 Preston Road, Ste 244-142
Frisco, Texas 75034
adam@northpointclaims.com

| O&P Items | | | RCV | Deprec. | ACV |
|---|---|---|---|---|---|
| **ROOFING** | | | 1,610,748.32 | 428,474.58 | 1,182,273.74 |
| Coverage: Academeic Units ABC/ Tel Bleachers | @ | 57.14% = | 920,458.95 | | |
| Coverage: Technology Building | @ | 11.16% = | 179,744.42 | | |
| Coverage: Multi Purpose Building | @ | 12.98% = | 209,104.36 | | |
| Coverage: Dormitory 1 - Horton | @ | 6.40% = | 103,019.94 | | |
| Coverage: Dormitory 2 - Winter Hall | @ | 1.34% = | 21,607.61 | | |
| Coverage: Dormitory 3 - Masterson | @ | 2.68% = | 43,232.57 | | |
| Coverage: Red Devil Dorm | @ | 0.84% = | 13,585.09 | | |
| Coverage: 214 White Blvd - Duplex | @ | 0.57% = | 9,114.15 | | |
| Coverage: 301 White Blvd - Duplex | @ | 0.73% = | 11,822.37 | | |
| Coverage: 302 White Blvd - Duplex | @ | 0.73% = | 11,822.37 | | |
| Coverage: 309 White Blvd - Duplex | @ | 0.65% = | 10,441.48 | | |
| Coverage: 310 White Blvd - Duplex | @ | 0.65% = | 10,441.48 | | |
| Coverage: Baseball Batting Cage | @ | 2.10% = | 33,860.53 | | |
| Coverage: Baseball Dugout | @ | 0.72% = | 11,618.78 | | |
| Coverage: Softball Dugout 1 | @ | 0.14% = | 2,289.69 | | |
| Coverage: Storage | @ | 0.82% = | 13,212.48 | | |
| Coverage: Softball Dugout 2 | @ | 0.33% = | 5,372.05 | | |
| **SOFFIT, FASCIA, & GUTTER** | | | 19,853.28 | 6,187.71 | 13,665.57 |
| Coverage: Dormitory 3 - Masterson | @ | 39.63% = | 7,868.52 | | |
| Coverage: Red Devil Dorm | @ | 14.99% = | 2,975.64 | | |
| Coverage: 214 White Blvd - Duplex | @ | 7.62% = | 1,512.48 | | |
| Coverage: 301 White Blvd - Duplex | @ | 10.68% = | 2,120.76 | | |
| Coverage: 302 White Blvd - Duplex | @ | 10.68% = | 2,120.76 | | |
| Coverage: 309 White Blvd - Duplex | @ | 8.20% = | 1,627.56 | | |
| Coverage: 310 White Blvd - Duplex | @ | 8.20% = | 1,627.56 | | |
| **TEMPORARY REPAIRS** | | | 29,915.22 | | 29,915.22 |
| Coverage: Academeic Units ABC/ Tel Bleachers | @ | 64.57% = | 19,317.36 | | |
| Coverage: Technology Building | @ | 5.89% = | 1,760.90 | | |
| Coverage: Multi Purpose Building | @ | 8.29% = | 2,481.44 | | |
| Coverage: Dormitory 1 - Horton | @ | 8.66% = | 2,590.72 | | |
| Coverage: Dormitory 2 - Winter Hall | @ | 6.06% = | 1,812.00 | | |
| Coverage: Dormitory 3 - Masterson | @ | 6.06% = | 1,812.00 | | |
| Coverage: Red Devil Dorm | @ | 0.47% = | 140.80 | | |
| **O&P Items Subtotal** | | | 2,164,519.41 | 437,724.54 | 1,726,794.87 |
| **Overhead** | | | 216,452.13 | | 216,452.13 |
| Coverage: Academeic Units ABC/ Tel Bleachers | @ | 58.30% = | 126,197.73 | | |
| Coverage: Technology Building | @ | 10.41% = | 22,524.04 | | |
| Coverage: Multi Purpose Building | @ | 12.20% = | 26,401.68 | | |
| Coverage: Dormitory 1 - Horton | @ | 6.09% = | 13,173.86 | | |
| Coverage: Dormitory 2 - Winter Hall | @ | 1.48% = | 3,208.60 | | |
| Coverage: Dormitory 3 - Masterson | @ | 3.18% = | 6,881.77 | | |
| Coverage: Red Devil Dorm | @ | 1.02% = | 2,214.78 | | |

ALLEN_COMMUNITY



**NorthPoint Claims**

4760 Preston Road, Ste 244-142
Frisco, Texas 75034
adam@northpointclaims.com

| | | | | | |
|---|---|---|---|---|---|
| Coverage: 214 White Blvd - Duplex | @ | 0.67% = | 1,444.43 | | |
| Coverage: 301 White Blvd - Duplex | @ | 0.85% = | 1,837.19 | | |
| Coverage: 302 White Blvd - Duplex | @ | 0.85% = | 1,837.19 | | |
| Coverage: 309 White Blvd - Duplex | @ | 0.75% = | 1,615.79 | | |
| Coverage: 310 White Blvd - Duplex | @ | 0.75% = | 1,615.79 | | |
| Coverage: Baseball Batting Cage | @ | 1.70% = | 3,675.29 | | |
| Coverage: Baseball Dugout | @ | 0.61% = | 1,330.55 | | |
| Coverage: Softball Dugout 1 | @ | 0.16% = | 335.78 | | |
| Coverage: Storage | @ | 0.69% = | 1,492.46 | | |
| Coverage: Softball Dugout 2 | @ | 0.31% = | 665.20 | | |
| **Profit** | | | **216,452.13** | | **216,452.13** |
| Coverage: Academeic Units ABC/ Tel Bleachers | @ | 58.30% = | 126,197.73 | | |
| Coverage: Technology Building | @ | 10.41% = | 22,524.04 | | |
| Coverage: Multi Purpose Building | @ | 12.20% = | 26,401.68 | | |
| Coverage: Dormitory 1 - Horton | @ | 6.09% = | 13,173.86 | | |
| Coverage: Dormitory 2 - Winter Hall | @ | 1.48% = | 3,208.60 | | |
| Coverage: Dormitory 3 - Masterson | @ | 3.18% = | 6,881.77 | | |
| Coverage: Red Devil Dorm | @ | 1.02% = | 2,214.78 | | |
| Coverage: 214 White Blvd - Duplex | @ | 0.67% = | 1,444.43 | | |
| Coverage: 301 White Blvd - Duplex | @ | 0.85% = | 1,837.19 | | |
| Coverage: 302 White Blvd - Duplex | @ | 0.85% = | 1,837.19 | | |
| Coverage: 309 White Blvd - Duplex | @ | 0.75% = | 1,615.79 | | |
| Coverage: 310 White Blvd - Duplex | @ | 0.75% = | 1,615.79 | | |
| Coverage: Baseball Batting Cage | @ | 1.70% = | 3,675.29 | | |
| Coverage: Baseball Dugout | @ | 0.61% = | 1,330.55 | | |
| Coverage: Softball Dugout 1 | @ | 0.16% = | 335.78 | | |
| Coverage: Storage | @ | 0.69% = | 1,492.46 | | |
| Coverage: Softball Dugout 2 | @ | 0.31% = | 665.20 | | |
| **Total** | | | **2,597,423.67** | **437,724.54** | **2,159,699.13** |

ELECTRONICALLY FILED
2024 Nov 19 AM 9:09
CLERK OF THE ALLEN COUNTY DISTRICT COURT
CASE NUMBER: AL-2024-CV-000031
PII COMPLIANT

# MERLIN

## LAW GROUP

One Leadership Square
211 N. Robinson, Suite 210
Oklahoma City, OK 73102

Telephone: (405) 218-1105
Facsimile: (405) 218-1106

July 14, 2023

*__Via E-Mail and Certified Mail__*
Lisa McCoy
SPECIALTY CLAIMS MANAGEMENT
1750 Powder Springs Rd., Ste. 190 #355
Marietta, GA 30064
McCoy@SpecialtyClaims.com

|       | Re: | Insured: | Allen County Community College |
|-------|-----|----------|-------------------------------|
|       |     | Claim Number: | EFD-0002220 |
|       |     | Policy Number: | PEP0005207-01 |
|       |     | Date of Loss: | 05/04/2020 |
|       |     | Policy Period: | 07/01/2019 – 07/01/2020 |
|       |     | Location of Loss: | 1801 North Cottonwood Street Lola, KS 66749 |

Dear Ms. McCoy:

Please be advised the above-named Insured has retained this Firm to represent its interest in the above-captioned loss. As such, please direct all future communications to our attention.

Upon review of the claim documents obtained to date from our client, it is clear that Hudson Insurance Company ("Hudson") has identified and agreed to some covered damages for this claim. Specifically, Hudson has determined hail damage to insured metal buildings results in an undisputed actual cash value payment of $510,782.59 which will be paid only upon receipt of a signed Proof of Loss. Accordingly, please find enclosed the signed and notarized Proof of Loss form you provided which should allow for the release of an undisputed $510,782.59.

Although we believe Hudson's estimate of damages to the metal buildings is low and the forthcoming undisputed payment represents an underpayment of that portion of the loss, we understand Hudson continues to investigate the damages to non-metal roof structures. Thus, we look forward to Hudson's final reevaluation of the overall damages asserted and presented to date under this claim by our client and its retained public adjuster. Please advise when we might expect to receive the final results of Hudson's investigation following the recent re-inspection conducted on June 13, 2023.

In the interim, we would also appreciate your production of the following documents and information relating to this claim, to which your Insured is entitled:

1. A complete, certified copy of the version of the policy and declaration page in effect on May 4, 2020.

**EXHIBIT**
**4**

Lisa McCoy
July 14, 2023
Page 2

2.  An explanation of any and all coverage defenses Hudson is asserting. If Hudson is not asserting any defenses, then please state so in writing.

3.  Estimates of all covered damages Hudson agrees resulted from the aforementioned Date of Loss.

4.  All photographs taken by Hudson or its representatives depicting the Insured's property.

5.  All correspondence exchanged between Hudson and/or its representatives and our client or our client's representatives.

6.  If not October 27, 2022, the date Hudson believes the aforementioned claim was acknowledged and the record of the First Notice of Loss.

7.  The date Hudson commenced its investigation of the claim and any requests for information submitted to our client which remain outstanding or not responded to.

8.  The date(s) and amount(s) of any payment(s) made by Hudson on this claim.

9.  The date and amount(s) of reserves assigned to the claim.

10. Copies of all estimates and reports generated during the investigation of this claim under the direction or authority of Hudson and/or its representative(s).

11. A copy of the application for insurance submitted by or on behalf of the Insured.

12. Any reports created by or on behalf of Hudson's underwriting department depicting the pre-loss condition of the insured property at the inception of the original policy or any renewal period thereafter.

Please acknowledge receipt of this letter of representation, and please provide the information requested in numerated Paragraphs 1 – 12 within thirty (30) days of your receipt of this letter. For your convenience, electronic copies are acceptable and are in fact preferred. Should you have any questions or wish to discuss this claim, please do not hesitate to contact me.

Thank you in advance for your anticipated cooperation. It is my hope we can work together to fully resolve this claim in the immediate future.

Very truly yours,

**MERLIN LAW GROUP, P.A.**

J. Drew Houghton

JDH/wkf
Enclosure
cc: Client

Case 5:24-cv-04123   Document 1-1   Filed 12/31/24   Page 235 of 235
Document ID: 2ac4989d-c28e-4e5●●e6-2996ec204879
Session ID: cc40ea4b-9dbd-48de-8dd8-904ba71d0a2b

## PARTIAL SWORN STATEMENT IN PROOF OF LOSS

This is a partial Proof of Loss submitted

| PEP0005207-01 | at the request of the Carrier in order to ~~release undisputed funds. It will be amended as new info becomes~~ | EFD-0002220 |
|---|---|---|
| POLICY NUMBER | | COMPANY CLAIM NUMBER |
| 36,159,143.00 | available and does not constitute a | 7/1/2019 – 7/1/2020 |
| AMOUNT OF POLICY AT TIME OF LOSS | full and final settlement. Insured expressly reserves the right to amend & claim additional amounts. | EFFECTIVE DATE TO EXPIRATION DATE |

To the Euclid Public Sector, LLC of Itasca, IL and Hudson Insurance Company of NY, NY:

At time of loss, by the above indicated policy of insurance you insured Allen Community College against loss by hail to the property described at 1801 North Cottonwood Street in Lola, KS 66749 (multiple buildings) according to the terms and conditions of the said policy and all forms, endorsements, transfers, and assignments attached thereto.

1. **Time and Origin:** A roof damage by hail loss occurred about the hour of **unknown**, on the 4th day of May, 2020. The cause and origin of the said loss were: hail.

2. **Occupancy:** The building described, or containing the property described, was occupied at the time of the loss as follows and for no other purpose whatever: Insured.

3. **Title and Interest:** At the time of the loss the interest of your insured in the property described therein was **Insured.** No other person or persons had any interest therein or encumbrance thereon, except: None identified or disclosed.

4. **Changes:** Since the said policy was issued there has been no assignment thereof, or change of interest, use, occupancy, possession, location or exposure of the property described, except: n/a

| | |
|---|---|
| 5. Full Amount of Insurance applicable to the property for which claim is presented was | $36,159,143.00 |
| 6. Full Replacement Cost of the said property at the time of loss was | $-- |
| 7. The Full Cost of Repair or Replacement is | $576,365.92    To Date per Adjustment/Metal Roofs |
| 8. Applicable Depreciation is | -($60,583.33) |
| 9. Actual Cash Value loss is | $515,782.59 |
| 10. Less Deductibles and/or participation by the insured | -($5,000.00) |
| 11. Actual Cash Value Claim is | $510,782.59    To Date per Adjustment/Metal Roofs |
| 12. Supplemental Claim, to be filed in accordance with the terms and conditions of the Replacement Cost Coverage, will not exceed the following: | $60,583.33 (This will be that portion of the amount shown in Line 8 which is recoverable.) |

The said loss did not originate by any act, design or procurement on the part of your insured, or this affiant; nothing has been done by or with the privity or consent of your insured or this affiant, to violate the conditions of the policy, or render it void; no articles are mentioned herein or in annexed schedules but such as were destroyed or damaged at the time of said loss; no property saved has in any manner been concealed, and no attempt to deceived the said company, as to the extent of said loss, has in any manner been made. Any other information that may be required will be furnished and considered a part of this proof.

ANY PERSON WHO KNOWINGLY AND WITH INTENT TO INJURE, DEFRAUD OR DECEIVE ANY INSURANCE COMPANY FILES A STATEMENT OF CLAIM CONTAINING ANY FALSE, INCOMPLETE OR MISLEADING INFORMATION IS GUILTY OF A FELONY OF THE THIRD DEGREE.

The furnishing of this blank or the preparation of proofs by a representative of the above insurance company is not a waiver of any of its rights.

State of Oklahoma

County of Oklahoma County

Insured Signature

Company Allen County Community College

Subscribed and sworn to before me this 14th day of July 2023

_____ Notary Public

William Farrell
NOTARY PUBLIC - STATE OF OKLAHOMA
MY COMMISSION EXPIRES October 18, 2024
COMMISSION #12009931

Return Notarized to: McCoy@specialtyclaims.com