### IN THE DISTRICT COURT OF ALLEN COUNTY, KANSAS

| | |
|---|---|
| **ALLEN COUNTY COMMUNITY COLLEGE,** ) | |
| ) | |
| **Plaintiff,** ) | **AL-2024-CV-000031** |
| ) | |
| **v.** ) | |
| ) | |
| **HUDSON INSURANCE COMPANY,** ) | |
| ) | |
| **Defendant.** ) | |

### NOTICE OF REMOVAL

To the District Court of Allen County, Kansas, as well as all parties and their counsel of record:

YOU ARE HEREBY NOTIFIED that on the 31st day of December, 2024, Defendant Hudson Insurance Company filed a **Notice of Removal** of the above-captioned matter in the United States District Court for the District of Kansas.  A file-stamped copy of that **Notice of Removal** is attached hereto as **Exhibit A**

Respectfully Submitted,

**FRANKE SCHULTZ & MULLEN, P.C.**

*/s/ Christopher M. Harper*
CHRISTOPHER M. HARPER          #23273
8900 Ward Parkway
Kansas City, MO 64114
Phone: (816) 421-7100
Fax: (816) 421-7915
charper@fsmlawfirm.com
**Attorney for Defendant
Hudson Insurance Company**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was delivered via electronic transmission in .pdf format, by email and by U.S. Mail to those referenced below on this 31st day of December, 2024:

J. DREW HOUGHTON
Merlin Law Group
One Leadership Square
211 N. Robinson Ave, Ste. 210
Oklahoma City, OK 73102
dhoughton@merlinlawgroup.com
**Attorney for Plaintiff**


*/s/ Christopher M. Harper* _____
**Attorney for Defendant**
**Hudson Ins. Co.**