# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| ALLEN COUNTY COMMUNITY COLLEGE, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) Case No. 5:24-cv-04123-JWB-GEB |
| HUDSON INSURANCE COMPANY, | ) ) ) |
| Defendant. | ) |

## NOTICE OF SUBPOENA DUCES TECUM

Please take notice that Plaintiff, Allen County Community College, pursuant to Federal Rule of Civil Procedure 45(a)(4), will issue the Subpoena attached as Exhibit 1 seven (7) days after the date of the filing of this Notice to the following entity:

> Innova Claims Management, LLC, d/b/a Specialty Claims Management
> c/o CT Corporation System, 330 N. Brand Blvd., Suite 700
> Glendale, CA 91203

Dated: May 6, 2025

                                                     Respectfully submitted,

                                                     */s/ J. Drew Houghton*
                                                     J. Drew Houghton, Kansas Bar No. 27808
                                                     Micah B. Cartwright, *admitted PHV*
                                                     **MERLIN LAW GROUP, PLLC**
                                                     One Leadership Square,
                                                     211 N. Robinson Ave., Suite 210
                                                     Oklahoma City, Oklahoma 73102
                                                     T: (405) 218-1105
                                                     F: (405) 218-1106
                                                     dhoughton@merlinlawgroup.com
                                                     mcartwright@merlinlawgroup.com
                                                     *Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

      I hereby certify that on May 6, 2025, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Christopher M. Harper:       charper@fsmlawfirm.com

                                           */s/ J. Drew Houghton*
                                           J. Drew Houghton